1 | Shayla Myers (SBN: 264054)
2 | Romy Ganschow (SBN: 320294)
  | LEGAL AID FOUNDATION OF LOS ANGELES
3 | 7000 S. Broadway, Los Angeles, CA 90003
4 | Tel.:   (213) 640-3983
  | E-Mail: smyers@lafla.org
5 |         rganschow@lafla.org
6 | *Attorneys for Gladys Zepeda, Miriam Zamora, James Haugabrook,*
7 | *Pete Diocson Jr., Marquis Ashley, and Ktown for All.*

| Catherine Sweetser (SBN: 271142) | Benjamin Allan Herbert (SBN: 277356) |
| Kristina Harootun (SBN: 308718)  | William L. Smith (SBN: 324235)       |
| SCHONBRUN SEPLOW                 | KIRKLAND & ELLIS LLP                 |
| HARRIS & HOFFMAN LLP             | 333 S. Hope St.,                     |
| 11543 W. Olympic Blvd.,          | Los Angeles, CA  90070               |
| Los Angeles, CA 90064            | Tel.:   (213) 680-8273               |
| Tel.:   (310) 396-0731           | Email:  benjamin.herbert@kirkland.com |
| Email: csweetser@sshhlaw.com     |         william.smith@kirkland.com    |
|        kharootun@sshhlaw.com     |                                      |
|                                  | *Attorneys for Ktown for All.*       |
| *Attorneys for Plaintiffs.*      |                                      |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association | Case No.: |
| | **NOTICE OF RELATED CASE** |
| Plaintiffs, | |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; DOES 1-50, | |
| Defendants. | |

# NOTICE OF RELATED CASE

There are two other cases pending in the Central District regarding the seizure and destruction of homeless persons' property by the Los Angeles Police Department and Department of Sanitation. *See Cooley v. City of Los Angeles*, 2:18-cv-09053-CAS-PLA, (C.D. Cal. 2018) [Dkt. #1]; *Schellenberg v. City of Los Angeles*, 2:18-cv-07670-CAS-PLA (C.D. Cal. 2018) [Dkt. #1]. In its order on the motion to dismiss in *Cooley*, the court took judicial notice of Los Angeles Municipal Code (LAMC) Section 56.11 and evaluated whether the property seizures at issue were in accordance with the protocols under that ordinance. *Cooley,* 2:18-cv-09053-CAS-PLA (C.D. Cal. May 1, 2018) [Dkt. #21]. This case alleges *Monell* violations by the City of Los Angeles in seizing and destroying the property of homeless people and challenges the same ordinance invoked by the City in *Cooley*, LAMC §56.11. It also alleges a claim under California Civil Code §52.1 which is similar to a claim which is subject to a motion to dismiss in the *Cooley* case. *Cooley,* 2:18-cv-09053-CAS-PLA (C.D. Cal. May 1, 2018) [Dkt. #30].

Dated: July 18, 2019

Respectfully submitted,

**LEGAL AID FOUNDATION OF LOS ANGELES**

**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

**KIRKLAND & ELLIS LLP**

By:   /s/ Catherine E. Sweetser
      Catherine E. Sweetser
      *Attorney for Plaintiffs.*