**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| JANET GARCIA, ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 19-6182 CAS(PLAx) |
| v. | |
| CITY OF LOS ANGELES, ET AL. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

the Judge's husband is a member of the Board of Directors and advisor to the Legal Aid Foundation of Los Angeles.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

July 24, 2019                                             *Christina A. Snyder*
Date                                                      United States District Judge/Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _Dale S. Fischer_. On all documents subsequently filed in this case, please substitute the initials _DSF_ after the case number in place of the initials of the prior judge so that the case number will read: _2:19-cv-06182 DSF(PLAx)_.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk