Benjamin Allan Herbert (SBN 277356)
benjamin.herbert@kirkland.com
William L. Smith (SBN 324235)
william.smith@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 380-8500

*Attorneys for Ktown for All*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; DOES 1-7, <br><br> Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **NOTICE OF ENTRY OF APPEARANCE** |

**NOTICE OF ENTRY OF APPEARANCE**

1  **TO COURT AND ALL COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that, Benjamin Allan Herbert of Kirkland & Ellis

3  LLP files this notice of appearance in the above-captioned matter on behalf of

4  Plaintiffs Ali El-Bey, Peter Diocson Jr., Marquis Ashley, Association for Responsible

5  and Equitable Public Spending, and Janet Garcia.

Dated:  January 27, 2020

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By: */s/Benjamin A. Herbert*
    Benjamin Allan Herbert
    William L. Smith

*Attorneys for Ktown for All*

---

1
**NOTICE OF ENTRY OF APPEARANCE**