UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-06182 DSF (PLAx) | Date | February 10, 2020 |
|---|---|---|---|
| Title | Janet Garcia, et al. v. City of Los Angeles, et al. | | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Catherine Elizabeth Sweetser<br>Shayla Renee Myers | Agnes Patricia Ursea<br>Felix Lebron |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

MOTION TO DISMISS PLAINTIFF'S SUPPLEMENTAL COMPLAINT TO FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURIDICTION [21]

MOTION TO DISMISS SUPPLEMENTAL COMPLAINT TO THE FIRST AMENDED COMPLAINT (FED. R. CIV. PROC. 12(b)(6)) [22]

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on the motions and invites counsel to present their oral arguments. Oral arguments by counsel are heard and the matter is taken under submission. A written order will follow.