Shayla Myers (SBN: 264054)
Romy Ganschow (SBN: 320294)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway, Los Angeles, CA 90003
Tel.:     (213) 640-3983
E-Mail: smyers@lafla.org
           rganschow@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association<br>                    Plaintiff(s),<br><br>            vs.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-7,<br>                    Defendant(s). | CASE NO. 2:19-cv-06182-DSF-PLA<br><br>**DECLARATION OF NICOLAS EMMONS** |

---

Catherine Sweetser (SBN: 271142)
Kristina Harootun (SBN: 308718)
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Blvd.,
Los Angeles, CA 90064
Tel.:   (310) 396-0731
Email: csweetser@sshhlaw.com
          kharootun@sshhlaw.com

*Attorneys for Plaintiffs.*

Benjamin Allan Herbert (SBN: 277356)
William L. Smith (SBN: 324235)
KIRKLAND & ELLIS LLP
555 S. Flower St., Los Angeles, CA  90071
Tel.:   (213) 680-8400
Email:   benjamin.herbert@kirkland.com
           william.smith@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Ali El-Bey,*
*Peter Diocson Jr., Marquis Ashley, Association for Responsible*
*and Equitable Public Spending, and Janet Garcia.*

---

DECLARATION OF NICOLAS EMMONS

## DECLARATION OF NICOLAS EMMONS

1. My name is Nicolas Emmons. I have personal knowledge of the facts contained in this declaration, and if called to testify, I could and would testify competently as to the truth of the facts in this declaration.

2. I am a committee member and the outreach team lead of Koreatown for All, one of the plaintiffs in this case.

3. Around 10:15am on February 24, 2020, another Ktown for All member and I went to Shatto Place between 4th Street and 6th Street to assist a community member, Kahn, during a Sanitation cleanup.

4. Two police officers and 6 or 7 Sanitation employees arrived about five minutes after us. I took a video on my phone of our interactions with the police officers and Sanitation employees. Attached is a true and correct copy of the video that I took.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2020 in Los Angeles, California

Nicolas Emmons

1

DECLARATION OF NICHOLAS PRICE

# EXHIBIT A

[TO BE LODGED WITH THE COURT]