Shayla Myers (SBN: 264054)
Romy Ganschow (SBN: 320294)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway, Los Angeles, CA 90003
Tel.:     (213) 640-3983
E-Mail: smyers@lafla.org
          rganschow@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora,*
*Ali El-Bey, James Haugabrook, Pete Diocson Jr.,*
*Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association <br> Plaintiff(s), <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal entity; DOES 1-7, <br> Defendant(s). | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **DECLARATION OF PETE DIOCSON, JR.** |

Catherine Sweetser (SBN: 271142)
Kristina Harootun (SBN: 308718)
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Blvd.,
Los Angeles, CA 90064
Tel.:    (310) 396-0731
Email: csweetser@sshhlaw.com
         kharootun@sshhlaw.com

*Attorneys for Plaintiffs.*

Benjamin Allan Herbert (SBN: 277356)
William L. Smith (SBN: 324235)
KIRKLAND & ELLIS LLP
555 S. Flower St., Los Angeles, CA 90071
Tel.:   (213) 680-8400
Email:   benjamin.herbert@kirkland.com
         william.smith@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Ali El-Bey,*
*Peter Diocson Jr., Marquis Ashley, Association for Responsible*
*and Equitable Public Spending, and Janet Garcia.*

DECLARATION OF PETE DIOCSON, JR.

## DECLARATION OF PETE DIOCSON, JR.

1.     My name is Pete Diocson Jr. I have personal knowledge of the facts
contained in this declaration, and if called to testify, I could and would testify
competently as to the truth of the facts in this declaration.

2.     I am 51 years old. I was born and raised in Carson, California. I am
currently homeless and living in the Harbor City area of Los Angeles. I have lived in
this area for the past four or five years.

3.     Over the past few years, I stayed in the area around the Harbor City
Greenway around Lomita Blvd. Along with many of my neighbors, I used to stay in
the grassy area north of Lomita Blvd, which I understand is owned by the County of
Los Angeles. I stayed there for four or five years with other people in the community.

4.     In or around 2018, government workers told us we had to leave the
public greenspace. They did not tell us where else we could go or provide us any
shelter options, but they told us we were not allowed to stay in that area anymore.
They fenced off the area and put up no trespassing sign to keep us out. After we were
removed from the area, I moved with my neighbors to McCoy, which is a narrow
street just west of Vermont Blvd. Many of us lived there for a couple of months, until
we were forced to move again. This has happened every couple of months—they
move us from one location, but do not tell us where we should go instead.

5.     Currently, I stay around the Lomita and McCoy area in Harbor City.
There are a lot of people who stay in the area. I know the people who stay in the area,
and there are also a number of people in the community who come to the area to bring
us food and help us out with the things we need to survive. Sometimes people also
dump their trash in the area.

6.     I stay in the area with my dog, Bella. I have had Bella for two and a half
years. Bella is extremely important to me. She keeps me company. It's good to have
someone, and I don't have anyone else.

7.   In April 2019, I had a black wire kennel for Bella to sleep in. A housed neighbor who sometimes brings us things we need had met Bella and gave me the kennel. Having the kennel was great. It gave me peace of mind and made it possible to keep her with me while I was sleeping in my tent, because I was sure she would not run away or bother anyone on the block.

8.   On the morning of April 24, 2019, I was staying on Lomita and McCoy in Harbor City where I slept. That morning, police officers with the Los Angeles Police Department and workers driving a trash truck came to the area where we were all staying to do a sweep. I knew about the sweep because there were posted notices on the street, stating that a cleanup would happen. I have experienced these sweeps before, so I knew I needed to pack up my belongings and move them out of the way when they told us to move.

9.   Because I knew the sweep would be happening that morning and I needed to be able to pack up my belongings, I moved Bella out of the area so I could pack up my belongings without worrying about her.

10.   When the city workers and cops arrived that morning, I was already packing up my belongings to move them out of the way. I had packed up my tent, my clothes, and my other belongings, and stacked them on Bella's kennel.

11.   I was getting ready to move my belongings from the area when Officer Lopez came up to me. Officer Lopez is an officer with the Los Angeles Police Department. I know Officer Lopez because he frequently is in the area around where I stay.

12.   Officer Lopez told me that I could not take Bella's kennel with me. He told me that it was a bulky item and it was too big, so I wasn't allowed to keep it. I did not agree with him, but I did not want to challenge him. I am on probation, and I was afraid that if I argued with him, I would be arrested. I have seen other people arrested when they disagree with the police.   If I got arrested, I was worried about what would happen to my belongings and to Bella. I left Bella's kennel behind and

2

1  moved the rest of my belongings out of the area. A true and correct copy of a photo of
2  Bella's kennel is attached as Exhibit A.

3       13.    After I left my kennel behind, I moved around the corner with rest of my
4  neighbors and waited for the sanitation workers and police to finish cleaning. I have
5  seen cleanups before, and I recognized the same type of trucks that LA Sanitation had
6  used in previous cleanups. After they finished cleaning up the area, I went back to the
7  location where I had left the kennel but it was no longer there.

8       14.    After the kennel was taken, a neighbor gave me a new kennel for Bella.
9  Attached as Exhibit B is a photo of Bella's second kennel. I was present when the
10  photo was taken, and it is is a true and accurate representation of the new kennel.

11       15.    After receiving this second kennel, I remained worried that this new
12  kennel would also be taken and destroyed. I was right. In late 2019, during another
13  clean up, LA Sanitation took my second kennel and destroyed it.

14       **16.**    Since then, I have not wanted to try to get another kennel because the
15  City keeps taking them and throwing them away, even though I don't think they are
16  bulky items. The City throws away a lot of things, including a lot of items they say
17  are bulky, even though I don't think are against the law. I have no way to challenge
18  their decisions. I can't even really argue with them because I worry I will get arrested.

19       17.    Right now, I have a bin that I use to store my belongings and to keep
20  them dry. I worry that the City will consider this a bulky item. In the past, when city
21  workers have come to my property, they have taken away bikes parts, bins the same
22  size as this one, and other items about that size. When they have taken them away,
23  they have told me they are bulky items and that's why they are taking them and
24  throwing them away. A true and correct photo of these items is attached as Exhibit C.

25       18.    When I do not have a kennel for Bella, I worry she will get loose during
26  the night and run into traffic. It is hard for me to sleep because I did not have the
27  peace of mind that Bella is secure. This makes my anxiety worse and the lack of sleep
28  makes everything harder.

19.    I try to follow the rules, but it feels like every time the City does a sweep I lose something else.  The sweeps and the loss of property makes it even harder for me to be homeless, knowing that I can lose items at any time.


I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2020 in Los Angeles, California

Pete Diocson, Jr.

4

# EXHIBIT A



CTY002038

# EXHIBIT B



# EXHIBIT C

