1  Shayla Myers (SBN: 264054)
2  Romy Ganschow (SBN: 320294)
   LEGAL AID FOUNDATION OF LOS ANGELES
3  7000 S. Broadway, Los Angeles, CA 90003
4  Tel.:     (213) 640-3983
   E-Mail: smyers@lafla.org
5           rganschow@lafla.org

6  *Attorneys for Gladys Zepeda, Miriam Zamora,*
7  *Ali El-Bey, James Haugabrook, Pete Diocson Jr.,*
   *Marquis Ashley, and Ktown for All*
8
9  *Additional Attorneys on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association<br>　　　　　　Plaintiff(s),<br><br>　　vs.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-7,<br>　　　　　　Defendant(s). | CASE NO. 2:19-cv-06182-DSF-PLA<br><br>**DECLARATION OF RACHELLE BETTEGA** |

_____
DECLARATION OF RACHELLE BETTEGA

| | |
|---|---|
| 1 | Catherine Sweetser (SBN: 271142) |
| 2 | Kristina Harootun (SBN: 308718) |
|   | SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP |
| 3 | 11543 W. Olympic Blvd., |
|   | Los Angeles, CA 90064 |
| 4 | Tel.:   (310) 396-0731 |
| 5 | Email: csweetser@sshhlaw.com |
| 6 |         kharootun@sshhlaw.com |
| 7 | *Attorneys for Plaintiffs.* |
| 8 | |
|   | Benjamin Allan Herbert (SBN: 277356) |
| 9 | William L. Smith (SBN: 324235) |
| 10 | KIRKLAND & ELLIS LLP |
|    | 555 S. Flower St., Los Angeles, CA 90071 |
| 11 | Tel.:   (213) 680-8400 |
| 12 | Email:   benjamin.herbert@kirkland.com |
|    |          william.smith@kirkland.com |
| 13 | |
| 14 | *Attorneys for Plaintiffs Ktown for All, Ali El-Bey,* |
|    | *Peter Diocson Jr., Marquis Ashley, Association for Responsible* |
| 15 | *and Equitable Public Spending, and Janet Garcia.* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

_____
DECLARATION OF RACHELLE BETTEGA

# DECLARATION OF RACHELLE BETTEGA

I, RACHELLE BETTEGA, hereby declare and state as follows:

1. My name is Rachelle Bettega and I am 42 years old. I have been living in a tent at the corner of 6th and Harvard for about eight months. I have a job as an in-home caregiver but it does not pay enough for me to pay rent on an apartment. I recently got a second job working at the front desk of a local business and am hoping to save up enough money to find a place to live.

2. I am a member of Ktown for All. I met the people in Ktown for All when they came to my tent to talk to me. They have been coming around for months and bringing things like water, sleeping bags, and socks to the people who live in the area. I talked to one of the founders of Ktown for All, Jane, and told her that I wanted to be a member. They have encouraged and inspired me to speak up about my situation.

3. In the past four months, I have experienced two unnoticed sweeps where officers took my belongings, and two noticed sweeps where officers took my belongings. In my experience, whether the sweeps were noticed or unnoticed, the officers look for bulky items and take those bulky items.

4. I clean around my tent every day and make sure that the litter from the street that passersby throw is cleaned up. I want to keep the area looking neat so that the neighbors do not complain. I also just feel better when I can keep my home neat and tidy. I also make sure that my tent and my neighbors' tents are not blocking the sidewalk. There is plenty of room for people to pass by us without any inconvenience, and definitely more than three feet of room.

5. In the first unnoticed sweep, which happened sometime in the beginning of December, the sanitation workers let us move some things out of our tents and gave us fifteen minutes to do so. They asked us to lower our tents to the ground so that they could look for bulky items through the surface of the tent. The sanitation workers were men and they were wearing uniforms. In both of the unnoticed sweeps, some of them had the white hazmat suits on and some had vests on.

Usually the ones with the white suits on were the ones who talked to us. There were also police officers present, but they did not talk to us, and just observed what was happening.

6. I packed up my tent and lowered it. At the time I had just purchased a used bicycle in order to get to my job more easily. I was in the process of fixing the bicycle and one of the tires was off because we were putting new tires on it. Sanitation workers had previously told me that I was only allowed to have one bicycle, so that was the only bicycle I had. I had put one tire on the bicycle already, but had not put the second tire on. Since I only had one bicycle, I thought they would not take it.

7. After the fifteen minutes were up, the sanitation workers took the bicycle tire and the bicycle both. I was standing about twenty feet away, where they had asked me to move (just past the nearest tree) and objected to them taking my bicycle. The workers told me that because the tire was not on it I was not allowed to have it. They classified it as a bulky item.

8. From where I was standing at the tree, I watched them throw my bicycle into the trash truck. The compactor on the trash truck crunched and destroyed my bicycle in front of my eyes. It was devastating.

9. It had been raining in the past few days at that time. My neighbor is 62 years old and I have personally observed that she has difficulty moving sometimes. She told me that she has sciatica. She had gotten some crates to make herself a bed so that she could stay off the wet ground. She pushed the crates together and covered them with cardboard. In that same sweep where my bicycle was crushed, the sanitation workers found and took all the crates, and threw them in the trash truck as well. They told us we are not allowed to have crates.

10. I like to keep my clothes and supplies in bins and crates so that they are not just on the ground. When clothes are just kept in plastic or cloth bags, in my experience, they get wet when it rains. Bags do not close as securely as bins.

11. The second unnoticed sweep I experienced was in the beginning of January. The sanitation workers made us take items out of the our tent again, and told me I had to stand behind the tree again. Once again, I was standing about twenty feet away and watched them go through my tent. They told us we were not allowed to have bins. Anything we have that holds our things, they take. I lost two phones that were in a bin when they threw out my bins. I also lost the clothes and cleaning supplies that were in the bins.

12. After they took my bins, I kept my remaining clothes in plastic bags. When it rained in January, my clothes got wet. Some members of K-town for All came by and gave me some new dry socks and underwear.

13. Right now, I have purchased a stackable plastic stand to keep my clothes in. It is about three feet high and about four feet wide. I am worried that if another unnoticed sweep occurs, the officers will take my stand.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _February 24_, in _Los Angeles_, California.

_____
RACHELLE BETTEGA

3