MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal entity; DOES 1-50, <br><br> *Defendant(s).* | Case No.:  2:19-cv-6182-DSF-PLA <br> Assigned to Judge Dale S. Fischer <br><br> **DECLARATION OF CHRISTIAN GUERRERO ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Concurrently Filed Documents: <br> • Memorandum of Points & Authorities ISO Opposition <br> • Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz <br> • Request for Judicial Notice <br> • Evidentiary Objections <br><br> **Date:**  March 30, 2020 <br> **Time:**  1:30 p.m. <br> **Ctrm:**  7D |

## DECLARATION OF CHRISTIAN GUERRERO

I, CHRISTIAN GUERRERO, hereby declare:

1.      I am an Officer with the Los Angeles Police Department ("LAPD"), currently assigned to LAPD Central Bureau's Homeless Outreach and Proactive Engagement ("HOPE") Unit. I have been assigned to the HOPE Unit for over three years and have been an Officer with LAPD since June 2013. I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2.      As a HOPE Officer, I regularly interact with community members who are homeless, including through proactive efforts to identify homeless encampments and engage homeless residents to build relationships, identify needs, and make referrals to services when appropriate. I also provide for the safety and security of other service providers, outreach workers, and Bureau of Sanitation employees, including as needed during cleanups of homeless encampments. I encounter homeless encampments located within the Central Bureau on a near daily basis during the course of performing my duties.

3.      Attached as **Exhibits 1-18** are true and correct copies of pictures of homeless encampments located within LAPD Central Bureau, which I took during my shift on March 3, 2020. Specifically, Exhibits 1-18 contain pictures taken on March 3, 2020 at the following locations:

        a. **Exhibit 1** (bates label CTY004143-4145) contains a true and correct copy of three pictures of a homeless encampment located at 3427 Marmion Way, Los Angeles.

        b. **Exhibit 2** (bates label CTY004146-4151) contains a true and correct copy of six pictures of a homeless encampment located at Avenue 49 and east of Figueroa Street.

        c. **Exhibit 3** (bates label CTY004152-4155) contains a true and correct

copy of four pictures of a homeless encampment located at Bunker Hill and south of Cesar Chavez Avenue.

d. **Exhibit 4** (bates label CTY004156-4161) contains a true and correct copy of six pictures of a homeless encampment located at Coronado Street and the Hollywood Freeway underpass.

e. **Exhibit 5** (bates label CTY004162-4164) contains a true and correct copy of three pictures of a homeless encampment located at Temple Street and Virgil Avenue.

f. **Exhibit 6** (bates label CTY004165-4166) contains a true and correct copy of two pictures of a homeless encampment located at 300 North Juanita Avenue, Los Angeles.

g. **Exhibit 7** (bates label CTY004167-4168) contains a true and correct copy of two pictures of a homeless encampment taken at Oakwood Avenue and west of Madison Avenue.

h. **Exhibit 8** (bates label CTY004169-4172) contains a true and correct copy of four pictures taken at a homeless encampment located at Madison Avenue and south of Oakwood Avenue.

i. **Exhibit 9** (bates label CTY004173-4175) contains a true and correct copy of three pictures taken at Madison Avenue and north of Beverly Boulevard.

j. **Exhibit 10** (bates label (CTY004176-4179) contains a true and correct copy of four pictures taken at a homeless encampment located at 10th Street and west of Park View Street.

k. **Exhibit 11** (bates label CTY004180-4181) contains a true and correct copy of two pictures taken at a homeless encampment located at 22nd Street and east of Central Avenue.

2

l.  **Exhibit 12** (bates label (CTY004182-4184) contains a true and correct copy of three pictures taken at a homeless encampment located at 25th Street and east of Compton Avenue.

m.  **Exhibit 13** (bates label (CTY004185-4188) contains a true and correct copy of four pictures taken at a homeless encampment located at 25th Street and east of Nevin Avenue.

n.  **Exhibit 14** (bates label (CTY004189-4195) contains a true and correct copy of seven pictures taken at a homeless encampment located at 25th Street and west of Long Beach Avenue.

o.  **Exhibit 15** (bates label (CTY004196-4198) contains a true and correct copy of three pictures taken at a homeless encampment located at Adams Boulevard and west of Long Beach Avenue.

p.  **Exhibit 16** (bates label (CTY004199-4201) contains a true and correct copy of three pictures taken at a homeless encampment located at Velasco Street and north of 14th Street.

q.  **Exhibit 17** (bates label (CTY004202) contains a true and correct copy of one picture taken at a homeless encampment located at Pico Boulevard and Concord Street.

r.  **Exhibit 18** (bates label (CTY004203-4208) contains a true and correct copy of six pictures taken at a homeless encampment located at Concord Street and north of Pico Boulevard.

///

///

DECLARATION OF CHRISTIAN GUERRERO ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

4.    Exhibits 1-18 reflect examples of the types of bulky items and property stored in public areas that I have regularly encountered during the course of performing my duties as a HOPE Officer.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on March 5, 2020, at Los Angeles, California.

CHRISTIAN GUERRERO

# EXHIBIT 1







# Exhibit 2



CTY004146











CTY004151

**Exhibit 3**





CTY004153



CTY004154



CTY004155

# EXHIBIT 4



CTY004156



CTY004157







CTY004160



CTY004191

# EXHIBIT 5

pg 28



CTY004162





# EXHIBIT 6





# EXHIBIT 7





CTY004168

# EXHIBIT 8

pg 38



CTY004189



CTY004170



CTY004171



**EXHIBIT 9**







# EXHIBIT 10









# EXHIBIT 11





# EXHIBIT 12







# EXHIBIT 13







CTY004187



# EXHIBIT 14















# EXHIBIT 15



CTY004198





# EXHIBIT 16







CTY004201

# EXHIBIT 17



# EXHIBIT 18





CTY004204



CTY004205





