MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association,<br><br>*Plaintiffs*,<br>vs.<br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>*Defendant(s).* | Case No.: 2:19-cv-6182-DSF-PLA<br>Assigned to Judge Dale S. Fischer<br><br>**DECLARATION OF GABRIELA MEDINA ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Concurrently Filed Documents:<br>• Memorandum of Points & Authorities ISO Opposition<br>• Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz<br>• Request for Judicial Notice<br>• Evidentiary Objections<br><br>**Date:** March 30, 2020<br>**Time:** 1:30 p.m.<br>**Ctrm:** 7D |

DECLARATION OF GABRIELA MEDINA ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

## DECLARATION OF GABRIELA MEDINA

I, GABRIELA MEDINA, hereby declare:

1. I currently work in the Office of Los Angeles City Councilmember Joe Buscaino, who represents the Fifteenth Council District, which covers the Los Angeles neighborhoods of Watts, San Pedro, Wilmington, Harbor City, and Harbor Gateway. I am the District Director for the Fifteenth Council District. I joined this office on January 24, 2012. I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2. In my role as District Director for the Fifteenth District, I work to ensure that our District's communities have access to city resources, directly advancing the opportunities of residents. In my role, I also oversee initiatives addressing homelessness in our District.

3. Throughout our District, of which 40% is zoned for industrial uses, I frequently observe large items in the public right of way that are larger than could fit in a 60-gallon container with the lid closed. Examples of such items that I frequently encounter in the public rights of way include boats, tubs, jacuzzis, sofas, industrial waste, automobile parts, bed frames, mattresses, and other household appliances. I observe items such as these on a weekly basis during community drives.

4. In addition to blocking access for individuals with disabilities, these large items impede sidewalks, driveways, access to alleys, and parking spaces throughout our District.

5. For example, at the intersection of Lomita Boulevard and McCoy Avenue in Harbor City, on numerous occasions during my tenure with the Fifteenth District, I have personally witnessed the presence on the public right of way of items that are larger than could fit in a 60-gallon container with the lid closed. Such items include, but are not limited to, large chairs, mattresses, and sofas.

6. Normont Elementary School is located at 1001 West 253rd Street in Harbor

City, which is less than 1,000 feet away from the intersection of Lomita Boulevard and McCoy Avenue. I have personally witnessed children walking to or from school forced to walk into Lomita Boulevard to get around large items blocking their path. The sidewalk on Lomita is 14 feet wide, yet children continue to be exposed to the street to access their school. I have received constituent complaints about the chronic and recurring presence of these large items on the sidewalk, which poses a danger to children when they are forced to walk into the street, particularly where cars heading eastbound on Lomita Boulevard to the 110 Freeway are typically not driving slowly.

7. In San Pedro, underneath 1945 W. Anaheim Street, there is a trail, which is adjacent to a park and a residential neighborhood. I have personally observed, and received constituent complaints regarding, an accumulation of items at this location that are larger than could fit in a 60-gallon container with the lid closed. Our office has received complaints from neighboring residents, affected business owners, local school personnel, parents, and other stakeholders that the accumulation of such items makes it difficult for trash collection and emergency vehicles to access this area due to such large items.

8. In Wilmington, there is a homeless encampment located in the alley behind 525 Broad Avenue. I have personally witnessed, on numerous occasions, items at this location that are larger than could fit in a 60-gallon container with the lid closed. When such items accumulate, access paths to private properties and to the alley become difficult to traverse, if they are not entirely blocked.

///
//
//
//
//

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this Declaration was executed on March 6th, 2020, at Los Angeles, California.

_____
GABRIELA MEDINA