MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association,<br><br>           *Plaintiffs*,<br><br>      vs.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br><br>           *Defendant(s)*. | Case No.:  2:19-cv-6182-DSF-PLA<br>Assigned to Judge Dale S. Fischer<br><br>**DECLARATION OF GORDON HAINES ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Concurrently Filed Documents:<br>• Memorandum of Points & Authorities ISO Opposition<br>• Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz<br>• Request for Judicial Notice<br>• Evidentiary Objections<br><br>**Date:**  March 30, 2020<br>**Time:**  1:30 p.m.<br>**Ctrm:**  7D |

I, GORDON HAINES DECLARE:

1.      I am an Environmental Specialist III for the City of Los Angeles Department of Public Works, Bureau of Sanitation's ("LASAN") Watershed Protection Division.  I have personal knowledge of the facts set forth in this Declaration except as to those matters based upon my information and belief or upon my review of business records, and if called upon to testify to the truth of these matters, I could and would competently do so.

2.      I have worked for the City for 11 years and at LASAN's Watershed Protection Division (WPD) for the past 5 years as an Environmental Specialist III. My duties as an Environmental Specialist III include managing the start-up, monitoring and operations and maintenance activities for some of the City's Clean Water Bond (Proposition O) projects. As part of my duties, I coordinate operation and maintenance activities for lake, wetland, and natural treatment systems and manage contracts related to oversight, monitoring, evaluation, and operation and maintenance activities at City Proposition O projects. These projects help the City and LASAN to comply with stormwater permit (MS4) regulations.

3.      In my work at LASAN, one of the City projects that I have a management role in monitoring and in operations and maintenance activities is the Harbor City Greenway (which is also referred to as the Machado Lake Phase I (Wilmington Drain) project). I am currently performing similar duties for at least three greenway and natural treatment projects.

4.      A greenway is a "park-like" environment that also serves water quality improvement purposes. While a greenway includes open space for the public, ADA-accessible walking paths, and native plant habitat, a main purpose of a greenway project is to capture and clean polluted urban runoff water and often also entails educating the public on conservation, best management practices, and the role of native plants in cleaning and conserving water and reducing pollution. A greenway project often includes flood protection, water quality improvement components, and aesthetic and

1

**DECLARATION OF GORDON HAINES**

recreational benefits.

5.      In regard to the Harbor City Greenway, the City restored a half-mile storm channel to its former flood control capacity and constructed a greenway through funding by Proposition O Clean Water Bond, and reimbursements from the Los Angeles County Flood Control District as well as the State of California Department of Water Resources. The greenway gives City residents access to 4.5 acres of green space and helps to clean runoff water before it flows downstream into the Machado Lake ecosystem. The entire project is over 20 acres and total project cost was $24,688,156.

6.      The purpose of this project is to improve stormwater quality, restore and maintain flood control capacity, remove sediment and invasive vegetation, rehabilitate native plant habitats, and provide open space for the community.  The project included the installation of a trash net system to capture the trash in upstream stormwater flows and the restoration of habitat for federally endangered species of bird within the storm channel.  The greenway includes a landscaped walkway for public use that is also adjacent to a watercourse and includes open space, recreational opportunities, as well as wildlife viewing for the public.

7.      Attached as **Exhibit 1** are true and correct copies of photographs of the Harbor City Greenway, including the accessible portion to the public, which I took in autumn 2015 shortly after opening.

8.      Within months of the opening of the Harbor City Greenway, the project began to suffer from vandalism, theft, and illegal activities including camping. In the beginning of 2018, the City witnessed an increase in the consequences of vandalism, theft and illegal activities at the project site (both in areas open to the public and closed). I have personally seen the damage to the project components and have an estimated hundreds of pictures documenting this.

9.      Attached as **Exhibit 2** are true and correct copies of photographs that I took, or were taken by a maintenance contractor under my supervision as part of his regular duties, that show damage to such items as stolen and destroyed solar power lighting, as

2

**DECLARATION OF GORDON HAINES**

well as damage to landscaping and habitat (which threatens the success of the federally and California protected endangered bird species covered by this project).

10.     The City obtained permits, including from California Department of Fish and Wildlife, as part of this project that requires restoration and/or establishment of habitat as well as ongoing management of this habitat.  Destruction of the habitat by illegal campers jeopardizes the City's long-term permit compliance.  In addition to the laudable environmental purposes served by habitat restoration and maintenance requirements that the City takes seriously, permit non-compliance could expose the City to suspension or revocation of its California Fish and Wildlife issued Incidental Take Permit (*see, e.g.,* 14 Cal. Code of Regs. §783.7), or statutory penalties associated with an unpermitted take of the protected bird species. The Endangered Species Act authorizes courts to impose civil penalties of up to $25,000 for each knowing violation.  16 U.S.C. § 1540(a).  If criminal charges are brought for knowing violations, a court may impose fines of up to $50,000 and/or imprisonment for up to one year. *Id.*  Other violations (i.e., non-knowing violations) may cost up to $500 per take.  *Id.*

11.     There has been increased trash and debris disposal from illegal camping that I have witnessed during the operational period of the project and that adversely impacts the trash capture system as well as the parking lot, entrances and walkways of the greenway.  Trash capture is one of the water quality benefits of this project.

