MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association,

*Plaintiffs,*

vs.

CITY OF LOS ANGELES, a municipal entity; DOES 1-50,

*Defendant(s).*

Case No.:  2:19-cv-6182-DSF-PLA
Assigned to Judge Dale S. Fischer

**DECLARATION OF HECTOR PEREIDA ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Concurrently Filed Documents:
- Memorandum of Points & Authorities ISO Opposition
- Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz
- Request for Judicial Notice
- Evidentiary Objections

**Date:**  March 30, 2020
**Time:**  1:30 p.m.
**Ctrm:**  7D

## DECLARATION OF HECTOR PEREIDA

I, HECTOR PEREIDA, hereby declare:

1.      I am an Officer with the Los Angeles Police Department ("LAPD"), currently assigned to LAPD Valley Bureau's Homeless Outreach and Proactive Engagement ("HOPE") Unit.  I have been assigned to the HOPE Unit for approximately four years and have been an Officer with LAPD since February 2013.  I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2.      As a HOPE Officer, I regularly interact with community members who are homeless, including through proactive efforts to identify homeless encampments and engage homeless residents to build relationships, identify needs, and make referrals to services when appropriate.  I also provide for the safety and security of other service providers, outreach workers, and Bureau of Sanitation employees, including as needed during cleanups of homeless encampments.   I encounter homeless encampments located within the Valley Bureau on a near daily basis during the course of performing my duties.

3.      Attached as **Exhibits 1-9** are true and correct copies of pictures of homeless encampments located within LAPD Valley Bureau, which I took during my shift on March 3, 2020.  Specifically, Exhibits 1-9 contain pictures taken on March 3, 2020 at the following locations:

   a. **Exhibit 1** (bates label CTY004121-4123) contains a true and correct copy of three pictures of a homeless encampment located at Satsuma Avenue and Vanowen Street.

   b. **Exhibit 2** (bates label CTY004124-4127) contains a true and correct copy of four pictures of a homeless encampment located at Cabrito Road and Raymer Street on a bridge frequently used by parents and children to walk to school.

1

c. **Exhibit 3** (bates label CTY004128-4129) contains a true and correct copy of two pictures of a homeless encampment located at Cedros Avenue and Bessemer Street.

d. **Exhibit 4** (bates label CTY004130-4132) contains a true and correct copy of three pictures of a homeless encampment located at 6103 Cedros Avenue, Van Nuys.

e. **Exhibit 5** (bates label CTY004133-4134) contains a true and correct copy of two pictures of a homeless encampment located at Bessemer Street and west of Cedros Avenue.

f. **Exhibit 6** (bates label CTY004135-4136) contains a true and correct copy of two pictures of a homeless encampment located at 14117 Aetna Street, Van Nuys.

g. **Exhibit 7** (bates label CTY004137) contains a true and correct copy of one picture of a homeless encampment taken at Aetna Street and west of Tyrone Avenue.

h. **Exhibit 8** (bates label CTY004138-4140) contains a true and correct copy of three pictures taken at a homeless encampment located at 14850 Oxnard Street, Van Nuys.

i. **Exhibit 9** (bates label CTY004141-4142) contains a true and correct copy of two pictures taken at Eton Avenue and north of Vanowen Street.

///

///

DECLARATION OF HECTOR PEREIDA ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

1        4.    Exhibits 1-9 reflect examples of the types of bulky items and property stored
2    in public areas that I have regularly encountered during the course of performing my
3    duties as a HOPE Officer.

4        I declare under penalty of perjury under the laws of the State of California and the
5    United States that the foregoing is true and correct and that this Declaration was executed
6    on March __4__, 2020, at Los Angeles, California.

7

8

9                                  HECTOR PEREIDA

# EXHIBIT 1



CTY004121

pg 5



CTY004122



CTY004123

# EXHIBIT 2

pg 8



CTY004124

pg 9



CTY004125



CTY004126

CTY004127

# EXHIBIT 3



CTY004128

pg 14

CTY004129

# EXHIBIT 4

pg 16



CTY004130

pg 17



CTY004131

pg 18



CTY004132

# EXHIBIT 5



pg 21

CTY004133



CTY004134

# EXHIBIT 6

pg 23



CTY004135



CTY004136

# EXHIBIT 7

CTY004137

# EXHIBIT 8

CTY004138

pg 29



CTY004139



CTY004140

# EXHIBIT 9



pg 33

CTY004141



CTY004142