12.     In June 2018, the City closed public access to this project. Initially, the City closed access because of safety concerns due to flood control reasons coupled with the security issues posed by all of the vandalism in and around the greenway. The reason that access remained closed to this day is because of the illegal camping, vandalism, storage and dumping of items both inside and on the perimeter of the greenway that render this area unsafe and not readily securable. I am familiar with the foregoing because I informed the decision makers prior to the closure that due to the trespassing, vandalism and theft issues, the City cannot lock the gates or keep them shut, the fences have holes, and that the City could not maintain security of the area.

3

**DECLARATION OF GORDON HAINES**

13.    I have personally received and/or been forwarded resident and stakeholder complaints about the conditions at the greenway, including complaints about loss of access, threats to public safety, and degradation of the community's quality of life.  For example, attached as **Exhibit 3** is a true and correct copy of an email chain containing negative comments about these issues from representatives of the local chapter of the Palos Verdes/South Bay Audubon Society and California Native Plant Society. I am informed and believed that Council District 15, and the City's Public Works Public Affairs Office have received numerous constituent complaints, and other complaints have been posted on LASAN's social media sites. Examples of these social media postings are included in **Exhibit 4**.

14.    Since the closure of public access to the greenway, the City has put a lot of effort and expense to get the greenway back open and more efforts are planned.  In September 2018, I accompanied other LASAN personnel, LAPD officers, and Council District 15 staff on a walkthrough of the greenway to assess damage, dumping, illegal camping activities, and other concerns to consider whether there was any reasonable ability to secure the facility from the impacts of all of these activities. Subsequently, the City developed action items to manage and secure the facility for reopening to the public. These include include repairs, replacements and upgrades to fences and gates, posting signage, lighting, ongoing anti-graffiti mitigation and vegetation management according to security recommendations. LASAN has been addressing these items since 2018, but there is more to be done.

15.    Leading up to closure of the public access to the greenway, I regularly requested (often on a monthly basis) assistance from the City's HOPE teams to address an increased need for removal of personal items, including many bulky items that were stored or dumped in the area.  New items appear in the greenway area almost daily.  I have witnessed and have had reports of dumped items accumulating daily.

16.    LAFD has also had to respond to fires caused by illegal activity and camps in the Harbor City Greenway.  Attached as **Exhibit 5** is a true and correct copy of a

4

**DECLARATION OF GORDON HAINES**

photograph in my records of such a fire being put out by LAFD in September 2019.

17.    In response to my request on a number of occasions, in addition to requests by other City agencies about which I am generally aware, Los Angeles County has sent response teams to address an ongoing number of trespassers in the channel.

18.    Aggressive and threatening individuals and hazardous items (i.e. sharps, bio-waste) have endangered City workers, City contractors, and residents.

19.    The City received a lot of community support for this greenway project located adjacent to a disadvantaged, heavily industrialized community. LASAN is disappointed that the community access has been limited for legitimate security concerns, and that the full benefit of the project has not been realized due to illegal activity, including dumping of bulky items, trash and debris, food waste, hazardous materials, and other illegal camping impacts.

20.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and as to those matters based upon my information and belief, I am informed and believe them to be true and correct. Executed on March 9th, 2020 in Los Angeles, California.

_____

GORDON HAINES

**DECLARATION OF GORDON HAINES**

# EXHIBIT 1









# EXHIBIT 2



08/28/2017 10:26









# EXHIBIT 3



Gordon Haines <gordon.haines@lacity.org>

---

## Re: Fw: [LACoBirds] Hermit Warbler at Harbor Park in Harbor City
1 message

---

**David A. Sundstrom** <dasundstrom@gmail.com>                                                    Wed, Feb 7, 2018 at 11:39 AM
To: David Quadhamer <dquadhamer@yahoo.com>
Cc: Gordon Haines <gordon.haines@lacity.org>, Lenny Arkinstall <lennyeva@earthlink.net>

Hi David,

Thanks for the link to Bernardo's pictures.  His Mallard shots look like a reference standard!

I also appreciate Bernardo's frank assessment of the area.  As the saying goes, we only have one chance to make a first impression -- and with the homeless being so dominant we are scaring away families and the other intended recreational users.

On the bright side, it is somewhat encouraging to see the amount of press and resources that are now being devoted to the homeless problem.  Also, while the recreational war is being lost, at least we are providing some halfway decent habitat for birds.

Best regards,

David S.

On Wed, Feb 7, 2018 at 9:56 AM, David Quadhamer <dquadhamer@yahoo.com> wrote:
> Hi David, Gordon and Lenny,
>
> This was posted to the LA County Birds Yahoo group. Thought you might be interested in Bernardo's description of the area.
>
> David
>
>
>
> ----- Forwarded Message -----
> **From:** "Bernardo Alps whalephoto@earthlink.net [LACoBirds]" <LACoBirds-noreply@yahoogroups.com>
> **To:** LACoBirds <LACoBirds@yahoogroups.com>
> **Sent:** Wednesday, February 7, 2018 1:18 AM
> **Subject:** [LACoBirds] Hermit Warbler at Harbor Park in Harbor City
>
> Hi all.
>
> On Tuesday afternoon I found a first-year Hermit Warbler in the North End Willows at Ken Mally Harbor Regional Park in Harbor City. The bird was roughly halfway between the Wilmington Drain and the condos to the east of the park, about 50 meters south of Pacific Coast Highway, 33.790529, -118.286779.
>
> The area is not for the faint of heart. I tend to have a cordial relationship with homeless people on birding excursions, but this area is more like a post-apocalyptic nightmare out of a Mad Max movie.
>
> Photos in my eBird checklist, https://ebird.org/view/checklist/S42550498
>
> Take care,
>
> Bernardo
>
>
>
> --
> Bernardo Alps
> Wildlife Biologist
> California Whales & Wildlife
> www.photocetus.com
> bernardo.alps@gmail.com
> 310.597.0449
> P.O. Box 1667
> San Pedro, CA 90733
>
>
> __._,_.___
>
> Posted by: Bernardo Alps <whalephoto@earthlink.net>
>
>
> **Reply via web post**   •   Reply to sender   •   Reply to group   •   Start a New Topic   •   Messages in this topic (1)

**Have you tried the highest rated email app?**

With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting for? Now you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with 1000GB of free cloud storage.

Unsubscribe: mailto:LACoBirds-unsubscribe@yahoogroups.com
Website: http://groups.yahoo.com/group/LACoBirds
Listowners: mailto:LACoBirds-owner@yahoogroups.com

For vacation suspension of mail go to the website. Click on Edit My Membership and set your mail option to No Email. Or, send a blank email to these addresses:
Turn off email delivery: mailto:LACoBirds-nomail@yahoogroups.com
Resume email delivery: mailto:LACoBirds-normal@yahoogroups.com

**VISIT YOUR GROUP**

YAHOO! GROUPS

• Privacy • Unsubscribe • Terms of Use

__,_._,___

# EXHIBIT 4

**Los Angeles Sanitation & Environment**

June 8, 2018 ·

Please note that the Harbor City Greenway is closed until further notice due to unsafe conditions. We apologize for the inconvenience and will notify you when it opens again. If you have any questions or concerns, you can reach our Public Affairs Office at 213-978-0333.

Councilmember Joe Buscaino Harbor City, California Wilmington, California



 

7                                                    5 Comments  3 Shares

Like                    Comment                    Share

Most Relevant

  Write a comment...

  **Amanda Olea** Welp the homeless have taken that over too, it was just a matter of time. Shame, so much time and $$ spent making it so nice for it to be now deemed unsafe. The civilized members of the city cant utilize the greenway anyway unless you want to walk past that mess that the homeless have created.

Like · Reply · 1y · Edited                                       2

 **Saundra Parks** But just like all our other complaints with the homeless, they ignore us until they can't because it's deemed a health hazard or something. Never mind the paying tax voters.

Like · Reply · 1y        1

 **Amanda Olea** Saundra Parks exactly. It's so disgusting down that street along side the greenway, trash piled up, bikes on top of bikes, rv's and people blatantly sitting out there using and exchanging drugs in plain sight. They use the portable toilets across the way to use drugs in also, and I'm sure the city is paying for the security guards watching the damn portables wtf are they even being paid to do????

Like · Reply · 1y        1

 **Saundra Parks** Idk. But no ones been able to give me an answer about what happens when that funding for the 6 month security runs out either. So seems like a whole lot of wasted money and then they'll be moved back in. Just like always.

Like · Reply · 1y · Edited

 Write a reply...

 **PJ Titialii** Harbor City is being overtaken by the homeless

Like · Reply · 1y

;

pg 22

# EXHIBIT 5

