1  MICHAEL FEUER, City Attorney
2  KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
   SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
3  GABRIEL DERMER, Assistant City Attorney (SBN 229424)
4  FELIX LEBRON, Deputy City Attorney (SBN 232984)
   **A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
5  200 N. Main Street, City Hall East, Room 675
6  Los Angeles, CA 90012
   Telephone (213) 978-7569
7  Facsimile (213) 978-7011
8  Felix.Lebron@lacity.org
   Patricia.Ursea@lacity.org
9
   *Attorneys for Defendant,* CITY OF LOS ANGELES
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  JANET GARCIA, GLADYS ZEPEDA,          | Case No.:  2:19-cv-6182-DSF-PLA
    MIRIAM ZAMORA, ALI EL-BEY, PETER       | Assigned to Judge Dale S. Fischer
15  DIOCSON JR., MARQUIS ASHLEY, JAMES
16  HAUGABROOK, individuals, KTOWN FOR    | **DECLARATION OF HOWARD**
    ALL, an unincorporated association,    | **WONG ISO DEFENDANT CITY**
17  ASSOCIATION FOR RESPONSIBLE and        | **OF LOS ANGELES'**
    EQUITABLE PUBLIC SPENDING an           | **OPPOSITION TO MOTION FOR**
18  unincorporated association,            | **PRELIMINARY INJUNCTION**
19                                         | Concurrently Filed Documents:
                 *Plaintiffs,*             | • Memorandum of Points &
20                                         |   Authorities ISO Opposition
        vs.                                | • Declarations ISO Opposition:
21  CITY OF LOS ANGELES, a municipal entity;|   Dermer, Wong, Pereida,
    DOES 1-50,                             |   Ramirez, Rankin, Guerrero,
22                                         |   Haines, Medina, Banks, Bernal,
                 *Defendant(s).*           |   Rodriguez, Diaz
23                                         | • Request for Judicial Notice
                                           | • Evidentiary Objections
24
25                                         | **Date:**  March 30, 2020
                                           | **Time:**  1:30 p.m.
26                                         | **Ctrm:**  7D
27
28
─────────────────────────────────────────────────────────────
    DECLARATION OF HOWARD WONG ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

## DECLARATION OF HOWARD WONG

I, HOWARD WONG, hereby declare:

1.     I am the Assistant Chief Environment Compliance Officer for City of Los Angeles Department of Public Works, Bureau of Sanitation's ("LASAN") Livability Services Division ("LSD") and Watershed Protection Division ("WPD").  I have personal knowledge of the facts contained herein, and if called to testify to the truth of these matters, I could and would competently do so.

2.     I have worked for LASAN for 17 years.  I started in 2003 as an environmental compliance inspector and promoted to various levels of seniority before becoming the Assistant Chief Environmental Compliance Officer ("Assistant Chief") in November 2018.  My responsibilities include management and oversight of LASAN environmental compliance officers/inspectors and staff supporting the City's Comprehensive Cleaning and Rapid Engagement Program ("CARE+" and "CARE"), Clean Streets LA ("CSLA"), Operation Healthy Streets ("OHS"), Homeless Outreach and Proactive Engagement ("HOPE"), and inspection, enforcement and emergency-response operations to mitigate unsanitary, hazardous, and/or dangerous conditions and cleanups the City's public right-of-way.  As part of my responsibilities, I manage environmental compliance officers/inspectors and approve authorizations for posted cleanups and unposted enforcement and emergency-response operations.  I review posting surveys, cleanup and enforcement reports, and health hazard assessments prepared by environmental compliance officers/inspectors for these operations.  I provide training and instruction to environmental officers/inspectors on matters such as hazardous materials and characteristics of hazardous materials, use and maintenance of personal protection equipment, identifying and mitigating public health and safety standards, requirements for transporting and disposing of hazardous materials, procedures for removing and storing property, and other operating protocols.

3.    I have completed numerous classes in environmental studies for an Associates of Science (A.S.) Degree.  I have also completed the following courses during my career: OSHA Hazardous Waste Operations and Emergency Response (HAZWOPER); Federal DOT Hazardous Materials HM181 & HM 232; Peace Officer & Standards Training (POST Penal Code 832); OES-CSTI Hazardous Materials Technician; OES-CSTI Hazardous Materials Specialist; Investigation & Federal Law Enforcement Center (FLETC) Advanced Environmental Crimes Program; and FEMA Public Safety Sampling – WMD.  I have extensive experience in the field analyzing hazardous material, making health-hazard determinations of porous, non-porous and fibrous materials, and mitigating unsanitary and hazardous conditions, including emergency-response enforcements and posted street cleanings throughout the City.

4.    In general, CARE+ provides public health services to encampments, including among other services, mobile showers, delivery of trash bins and regular trash pickup, outreach to connect homeless residents with services, and posted comprehensive cleanups of encampments.  CARE provides resources to clean the public right-of-way and address enforcement and emergency-response to mitigate illegal dumping and/or items stored in the public right-of-way, including hazardous material, contraband, threats to public health and safety, bulky items, excess property, items impeding accessibility under the Americans with Disabilities Act (ADA), or items blocking City operations or ingress/egress.  CARE+ and CARE operations commenced throughout the City starting on or around October 1, 2019.

5.    LSD is an LASAN division implemented to support CARE, CARE+ and illegal-dumping cleanup programs.  LASAN workers who previously supported CSLA, OHS, HOPE, and public right-of-way enforcement and emergency response under different LASAN divisions were essentially consolidated into one division under LSD. WPD environmental compliance officers/inspectors who previously supported CSLA,

DECLARATION OF HOWARD WONG ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

OHS, HOPE, and other public right-of-way operations were included among the workers assigned to LSD

6.      There are 17 CARE teams – one team for each of the 15 City Council Districts, one for the LA River, and one Citywide.  LSD's CARE team generally consists of two Environmental Compliance Inspectors ("ECI"), one Refuse Truck Collection Operation ("RTCO"), and one Maintenance Laborer ("ML").  LSD uses a third-party company, Clean Harbors Environmental Services, Inc., for transporting and disposing of certain hazardous materials in accordance with state and federal regulations.  CARE teams also include Los Angeles Housing Services Authority ("LAHSA") outreach workers.  LAPD is generally not present during CARE operations (except in Skid Row and Venice Beach), but LAPD is available to respond quickly if needed to provide for the safety and security of the CARE teams during cleanup operations.

7.      The Unified Homeless Response Command ("UHRC") is a central command post for the City's daily efforts to address the homeless crisis.  The UHRC includes members from the Mayor's Office, LASAN, LAPD, LAHSA, and other City and State departments or agencies.  UHRC helps ensure that the City's daily, street-level responses to homelessness are coordinated among the various agencies, and that resources are deployed efficiently and effectively.  Among other things, the UHRC schedules and coordinates CARE+ and CARE operations.

8.      LASAN is the designated administrative agency for enforcement of Los Angeles Municipal Code ("LAMC") 56.11.  LASAN adopted LAMC 56.11 Standard Operating Protocols in April 2016, which LASAN amended in September 2018. Attached as **Exhibit 1** is a true and correct copy of the LAMC 56.11 Standard Operating Protocols Amended September 2018 ("SOPs") (bates label CTY004209-4255).

9.      The SOPs outline the operating guidelines, designation of tasks, and scope of work for regulating personal property stored in public areas under LAMC 56.11.

10.     The SOPs do not yet reflect a few operational changes implemented under CARE+ for cleanups occurring after October 1, 2019.  For example, SOP No. 1 directs service requests to LASAN's Customer Care Center.  (Ex. 1 at CTY004213).  UHRC directs service requests under CARE and CARE+.  In addition, an updated form of notice for major cleanings is used for CARE+ in lieu of the form in Appendix 1 (Ex. 1 at CITY004241).  Attached as **Exhibit 2** is a true and correct of a CARE+ notice (bates label CTY004256).  The SOPs have otherwise generally provided the guidelines for posted cleanups and enforcement or immediate threats to the health and safety of the public.

11.     LASAN conducts posted cleanups using guidelines contained in SOP No. 3 for posted public area cleanings.  (Ex. 1 at CTY004216-4219).  ECIs survey cleanup areas and post written notices of a major cleaning at the cleanup location a minimum of 24 hours and no more than 72 hours before the official date and start time for the cleanup.  ECIs take pictures of the notices posted at the cleanup location and prepare a posting survey.

12.     LASAN arrives at the cleanup location and prepares to commence operations no earlier than the posted start time.  For those individuals who have not vacated the cleanup area and removed their property by the posted start time, LASAN gives an additional 15 minutes to vacate the area and remove their personal property.  Some individuals remove their property and vacate the area before the posted start time.  Others, however, wait until the posted start time before they start packing and are unable to finish packing in 15 minutes.  A posted cleanup can take up to a full day to complete or LASAN may have multiple posted cleanups at different locations that day.  Permitting individuals to remain in the cleanup area for extended periods of time after the posted start time affects LASAN's ability to stay on schedule and complete all operations on a given day.  Individuals who wait until the posted start time to start packing must therefore

vacate the cleaning area like everyone else after 15 minutes.

13.    Once the cleanup area has been vacated, ECIs inspect the area.  Sharps, trash, debris, hazardous materials/waste, and human waste are collected and sent to disposal.  Weapons, ammunition, and explosives are identified and removed by LAPD. ECIs assess health and safety hazards on items remaining in the posted cleanup area.

14.    Determinations of health and safety hazards are made using guidelines contained in SOP No. 7.  (Ex. 1 at CTY4227-4228, 4245-4247).  Materials are considered to be health hazards when there is statistically significant evidence based on at least one study conducted in accordance with scientific principles that acute or chronic health effects may occur in exposed persons.  The SOPs provide a list of hazardous materials/waste and potentially hazardous materials that include:

a.    Biohazards/infectious materials such as human sanitary waste including excrement and urine, human blood, other human bodily fluids, human parts, materials contaminated with human fluids, syringes, syringe needles, razor blades, other medical or laboratory sharps, drug paraphernalia, materials potentially infected with lice, fleas, bedbugs, bacteria, or viruses, materials potentially in contact with vectors such as rodents and birds, and materials or substances which may potentially harbor infectious agents;

b.    Toxins/poisons such as pesticides, mercury-containing bulbs, asbestos materials, e-waste, etc.;

c.    Flammables such as gasoline, propane, butane, lighter fluid, oil-based plants, mineral spirits, paint thinner, acetone, petroleum-based solvents, oxygen tanks, and other materials with flashpoints under 141 degrees Fahrenheit;

d.    Corrosives such as batteries, muriatic acid (swimming pool acid), acids equal to less than pH 2.0, caustic degreasers/cleaners, bases equal to or greater than 12.5;

e.      Reactives such as chlorine, oxidizers, peroxides, hydrogen peroxide, explosives, radioactive, ammunition, etc.;

f.      Highly-compressed gases or liquids;

g.      Motor oil,

h.      Any substances listed in Title 22 of the Cal. Health and Safety Code.

15.     Title 22 of the California Code of Regulations (CCR) and Title 40 of the Code of Federal Regulations (CFR) address hazardous materials.  For example, defined hazardous wastes appear at 22 CCR 66261.3 and 40 CFR 261.3, and characteristics of hazardous waste appear at 22 CCR 66261.20-24 and 40 CFR 261.20-24.

16.     LSD added vectors on its health hazard checklist specifically because of the prevalence of this hazard in encampments.  A vector refers to a carrier that is capable of transmitting a pathogen from one organism to another.  For example, rodents are common in encampments and are known hosts to parasitic arthropods or "vectors", such as fleas, mites, or lice, which may carry bacteria associated with typhus, trench fever and bubonic plague.

17.     Other common health and safety hazards encountered during cleanups include human waste excretions found on property, sidewalks or gutters, which may infect others with hepatitis or gastrointestinal diseases.  Discarded hypodermic needles and sharps are also frequently encountered on the public right-of-way and expose the public to accidental pricking and potential injection of viruses, such as hepatitis, HIV, and other blood-borne diseases.  Rodent feces are also common and create risk of exposure to Hantavirus infections.  Flammable materials, like propane and butane, create fire hazards.  Other commonly encountered hazards include lithium batteries that ignite fires if disposed of improperly, car batteries, pesticides, insecticides, aerosols, bleach and other chemical cleaning products.

18.     Hazardous waste found on permeable material, such as fabric, wood and

other permeable substances, are discarded to prevent the spread of infectious diseases. Hazardous waste found on non-permeable material may be disinfected and/or decontaminated in some instances.  ECIs document items determined to be hazardous during the cleanup inspection on a Health Hazard Checklist (Ex. 1 at CTY004246). Materials identified as hazardous materials and wastes, such as toxics, ignitables, corrosives, or sharps are disposed of at approved treatment, storage and disposal facilities.  Certain hazardous materials, such as flammables, corrosives, or sharps, must be disposed at certain facilities.  ECIs identify hazardous materials so that they are sent to the proper facilities for disposal.

19.    Non-hazardous excess property at the cleanup site is bagged and tagged for identification purposes and sent to a storage facility where the property remains available for pickup for 90 days.  Post-removal notice is provided informing individuals where non-hazardous property may be recovered.  Post-removal notice directs individuals to a storage facility located at 507 Towne Avenue, referred to as "the Bin."

20.    The Bin is operated by a nonprofit company called Chrysalis.  The Bin contains an area for voluntary storage where homeless individuals can obtain a storage container to store and access personal property.  The Bin also contains an area for involuntary storage where non-hazardous property removed during cleanups is stored for 90 days.  There are five other storage facilities for involuntary storage located in different parts of the City, including the Valley on Pendleton Street, Northeast on North San Fernando Boulevard, West LA on Vista Del Mar, San Pedro on North Gaffey, and Northridge on Vanalden Avenue.

21.    LASAN delivers non-hazardous property to storage, completes a chain of custody form transferring custody of property at the storage facility to Chrysalis, and notifies Chrysalis of the delivery.  Property stored in the facilities may be moved to the Bin after the cleanup or Chrysalis may arrange to drop the property off to the individual

in a public area (by a restaurant or supermarket) closer to the cleanup area or the individual.

22.    The recovery rate for non-hazardous property stored at involuntary storage facilities is low.  In calendar year 2019, only 14.85% of stored non-hazardous property was claimed within 90 days.  Attached as **Exhibit 3** is a true and correct copy of a summary containing the involuntary storage data for the 2019 calendar year (bates label CTY004257).

23.    LASAN conducted posted CSLA cleanups on April 24, 2019 and May 21, 2019, at Lomita Boulevard and South McCoy Avenue by the Harbor City Greenway.

24.    On April 22, 2019, ECIs surveyed the cleanup area at Lomita and McCoy, identified over 25 homeless encampments and health and safety risks, and posted 31 notices in the area of the April 24, 2019 cleanup starting at 8:00 a.m.  LASAN conducted the cleanup on April 24, 2019.  ECIs prepared a report documenting the posting, cleanup, and health hazard assessments as part of their regular duties.  LASAN maintains these records in the regular course of its operations for encampment cleanups.  Attached as **Exhibit 4** is a true and correct copy of the LASAN Posted Cleanup and Health Hazard Report for the April 24, 2019 Cleanup (bates label CTY001941-1975).

25.    ECIs took 194 pictures of the April 24, 2019 cleanup and 44 pictures of the posting.  Attached as **Exhibit 5** are true and correct copies of several of the pictures taken of the posted notices for the April 24, 2019 cleanup (bates labels CTY001976-1978, -1981, -1985, -1990, -2002, -2004, -2006, and -2018).  Attached as **Exhibit 6** are true and correct of copies of several pictures taken during the April 24, 2019 cleanup (bates labels CTY002028, -2030, -2038-39, -2041, -2159, and -2177).

26.    The Report identifies a pet cage at location number five.  (Ex. 4 at CTY001946)  The Health Hazard Checklist for location number five specifically identifies the pet cage as contaminated due to the presence of biohazards, infectious, and

infested material, including urine.  (Ex. 4 at CTY001960)  The biohazards are reflected on the plastic bottom of the pet cage.  (Ex. 6 at CTY002038-39)  The Report does not identify the pet cage as a bulky item.  The pet cage was discarded because of health and safety hazards identified in the Report.

27.    LASAN completed the April 24, 2019 cleanup at the Greenway, but within a few weeks the Greenway required another cleanup to mitigate public health and safety hazards in the public right-of-way.  **Exhibit 7** contains true and correct copies of pictures taken by ECIs during cleanup operations showing the Harbor City Greenway before and after the April 24, 2019 cleanup, and again on May 21, 2019 before the posted cleanup that day (bates labels CITY002034, -2207, -1654).

28.    On May 19, 2019, ECIs surveyed the cleanup area at Lomita and McCoy, identified 38 homeless encampments and health and safety risks, and posted notices in the area of the May 21, 2019 cleanup starting at 8:00 a.m.  LASAN conducted the cleanup on May 21, 2019.  ECIs prepared a report documenting the posting, cleanup, and health hazard assessments as part of their regular duties.  LASAN maintains these records in the regular course of its operations for encampment cleanups.  Attached as **Exhibit 8** is a true and correct copy of the LASAN Posted Cleanup and Health Hazard Report for the May 21, 2019 Cleanup (bates label CTY001236-1282).

29.    ECIs took 608 pictures of the May 21, 2019 cleanup and 21 pictures of the posting.  Attached as **Exhibit 9** are true and correct copies of several of the pictures taken of the posted notices for the May 21, 2019 cleanup (bates labels CTY001931, -1915, -1911, -1910).  Attached as **Exhibit 10** are true and correct of copies of several pictures taken during the May 21, 2019 cleanup (bates labels CTY001466, -1522, -1563, -1631, -1640, -1645, -1647-48, -1651, -1654, -1662, -1670, -1705, -1672, -1711, -1754, -1814).

30.    The Report identifies two trailers at location number six and refers to a metal cart with a mattress at adjacent location number seven.  Areas six and seven reflect the

presence of feces and urine, cockroaches and small bug infestation.  (Ex. 8 at CTY001246.)  The Report identifies two trailers at location six as bulky items.  The Health Hazard Checklist for location number six identifies two trailers discarded due the presence of biohazards, infectious, sharp, and infested material, including syringes.  (Ex. 8 at CTY001272).  The Health Hazard Checklist for location number 7 identifies a mattress discarded due the presence of biohazards, infectious, sharp, and infested material, including syringes.  (Ex. 8 at CTY01273).  The trailer bottoms were made of wood, permeable material.  The two trailers were bulky items, but included on the Health Hazard Checklist for disposal based on identified health and safety hazards.

31.     On February 21, 2020, ECIs surveyed the cleanup area at 4th Street and Vermont, identified over 30 homeless encampments and numerous health and safety risks, and posted 16 notices in the area of the February 24, 2020 cleanup starting at 6:00 a.m.  LASAN conducted the cleanup on February 24, 2020.  ECIs prepared a report documenting the posting, the CARE+ cleanup, and health hazard assessments as part of their regular duties.  LASAN maintains these records in the regular course of its operations for encampment cleanups.  Attached as **Exhibit 11** is a true and correct copy of the LASAN Posted Cleanup and Health Hazard Report for the February 24, 2020 Cleanup (bates label CTY004259-4290).

32.     ECIs took 131 pictures of the February 24, 2020 cleanup.  A picture of the posted notice for February 24, 2020 cleanup is contained in the Report.  (Ex. 11 at CTY004260)

33.     The Report identifies multiple health hazards at the site, including human waste (feces and urine), paint waste, sharps, flammable/combustibles, and the presence of multiple vectors such as rodents, parasites, bedbugs, cock roaches, and dead animal carcasses.  (Ex. 11 at CTY004268-4269).  Location four identifies an encampment with a mattress, pallets, and a disabled individual and activists at the site.  (Ex. 11 at

CTY004268).  The Report states that wooden pallets used to lift the mattress off the ground were cross contaminated with biohazards and infectious human sanitary waste, and the mattress and wood consisted of permeable materials.  (Ex. 11 at CTY004268)  The Health Hazard Checklist identifies a mattress and pallets among contaminated items discarded due to contact with hazardous materials, including human waste, and rusted metal nails in the pallet.  (Ex. 11 at CTY004286)  The mattress and pallets were bulky items, but included on the Health Hazard Checklist for disposal based on identified health and safety hazards.

34.     Surveys for posted cleanups are conducted at a minimum of 24 hours and typically within two to three days before the posted start time for the cleanup.  There are times when a faster response is required to mitigate unsanitary or hazardous conditions in the public right-of-way.  LSD conducts unposted enforcement and response to immediate threats to the health and safety of the public that can be conducted the same day or in less than 24 hours.  These unposted enforcement and response to immediate threats to the health and safety of the public were previously referred to as HOPE/Rapid-Response cleanups and now fall under the CARE program.

35.     LSD conducts enforcement and response to immediate threats to the health and safety of the public to mitigate public health and safety threats in the public right-of-way; to clear obstructions in the public right-of-way impeding City operations, blocking ADA access, or blocking ingress or egress into a building, parking lot, loading dock or other building entrance; to remove attachments to public property; and to remove construction materials, appliances, furniture, mattresses, and other large bulky items from the public right-of-way.  The SOPs provide guidelines for conducting these operations.

36.     LSD reviewed its records for incidents involving CARE operations in "early December 2019" that involved the destruction of a bicycle or bike parts at or around 6th Street and Harvard Boulevard.  LSD identified CARE operations at 694 South Hobart Boulevard on December 9, 2019 and December 16, 2019.  Both of these incidents

involved unsanitary conditions and public health and safety threats in the public right-of-way from hazardous materials.

37.    LSD conducted an enforcement and response to immediate threats to the health and safety of the public in a CARE operation on December 9, 2019, at 694 South Hobart Boulevard to address immediate health threats in public areas from the presence of feces, urine, sharps, and other potential health hazards.  ECIs prepared a report documenting the CARE operation and health hazard assessments as part of their regular duties.  LASAN maintains these records in the regular course of its operations for CARE operations.  Attached as **Exhibit 12** is a true and correct copy of the LASAN CARE Report for the December 9, 2019 cleanup (bates label CTY004291-4302).

38.    The Report identifies bike parts in location five in an area that the homeless individuals at the site identified to the ECIs as a communal garbage pile, and informed the ECIs that all items in the pile were trash for disposal.  Ex. 12 at CTY004294.  A picture of the bike parts, including handlebars with no frame or wheel, and other miscellaneous bike parts and large furniture in the communal garbage pile at location five are reflected in the Report.  (Ex. 12 at CTY004294, -4296).

39.    LSD conducted an enforcement and response to immediate threats to the health and safety of the public in a CARE operation on December 16, 2019, at 694 South Hobart Boulevard to address immediate health threats in public areas from the presence of feces, urine, sharps, and other potential health hazards.  ECIs prepared a report documenting the CARE operation and health hazard assessments as part of their regular duties.  LASAN maintains these records in the regular course of its operations for CARE operations.  Attached as **Exhibit 13** is a true and correct copy of the LASAN CARE Report for the December 16, 2019 cleanup (bates label CTY004303-4315).

40.    The Report identifies miscellaneous bike parts that were rusted and one operational bicycle at location eight in an encampment belonging to a Hispanic male in his forties.  (Ex. 13 at CTY004307).  The Health Hazard Checklist for this location

identifies the bike parts were disposed due to the rusted metal.  (Ex. 13 at CTY004315).
The bike parts and operational bike are reflected in the Report.  (Ex. 13 at CTY004309).
The complete bicycle was not rusted and operational and remained at the encampment.
(Ex. 13 at CTY004307, -4315)

41.     In sanitation and waste management, bulky items refers generally to large
items of solid waste such as household appliances, furniture, large auto parts, trees,
branches, stumps, and other oversize wastes whose large size precludes or complicates
their handling by normal solid wastes collection, processing, or disposal methods.  (40
CFR 243.101(c); 27 CCR 20164; 14 CCR 17225.8)  A mattress, sofa, refrigerator or
other large piece furniture left on a public sidewalk would typically be removed and
disposed in proper facilities under general sanitation and waste management principles.

42.     LASAN collects bulky items from residential and multi-family residential
buildings it services, including removal of mattresses, couches, doors, carpet, toilets,
electrical waste and other furniture and large items.  LASAN does not, however, collect
household hazardous waste, including automotive parts, oils, construction materials,
commercial appliances, paints, medicine, fluorescent lights, or cardboard (except for its
Move In/Move Out service).  This traditional sanitation function has become increasingly
more complex as homeless encampments expand across the City.

43.     LASAN addresses removal of bulky items from the public right-of-way.
SOP No. 9 addresses bulky item removal and distinguishes between non-shelter bulky
items and bulky item shelters.  (Ex. 1 at CTY004230-4233).  Bulky items generally
include mattresses, appliances, furniture, and construction materials.  Bulky items also
include sheds, structures, non-operational bicycles, and large items that cannot fit into a
60-gallon receptacle with the container lid closed.  Tents, wheelchairs, walkers, crutches,
operational bicycles, and containers with a volume of 60-gallons or less are not deemed
bulky items under the SOPs or LAMC 56.11.  Bulky items that are used as shelters but
are not tents are deemed bulky item structures.

44.     For bulky item structures, LASAN will post a pre-removal notice providing at least 24 hours notice before removal and will remove the bulky item structure no more than 72 hours after posting the pre-removal notice.  If the bulky item structure has not been removed after providing pre-removal notice, LASAN will deconstruct and remove the structure, inspect and screen any items at the site, discard documented health and safety hazards and the bulky item structure, remove uncontaminated excess personal property and send the property to storage for 90 days.  Post-removal notice is provided similar to a posted cleanup.

45.     Other bulky items are addressed as part of CARE+ posted cleanups or CARE enforcement and response to immediate threats to the health and safety of the public.  CARE+ notices for posted cleanup inform individuals to "removal all personal property and bulky items from the posted area by" the posted start time, and further state that "bulky items are always prohibited" in public areas.  (Ex. 2 at CTY004256) Permanent signage is posted in certain areas of the City stating that "no bulky items shall be stored in the public areas" and identifying four days of the week when health and safety hazards and bulky items will be removed from public areas under CARE, and one day of the week where a comprehensive posted cleaning will occur under CARE+. Attached as **Exhibit 14** is a true and correct picture containing an example of permanent signage (bates label CTY004258).

46.     SOP No. 9A provides further guidance for removal of bulky items.  An unattended bulky item in the public right-of-way may be removed immediately and Electronic bulky items which fall under the classification of E-waste shall be disposed in accordance with 40 CFR.  For the removal of attended bulky items, LASAN will work with the individual to allow for removal of the item.  Bulky items associated with other personal property are assessed by ECIs.  Bulky items not picked up based on the ECI's assessment are addressed by a posted cleanup under SOP No. 3.

47.     I have been involved in thousands of cleanup operations during my career

and witnessed the proliferation of bike parts and "chop shops" in the public right-of-way. Miscellaneous bike parts are commonly found in homeless encampments, including multiple frames with no seats, no handlebars, no bike chains and/or or no wheels. Alternatively, there are miscellaneous parts like handlebars or wheels, but no frames.  In these instances, there is not an operational bicycle, meaning one that can be rode and used as a mobility device.  In my experience, a bicycle with all of its parts and a detached front wheel present at the site is not deemed inoperable and removed and discarded during cleanup operations.

48.  LASAN maintains a customer service request number – 311 – that the public may use to request bulky item pickups by their residences discussed above.  In responding to a 311 request, if LASAN's solid resources collection team finds homeless individuals claiming the property or signs of a homeless encampment by the property, the service request would be redirected to LSD.  Similarly, in areas around homeless encampments, determining whether a bulky item is abandoned, part of an encampment, or unabandoned and momentarily unattended by a homeless individual is exceedingly difficult.  Expansion of homeless encampments have made what at one time was considered a traditional bulky item pickup significantly more complex for LASAN's ground crews.

49.  In Skid Row, LASAN complies with additional requirements for removing and discarding bulky items under a Stipulated Order of Dismissal in *Mitchell et al. v. City of Los Angeles*, Central District Case No. 2:16-cv-01750-SJO-JPR (Dkt. No. 119).  In *Mitchell*, the Court's Order incorporated the terms of an approved settlement agreement enumerating specific bulky items that required no notice for removal and no storage, including: "couches, mattresses, dressers, or other similarly-sized or larger furniture; wooden pallets; refrigerators or other similarly-sized or larger appliances, or barbeques or other open-flame cooking devices having fuel containers with a water capacity greater than 2.5 pounds."  LASAN also complies with other procedures addressed by the Order.

50.     LASAN's involuntary storage facilities do not have capacity to store bulky items removed from homeless encampments or other public areas.  Storage of bulky items would require significant expansion or creation of new storage facilities.  In addition, storing bulky items is operationally more complex because there are regulations applicable to storage of bulky items.  For example, storage requires "removing all doors from large household appliances and covering the item(s) to reduce the problems of an attractive nuisance, and the accumulation of solid waste and water in and around the bulky items."  (40 CFR 234.200-1(b))

51.     The rate of recovery for stored property was less than 15% in 2019 (Ex. 3), and this property includes, among other things, uncontaminated blankets and clothing that would presumably be more essential than large furniture, appliances, and construction materials.  Removing bulky items from involuntary storage would require in most instances a stake-bed truck or other mode of transportation to haul the bulky items from storage facilities.  Based on my experience in the field and working with homeless residents and encampments, the rate of recovery for bulky items would be substantially lower than 15% because most homeless residents do not have cars or means to transport bulky items from storage facilities.

52.     If bulky items cannot be removed from the public right-of-way unless the items are stored for 60 or 90 days, or determined to be contaminated material under the Health Hazard Checklist, then LASAN's ability to remove bulky items from the public right-of-way will be impacted because proper storage facilities for bulky items stored on the public right-of-way are unavailable.  As a practical matter, this means that more bulky items would remain in public areas, even if the bulky items create a public health and safety hazard because of where the bulky item is located as opposed to because the bulky item is itself contaminated and hazardous material.  To place this risk in context, LASAN responded to an average of 3,024 bulky item service requests per day from January 1, 2019 to March 9, 2020.

DECLARATION OF HOWARD WONG ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

53.     Bulky items forced to remain in the public right-of-way unless stored for 60 or 90 days would also create the potential for spread of infectious diseases because bulky items comprised of nonpermeable material (like metal) may not be contaminated for purposes of disposal in all instances, yet the item may still be capable of spreading infectious disease without proper decontamination or disinfection.  This consideration is particularly important because of the recent public health emergencies declared locally for the coronavirus and past incidents involving a typhus outbreak in Downtown Los Angeles.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on March 9, 2020, at Los Angeles, California.

HOWARD WONG

17

# EXHIBIT 1



# LOS ANGELES MUNICIPAL CODE 56.11 STANDARD OPERATING PROTOCOLS

### DESIGNATED ADMINISTRATIVE AGENCY ("DAA") LOS ANGELES SANITATION

Amended
September 2018

CTY004209

# LOS ANGELES MUNICIPAL CODE 56.11

# STANDARD OPERATING PROTOCOLS

## Designated Administrative Agency ("DAA")

# LOS ANGELES SANITATION

ENRIQUE C. ZALDIVAR,
Director, LA Sanitation

By _____

Date ___4/7/16___

CTY004210

## Table of Contents

METHODOLOGY & PROCEDURES ........................................................................................... 3

    **PROCEDURE #1 – Referrals and Service Requests** ........................................................... 3

    **PROCEDURE #2 – Homeless Encampment Clean-up Authorization** ................................. 4

    **PROCEDURE #3 – Public Area Cleaning** ........................................................................... 6

    **PROCEDURE #4 – Personal Property Obstructing City Operations** .............................. 10

    **PROCEDURE #5 – Personal Property Obstructing ingress/egress, and/or ADA
Passage** .............................................................................................................................. 11

    **PROCEDURE #6 – Individuals Storing Personal Property in Public Areas with a
Posted Closure Time or otherwise Trespassing in Posted Public Property** ................. 14

    **PROCEDURE #7– Health & Safety Hazards** .................................................................... 17

    **PROCEDURE #8– Evidence of a Crime or Contraband** .................................................. 19

    **PROCEDURE #9A – Bulky Items (non-shelter)** .............................................................. 20

    **PROCEDURE #9B – Bulky Items (structures)** ................................................................. 22

    **PROCEDURE #10 – Tents and Attachments** ................................................................... 24

TERMINOLOGY ................................................................................................................... 28

APPENDIX 1 – Major Cleaning Notice ............................................................................... 30

APPENDIX 2 – Bulky Item Structure Postings .................................................................. 32

APPENDIX 3 – Health Hazard Sheet .................................................................................. 35

APPENDIX 4 – Non-Infectious Certificate .......................................................................... 38

APPENDIX 5 – Post-Removal Notice .................................................................................. 40

CTY004211

pg 21

## INTRODUCTION
The City of Los Angeles is responsible for the maintenance of sidewalks and other public areas owned, managed or maintained by the City. These public areas must remain safe, clean, sanitary and accessible for public use by all individuals. To promote general public health and safety of all public areas, while balancing the needs of the City's population, at all levels, the City recently made amendments to the City of Los Angeles Municipal Code (LAMC) 56.11 to regulate any personal property disposed, left or stored in public areas.

These protocols outline the operating guidelines, designation of tasks, and scope of work for regulating the storage of personal property in public areas and the allowance for the impoundment of such property, after the provision of notice, as provided for in LAMC 56.11.

## BACKGROUND
LAMC 56.11 regulates storage of property on the City's public right-of-way, defined by LAMC 56.11 as including sidewalks, alleys, and streets. The Ordinance's Declaration of Legislative Intent states, in part, that the unauthorized use of public areas for the storage of personal property interferes with the rights of other members of the public to use public areas for their intended purposes and can create a public health or safety hazard that adversely affects residential and commercial areas. The purpose of LAMC 56.11 is to maintain public areas in clean, sanitary and accessible condition for all.

## DESIGNATED ADMINISTRATIVE AGENCY, LAMC 56.11.11
Los Angeles Sanitation (LASAN) serves as the Designated Administrative Agency ("DAA") under the ordinance. The DAA shall promulgate rules, protocols and procedures for the implementation and enforcement of this ordinance, consistent with the provisions herein. The DAA is authorized to make administrative and ministerial revisions to these protocols, and/or forms and posting notices as needed to address unanticipated scenarios or any amendments to LAMC 56.11 or applicable codes or statutes.

## CITY ATTORNEY REVIEW
The City Attorney's Office has reviewed the following LAMC 56.11 protocols for conformity with the Ordinance and subsequent amendments.

CTY004212

## METHODOLOGY & PROCEDURES

### PROCEDURE #1 – Referrals and Service Requests

Los Angeles Sanitation (LASAN), Customer Care Center receives referrals and service requests to remove illegal dumping and address sanitary conditions of public areas involving discarded personal property throughout the City. Referrals may be submitted to LASAN by Council Offices, the Mayor's Office, LAPD, Neighborhood Councils, 311 Call Center, governmental agencies, businesses, business improvement districts, and the general public.

**LEAD DEPARTMENT**: LASAN
**PRIMARY SUPPORT**: LAPD
**SECONDRY SUPPORT**: BSS, GSD, LADOT, RAP

*Illegal Dumping Service Request Protocol*
  *Step #1a* – Reports of illegal dumping involving a suspected responsible party shall be referred to LASAN Environmental Compliance Officers for investigation.

  *Step #1b* – Reports of illegal dumping with an unidentified responsible party shall be immediately directed to LASAN for scheduled removal. If hazardous materials are involved, the report will be referred to an Environmental Compliance Officer.

  *Step#2* – Illegally dumped items in public areas shall be removed by LASAN.

*Homeless Encampment Referral Protocol*
  For requests of Homeless Encampments clean-ups, see Procedure #2.

**PROCEDURE #2 – Homeless Encampment Clean-up Authorization**

Upon data entry, a Homeless Encampment clean-up authorization number is created and assigned to the designated location. The following process must be completed in order for full approval of the authorization to commence the clean-up operation.

**LEAD DEPARTMENT:** LASAN
**PRIMARY SUPPORT:** LAHSA or OHSP
**SECONDARY SUPPORT:** LAPD, BSS, GSD, LADOT, RAP

*Homeless Encampment Clean-up Authorization Protocol*

*Step #1 –* **REFERRAL:** LASAN will initiate the Homeless Encampment clean-up authorization process by verifying the encampment and its location including City owned, managed, or maintained property, and by taking photographic evidence of the location. LASAN will then submit the information into a Homeless Encampment data management system. The required information fields consist of, but are not limited to the following:

1. Address and/or cross street locations of the homeless encampment (or closest address);
2. Description of the encampment(s), including photographs of the encampment;
3. Additional location description (i.e. alley, under bridge, on overpass, etc.),
4. Date location visited /assessed.

*Step #2 –* **LAHSA AUTHORIZATION:** Outreach to the homeless individuals in the area will be conducted by the Los Angeles Homeless Services Authority (LAHSA) or Other Homeless Service Provider (OHSP) to inform the homeless residents of the upcoming clean-up efforts and the requirement to relocate both themselves and their possessions from the clean-up areas prior to the clean-up date/time. During these visits, LAHSA or the OHSP shall offer available assistance and social services to the homeless in the designated area. Upon completion of the visits, LAHSA will sign off on the authorization.

*Step #3 –* **LASAN – CHIEF ECO Authorization:** Once LAHSA or OHSP has signed off, the authorization shall be reviewed and approved by the LASAN —Chief Environmental Officer, or his/her designee.

*Step #4* – **BOARD OF PUBLIC WORKS AUTHORIZATION**: The President of the Board of Public Works or designated commissioner shall review and approve the clean-up. The authorization is valid for up to 90 days from BPW approval or through completion of the clean-up at the location, whichever comes first.

*Step #5* – **HOMELESS ENCAMPMENT CLEAN-UP SCHEDULING**: LASAN shall program and schedule encampment clean-ups.

*Step #6* – **NOTICING**: As required in Procedure #3, a notice will be posted at the clean-up location a minimum of 24 hours in advance of the clean-up date/time (See Appendix 1). The posted notice shall be photographed by LASAN to document the notification of the pending clean-up. The Notice shall be valid for only 72 hours from posting. If the encampment clean-up cannot commence within 72 hours from posting, then a new posting must re-occur before the clean-up may commence.

*Step #7* – **DOCUMENTATION**: The Designated LASAN Employee overseeing the clean-up shall document the clean-up, health hazard assessments and impounded property.

## PROCEDURE #3 – Public Area Cleaning

A public area clean-up is a cleaning performed when an area is identified as having unsafe or poor health conditions. If there is a Homeless Encampment in the area, the following protocol will be followed, after authorization is approved in accordance with **Procedure #2**.

**LEAD DEPARTMENT**: LASAN
**PRIMARY SUPPORT**: LAPD
**SECONDARY SUPPORT**: LAHSA or OHSP, BSS, GSD, LADOT, LAFD, RAP

*Public Area Cleaning Protocol:*

*Step #1* – The LASAN Coordinator shall verify the Homeless Encampment Clean-Up Authorization is approved. Once approved the LASAN Coordinator shall coordinate the notice postings and clean-up date/time.

*Step #2* – The Designated LASAN Employee, shall post the notice (See Appendix 1) at the clean-up location a minimum of 24 hours in advance of the official clean-up date/time and the clean-up shall commence no later than 72 hours after posting. The notice should be photographed as documentation.

*Step #3* – Prior to commencing the clean-up, if LASAN is made aware that there is no available capacity for involuntary storage, LASAN will not proceed with the removal of personal property.

*Step #4* – At the time of arrival, if it is raining and/or the temperature is below 50 degrees Fahrenheit, LASAN shall consider whether to postpone the clean-up after consultation with LASAN Management.

*Step #5* - City crews from LASAN and LAPD shall meet at each clean-up location and conduct a safety meeting. LASAN shall be the lead agency for the clean-ups, including closing that portion of the sidewalk and adjoining street necessary to effectuate the clean-up. LAPD may provide site security and traffic control for the clean-up teams. All individuals in the clean-up area will be given up to **15 minutes** to take their Personal Property and vacate the area. If the person(s) is physically or mentally-impaired and incapable of effectuating the removal of their personal property, LAHSA or OHSP will be contacted to assist.

CTY004216

*Step #6* – A Designated LASAN Employee shall inspect all property left in the clean-up area for health and safety hazards. Health and safety hazards, shall be documented, removed, and transported to an authorized disposal facility by LASAN in accordance with Procedure #7. LAPD will remove any weapons, ammunition, and explosives. The health and safety hazards shall be documented on the Hazard Determination sheets by LASAN staff (See Appendix #3).

*Step #7* - A Designated LASAN Employee may remove Unattended Personal Property in the clean-up area only if it complies with the following procedure:

1) Pre-Removal Notice was posted as required by LAMC Section 56.11;

2) The removal shall occur no less than 24 hours after the posting of the pre-removal notice, and no more than 72 hours after the posting of pre-removal notice;

3) Written or photographic evidence shall be prepared which documents the general description and location of the Personal Property;

4) The Personal Property shall be bagged and tagged for identification purposes;

5) The Personal Property shall be delivered to a 90 day storage facility; and

6) A Post-Removal Notice shall be left at the place from which the Personal Property was removed.

*Step #8* – A Designated LASAN Employee may remove Attended Personal Property in the clean-up area only if it complies with the following procedure:

1) Pre-Removal Notice was posted as required by LAMC Section 56.11;

2) The removal shall occur no less than 24 hours after the posting of the Pre-Removal Notice, and no more than 72 hours after posting of Pre-Removal Notice;

CTY004217

3)   Individuals can voluntary dispose of any items with LASAN;

4)   LASAN may provide a bag or other container capable of containing 60 gallons worth of Personal Property to the owner of the Personal Property;

5)   LASAN shall direct the owner that he or she will have up to 15 minutes to place into the bag or container up to 60 gallons worth of Personal Property;

6)   If the owner refuses to or does not place Personal Property into the container within the 15 minute period, LASAN shall remove all property as excess personal property.

7)   For Excess Personal Property, LASAN shall prepare written or photographic evidence which documents the general description and location of the Excess Personal Property;

8)   The Excess Personal Property shall be bagged and tagged for identification purposes;

9)   The Excess Personal Property shall be delivered to a 90 day storage facility; and

10)  A Post-Removal Notice shall be left at the place from which the Excess Personal Property was removed or given to the owner.

*Step #9* - If an individual fails to comply with a Designated LASAN Employee's directive, or willfully resists, delays or obstructs a Designated LASAN Employee from moving, removing, or impounding  Personal Property, the Designated LASAN Employee shall request support from law enforcement and law enforcement will proceed within their established Departmental protocols.

*Step #10* - If an individual is physically impaired and the impairment limits compliance with a Designated LASAN Employee directives regarding LAMC Section 56.11, LASAN may assist the individual with compliance or may contact LAHSA or OHSP to assist.

If an individual is mentally impaired and the impairment makes incomprehensible compliance with instructions from a Designated LASAN Employee regarding LAMC Section 56.11, LASAN shall contact LAHSA or OHSP for assistance.

CTY004218

*Step # 11* – If at any time, a City Employee believes that an individual poses a danger to himself, herself or another, including a danger to the City Employee, the City Employee shall request law enforcement assistance.

*Step #12* – **(If required)** LASAN Vactor Truck may pressure-wash the sidewalks, parkways, street gutters, and inlets of storm drain catch basins. The generated water shall be recovered and disposed of to the sanitary sewer.

*Step #13*- **(If required)** LASAN (or designated contractor) may disinfect the washed areas with a sprayed solution of bleach and water that meets Center for Disease Control standards for disinfection.

*Step #14* – A Designated LASAN Employee shall document and photograph clean-up activities. Any human waste removal and disposal by LASAN will require the completion and signature of a non-infectious certification form by a Designated LASAN Employee (See Appendix #4).

April 7, 2016

pg 29

CTY004219

**PROCEDURE #4 – Personal Property Obstructing City Operations**
At any time in which City operations for maintenance or construction are obstructed by personal property in a public area. A City Employee may temporarily move the personal property.

**LEAD DEPARTMENT: ALL CITY DEPARTMENTS**
**PRIMARY SUPPORT**: LAPD, LASAN
**SECONDARY SUPPORT**: LAHSA or OHSP, BSS, GSD, LADOT, LADWP, LAFD, RAP

**ENFORCEMENT AUTHORITY:**
LAMC 56.11.3(c) property obstructing City operations

*Property Obstructing City Operations Protocol:*

*Step #1a* – When personal property is unattended, the City Employee may temporarily move the obstructing property. If there are issues, please proceed to *Step #3* in the process.

*Step #1b* – When the obstructing property is attended, the City Employee shall direct the individual(s) to move the property as to not obstruct City operations, maintenance and clean ups. All individuals will be given up to **15 minutes** to vacate the area. If the person(s) is physically or mentally-impaired and incapable of effectuating the removal of their personal property, LAHSA or OHSP will be contacted to assist.

*Step #2* - If the individual fails to comply with a City Employee's directive, or willfully resists, delays or obstructs a City Employee from moving, removing, move the obstructing property, they will be deemed as "non-compliant". The City Employee shall contact the LAPD for assistance.

*Step #3* - In situations where there is no feasible place to temporarily place obstructing property or the amount of personal property is in excess of the volume of a 60-gallon container with the lid closed, the City Employee shall contact LASAN for assistance. A Post-Removal notice shall be provided for all personal property taken to a 90-day storage facility pursuant to LAMC 56.11.4.(b).

*Step #4* - For any obstructing property that was temporarily moved for City operations or maintenance, the City Employee shall return the property to the original location after the completion of the work.

CTY004220

**PROCEDURE #5 – Personal Property Obstructing ingress/egress, and/or ADA Passage**
Without Pre-Removal Notice, a Designated LASAN Employee may move, and when necessary, remove Personal Property in a Public Area that is a) Stored within ten feet of any operational and utilizable entrance, exit, driveway or loading dock; or b) Stored in a manner that does not allow for passage required by the Americans With Disabilities Act, which generally requires clearance of at least 36 inches on the sidewalk.

**LEAD DEPARTMENT**: LAPD
**PRIMARY SUPPORT**: LASAN
**SECONDARY SUPPORT**: LAHSA or OHSP, BSS, GSD, LADOT, LADWP, LAFD, RAP

**ENFORCEMENT AUTHORITY:**
LAMC 56.11.3(e) person(s) are prohibited from storing property within ten feet of an operational and utilizable entrance, exit, driveway or loading dock
LAMC 56.11.3(d) property blocking passage as required by ADA
LAMC 41.18(a) person(s) blocking streets, sidewalks, or other public ways

*Obstructing Personal Property Protocol:*

*Step #1* – Obstructing Personal Property, Unattended or Attended, may be checked for health and safety hazards, in accordance with Procedure #7.

*Step #2* - A Designated LASAN Employee may remove Unattended Personal Property that is stored within ten feet of an operational and utilizable entrance, exit, driveway or loading dock and/or is impacting ADA compliance pursuant to the following procedure:

    1)    Pre-Removal Notice is not required to move obstructing Personal Property described above;

    2)    Written or photographic evidence shall be prepared which documents the general description and location of the removed Personal Property;

    3)    The removed Personal Property shall be bagged and tagged for identification purposes; and

CTY004221

4) The removed Personal Property shall be delivered to a 90 day storage facility; and

*Step #3* - A Designated LASAN Employee may remove Attended Personal Property that is stored within ten feet of an operational and utilizable entrance, exit, driveway or loading dock and/or is impacting ADA compliance pursuant to the following procedure:

1) Upon being directed, the owner of the Personal Property will have up to 15 minutes to move the Personal Property so not to a) obstruct an area within ten feet of any operational and utilizable entrance, exit, driveway or loading dock; or b) obstruct the clearance of at least 36 inches for safe passage;

2) If the owner refuses to or does not move the Personal Property as requested, the Designated LASAN Employee may remove the Personal Property;

3) If an individual fails to comply with a directive, or willfully resists, delays or obstructs a Designated LASAN Employee from moving, removing, or impounding Personal Property, the Designated LASAN Employee shall request support from law enforcement and law enforcement will proceed within their established Departmental protocols.

4) If an individual is physically impaired LASAN shall assist the individual with compliance or may contact LAHSA or OHSP to assist.

If an individual is mentally impaired and the impairment makes incomprehensible compliance with instructions from a City Employee regarding LAMC Section 56.11, LASAN shall contact LAHSA or OHSP for assistance.

5) If at any time, a City Employee believes that an individual poses a danger to himself, herself or another, including a danger to the City Employee, the City Employee shall request law enforcement assistance.

6) If the Personal Property cannot feasibly be moved by the owner to another part of the block on which it was located without

CTY004222

alleviating the obstruction, the Personal Property may be removed;

7) Written or photographic evidence shall be prepared which documents the general description and location of any removed Personal Property;

8) The removed Personal Property shall be bagged and tagged for identification purposes;

9) The removed Personal Property shall be delivered to a 90 day storage facility; and

10) A Post-Removal Notice shall be left at the place from which the Personal Property was removed or given to the owner.

CTY004223

### PROCEDURE #6 – Individuals Storing Personal Property in Public Areas with a Posted Closure Time or otherwise Trespassing in Posted Public Property

LAMC 56.11.3.(f) provides that no person shall Store Personal Property in a Public Area that has a clearly posted closure time, after the posted closure time. Without prior notice, the City may remove and impound personal property, whether Attended or Unattended, provided the property may not be removed until after the posted closure time or unauthorized location.

**LEAD DEPARTMENT**: City Departments overseeing impacted property
**PRIMARY SUPPORT**: LAPD, LASAN
**SECONDARY SUPPORT**: LAHSA or OHSP, BSS, GSD, LADOT, LADWP, LAFD, RAP

**ENFORCEMENT AUTHORITY** (In addition to local & State codes)
LAMC 56.11.3.(f) No Person shall Store in a Public Area that has a clearly posted closure time.
LAMC 61.07.(i) No person shall fail to comply with any valid order issued by a public officer.

*Personal Property Stored in a Public Areas after a Posted Closure Time or unauthorized location Protocol*

*Step #1* – If Attended the responsible City Department shall direct the individual to move from the closed area. The Law Enforcement Officer may then call LASAN for health hazard assessment assistance, if necessary.

*Step #2* – As to both Unattended and Attended Personal Property, a City Employee shall contact LASAN to proceed to remove the Personal Property for storage. After the property is checked for health and safety hazards, the property may be removed and stored in accordance with Procedure #7.

*Step #3* - A Designated LASAN Employee may remove Unattended Personal Property in a Public Area subject to a specified closing time by complying with the following procedure:

1) The City Employee confirms that a notice containing the closing time is clearly posted in the area where the Personal

CTY004224

Property is stored and the impoundment begins after the posted closing time;

2)    Written or photographic evidence shall be prepared which documents the general description and location of the Personal Property;

3)    The Personal Property shall be bagged and tagged for identification purposes;

4)    The Personal Property shall be delivered to a 90 day storage facility; and

5)    A Post-Removal Notice shall be left at the place from which the Personal Property was removed.

*Step # 4-* A Designated LASAN Employee may remove Attended Personal Property in a Public Area subject to a specified closing time or unauthorized location by complying with the following procedure:

1)    The Designated LASAN Employee confirms that a notice containing the closing time is clearly posted in the area where the Personal Property is stored and impoundment begins after the posted closing time;

2)    The Designated LASAN Employee shall provide a bag or other container capable of containing 60 gallons worth of Personal Property to the owner of the Personal Property;

3)    The Designated LASAN Employee shall direct the owner that the Public Area is closed or is about to be closed and that he or she has up to 15 minutes to place into the container up to 60 gallons worth of Personal Property and leave the Public Area with the container;

5)    If the owner refuses to or does not place Personal Property into the container within the 15 minute period, the Designated LASAN Employee may remove the Personal Property;

pg 35

CTY004225

6)   The Designated LASAN Employee shall prepare written or photographic evidence which documents the general description and location of the Personal Property;

7)   The Personal Property shall be bagged and tagged for identification purposes;

8)   The Personal Property shall be delivered to a 90 day storage facility; and

9)   A Post-Removal Notice shall be left at the place from which the Personal Property was removed or given to the owner.

*Step #5* - If an individual fails to comply with a Designated LASAN Employee directive, or willfully resists, delays or obstructs a Designated LASAN Employee from moving, removing, or impounding Personal Property, the Designated LASAN Employee shall request support from law enforcement and law enforcement will proceed within their established Departmental protocols.

*Step #6* - If an individual is physically impaired and the impairment limits compliance with a Designated LASAN Employee's directives regarding LAMC Section 56.11, the Designated LASAN Employee shall offer to assist the individual with compliance or may contact LAHSA or OHSP to assist.

If an individual is mentally impaired and the impairment makes incomprehensible compliance with instructions from a Designated LASAN Employee regarding LAMC Section 56.11, the Designated LASAN Employee shall contact LAHSA or OHSP for assistance, and shall continue with the clearing the area.

*Step #7* – If at any time, a City Employee believes that an individual poses a danger to himself, herself or another, including a danger to the City Employee, then the City Employee shall request law enforcement assistance.

CTY004226

pg 36

## PROCEDURE #7– Health & Safety Hazards

The purpose of this protocol is to document the protocols and procedures for the field staff of the LASAN Environmental Enforcement & Emergency Response Unit field staff. The protocol outlines how LASAN Environmental Compliance Officers determine the health hazard potential of the personal property, item(s) or substance(s) found in the public right-of-way. The Compliance Officer will ultimately determine if the property, item or substance poses any potential health risk(s) and requires removal and disposal.

**LEAD DEPARTMENT:** LASAN
**PRIMARY SUPPORT:** LAPD
**SECONDARY SUPPORT:** LAHSA or OHSP, LAPD, BSS, GSD, LAFD, LADOT, RAP

**ENFORCEMENT AUTHORITY**
LAMC 56.11.3.(f) immediate threat to health or safety of the public
LAMC 64.70.05.A. authority to inspect
LAMC 64.70.05.B.6 to abate, correct or prevent pollutants from entering storm drain

Materials are considered to be health hazards when there is statistically significant evidence based on at least one study conducted in accordance with established scientific principles that acute or chronic health effects may occur in exposed persons. Health and safety hazards shall be removed immediately. Notice posting (informing the public of the violation) is not required. If a person refuses to relinquish substances or materials deemed health or safety hazards, law enforcement will proceed with their established protocol. Health or safety hazards shall be documented and removed by LASAN and transported to an authorized disposal facility immediately.

*Health Hazard Assessment Protocol*
   *Step #1* – The Designated LASAN Employee shall walk sidewalks, streets, parkways and other public right-of-ways to visually identify items which may pose a health hazard.

   *Step #2* - LASAN Environmental Compliance Officers shall visually identify flammable, toxic, reactive, and corrosive substances.

CTY004227

*Step #3* - Utilizing the Field Checklist in Appendix 3, the Environmental Compliance Officer will determine the health hazard potential of the item or substance as well as whether the item or substance poses any potential health risk. The Environmental Compliance Officer can use the back of the form "List of Hazardous Materials/Waste and Potentially Hazardous Materials" as reference for health hazard assessments. If any item or substance meets any of the descriptions on the list, then the item or substance may be deemed hazardous (see Appendix #3).

*Step #4* - If the item is a health hazard or a potential health hazard and is made of fabric, wood, or other permeable substances, the item shall be removed by LASAN (or designated contractor) for disposal. LASAN (or designated contractor) shall also remove all biohazard items (e.g., contaminated with blood, human waste, etc.). LASAN Solid Resources shall place the item on a vehicle and transport to an authorized disposal facility.

*Step #5* - If the item is a health hazard or potential health hazard and is made of metal, glass, or any other non-permeable substance, the object may be disinfected.

*Step #6* - If the item is a sharp, the Environmental Compliance Officer will use the appropriate equipment and tools to remove the sharps and place them in a sharps container for disposal.

*Step #7* - LASAN Environmental Compliance Officers shall document on the Health Hazard Determination form each of the hazardous item(s) or substance(s), check off the applicable box(es) on the sheet, and fill in the date, time, and location information. The Environmental Compliance Officer shall sign the form and photograph the item(s) to be destroyed.

*Step #8* – If those instances when the hazardous materials are Attended, to the extent appropriate, LASAN will work with the individual to remove the hazardous materials. If the individual fails to comply with LASAN directives, or willfully resists, delays, or obstructs a Designated LASAN Employee from removing the hazardous materials, the Designated LASAN Employee shall request support from law enforcement and law enforcement will proceed within their established Departmental protocols and LASAN will proceed with the cleanup and removal of the items.

**PROCEDURE #8– Evidence of a Crime or Contraband**

Evidence of a crime or contraband may be immediately removed without notice posting. LAPD may take possession of the evidence or contraband in accordance with established Departmental procedures and the law.

**LEAD DEPARTMENT**: LAPD OR OTHER LAW ENFORCEMENT
**PRIMARY SUPPORT**: LASAN
**SECONDARY SUPPORT**: BSS, GSD, LADOT, LAFD, RAP,

**ENFORCEMENT AUTHORITY**

LAMC 56.11.3.(h) no person shall Store any Personal Property in a Public Area if the Personal Property constitutes an evidence of a crime or contraband.

*Evidence of a Crime or Contraband Protocol*

*Step #1* - Whenever a City Employee comes into contact with property that may be evidence of a crime or is criminal contraband, whether Unattended or Attended, the City Employee shall contact LAPD or other Law Enforcement agency.

*Step #2* - The City Employee shall then step away and wait for Law Enforcement resources to arrive.

*Step #3* - Law enforcement will proceed with their established departmental protocols.

### PROCEDURE #9A – Bulky Items (non-shelter)

In accordance with LAMC 56.11, Bulky items are placed into one of two categories and treated distinctly;

**A. LAMC 56.11.3.(i) Bulky Items (non-shelter) placed in Public Areas**

Bulky items are defined as any item possessing size and/or shape which will not allow the item to fit into a 60-gallon receptacle with the container lid closed. Bulky items generally include but are not limited to mattresses, appliances, furniture, shed, structures, non-operational bicycles, and construction materials. An exception has been established for Tents, wheelchairs, walkers, containers of a volume not exceeding 60 gallons, crutches, and bicycle if operational.

**LEAD DEPARTMENT:** LASAN
**PRIMARY SUPPORT:** LAPD
**SECONDARY SUPPORT:** LAHSA or OHSP, BSS, GSD, LADOT, LAFD, RAP

*Bulky Item Protocol A. (non-structures)*

*Step #1* – Identification or referral of an LAMC 56.11 defined Bulky Item. *Note: LAMC 56.11.3.(i) allows immediate removal of bulky items without notice posting. Non-electronic Bulky items may be disposed as trash or rubbish. Electronic bulky items which fall under the classification of E-waste (a universal waste) shall be specifically disposed of in accordance with 40 CFR.*

*Step #2a* - *Unattended bulky items placed in public areas may be removed immediately by LASAN or City Employee in accordance with LAMC 56.11.3.(i).*

*Step #2b* – *For the removal of the items(s) or Attended bulky items, LASAN will work with the individual(s) to allow for the removal of the items. If the person(s) is physically or mentally-impaired and incapable of effectuating the removal of the item(s), LAHSA or OHSP will be contacted to assist.*

CTY004230

*Step #2c* - Bulky Items that are Attended or associated with other personal property in public areas, shall be assessed by a Designated LASAN Employee prior to removal. If the bulky item is not picked up based on the assessment, the Designated LASAN Employee or City Employee shall follow Procedure #3 for Public Area Cleaning.

pg 41

CTY004231

## PROCEDURE #9B – Bulky Items (structures)

Bulky items which are designed to be used as shelters (i.e. structures), but do not constitute a tent, on public property are prohibited and may be removed after the structure has been posted a minimum of 24 hours in advance. (See Appendix 2 for approved 24-hour Pre-Removal posting notice). The notice shall be attached by LASAN to the bulky item (structure). Photographs shall be taken of each posting and structure. After the 24-hour posting period, the structures shall be disassembled and removed for immediate disposal by LASAN.

**LEAD DEPARTMENT**: LASAN
**PRIMARY SUPPORT**: LAPD
**SECONDARY SUPPORT**: LAHSA or OHSP, BSS, GSD, LADOT, LAFD, RAP

*Bulky Item Protocol B. (structures)*
*Step #1* - If a Bulky Item Stored in a Public Area is designed to be used as a shelter but does not constitute a Tent, a Designated LASAN Employee may only remove and discard the Bulky Item if it complies with the following:

1) A Pre-Removal Notice shall be posted conspicuously on or near the Bulky Item (shelter). The posted Pre-Removal Notice should be photographed by a Designated LASAN Employee;

2) The Bulky Item (shelter) may be removed no less than 24 hours but no more than 72 hours after the posting of the Pre-Removal Notice;

3) If the Bulky Item (shelter) is occupied, a Designated LASAN Employee shall direct any occupant to vacate the Bulky Item (shelter);

4) If any occupant refuses to vacate the Bulky Item (shelter), the Designated LASAN Employee should contact law enforcement for assistance and law enforcement shall proceed within their established Departmental protocols;

5) If any and all occupants of the Bulky Item (shelter) vacate at the direction of a Designated LASAN Employee, LASAN may provide a 60-gallon bag or other container and direct the individual that he or she has up to 15 minutes to place 60 gallons of Personal Property into the bag or container;

CTY004232

6) All Personal Property may be removed, after compliance with
Procedure #7 (Health and Safety Hazards);

7) Written or photographic evidence shall be prepared which documents
the general description and location of the Excess Personal;

8) The Excess Personal Property shall be bagged and tagged for
identification purposes;

9) The Excess Personal Property shall be delivered to a 90 day storage
facility; and

10) Post-Removal Notice as to the Personal Property removed from the
Bulky Item (shelter), shall be provided pursuant to 56.11.4(b).

*Step #2* - If an individual fails to comply with a Designated LASAN Employee
directive, or willfully resists, delays or obstructs a Designated LASAN Employee
from moving, removing, or impounding Personal Property, the Designated
LASAN Employee shall request support from law enforcement and law
enforcement will proceed within their established Departmental protocols.

*Step #3* - If an individual is physically impaired and the impairment limits
compliance with a Designated LASAN Employee's directives regarding LAMC
Section 56.11, the Designated LASAN Employee shall offer to assist the
individual with compliance or may contact LAHSA or OHSP to assist.

If an individual is mentally impaired and the impairment makes incomprehensible
compliance with instructions from a Designated LASAN Employee regarding
LAMC Section 56.11, the Designated LASAN Employee shall contact LAHSA or
other OHSP for assistance, and proceed with the cleanup.

*Step # 4* - If at any time, a City Employee believes that an individual poses a
danger to himself, herself or another, including a danger to the City Employee,
the City Employee shall request law enforcement assistance.

*Step #5* - Animals in the Bulky Item (shelter) may be removed by Animal Control.

CTY004233

## PROCEDURE #10 – Tents and Attachments

Pursuant to LAMC 56.11.8(a), no person shall attach any Personal Property to any public property without consent.  Pursuant to 56.11.8(b), no person shall attach any Personal Property to any private property if the Attachment creates an obstruction on or across any street or pedestrian walkway, including a sidewalk. In addition, pursuant to LAMC 56.11.7, no person shall erect a Tent in any Public Area from 6 a.m. to 9 p.m., except when raining and/or the temperature is below 50 degrees Fahrenheit.  LAPD shall enforce the immediate disassembly, deconstruction, folding, and removal of Tents during those hours, without the necessity of posting notices (informing the public of the violation). If a person refuses to comply with a legal order from a peace officer, law enforcement will proceed within their established protocols.

**LEAD DEPARTMENT**: LAPD
**PRIMARY SUPPORT**: LASAN
**SECONDARY SUPPORT**: LAHSA or OHSP, BSS, GSD LADOT, LAFD, RAP

In accordance with LAMC 56.11.7, no Tents shall be erected, configured or constructed in Public Areas between the hours of 6 a.m. and 9 p.m., unless it is raining and/or the temperature is below 50 degrees Fahrenheit. Any Tent must be taken down, folded, deconstructed and put away by 6 a.m. of each day. A folded/deconstructed tent can be placed to the side of the sidewalk without obstructing safe passage and access.

*Tent Protocol*
*Step #1* - At the time of arrival, if it is raining and/or the temperature is below 50 degrees Fahrenheit, the Designated City Employee shall postpone action.

Step #2 - A Designated City Employee may deconstruct any Attended Tent erected during the hours of 6 a.m. to 9:00 p.m. (unless it is raining or the temperature is below 50 degrees Fahrenheit) if the Designated City Employee complies with the following;

    1)    If the Tent is occupied, the Designated City Employee shall direct any occupant to vacate the Tent;

    2)    If any and all occupants vacate the Tent, the Designated City Employee shall advise the owner that he or she will have up to 15 minutes to deconstruct the Tent;

CTY004234

3)    If any occupant of the Tent refuses to vacate the Tent, the Designated City Employee should contact law enforcement for assistance and law enforcement shall proceed within their established Departmental protocols;

*Step #3* - If an individual fails to comply with the directive, or willfully resists, delays or obstructs a Designated City Employee from taking down or deconstructing a Tent, the Designated City Employee shall request support from law enforcement and law enforcement will proceed within their established Departmental protocols.

*Step #4* - If an individual is physically impaired and the impairment limits compliance with a Designated City Employee's directives regarding LAMC Section 56.11, the Designated City Employee shall offer to assist the individual with compliance or may contact LAHSA or OHSP to assist.

If an individual is mentally impaired and the impairment makes incomprehensible compliance with instructions from a Designated City Employee regarding LAMC Section 56.11, the Designated City Employee shall contact LAHSA or OHSP for assistance, and shall continue with the clean-up.

*Step #5* – If at any time, a City Employee believes that an individual poses a danger to himself, herself or another, including a danger to the City Employee, the City Employee shall request law enforcement assistance.

*Step #6* - Without notice, a Designated City Employee may deconstruct any erected Unattended Tent during the hours of 6:00 a.m. and 9:00 p.m. unless it is raining and/or the temperature is below 50 degrees Fahrenheit. Once deconstructed, the Tent shall be removed, bagged, tagged, and stored, unless it is a health hazard. If a health hazard, LASAN shall remove the Tent in conformance with Procedure #7. The personal property in the Tent shall be removed following proper personal property protocols. A post removal notice shall be posted.

Step #7 – The personal property around the Tent shall not be removed unless they are a health hazard or violate ADA safe passage or access to property. If removed, proper personal property protocols will be followed.

*Attachment Protocol*
In accordance with Los Angeles Municipal Code 56.11.8, no Attachment shall be erected on public property, and no Attachment shall be erected on private property in such a manner as to create an obstruction on or across any Street or area where the public may travel.

*Step #1* - A Designated City Employee may remove any <u>Attended Attachment to public property</u> only as set forth below:

CTY004235

1)     The Designated City Employee shall direct the owner that he or she has up to 15 minutes to remove the Attachment;

2)     If the owner refuses to or does not remove the Attachment, a Designated City Employee may remove the Attachment; and

3)     Any Personal Property contained around the Attachment shall not be removed unless they are a health hazard or violate ADA safe passage or access to property. If removed, proper personal property protocols will be followed.

*Step #2* - A Designated City Employee may remove any <u>Attended Attachment to private property that creates an obstruction on or across any street or pedestrian walkway, including a sidewalk</u> only as set forth below:

1)     The Designated City Employee shall advise the owner of the Attachment that he or she will have 15 minutes to remove the Attachment;

2)     If the owner refuses to or does not remove the Attachment, the Designated City Employee may remove the Attachment; and

3)     Any Personal Property contained around the Attachment shall not be removed unless they are a health hazard or violate ADA safe passage or access to property. If removed, proper personal property protocols will be followed.

*Step #3* - If an individual fails to comply with a Designated City Employee directive, or willfully resists, delays or obstructs a Designated City Employee from removing the Attachment(s), the Designated City Employee shall request support from law enforcement and law enforcement will proceed within their established Departmental protocols.

*Step #4* - If an individual is physically impaired and the impairment limits compliance with a Designated City Employee's directives regarding LAMC Section 56.11, the Designated City Employee shall offer to assist the individual with compliance or may contact LAHSA or OHSP to assist.

If an individual is mentally impaired and the impairment makes incomprehensible compliance with instructions from a Designated City Employee regarding LAMC Section 56.11, the Designated City Employee shall contact LAHSA or OHSP for assistance.

CTY004236

*Step #5* – If at any time a City Employee believes that an individual poses a danger to himself, herself or another, including a danger to the City Employee, the City Employee shall request law enforcement assistance.

*Step #6* - A Designated City Employee may remove any <u>Unattended Attachment to public property</u> unless the Attachment was erected pursuant to written permission from the City. Personal Property around the Unattended Attachment shall not be removed unless they are a health hazard or violate ADA safe passage or access to property. If removed, proper personal property protocols will be followed.

*Step #7* - A Designated City Employee may remove any <u>Unattended Attachment to private property if the Attachment creates an obstruction on or across any street or pedestrian walkway</u>, including a sidewalk. Personal Property around the Unattended Attachment shall not be removed unless they are a health hazard or violate ADA safe passage or access to property. If removed, proper personal property protocols will be followed.

CTY004237

pg 47

## TERMINONOLGY

**BSS** – Bureau of Street Services

**BULKY ITEM** – Defined in Los Angeles Municipal Code 56.11as; any item, with exception of a constructed Tent, operational bicycle or operational walker, crutch or wheelchair, that is too large to fit into a 60-gallon container with the lid closed, including, but not limited to, a shed, structure, mattress, couch, chair, other furniture or appliance. A container with a volume of no more than 60 gallons used by an individual to hold his or her Personal Property shall not in itself be considered a Bulky Item.

**CSLA** – Clean Streets Los Angeles also known as the Clean Streets Initiative (CSI)

**DESIGNATED CITY EMPLOYEE** – LAPD or Designated LASAN Employee.

**DESIGNATED LASAN EMPLOYEE** – means the Director of the Bureau of Sanitation of the Department of Public Works of the City of Los Angeles or the duly authorized representatives designated to administer, implement and enforce the provisions of this Protocol (i.e. LASAN Environmental Compliance Officer).

**HOMELESS ENCAMPMENT** – are locations where one or more homeless people live or store personal property in an unsheltered area. (CalEPA, CalRecycle Defined).

**GSD** – Department of General Services

**LADWP** – Los Angeles Department of Water & Power

**LAFD** – Los Angeles Fire Department

**LAHSA** – Los Angeles Homeless Services Authority

**LAPD** – Los Angeles Police Department

**LASAN** – Los Angeles Sanitation

**LAW ENFORCEMENT OFFICER** – Any appointed governmental employee with Peace Officer arrest authority listed under California Penal Code Section 830.

**OHS** – Operation Healthy Streets

**OHSP** – Other Homeless Services Provider

**PERSONAL PROPERTY** – Defined in Los Angeles Municipal Code 56.11, means any tangible property, and includes but is not limited to, goods, materials, merchandise, Tents, tarpaulins, bedding, sleeping bags, hammocks, personal items such as household items, luggage, backpacks, clothing, documents and medication.

**PUBLIC AREA(S)** - Defined in Los Angeles Municipal Code 56.11, means all property that is owned, managed or maintained by the City, except property under the jurisdiction of the Department of Recreation & Parks which is governed by Los Angeles Municipal Code 63.44, and shall include, but is not limited to, any street, medial strip, space, ground, building or structure.

**RAP** – Department of Recreation & Parks

**UNATTENDED** – Defined in Los Angeles Municipal Code 56.11 means no Person is present with Personal Property who asserts or claims ownership over the Personal Property. Conversely, property is considered **"Attended"** if a Person is present with the Personal Property and the Person claims ownership over the Personal Property.

**APPENDIX 1 – Major Cleaning Notice**

CTY004240

 

# NOTICE: MAJOR CLEANING

## INCLUDES SIDEWALKS, ALLEYS, PARKS, BEACH, PARKING LOTS, AND OTHER PUBLIC ACCESS AREAS

### AN AREA CLEANING WILL COMMENCE AT THIS LOCATION ON:

**Thursday, March XX, 2015 at 07:00 a.m.**

### PLEASE REMOVE ALL PERSONAL BELONGINGS, INCLUDING BULKY ITEMS BY

**Thursday, March XX, 2015 by 06:00 a.m.**

This effort is designed to clean, improve and maintain a safe environment for the general public. The City may use power wash and street cleaning equipment to clean and disinfect the sidewalks, alleys, parks and other public access areas.

Please remove all personal belongings, including bulky items from sidewalks, alleys, parks, and public access areas. All property remaining will be removed by the City. Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected by the City and kept in a secure location for a period of 90 days during which time it may be retrieved by its rightful owner.

Items collected by the City may be retrieved at:

507 Towne Avenue
Los Angeles, CA 90013
Monday - Friday
(9:30 a.m. - 12:30 p.m. and 1:30 p.m. - 4:00 p.m.)
213-806-6355

The City of Los Angeles greatly appreciates your cooperation as we initiate necessary measures to ensure that your communities are safe and healthy.

April 7, 201                                                    P a g e

CTY004241

APPENDIX 2 – Bulky Item Structure Postings



# NOTICE

## STORAGE OF BULKY ITEMS IN THE PUBLIC RIGHT-OF-WAY OR ANOTHER PUBLIC AREA IS

## PROHIBITED

PER SECTION 56.11.(3)(i). Failure to remove this bulky item within 24 hours will subject it to immediate removal and discard. Bulky items moved to another public area can be removed and discarded without notice. Absent an immediate threat to public health or safety, personal property removed from within the bulky item will be maintained in a secured location for 90 days. The rightful owner of items found inside a bulky item may retrieve the personal property at:

**507 S. TOWNE AVE., LOS ANGELES, CA 90013**

For Information, Please Call:

**1-213-806-6355**

POSTING LOCATION_____

POSTING DATE _____ ,TIME _____ ,SAN/WPD CASE#_____

Form06.11.(re.v02-2.05)

April 7, 2016

33 | P a g e

CTY004243



# AVISO

## ALMACENAMIENTO DE OBJECTOS VOLUMINOSOS EN LA FORMA CORRECTA DE PASO PÚBLICO O EN OTRA ÁREA PÚBLICA ES

# PROHIBIDO

Según la Sección 56.11.(3)(i). Si no se retira este artículo voluminoso dentro de las 24 horas se someta a la eliminación inmediata y descarte. Los artículos voluminosos se trasladaron a otro público se puede sacar y desechar sin previo aviso. En ausencia de una amenaza inmediata para la salud o la seguridad pública, la propiedad personal retirado desde el interior del elementos voluminosos se mantendrá en un lugar seguro durante 90 días. El propietario legítimo de artículos encontrados dentro de un elemento voluminoso puede recuperar la propiedad personal en:

## 507 S. TOWNE AVENUE, LOS ANGELES, CA 90013

Para información, llame al:

### 1-213-806-6355

POSTING LOCATION_____

POSTING DATE _____ ,TIME _____ ,SAN/WPD CASE#_____

Form 56.11.5 (rev.02/206)

April 7, 2016

CTY004244

**APPENDIX 3 – Health Hazard Sheet**

## CITY OF LOS ANGELES
## WATERSHED PROTECTION DIVISION
## HEALTH HAZARD CHECKLIST

Date: _____   Time: _____   Case Number: _____

Location Description: _____

Item Description: _____

Health Hazard Determination : ( check all that apply)

☐ Toxin / poison_____

☐ Flammable_____

☐ Corrosive_____

☐ Reactive_____

☐ Highly-compressed gas or liquid_____

☐ Motor oil or other petroleum oil_____

☐ Substances listed in Title 22_____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent._____

☐ Biohazard / infectious / sharp / infested material_____

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: _____
_____
_____

WPD Officer Name (Print):_____   Signature: _____

1.4.2016 - Revision 3.0 - draft

CTY004246

## HEALTH AND SAFETY CLEAN-UP OPERATION

## LIST OF HAZARDOUS MATERIALS/WASTE AND POTENTIALLY HAZARDOUS MATERIALS

1. Biohazards / infectious such as human sanitary waste including excrement and urine, human blood, other human body fluids, human parts, materials contaminated with human fluids, syringes, syringe needles, razor blades, other medical or laboratory "sharps", drug paraphernalia, materials potentially-infested with lice, fleas, bedbugs, bacteria, or viruses, materials potentially in contact with vectors such as rodents and birds, and materials or substances which may potentially harbor infectious agents.

2. Toxins / poisons such as pesticides, mercury-containing bulbs, asbestos materials, e-waste, etc.

3. Flammables such as gasoline, propane, butane, lighter fluid, oil-based paints, mineral spirits, paint thinner, acetone, petroleum-based solvents, oxygen tanks, and other materials with flashpoints under 141 degrees F

4. Corrosives such as batteries, muriatic acid (swimming pool acid), acids equal to less than pH 2.0, caustic degreasers/cleaners, bases equal to or greater than 12.5.

5. Reactives such as chlorine, oxidizers, peroxides, hydrogen peroxide, explosives, radioactive, ammunition, etc.

6. Highly-compressed gases or liquids

7. Motor oil

8. Any substances listed in Title 22 of the California Health and Safety Code

April 7, 2016

APPENDIX 4 – Non-Infectious Certificate



## Non-Infectious Certification

| To: | Clean Harbors Environmental Services, Inc. |
|---|---|

I hereby certify that the waste material being shipped to Clean Harbors under Profile #_____ has been rendered non-infectious and is neither infectious nor does it contain any organisms known to be a threat to human health. *(this also includes materials which contain or have come into contact with tissue or body fluids derived from human or animal source)*

This certification is based upon my knowledge of the material and:

_____ The waste was never exposed to potentially infectious materials.
_____ The following method of disinfection was employed:

Chemical Sterilization* _____
Other: _____

| *Common Disinfectants | Check |
|---|---|
| Bleach Solutions[1] | |
| Formaldehyde | |
| Gluteraldehyde | |
| Phenol | |
| Other / Cleaners: (please specify) | |

THIS IS TO CERTIFY that the above is an accurate description of the methods used and all contents are specified and known.

Authorized signature: _____      Date: _____
Generator Name: _____      Address: _____

_____

[1] The Department of Labor (DOL) has acknowledged, and in agreement with the recommendations of the U.S. Public Health Service Centers for Disease Control, that a solution of 5.25% sodium hypochlorite diluted 1:10 with water is effective for disinfecting. Therefore, this is an acceptable method of disinfecting/sterilizing possibly contaminated waste

April 7, 2016

CTY004249

**APPENDIX 5 – Post-Removal Notice**

CTY004250



## POSTED

## PROPERTY CAN BE RECOVERED AT .

### 507 Towne Avenue
### LOS ANGELES, CA 90013

MONDAY – FRIDAY
9:30 am – 12:30 pm and 1:00 pm – 4:00 pm

Property left behind at/or near _____
was removed by the City. Absent an immediate threat to public health or safety, removed items will be maintained in a secure location for a period of 90 days for the rightful owner to retrieve.

If you left property and you believe that it was removed, you may be able to retrieve it at 432 E. Temple Street, Los Angeles CA 90012. Please be prepared to describe the property, its location and the date you believe it was removed. You will have your photograph taken and be required to sign an affidavit to declare ownership.

DATE:_____
For Assistance or Information Please Call:

## 213-806-6355

April 7, 2016

41 | P a g e

CTY004251

LAMC 56.11 Protocols　　　　　Protocol No. 12　　　　　Effective 8/6/2018

## PROCEDURE #12
### Special Enforcement Zones around Temporary Homeless Shelters

In April 2018, the Mayor and the City Council declared an emergency shelter crisis and included funding in the City's FY 2018-19 budget to support the construction of emergency shelters Citywide as part of a program called A Bridge Home (ABH). As part of ABH, once a shelter is opened and placed in service, in collaboration with the Council Offices, enhanced cleaning will be implemented by LASAN in the defined zone around the shelter and the area where the homeless population for the shelter was housed.

City residents may be reluctant to embrace the opening of a temporary homeless shelter (THS) in their neighborhood due to the fear of spill-over encampments and sidewalk blockages in the area adjacent to a THS. To encourage the placement of a THS in an area of need in the City, discrete areas surrounding a newly sited THS may receive special enforcement priority under Los Angeles Municipal Code (LAMC) Section 56.11. At the written request of the Mayor's Office or a Council Office, declaring any discrete area to be a THS Special Enforcement Zone ("THS Zone"), the following protocol will be used for the enforcement of Section 56.11 in the THS Zone.

**LEAD DEPARTMENT**: LASAN
**PRIMARY SUPPORT**: LAHSA, LAPD

Before the opening of a new THS, the City will post permanent signs in the designated area surrounding the THS, providing notice of the enhanced enforcement protocols for the THS Zone.  The City also will post temporary signs disclosing when the enhanced enforcement of Section 56.11 will commence.  In addition, prior to the opening of the THS, the surrounding area will receive more outreach to homeless persons in the area from the Los Angeles Homeless Services Authority (LAHSA) or other homeless service providers.

Further, commencing 90days prior to the opening of the shelter and continuing for 30 days after the opening of the shelter and in collaboration with LAHSA's outreach team and other city partners, LASAN will limit the comprehensive cleaning that requires the relocation of the homeless population to those activities related to addressing health hazards and any access and Americans with Disabilities Act (ADA) compliance. 30 days after the opening of a THS, LASAN will implement enhanced cleaning and compliance with LAMC 56.11 within the designated and affected zone five days a week. Compliance and rapid response as part of the Homeless Outreach and Proactive Engagement (HOPE) program will be conducted four days a week. Comprehensive cleaning will be conducted once every week. The schedule will vary by location and will be posted in the THS Zone. The standards for this effort will be documented as part of Protocol No. 12 of the LAMC 56.11 protocols that will be adopted by LASAN as the Designated Administrative Agent.

Protocols for THS Enforcement Zones.

*Step #1* - After the siting of a THS but before the opening of a THS, the City will post permanent signs in the designated area surrounding the THS, providing notice of the

CTY004252

LAMC 56.11 Protocols                    Protocol No. 12                    Effective 8/6/2018

enhanced LAMC Section 56.11 enforcement protocols for the THS Zone. The permanent signage will be consistent with Appendix 6.

*Step #2* – Prior to the opening of a THS, the City will post temporary signs in the designated area surrounding the THS, providing notice of the date on which the City will begin enhanced enforcement of L.A.M.C. 56.11 in any area declared to be a Special Enforcement Zone. The temporary signage will consistent with the sign attached as Appendix 6.

*Step #3* – Prior to the opening of a THS, the City will facilitate through LAHSA or another homeless service provider outreach to homeless persons in the designated THS Zone.

*Step #4* – Commencing 90 days prior to and continuing for 30 days after the opening of the THS, LASAN will collaborate with LAHSA to limit all cleanings to those related to public health and safety along with access and ADA restrictions. Cleaning will be done without relocating the unsheltered homeless population unless necessary. Any necessary cleaning that requires the relocation of the unsheltered homeless will be coordinated with the LAHSA.

*Step #5* – Beginning 30 days after the opening of a THS, the THS Zone will be comprehensively cleaned once a week, following Procedures # 2, 5, 7, 8, 9 and 10. HOPE Operations will be conducted four days per week.

Step #6 – Beginning 30-days after the opening of a THS, the provisions of LAMC 56.11 will be strictly enforced in the THS Zone, including without limitation:
- Removing and storing of Excess Personal Property (more than 60 gallons per person) (LAMC Section 56.11-3(a)-(b));
- Ensuring adequate clearance on public sidewalks to comply with the ADA (LAMC Section 56.11-3(c));
- Ensuring the accessibility of entrances, exits, driveways and loading docks (LAMC Section 56.11-3(e));
- Removing and disposing of items that constitute a threat to public health or safety (LAMC Section 56.11-3(g));
- Removing and disposing of Bulky Items (LAMC Section 56.11-3(i)); and
- Requiring the deconstruction of tents between 6:00 a.m. to 9:00 p.m., weather permitting (LAMC 56.11-7).

This Protocol will be coordinated through the City's Unified Homeless Response Center (UHRC).

This protocol will be amended to LAMC 56.11 Protocols signed on April 7, 2016 and will be effective on August 6, 2018.

Approved on *August 6, 2018*

Enrique C. Zaldivar, P.E.
Director and General Manager
LA Sanitation and Environment

2

CTY004253

# SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

CTY004254

 

# ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL
(844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013

CTY004255

# EXHIBIT 2

# NOTICE OF MAJOR CLEANING

## PLEASE REMOVE PERSONAL PROPERTY FROM CLEANING AREAS
## *BULKY ITEMS ARE ALWAYS PROHIBITED

**Personal property means any tangible property, and includes, but is not limited to, goods, materials, merchandise, tents, tarpaulins, bedding, sleeping bags, hammocks, personal items such as household items, luggage, backpacks, clothing, documents and medication.

### CLEANING WILL TAKE PLACE ON:
MONDAY, JANUARY 27, 2020

**Please remove all personal belongings and bulky items from the posted area by**

# 6:00 AM
# MONDAY, JANUARY 27, 2020

**All property remaining in this location after 6:00AM will be removed by the City. Cleaning will conclude by no later than 3pm.**

**ITEMS COLLECTED BY THE CITY MAY BE RETRIEVED FROM OR BY CONTACTING THE FOLLOWING LOCATION:**

The BIN
507 Towne Ave.,
Los Angeles, CA 90013
Office: (213) 806-6355

**The BIN Operating Hours**
Monday - Friday
9:30a.m. – 12:30p.m; 1:00p.m. – 4:00p.m.
Saturday
8:00 a.m.-1:00p.m.;

Cleaning Area



SHADED AREA INCLUDES BOTH SIDES OF THE STREET AND ALLEYS

On [1 27 20], the City will not clean or remove personal property located outside of the cleaning area. The City reserves the ability to address items that pose immediate threats to public health or safety, bulky items, trash, or evidence of a crime or contraband at any time and in any location.

The City may use power washing and other street cleaning equipment to clean and disinfect sidewalks, alleys, parks, and other public areas in the cleaning areas depicted above.

Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected and kept by the City for a period of 90 days during which time it may be retrieved by its rightful owner. Personal property collected by the City may be discarded if not claimed within 90 days after impoundment.

POSTED: 1/27/2020; Time: _____

# 3037 N SAN FERNANDO RD, 90065

PERSONAL PROPERTY MAY NOT BE STORED IN PUBLIC AREAS INCONSISTENT WITH L.A.M.C. §56.11

CTY004256

# EXHIBIT 3

| 2019 Data | | | | | |
| --- | --- | --- | --- | --- | --- |
| Location | Intake | Claims | Discards | Claim Rate | Discard Rate |
| Container A (5th/Towne) | 1813 | 325 | 1380 | 17.93% | 76.12% |
| Container B (Pendleton) | 276 | 27 | 147 | 9.78% | 53.26% |
| Container C (San Fernando) | 359 | 45 | 337 | 12.53% | 93.87% |
| Container D (Hyperion) | 89 | 2 | 73 | 2.25% | 82.02% |
| Contrainer E (San Pedro) | 157 | 7 | 140 | 4.46% | 89.17% |
| Container F (Northridge) | 202 | 24 | 162 | 11.88% | 80.20% |
| | 2896 | 430 | 2239 | 14.85% | 77.31% |

| Monthly Intake | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | TOTALS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 55 | 39 | 169 | 334 | 355 | 276 | 199 | 117 | 124 | 28 | 55 | 62 | 1813 |
| B | 0 | 16 | 20 | 43 | 56 | 13 | 21 | 7 | 6 | 6 | 28 | 60 | 276 |
| C | 19 | 18 | 97 | 47 | 1 | 43 | 64 | 24 | 21 | 7 | 5 | 13 | 359 |
| D | 0 | 6 | 0 | 29 | 11 | 19 | 14 | 0 | 0 | 8 | 0 | 2 | 89 |
| E | 0 | 9 | 14 | 18 | 44 | 3 | 52 | 6 | 0 | 0 | 1 | 10 | 157 |
| F | 12 | 9 | 1 | 53 | 73 | 0 | 0 | 11 | 6 | 12 | 0 | 25 | 202 |
| TOTALS | 86 | 97 | 301 | 524 | 540 | 354 | 350 | 165 | 157 | 61 | 89 | 172 | 2896 |

| Monthly Discard | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | TOTALS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 51 | 23 | 58 | 44 | 34 | 153 | 260 | 254 | 241 | 104 | 83 | 75 | 1380 |
| B | 6 | 4 | 4 | 0 | 15 | 18 | 55 | 23 | 13 | 7 | 0 | 2 | 147 |
| C | 20 | 24 | 13 | 23 | 21 | 68 | 41 | 0 | 45 | 47 | 18 | 17 | 337 |
| D | 0 | 4 | 0 | 0 | 2 | 0 | 28 | 10 | 29 | 0 | 0 | 0 | 73 |
| E | 1 | 0 | 10 | 0 | 8 | 13 | 19 | 38 | 41 | 10 | 0 | 0 | 140 |
| F | 8 | 0 | 28 | 1 | 9 | 2 | 58 | 41 | 0 | 0 | 10 | 5 | 162 |
| TOTALS | 86 | 55 | 113 | 68 | 89 | 254 | 461 | 366 | 369 | 168 | 111 | 99 | 2239 |

| Monthly Claimed | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | TOTALS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 10 | 9 | 20 | 68 | 59 | 45 | 36 | 32 | 30 | 9 | 1 | 6 | 325 |
| B | 0 | 0 | 0 | 2 | 8 | 0 | 13 | 4 | 0 | 0 | 0 | 0 | 27 |
| C | 0 | 1 | 19 | 4 | 0 | 0 | 13 | 3 | 5 | 0 | 0 | 0 | 45 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| E | 0 | 1 | 0 | 0 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 7 |
| F | 0 | 0 | 0 | 9 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| TOTALS | 10 | 11 | 39 | 83 | 85 | 45 | 67 | 39 | 35 | 9 | 1 | 6 | 430 |

CTY004257

# EXHIBIT 4

# CSLA CD 15 Posting Survey

On Monday, April 22, 2019, Environmental Compliance Inspector S. Cruz and CH Villareal conducted a homeless encampment (HE) survey for the above district and posted areas for clean-up on **Wednesday, April 24, 2019**. Locations with homeless encampments were posted on both sides of the street and adjoining blocks where applicable. Additional photographs taken are not included in this report.

Approximately **8 hours** of total cleanup time should be allowed for 04/24/19. The following resources will be required: One WPD team, one LASAN Solids team, one Clean Harbors Environmental Services team.

1. **WPD Case#54374**, Authorization #190327018
   **25327 S McCoy Ave, 90710 (Sidewalk)**
   25+ HEs, 31 postings. Most HEs were on Lomita Blvd. McCoy Ave had one HE near the Lomita Blvd intersection.
   ~8 hour clean-up
   **Figure 1: HE on the corner of Lomita Blvd and McCoy Ave**



# CSLA CD 15 Posting Survey

Figure 2: HEs on Lomita Blvd



Figure 2: HEs on Lomita



CTY001942

CSLA CD 15 Posting Survey

Figure 3: HEs on Lomita



Figure 4: McCoy Ave





# LOS ANGELES BUREAU OF SANITATION, WATERSHED PROTECTION DIVISION
## CSLA HOMELESS ENCAMPMENT CLEANUP REPORT

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Incident Date:<br>04/24/2019 | Incident Time:<br>0830 | Temp:<br>70 °F | Is it Raining?<br>No |

Posting Date:                    HE Authorization #:                    HE Authorization Date:
Posting done on 04/22/2019       190327018                              3/27/2019

LAMC 56.11 Violations?     Arrest by other Agency?     Public Area Cleaning?     Property Custody Document #
☒ Yes  ☐ No               ☐ Yes  ☒ No                 ☒Yes  ☐ No                N/A

Owner(s) Identified?   Last Name:          First Name:              Middle  Name:
☐ Yes  ☒ No            N/A                 N/A                      N/A

Sex:          Birth date:        Weight:              Height:              Marital Status:
☐ M   ☐ F    N/A                N/A                  N/A                  ☐ Single ☐ Married

Government ID #:   Phone #:      Other ID Info:
N/A                N/A

Incident Street Address:
25327 S. McCoy Ave

Cross Street:                              City:          State:       ZIP Code:
W. 253ʳᵈ St                                Los Angeles    CA           90710

Environmental Compliance Inspector Name:           Badge/Serial #:
M. Hu                                              N/A

Environmental Compliance Inspector Name:           Badge/Serial #:
CH Sanchez                                         N/A

Environmental Compliance Inspector Name:           Badge/Serial #:
                                                   N/A

Environmental Compliance Inspector Name:           Badge/Serial #:
                                                   N/A

Agency/Arresting Inspector Name:           Badge/Serial #:        Arrest/Incident #:
N/A                                        N/A                    N/A

Other Details:

## LOCATION/INCIDENT DETAILS

Sidewalk?              Alley?                      Easement?
☒ Yes  ☐ No            ☐ Yes  ☒ No                 ☐ Yes  ☒ No

### Personal/Excess Property Information

Is it obstructing City       Is it blocking ingress/egress or ADA?     Is it stored during closure hours?   Is it a Bulky Item non-structure?
Operations?

☒ Yes  ☐ No            ☒ Yes  ☐ No                           ☐ Yes  ☒ No            ☒ Yes  ☐ No

Is it a Bulky item structure?   ☐ Yes  ☒No    If Yes →  Posting Date:              Posting Time:

Is it a Health Hazard?   ☒Yes  ☐ No    Health Hazard Checklist #:

Notes:

CTY001944

## COMPLAINT

Sanitation Watershed Protection Division received a request from City District 15 to address immediate health threats in public areas and violations of Los Angeles Municipal Code Section 56.11. Public health concerns include the presence of feces, urine, sharps, and other potential health hazards.

## INCIDENT DETAIL

On 4/24/2019, at approximately 0830 hours, Environmental Compliance Inspectors Hu and CH Sanchez were assigned to lead the CSLA cleanup detail in Council District 15, at 25327 S. McCoy Ave. We performed public area cleaning with the assistance of the Los Angeles Police Department Valley, Clean Harbors Environmental Services and LASAN Solids. The LAPD crew was made up of 5 Inspectors, the LASAN Solids crew was made up of 6 workers, and the Clean Harbors crew was made up of 3 workers. The Solids crew and LAPD isolated and blocked the immediate area to be assessed and prevented the public from entering the affected area until completion of the project.

On 25327 S. McCoy Ave, 13 homeless encampments were located on the sidewalk of 25327 S. McCoy Ave/Lomita Blvd and 2 homeless encampments were on city parking lot of Greenway located on 25327 S. McCoy Ave. Greenway Parking lot was confirmed and verified to be City of LA property, as indicated by the sign. A total of fifteen (15) homeless encampments blocked ADA access and few had attachments. One female in Greenway parking lot was making commotion and after LAHSA was unable to console her, LAPD escorted her out. One bag of her items was returned to her. All three authorization signatures for homeless encampment clean up were not verified until 1000 hours. At approximately 1000 hours, ECIs began inspecting each encampment for hazardous and non-hazardous items and to take custody of unattended personal property for storage.

### (1)  25327 S. McCoy Ave

Items found with evidence of wet, dirty, contaminated, infectious, odorous/foul-smelling, broken, disrepair/damaged, or vermin infested:

Location 1: **25327 S. McCoy Ave (In Greenway Parking lot) 1 female individual**

- o  Food waste
- o  Bulky items
- o  Blankets
- o  Mattress
- o  Furniture
- o  Plastic crates
- o  Clothes
- o  Miscellaneous trash and debris

- ▪ **Hazardous Waste**
  - o  Aerosols
  - o  Sharps

Location 2: **25327 S. McCoy Ave (In Greenway Parking lot) Unattended**

- o  Food waste
- o  Shopping cart
- o  Cabinet
- o  Clothes
- o  Rugs
- o  Miscellaneous trash and debris

- ▪ **Hazardous Waste**
  - o  Sharps

CTY001945

CONTINUATION SHEET

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP          CASE # 54374          Page 3 of 12

**Location 3: 25327 S. McCoy Ave (1st on the east of Lomita Blvd) Unattended**

- o  Food waste
- o  Blankets
- o  Clothes
- o  Cardboards
- o  Griller
- o  Miscellaneous trash and debris

- ▪ **Hazardous Waste**
  - o  Urine
  - o  Aerosols
- o  **Vectors**
  - ▪  1 rat

**Location 4: 25327 S. McCoy Ave (2nd on the east of Lomita Blvd) Unattended**

- o  Food waste
- o  Bulky items
- o  Blankets
- o  Clothes
- o  Mattress
- o  Miscellaneous trash and debris

- ▪ **Hazardous Waste**
  - o  Urine
  - o  Aerosols
  - o  Sharps

**Location 5: 25327 S. McCoy Ave (3rd on the east of Lomita Blvd) Unattended**

- o  Food waste
- o  Blankets
- o  Pet cage
- o  Clothes
- o  Pillows
- o  Miscellaneous trash and debris

- ▪ **Hazardous Waste**
  - o  Urine
  - o  Aerosols

**Location 6: 25327 S. McCoy Ave (4th on the east of Lomita Blvd) Unattended**

- o  Food waste
- o  Shopping cart
- o  Clothes
- o  Cart
- o  Miscellaneous trash and debris

- ▪ **Hazardous Waste**
  - o  Urine
  - o  Aerosols
  - o  Sharps

CTY001946

CONTINUATION SHEET

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP                    CASE # 54374                    Page 4 of 12

**Location 7: 25327 S. McCoy Ave (5th on the east of Lomita Blvd) Unattended**

- o  Suitcases
- o  Blankets
- o  Clothes
- o  Miscellaneous trash and debris

▪  **Hazardous Waste**
- o  Aerosols
- o  Sharps

**Location 8: 25327 S. McCoy Ave (6th on the east of Lomita Blvd) Unattended**

- o  Suitcases
- o  Blankets
- o  Pillows
- o  Backpacks
- o  Clothes

▪  **Hazardous Waste**

**Location 9: 25327 S. McCoy Ave (7th on the east of Lomita Blvd) Unattended**

- o  Food waste
- o  Bike frames, bike parts
- o  Blankets
- o  Sleeping bags
- o  Clothes
- o  Miscellaneous trash and debris

▪  **Hazardous Waste**
- o  Urine
- o  Aerosols

**Location 10: 25327 S. McCoy Ave (8th on the east of Lomita Blvd) Unattended**

- o  Tent
- o  Blankets
- o  Clothes
- o  Miscellaneous trash and debris

▪  **Hazardous Waste**
- o  Urine
- o  Aerosols

**Location 11: 25327 S. McCoy Ave (9th on the east of Lomita Blvd) Unattended**

- o  Food waste
- o  Bulky items
- o  Tarps
- o  Blankets
- o  Clothes
- o  Pallets
- o  Miscellaneous trash and debris

CTY001947

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP      CASE # 54374      Page 5 of 12

- **Hazardous Waste**
  - o Urine
  - o Aerosols

**Location 12: 25327 S. McCoy Ave (10th on the east of Lomita Blvd) Unattended**

  - o Food waste
  - o Tarps
  - o Blankets
  - o Clothes
  - o Shopping carts
  - o Miscellaneous trash and debris

- **Hazardous Waste**
  - o Urine
  - o Aerosols

**Location 13: 25327 S. McCoy Ave (11th on the east of Lomita Blvd) Unattended**

  - o Food waste
  - o Blankets
  - o Tent
  - o Clothes
  - o Propane tank
  - o Miscellaneous trash and debris

- **Hazardous Waste**
  - o Urine
  - o Aerosols
  - o Batteries

**Location 14: 25327 S. McCoy Ave (12th on the east of Lomita Blvd) Unattended**

  - o Food waste
  - o Furniture
  - o Bulky items
  - o Blankets
  - o Clothes
  - o Miscellaneous trash and debris

- **Hazardous Waste**
  - o Urine
  - o Aerosols
  - o Paint

**Location 15: 25327 S. McCoy Ave (13th on the east of Lomita Blvd) Unattended**

  - o Blankets
  - o Backpacks
  - o Clothes
  - o Shopping carts
  - o Miscellaneous trash and debris

- **Hazardous Waste**
  - o Urine
  - o Aerosol

CTY001948

CONTINUATION SHEET

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP          CASE # 54374          Page 6 of 12

**Total Metrics: Hazardous Waste and Etc. Inventory**
- o   Total tonnage / Solid waste / Trash / Bulky items          [7000] lbs
- o   Total hazardous waste for disposal                         [305] lbs
  - o   Feces                          [30] lbs
  - o   Urine                          [150] lbs
  - o   Sharps (razors, syringes)      [40] lbs.
  - o   Aerosols                       [40] lbs
  - o   Corrosives                     [10] lbs
  - o   Waste paint                    [35] lbs

## MITIGATION/CLEANUP

Clean-up operations began at approximately 1000 hours and completed at 1300 hours. Clean Harbors and Sanitation Solids personnel cleaned the area of miscellaneous bulky items, trash, and debris.  Clean Harbor sanitized the underpass afterward with bleach.

Any personal property stored was bagged, labeled, and transported to a storage facility located at The Bin at Towne. Stored items are kept for a period of 90 days. Information was posted along the cleanup area informing owners as to the location and conditions of where personal items can be retrieved.

Hazardous materials or wastes were identified during the mitigation for proper transport and disposal by Clean Harbors Environmental Services under uniform hazardous waste manifest 012828918FLE and 012828313FLE.

Six personal property bags were stored.

## EVIDENCE/SAMPLES

Environmental Compliance Inspector Hu obtained 194 photographs of the incident during the mitigation/cleanup of the site. See figures below for a representation of the incident site.  Additional photographs are not included in this report.

**FIGURE #1**
*25327 S. McCoy Ave (Greenway Parking Lot) Before Operation began*



CTY001949

41171

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP          CASE # 54374          Page 7 of 12

**FIGURE #2**
*25327 S. McCoy Ave (Greenway Parking Lot) City Sign indicating City property*



**FIGURE #3**
*Sharps found on sidewalk of 25327 S. McCoy Ave (Greenway Parking Lot)*



CTY001950

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP          CASE # 54374          Page 8 of 12

**FIGURE #4**
*25327 S. McCoy Ave (Greenway Parking Lot) After Operation Completed*



**FIGURE #5**
*25327 S. McCoy Ave (Lomita Blvd) Before Operation began*



CTY001951

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP          CASE # 54374          Page 9 of 12



**FIGURE #6**
*Sharps, aerosols, propane tank, urine, batteries and waste paints found on sidewalk*



CTY001952

**CONTINUATION SHEET**

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP          CASE # 54374          Page 10 of 12



**FIGURE #7**
*25327 S. McCoy Ave (Lomita Blvd) After Operation began*



CTY001953

CONTINUATION SHEET

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP                CASE # 54374                Page 11 of 12

**FIGURE #8**
*Six Personal Property Bags stored*



CTY001954

41171

## CONTINUATION SHEET

Type of Report: CSLA HOMELESS ENCAMPMENT CLEANUP                    CASE # 54374                    Page 12 of 12



CTY001955




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 4/24/19          Time: 10:00 - 13:00   Case Number: 54374

Location Description: LOC #1

Item Description: 25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable   Aerosols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material   Syringes

☐ Contaminated items (see table below)

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | | Food waste | | Mattress |
| Clothes | | | | Furniture |
| | | | | Plastic crates |
| | | | | Misc. trash/debris |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 4x furniture, 1x mattress, 1x plastic crate

FORM# HHC 5.0
04/2016

CTY001956



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST

Date: __4/24/19__      Time: __1000-1300__   Case Number: __54374__

Location Description: __LOC #2__

Item Description: __25327 S. McCoy Ave, Los Angeles 90710__

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☐ Flammable

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material __Knife__

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Clothes | | | | Shopping cart |
| | | | | Cabinet |
| | | | | Rugs |
| | | | | Misc. trash and debris |
| | | | | |
| | | | | |
| | | | | |

Comments: __1x Rug, 1x shopping cart, 1x cabinet__

... FORM# HHC 5.0
04/2016

CTY001957



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST



Date: 4/24/19          Time: 1000-1300    Case Number: 54374

Location Description: LOC #3

Item Description: 25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable  Aerosols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material  Urine, rat (1)

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Blankets | | Food waste | | Cardboards |
| Clothes | | | | Griller |
| | | | | Misc. trash/debris |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1x griller, 1x rat,

WPD FORM# HHC 5.0
04/2016

CTY001958



CITY OF LOS ANGELES
LASAN WATERSHED PROTECTION
**HEALTH HAZARD CHECKLIST**

Date: __4/24/19__   Time: __1000-1300__   Case Number: __54374__

Location Description: __LOC #4__

Item Description: __25327 S. McCoy Ave, Los Angeles 90710__

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☑ Flammable __Aerosols__

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☑ Biohazard / infectious / sharp / infested material __Urine, Syringe__

☐ Contaminated items (see table below)

Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | | Food waste | | Mattress |
| Clothes | | | | Bulky items |
| | | | | Misc. trash/debris |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: __1x mattress, scattered clothes__

.. PD FORM# HHC 5.0
04/2016

CTY001959




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 4/24/19        Time: 1000-1300   Case Number: 54374

Location Description: LOC #5

Item Description: 25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable  Aerosols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material  Urine

☐ Contaminated items (see table below)

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | | Food waste | | Pet cage |
| Clothes | | | | misc. trash/debris |
| Pillows | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1x pet cage, 1x pillow, 1x blanket




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 4/24/19          Time: 1000-1300   Case Number: 54374

Location Description:          LOC #6

Item Description:   25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable   Aerosols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material   Urine, syringe

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Clothes | | Food waste | | Shopping cart |
| | | | | Cart |
| | | | | Misc trash/clothes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: Scattered clothes, 1X cart

WPD FORM# HHC 5.0
04/2016

CTY001961



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST



Date: 4/24/19          Time: 1000-1300    Case Number: 54374

Location Description: LOC #7

Item Description: 25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison_____

☑ Flammable  Aerosols_____

☐ Corrosive_____

☐ Reactive_____

☐ Highly-compressed gas or liquid_____

☐ Motor oil or other petroleum oil_____

☐ Substances listed in Title 22_____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent._____

☑ Biohazard / infectious / sharp / infested material____Sharps____

☐ Contaminated items (see table below)

Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Suitcase | | | | Misc. trash/debris |
| Blanket | | | | |
| Clothes | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1x Suitcase_____

WPD FORM# HHC 5.0
04/2016

CTY001962




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: __4/24/19__    Time: __1000·1300__    Case Number: __54374__

Location Description: __LOC #8__

Item Description: __25327 S. McCoy Ave, Los Angeles 90710__

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☐ Flammable _____

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☐ Biohazard / infectious / sharp / infested material _____

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Blankets | | | | |
| Pillows | | | | |
| Buckpacks | | | | |
| Clothes | | | | |
| Suitcases | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: __1x suitcase__

FORM# HHC 5.0
04/2016

CTY001963




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 4/24/19                Time: 1000-1300     Case Number: 54374

Location Description: LOC # 9

Item Description: 25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable  aerosols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material  urine

☐ Contaminated items (see table below)

### Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | | Food waste | | Bike frames/parts |
| Sleeping bags | | | | Misc trash/debris |
| Clothes | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 2x bike frames, 4x bike parts, 1x bag of clothes

ORM# HHC 5.0
04/2016

CTY001964



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST



Date: 4/24/19     Time: 1000-1300     Case Number: 54374

Location Description: Loc #10

Item Description: 25377 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable Aersols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material Urine

☐ Contaminated items (see table below)

| Clothing | Tent | Contaminated items that were disposed of Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | Tent | | | Misc trash/debris |
| Clothes | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1x tent, 1x blanket

FORM# HHC 5.0
04-2016

CTY001965




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST

Date: __4/24/19__     Time: __1000-1300__   Case Number: __54374__

Location Description: __LOC # 11__

Item Description: __25327 S. McCoy Ave, Los Angeles 90710__

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☑ Flammable __Aerosol_____

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☑ Biohazard / infectious / sharp / infested material __Urine__

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Blankets | Tarps | Food waste | | Bulky items |
| Clothes | | | | Pallets |
| | | | | Misc trash/debris |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: __3x bulky items, 1x blanket, 1x tarp, scattered clothes__

FORM# HHC 5.0
04/2016

CTY001966



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST



Date: __4/24/19__   Time: __1000 - 1300__   Case Number: __54374__

Location Description: _____ Loc # 12

Item Description: __25327 S. McCoy Ave, Los Angeles 90710__

Health Hazard Determination : ( check all that apply)

☐ Toxin / poison _____

☑ Flammable __Newsds__

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☑ Biohazard / infectious / sharp / infested material __Urine__

☐ Contaminated items (see table below)

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | Tarps | Food waste | | Shopping carts |
| Clothes | | | | Misc trash/debris |
| | | | | |
| ※ | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: __1x shopping cart, 1x bag of clothes__

FORM# HHC 5.0
04/2016

CTY001967



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST



Date: __4/24/19__    Time: __1000-1300__   Case Number: __54374__

Location Description: _____ LOC #13 _____

Item Description: ____ 25327 S. McCoy Ave, Los Angeles 90710 ____

Health Hazard Determination :( check all that apply)

☐ Toxin / poison_____

☑ Flammable __Aerosols, propane tank_____

☑ Corrosive __Batteries,_____

☐ Reactive _____

☑ Highly-compressed gas or liquid __Propane tank__

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent._____

☑ Biohazard / infectious / sharp / infested material __Urine__

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Blankets | Tent | Food waste | | Propane tank |
| Clothes | | | | Misc. trash/debris |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: ____1x propane tank, 4x batteries, 1x tent____

FORM# HHC 5.0
04/2016

CTY001968




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 4/24/19          Time: 1000-1300          Case Number: 54374

Location Description: Loc #14

Item Description: 25327 S. McCoy Ave. Los Angeles 90710

Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☑ Flammable    Aerosols, Paint

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☑ Biohazard / infectious / sharp / infested material    Urine

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Blankets | | Food waste | | Furniture |
| Clothes | | | | Bulky items |
| | | | | Misc. trash/debris |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1x Can of Paint

FORM# HHC 5.0
04/2016

CTY001969




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST

Date: 4/24/19  Time: 1000-1300  Case Number: 54374

Location Description: LOC #15

Item Description: 25327 S. McCoy Ave, Los Angeles 90710

Health Hazard Determination :( check all that apply)

- ☐ Toxin / poison
- ☑ Flammable  Aerosol
- ☐ Corrosive
- ☐ Reactive
- ☐ Highly-compressed gas or liquid
- ☐ Motor oil or other petroleum oil
- ☐ Substances listed in Title 22
- ☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.
- ☑ Biohazard / infectious / sharp / infested material  Urine
- ☐ Contaminated items (see table below)

### Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| Blankets | | | | Shopping carts |
| Backpacks | | | | Misc trash/debris |
| Clothes | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 2x Shopping carts, 1 bag of clothes

FORM# HHC 5.0
04/2016

CTY001970

**WPD Hotline**

WPD Hotline Case ID: 54374   Status: Assigned   Current Filter: All Cases

Case Definition | Caller Info | Cleanup | Resolution | Activities | Cost Recovery | Cleanup Eval | Documents
Sampling Results | Sampling Data Entry | Metrics

Metrics Data Entry Status: SUBMITTED

**Waste Metrics** | Enforcement Metrics

| Waste | |
|---|---|
| Solid waste lbs. | 7000 |
| Non-RCRA human waste lbs. | 180 |
| Feces lbs. | 30 |
| Urine lbs. | 150 |
| Non-RCRA paint waste lbs. | 35 |
| Non-RCRA waste oil lbs. | 0 |
| RCRA hazardous waste lbs. | 50 |
| Toxic (pesticides, herbicides, metals) lbs. | 0 |
| Sharps (needles, razors, shavers) | 40 |
| Drug paraphernalia | 2 |
| Reactive (oxidizers, peroxides, water rx) lbs. | 0 |
| Ignitable (flammable/combustible) lbs. | 40 |
| Corrosive (2 <pH> 12.5) lbs. | 10 |

| Vectors Location(s) | |
|---|---|
| Piles/Locations with rodents | 1 |
| Piles/Locations with parasites (lice, bed bugs, fleas, etc.) | 0 |
| Piles/Locations with dead animal carcass | 0 |
| Piles/Locations with cockroaches | 0 |

CTY001971

WPD Hotline

WPD Hotline Case ID: 54374    Status: Assigned     Current Filter: All Cases

Case Definition | Caller Info | Cleanup | Resolution | Activities | Cost Recovery | Cleanup Eval | Documents
Sampling Results | Sampling Data Entry | **Metrics**

Metrics Data Entry Status: SUBMITTED

Waste Metrics | **Enforcement Metrics**

| **LAMC 56.11.5 (Property)** | Total | | |
|---|---|---|---|
| Encampments/Tents processed | 15 | | |
| Bags/Items sent to storage | 6 | | |
| Bags/Items returned to owner | 2 | | |
| Requests/Education for services | 0 | | |

| **LAMC 56.11.10** | Warnings | Infractions | Misd. | Impoundments |
|---|---|---|---|---|
| LAMC 56.11.10.(a) Willfully resist, delay or obstruct | 0 | 0 | 0 | 0 |
| LAMC 56.11.10.(b) Refuse to take down, fold, deconstruct or otherwise put away any tent | 0 | 0 | 0 | 0 |
| LAMC 56.11.10.(c) Refuse to remove any barrier, string, wire, rope, chain or other attachment | 0 | 0 | 0 | 0 |
| LAMC 56.11.10.(d) Willfully resist, delay or obstruct a city employee from removing or discarding a bulky item | 0 | 0 | 0 | 0 |

| **LAMC 56.11.3** | Warnings | Infractions | Misd. | Impoundments |
|---|---|---|---|---|
| LAMC 56.11.3.(c) Obstructing city operations | 0 | | | 0 |
| LAMC 56.11.3.(d) ADA | 15 | | | 15 |
| LAMC 56.11.3.(e) Blocking ingress/egress | 0 | | | 0 |
| LAMC 56.11.3.(f) Posted closure storage | 0 | | | 0 |
| LAMC 56.11.3.(g) Health hazard | 15 | | | 15 |
| LAMC 56.11.3.(h) Contraband | 0 | | | 0 |
| LAMC 56.11.3.(i) Bulky item/bulky item structure | 15 | | | 15 |

| **LAMC 56.11** | Warnings | Infractions | Misd. | Impoundments |
|---|---|---|---|---|
| LAMC 56.11.7 Refusing to take tent down 6-9pm | | | | 0 |
| LAMC 56.11.8.(a-c) Attachments | | | | 3 |

CTY001972

Please print or type.

| | | | | Form Approved. OMB No. 2050-0039 |
|---|---|---|---|---|
| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number |

FLE

5. Generator's Name and Mailing Address

Generator's Site Address (if different than mailing address)

Generator's Phone:

6. Transporter 1 Company Name                                    U.S. EPA ID Number

7. Transporter 2 Company Name                                    U.S. EPA ID Number

8. Designated Facility Name and Site Address                     U.S. EPA ID Number

Facility's Phone:

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| | 1. | | | | | |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

16. International Shipments    ☐ Import to U.S.    ☐ Export from U.S.    Port of entry/exit:

Transporter signature (for exports only):                        Date leaving U.S.:

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

18a. Discrepancy Indication Space    ☐ Quantity    ☐ Type    ☐ Residue    ☐ Partial Rejection    ☐ Full Rejection

18b. Alternate Facility (or Generator)                Manifest Reference Number:

                                                      U.S. EPA ID Number

Facility's Phone:

18c. Signature of Alternate Facility (or Generator)

| | Month | Day | Year |
|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

| 1. | 2. | 3. | 4. |
|---|---|---|---|

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 12-17) Previous editions are obsolete.

GENERATOR'S INITIAL COPY

GENERATOR

TRANSPORTER    INT'L.

DESIGNATED FACILITY

CTY001973

Please print or type.

| | | Form Approved. OMB No. 2050-0039 |

**UNIFORM HAZARDOUS WASTE MANIFEST**

| 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number | FLE |

5. Generator's Name and Mailing Address

Generator's Site Address (if different than mailing address)

Generator's Phone:

6. Transporter 1 Company Name                                    U.S. EPA ID Number

7. Transporter 2 Company Name                                    U.S. EPA ID Number

8. Designated Facility Name and Site Address                     U.S. EPA ID Number

Facility's Phone:

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

14. Special Handling Instructions and Additional Information

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |

16. International Shipments  ☐ Import to U.S.  ☐ Export from U.S.     Port of entry/exit:
Transporter signature (for exports only):     Date leaving U.S.:

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

18a. Discrepancy Indication Space  ☐ Quantity  ☐ Type  ☐ Residue  ☐ Partial Rejection  ☐ Full Rejection
Manifest Reference Number:

18b. Alternate Facility (or Generator)                            U.S. EPA ID Number

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | | Month | Day | Year |

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1.     2.     3.     4.

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |

EPA Form 8700-22 (Rev. 12-17). Previous editions are obsolete.

GENERATOR'S INITIAL COPY

CTY001974

# Clean Harbors

| | | Day & Date: | | Job Complete: Yes / No (Circle One) |
|---|---|---|---|---|
| | | Sales Order # | | |

**Job Description / Comments**

| Received Call: | Left Shop: |
|---|---|
| Arrived On Site: | Left Shop: |
| Arrived TSDF: | Depart TSDF: |
| | Arrived Shop / Next Site: |

| Customer | Los Angeles City WPD | Case # |
|---|---|---|
| Billing Address: | 2714 Media Ctr Dr | Work Order Number / Task / Sub Task: |
| | Los Angeles , CA 90065 | Change Order Initiated: Yes / No (Circle One) |

| | Task # / Description | Task # / Description | Task # / Description |
|---|---|---|---|
| Contact: | | | |
| Job Location: | | | |

| Component Type | Task Complete: Yes / No (Circle One) | Task Complete: Yes / No (Circle One) | Task Complete: Yes / No (Circle One) |
|---|---|---|---|

| Labor | | | ST | OT | DT | ST | OT | DT | ST | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Title | ID | | | | | | | | | |
| | Project Manager | | | | | | | | | | |
| | Driver | | | | | | | | | | |
| | Env. Technician | | | | | | | | | | |
| | Env. Technician | | | | | | | | | | |

| Decon | Write Description/Destination | Number # | Removal | Number # | Removal | Number # | Removal |
|---|---|---|---|---|---|---|---|
| LIQUID: Bulk / Drum | | | | | | | |
| SOLID: Bulk / Drum | | | | | | | |

| Equipment Type | Quantity | Hours | # of Hours | Quantity | Hours | # of Hours | Quantity | Hours | # of Hours |
|---|---|---|---|---|---|---|---|---|---|
| Utility / Personnel Vehicle | | | | | | | | | |
| Flatbed Truck / Supply Van | | | | | | | | | |
| High Powered Vacuum Truck/Cusco | | | | | | | | | |
| Vacuum Truck, 500-1500 Gal. Capacity (Mini Guzzler) | | | | | | | | | |
| Vacuum Truck, 1500-3000 Gal. Capacity (77Bbl Vac) | | | | | | | | | |
| Vacuum Trailer Truck, 3000-6600 Gal. Capacity (120Bbl Vac) | | | | | | | | | |
| Rolloff Truck / Rolloff-Truck and Trailer (Circle One) | | | | | | | | | |
| Hydroblaster / Pressure Washer | | | | | | | | | |
| Compressor, 150+Cfm At 100 Psi | | | | | | | | | |
| 55 Gallon Hepa Vacuum (Drum Vacuum) | | | | | | | | | |
| Lighting, 2500-5000 Watts | | | | | | | | | |
| Meter Type: | | | | | | | | | |
| Confined Space Entry Gear | | | | | | | | | |
| Ventilation Blower | | | | | | | | | |
| Sawzall | | | | | | | | | |
| Generator, 2500-5000 Watts | | | | | | | | | |
| Roll-Off Sludge Bin 20-40 Cu.Yd. Capacity. Haz. Waste Rated | | | | | | | | | |

| Material Description | Quantity | Size | Quantity | Size | Quantity | Size |
|---|---|---|---|---|---|---|
| 55 Gallon Drums (Check One)  Steel [ ]  Poly [ ] | | | | | | |
| 55 Gallon Drum Lids | | | | | | |
| 55 Gallon Drum Rings | | | | | | |
| 55 Gallon Drum Bungs and Bolts | | | | | | |
| 30 Gallon Poly Drum | | | | | | |
| 30 Gallon Poly Drum Lids | | | | | | |
| 30 Gallon Poly Drum Rings | | | | | | |
| 18 Gallon Poly Drum | | | | | | |
| 18 Gallon Poly Drum Lids | | | | | | |
| 18 Gallon Poly Drum Rings | | | | | | |
| 5 Gallon Poly Drum | | | | | | |
| 5 Gallon Poly Drum Lids | | | | | | |
| Drum Liners, Each | | | | | | |
| Hazardous Waste Labels | | | | | | |
| Decon Material (Bleach) | | | | | | |
| Clay Absorbent | | | | | | |
| Sheet Plastic Visqueen 20' By 100', Per Roll | | | | | | |
| Barricades / Traffic Cones | | | | | | |
| Roll-Off Bin Liners, Each | | | | | | |

| PPE Sets | Task 1 | Task 2 | Task 3 | Type | Qty | Type | Qty | Type | Qty | Type | Qty | Type | Qty | Type | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # of Complete Sets of PPE Used | | | | PPED1 | | PPEB2 | | PPED1 | | PPEB2 | | PPED1 | | PPEB2 | |
| # of People in PPE | | | | PPEC2 | | PPEB3 | | PPEC2 | | PPEB3 | | PPEC2 | | PPEB3 | |
| | | | | PPEC3 | | PPEB4 | | PPEC3 | | PPEB4 | | PPEC3 | | PPEB4 | |
| | | | | PPEC4 | | PPEB5 | | PPEC4 | | PPEB5 | | PPEC4 | | PPEB5 | |

| PPE Items Used in Addition to Sets Above | Quantity | Type | Quantity | Type | Quantity | Type |
|---|---|---|---|---|---|---|
| EQUIPMENT / SUPPLIES GIVEN TO CITY PERSONEL | | | | | | |
| Level D PPE | | | | | | |
| Duct Tape | | | | | | |

| Analytical - Analysis Description | # of Tests | Lab Name | # of Tests | Lab Name | # of Tests | Lab Name |
|---|---|---|---|---|---|---|

| Subcontractor Name | Description of Service | Description of Service | Description of Service |
|---|---|---|---|

| CHES Rep (Print) | | CHES Rep (Sign) | | Date: |
|---|---|---|---|---|
| Customer (Print) | | Customer (Sign) | | Date: |

CHI 225-LA (06-18)

IMPORTANT - PAYMENT TERMS ON BACK

CUSTOMER COPY

CTY001975

# EXHIBIT 5



# NOTICE:

## MAJOR SIDEWALKS, ALLEYS, PARKS, AND OTHER PUBLIC ACCESS AREAS

### AN AREA CLEANING WILL COMMENCE AT THIS LOCATION ON:
### Wednesday, April 24, 2019 at 08:00 AM

### PLEASE REMOVE ALL PERSONAL BELONGINGS, INCLUDING BULKY ITEMS BY
### Wednesday, April 24, 2019 at 08:00 AM

This effort is designed to clean, improve and maintain a safe environment for the general public. The City may use power wash and street cleaning equipment to clean and disinfect the sidewalks, alleys, parks and other public access areas.

Please remove all personal belongings, including bulky items from sidewalks, alleys, parks, and public access areas. All property remaining will be removed by the City. Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected by the City and kept in a secure location for a period of 90 days during which time it may be retrieved by its rightful owner.

Items collected by the City may be retrieved at:

507 Towne Avenue
Los Angeles, CA 90013
Monday - Friday
(9:30 a.m. – 12:30 p.m. and 1:00 p.m. – 4:00 p.m.)
213-806-6355

The City of Los Angeles greatly appreciates your cooperation as we initiate necessary measures to ensure that your communities are safe and healthy.

25327 S McCoy Ave

CTY001976



CTY001977



CTY001978



CT 1981



CTY001985



CTY00199



CTY002002



CTY002004



CTY002006



CTY002018

# EXHIBIT 6





CTY002030











# EXHIBIT 7



CTY002034





654

# EXHIBIT 8

pg 129

# WATERSHED PROTECTION DIVISION
## UPDATE CALL LOG-IN REPORT

City of Los Angeles
Department of Public Works
Bureau of Sanitation

| Call ID Number: 55616 | Date of Call: 05/19/2019 | Time of Call: 0650AM |
|---|---|---|
| Caller Name: | Type of Caller: | |

**Caller Address:**

**Call Telephone:**

**Nature of Complaint:** Homeless Encampment CSLA

**Details of Complaint:**
Posted by JK on 2019-05-19
Clean up completed by AM/CH on 05/21/2019

**Discharge Location:**

| Street No.: 800 | Street Dir.: W | Street Name: lomita Boulevard |
|---|---|---|

| Address Comment: Vermont Ave | Thgd Pge/Grid: xxx | ZIP: 90710 |
|---|---|---|

**Call Received by:** JAY KIM

**Agency Contacted:**

**Agency Rep Contacted:**

**SMD Response to Complainant:**

**Enforcement Actions:** ☐ NTC   ☐ Referred to DA   ☐ Referred to EPA   ☐ Referred to Other (specify):
☐ Verbal Warning   ☐ NOV   ☐ Referred to City Attorney

| CT./Notice/Order No.: | Manifest No.: |
|---|---|

**Enforcement Comments:**

| Was Complaint Resolved: | Was Caller Informed: | If Yes, Date Informed: |
|---|---|---|
| Investigating Inspector: JAY KIM | Second Responder: KATRINA MONTGOMERY | Date of Report: 07/31/2019 |
| Senior Inspector Review: | Date: | |

CTY001236

# CSLA CD 15 POSTING SURVEY

On May 19th , 2019 LSD Environmental Compliance Inspectors Kim and ML Solids conducted homeless campment surveys and posted areas for clean-up starting on Tuesday, May 21st, 2019. All locations were posted on both sides of the street and the adjoining blocks when applicable. Additional photographs were taken but were not included in this report.

2 Sites were posted for Clean-Up on 05/19/2019.

Approximately 8.5 + hours of total clean-up time should be allowed for 05/21/2019.

The following resources will be required: One WPD/LSD team, two LAPD team, one LASAN Solids team, one Clean Harbors Environmental Services team, one large trash truck and one Kobuta.

## <u>CD 15</u>

1. **WPD #55616, Authorization #190513021** –800 W Lomita Blvd, 90710
   **38-HEs, Bulky Items, Shopping Carts 8+ hours**









2. **WPD #55617, Authorization #190327019** –1514 W Lomita Blvd, 90710
0-HE **NOT POSTED**





3. **WPD #55618, Authorization #190412004** – **18902 Normandie Ave, 90247**
   **0 HE NOT POSTED**



4.  WPD #55619, Authorization #190412005 – 18726 S Western Ave, 90248

1 HE ; 0.5 Hr



CTY001241



LOS ANGELES SANITATION, ENVIRONMENTAL ENFORCEMENT
# HEALTH HAZARD ASSESMENT REPORT

(Please Fill in or Print)

Incident date: **05/21/2019**          Incident Time: 0830 hours          CASE#:55616

## CASE INFORMATION

| | | | |
|---|---|---|---|
| LAMC 56.11 Violations? ☒ Yes ☐ No | Arrest by other Agency? ☐ Yes ☒ No | Public Area Cleaning? ☒ Yes ☐ No | Posting Date? ☒ Yes ☐ No 5/19/2019 | Property Custody Document #: |

Owner(s) Identified?  Yes☐    No☒    Other ID info:                Temp:    72 F        Is it Raining?    No

| Last name: | First: | Middle: | ☐ Mr.  ☐ Miss ☐ Mrs.  ☐ Ms. | Marital status (circle one) Single / Married |
|---|---|---|---|---|

| Sidewalk? ☒ Yes ☐ No | Alley? ☒ Yes ☐ No | Easement? ☐ Yes ☒ No | Birth date: | Weight | Height | Age: | Sex: ☐ M  ☐ F |

Incident Street address:                                Government Identification #:        phone no.:
800 W Lomita Boulevard                                                          (      )

| Cross Street: | City: | State: | ZIP Code. |
| Vermont Avenue | Los Angeles | CA | 90710 |

ECI Name:                                        Badge/Serial #: **N/A**
A. Mireles

ECIA:                                            Badge/Serial #: **N/A**

J. Hernandez – Clean Harbors                          Badge/Serial #: **N/A**
 ~ency/Arresting Officer Name:                                            Arrest/Incident#

(If applicable) HE Authorization #                        HE Authorization Date:

Other Details:

## LOCATION/INCIDENT DETAILS

Personal/Excess Property Information

| Is it obstructing City Operations? ☐ Yes ☒ No | Is it blocking ingress/egress or ADA? ☒ Yes ☐ No | Is it stored during closure hours? ☐ Yes ☒ No | Is it a Bulky Item non-structure? ☒ Yes ☐ No |
|---|---|---|---|

Is it a Bulky Item structure?   ☐ Yes  ☒ No      if yes, Posting Date?        Posting Time (military)

Is it a Health Hazard?      ☒ Yes  ☐ No      Health Hazard Checklist #

Notes:

CTY001242

## COMPLAINT

Sanitation Watershed Protection Division (WPD) and Livability Services Division (LSD) received a request from City Council District 15 to address immediate health threats affecting the public right of way areas. Public health concerns included the presence of biological hazards, sharps, hypodermic needles, and other potential health hazards located within the public-right-of-way.

## INCIDENT DETAIL

On May 21, 2019 at approximately 0815 hours lead Environmental Compliance Inspector A. Mireles and Environmental Compliance Inspector Assistant J. Hernandez, working in full uniform and proper personnel protective equipment, arrived onsite to conduct a full Clean Streets Los Angeles (CSLA) assessment and operation.

The City of Los Angeles Livability Services Division (LSD) provided Health Hazard Assessment assistance to the Los Angeles Police Department, Harbor Division, who were responding to a complaint at 800 West Lomita Boulevard. The operation crew comprised of four (4) LAPD officers, two (2) Clean Harbors crew members, and seven (7) Solids crew individuals. Upon arrival to the location multiple individuals were observed in the authorized site, although there were no tents erected at the time of arrival there were multiple homeless encampment (HE) locations. The zone was surveyed prior to the start of the cleanup by ECI Mireles and ECIA Hernandez resulting in Homeless Encampments only being found on the Lomita side of the authorization zone. There were no encampments located on McCoy or other adjoining streets.

While surveying the authorized area on Lomita caution tape was set up at each end of the zone to ensure a safe working environment for all involved parties and employees. LAPD and Sanitation Solids set up their vehicles in a manner that blocked immediate traffic since this location was off a busy street. ECI Mireles and LAPD officials went through the zone informing present individuals that there was an operation taking place and they would have 15 minutes to gather one sixty gallon bag along with one functioning bike. The verbal warning of the 15 minute time limit took place at 0905 hours at location 1. The remainder of the locations were addressed verbally in approximately 2 minute increments. In most cases the individuals left with their property and complied within the allotted time limit. There was one case where two individuals were not compliant and LAPD had to step in to back up the information ECI Mireles was delivering. Aside from these two individuals, one woman who was laying down in the dirt was non-compliant within the fifteen minute timeline, she was given a few more minutes to exit the area. Once all individuals were cleared from the scene the CSLA team was able to proceed with their operation.

At approximately 0930 hours, ECI Mireles and ECIA Hernandez began inspecting the authorized area for hazardous and non-hazardous items. There were twelve (12) locations where potential personal property was left and identified on the public right-of-way. During the operation team members from Clean Harbors assisted in disposing of and packaging health hazards from each location. LAPD continued to keep the area secure while the team worked and the Solids team assisted with traffic control and ensuring everyone was safe. During the middle of the operation while ECIs and Clean Harbors employees were processing, ECI Mireles noticed a man walk into the zone. ECI Mireles approached the gentleman and informed him that there was an operation taking place, although he was notified he continued to walk past ECI Mireles with his phone out. Upon asking him multiple times ECI Mireles notified the LAPD team that he needed to be escorted out. At that point upon seeing LAPD walk towards the gentleman he quickly turned around and walked back towards the tape. Once the area was clear the team was able to process and continue the operation.

Items which were found consisted of clothing, debris, waste, and miscellaneous items. Immediate health hazards present included; urine bottles, food waste, cockroaches, mold, and needles. All immediate health hazards were gathered and disposed of properly.

**(1)** <u>Location 1 – Woman laying on a orange blanket</u>

One individual was found at this location sleeping. She was notified about her 15 minute allotment and was given a 60 gallon bag for her belongings. LAPD made contact as she was a little irate at the first encounter. ECI Mireles went back to inform her she had 2 minutes left, she became more irate, but was left alone for the remainder of the time. When the LAPD team came back to address her all of her belongings were taken and there was nothing left behind at the site except for debris.

- <u>Hazardous Waste</u>

  - Syringe                     [1] Pieces
  - Non RCRA (feces/urine)      [0] Locations
  - Aerosols                    [0] Each

- **Items processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 5 lbs. | Miscellaneous trash was thrown away that was left behind including paper and food waste. |

- **Items Stored**
  - No items were not stored, individual took all items.

## (2) Location 2 – Remnants of HE

This location had numerous health hazards with no one present. There were two bulky items (mattresses) which were wet and smelled of urine.

- **Hazardous Waste**
  - Syringe                    [20] Pieces
  - Non RCRA (feces/urine)     [2] Locations
  - Aerosols                   [5] Each

- **Items processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 10 lbs. | Food waste and miscellaneous debris was disposed of by solids. |
| Clothing (shirts, shorts, socks, undergarments, pants) | 20 pieces | Items were disposed of due to excessive wet clothing which could not be stored. There were also small bugs crawling around the area. |
| Bulky (Mattresses) | 2 pieces | Two mattresses were thrown away due to being out during the rain and soaking up water. There were also urine stains on these mattresses. |
| Chair | 1 piece | Chair was disposed of due to being broken. |
| Electronics | 1 tv | One black tv was disposed of due to the presence of urine spilled in the tent |

- **Items Stored**
  - No items were stored due to contamination. All items left behind were either wet from the rain or smelled of urine.

## (3) Location 3 - Remnants of HE near a blue metal fence

Location was unattended and there was property left behind which was wet from the rain. Items consisted of bulky items and health hazards.

- **Hazardous Waste**
  - Syringe                    [3] Pieces
  - Non RCRA (feces/urine)     [1] Locations
  - Aerosols                   [1] Each

- **Items Processed and disposed of**

CTY001244

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 50 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. |
| Chairs | 3 Pieces | Due to the rain the chairs were wet and soaked. |
| Tarp | 1 Each | |

- **Items Stored**
  - No items were stored

## (4) Location 4 - Broken Carts and Suitcases

There were two individuals present one male and female at this location. Both individuals attempted to take more than 60 gallons out of the zone. They were notified by LAPD and ECI Mireles of their 15 minutes, 60 gallon restriction, and one functional bike for each person. LAPD had to step in and confront the individuals due to them getting irate. Both individuals gathered their belongings and left the area after their 15 minute limit. Upon cleaning the area the woman requested her dog food and ECI Mireles had a LAPD officer return the dog food to the woman, a bag of feminine items was also returned to the woman by ECI Mireles.

- **Hazardous Waste**
  - Syringe                          [2] Pieces
  - Non RCRA (feces/urine)            [1] Locations
  - Aerosols                         [3] Each

- **Items processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 200 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. |
| Makeup and Toiletries | 20 items | Items which were disposed of were wet and broken. Liquid bottles were open and leaking. Makeup was broken and cracked. ECI Mireles returned 1 small bag containing bag toothbrushes and toothpaste along with some soap. |
| Carts | 3 Each | 3 shopping carts were disposed of due to being broken |
| Suitcases | 2 Each | 2 black suitcases were disposed of along with their contents. The bags were moldy and the items inside were wet. |
| Clothing | 30 pieces | Clothing was wet due to the rain and could not be stored. These items were in the black suitcases which contained mold. |

- **Items Stored**
  - No items were stored at this location due to being damp, contaminated, and containing health hazards.

## (5) Location 5 – Shopping carts containing pipes and poles

a.  Gentleman was confronted leaving the closed area with a shopping cart full of pipes and other personal items. He was notified he was not allowed to take the bulky items out of the zone. He was

given his 15 minutes and a 60 gallon bag to transport his belongings. ECI Mireles held the bag open while the gentleman placed all his belongings inside.

- **Hazardous Waste**
  - Syringe                              [0] Pieces
  - Non RCRA (feces/urine)               [0] Locations
  - Aerosols                             [0] Each

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 20 lbs. | Misc. trash was removed from the site along with 1 roll up mattress which was wet and full of mold. |
| Carts and Poles | ~15 pieces | Items were discarded due to being bulky items. The cart was disposed of due to having no markings. |

- **Items Stored**
  - o   No items were stored

(6) **Beige Blanket in Planter Loc 6**
  a.   Area was unattended, encampment was processed containing only debris and cardboard.
  - **Hazardous Waste**
    - Syringe                            [2] Pieces
    - Non RCRA (feces/urine)             [3] Locations
    - Aerosols                           [4] Each

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 40 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. |
| Bags of clothing and blankets | ~2 bags (10 pieces) | Clothing and blankets were disposed of due to water accumulation inside the bags |
| Trailers | 2 Each | 2 trailers which were bulky items were disposed of. |
| Red Cushions | 4 Each | Wet, smelled of urine, and had small bugs crawling all over |
| Carpet | 1 Each | Presence of water, dirt, and bugs |

- **Items Stored**
  - o   No items were stored

(7) **Misc. Items Loc 7 Metal cart and mattress**
  - **Hazardous Waste**
    - Syringe                            [2] Pieces
    - Non RCRA (feces/urine)             [0] Locations
    - Aerosols  Cockroach                [1] Location

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 20 lbs. | Food waste and debris was disposed of by solids. |
| Clothing | ~5 pieces | Wet and full of debris from food waste |

- **Items Stored**
  - o   No items were stored

CTY001246

Health Hazardous Assessment Report                                                    CASE # 55616

(8) <u>EZ Up Frame Loc 8</u>
- **Hazardous Waste**
    - Syringe                                   [2] Pieces
    - Non RCRA (feces/urine)                    [3] Locations
- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 100 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. |
| Chair | 2 | Wet and had a unidentifiable stains. |
| Mattress Pad | 1 | Wet, stained, dirty |
| EZ up Frame | 1 | Broken and unable to collapse |

- **Items Stored**
    - No items were stored

(9) <u>Location 9 - Misc. Items</u>
- **Hazardous Waste**
    - Syringe                                   [0] Pieces
    - Non RCRA (feces/urine)                    [0] Locations
    - Aerosols                                  [2] Each
    - Paint                                     [0] Each
    - Oil                                       [0] Each

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 50 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. Medication was outdated expired which was disposed of. |

- **Items Stored**
    - No items were stored

(10) <u>Location 10- Misc. Items</u>
- **Hazardous Waste**
    - Syringe                                   [0] Pieces
    - Non RCRA (feces/urine)                    [0] Locations
    - Aerosols                                  [5] Each
    - Paint                                     [0] Each
    - Oil                                       [0] Each

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 50 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. Clothing was also disposed of due to urine smell. |

- **Items Stored**
    - 5 pieces of clothing
    - Sock monkey slippers
    - Toiletries

WPD Form# HHA R 1.0
04/2016

CTY001247

**(11)Location 11- Misc. Items**

- **Hazardous Waste**
  - Syringe                                [0] Pieces
  - Non RCRA (feces/urine)        [0] Locations
  - Aerosols                             [5] Each
  - Paint                                   [0] Each
  - Oil                                      [0] Each

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 50 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. |

- **Items Stored**
  - No items were stored

**(12)Location 12- Misc. Items**

- **Hazardous Waste**
  - Syringe                                [0] Pieces
  - Non RCRA (feces/urine)        [0] Locations
  - Aerosols                             [5] Each
  - Paint                                   [0] Each
  - Oil                                      [0] Each

- **Items Processed and disposed of**

| Item Name | Amount Disposed Of | Reason For Disposal |
|---|---|---|
| Miscellaneous Trash And Debris | 50 lbs. | Food waste and debris was disposed of by solids. Small miscellaneous items were gathered and disposed of. |

- **Items Stored**
  - No items were stored

**MITIGATION/CLEANUP**
ECI Mireles and ECIA Hernandez pointed out to the items which would be disposed of in the landfill and items that were hazardous, or potentially hazardous for disposal at an incineration facility. Hazardous waste which was not picked up by Solids was then placed off to the side and taken by Clean Harbors. Operations were concluded and inspectors were off-site at 0935 hours.

**Total Metrics: Hazardous Waste and Etc. Inventory**
- Total tonnage / Solid waste / Trash / Bulky items (both teams)      [.2] tons
- Total hazardous waste for disposal                                             [25] lbs
- Syringe                                                                                    [10] lbs
- Non RCRA (feces/urine)                                                            [10] lbs
- Aerosol                                                                                    [5] lbs
- Paint                                                                                        [0] lbs
- Oil                                                                                           [0] lbs

**EVIDENCE/SAMPLES**
On May 20, 2019 there were approximately six hundred and eight (608) photographs taken documenting the enforcement operation by ECI Mireles, which are not all included in this report.

WPD Form# HHA R 1.0
04/2016

CTY001248

Health Hazardous Assessment Report

CASE # 55616



FIGURE #1 – Location 1 woman lying on an orange blanket



Figure 2.a Location 2 small street off Lomita with health hazards and bulky items which smell of urine

WPD Form# HHA R 1.0
04/2016

CTY001249



Figure 2.a Bulky items and wet clothing



Figure 2.b Syringes and health hazards

Health Hazardous Assessment Report

CASE # 55616



Figure 3.a Location 3 presence of bulky items



Figure 4.a Encampments present on Lomita with individuals gathering their 60 gallons during the 15 minute time limit.

WPD Form# HHA R 1.0
04/2016

CTY001251

Health Hazardous Assessment Report                                        CASE # 55616



Figure 4.b Location 4 property in the street left from irate couple

Figure 4.c Damp clothing found at Location 4

CTY001252



Figure 4.d Location 4 with presence of mold on items



Figure 4.e Location 4 with food waste

Health Hazardous Assessment Report                                                    CASE # 55616



Figure 5.a Location 5 individual gathering his belongings aside from the bulky item poles.



Figure 6. Bagged items could not be stored due to excessive wet clothing and blankets at Location 6



Figure 6.a Location 6 with damp and moldy items



Figure 7.a Location 7 bulky item

Health Hazardous Assessment Report

CASE # 55616



Figure 7.b Sharp found at Location 7

Figure 7.c : Example of roach/bug infested area

Health Hazardous Assessment Report                                                                CASE # 55616



Figure 8.a Location 8 debris which smelled of urine



Figure 8 a Location 8 spilled urine over contents

WPD Form# HHA R 1.0
04/2016

CTY001257

CONTINUATION SHEET



Figure 8.b Hazard found at location 8



Figure 9.a Location 9 initial photograph

Health Hazardous Assessment Report

CASE # 55616



Figure 9 with soil inside items found.



Figure 10. Location 10 miscellaneous trash and debris

WPD Form# HHA R 1.0
04/2016

CTY001259



Figure 10.a Location 10 initial photograph



Figure 10.b Location 10 expired medication found

WPD Form# HHA R 1.0
04/2016

CTY001260



Figure 11: Initial photograph of location 11

Figure 10.c Bulky items at Location 10

CONTINUATION SHEET

Health Hazardous Assessment Report                                    CASE # 55616


Figure 12: Location 12 initial photograph


Figure 13.a: Location after operation was concluded

WPD Form# HHA R 1.0
04/2016

Health Hazardous Assessment Report                                                    CASE # 55616



Figure 13.b: Location after operation was concluded



Figure 13.c: Location after operation was concluded



Figure 13 d: Location after operation was concluded



Figure 13.e: Location after operation was concluded



Figure 13.e: Location after operation was concluded



Figure 13.f: Location after operation was concluded

Health Hazardous Assessment Report

CASE # 55616



Figure 14: Items stored at location 10

CTY001266




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 5/21/19   Time: 0830   Case Number: SS616

Location Description: 800 W Lomita Blvd

Item Description: OSLA Ops. (orange blanket) (loc #1)

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☐ Flammable _____

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☒ Biohazard / infectious / sharp / infested material  Syringes/needles (1)

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 2 bags | | | | 1 blanket |
| 1 pair shoes (grey) | | | | |
| 1 black hat | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 5 lbs misc trash/debris (papers, wrappers, (2) lotion bottles)

FORM# HHC 5.0
04/2016

CTY001267




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 5/21/19     Time: 0900     Case Number: 55616

Location Description: lomita Blvd

Item Description: (loc #2) Misc Pile

Health Hazard Determination :( check all that apply)

- ☐ Toxin / poison
- ☐ Flammable
- ☐ Corrosive
- ☐ Reactive
- ☐ Highly-compressed gas or liquid
- ☐ Motor oil or other petroleum oil
- ☐ Substances listed in Title 22
- ☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.
- ☒ Biohazard / infectious / sharp / infested material  20 pieces
- ☒ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 20 pieces | 3 blankets | | Broken deodr. | 2 mattresses |
| 2 shoes | 1 black tent | | Shampoo bottle | Pillow |
| 1 mat | | | 2 Kleenex | 1 Bear |
| | | | 1 brush | 1 chair |
| | | | 1 lotion | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 10 lbs misc trash covered in food waste/ damp papers.



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 5/21/19    Time: 0915    Case Number: 55616

Location Description: 800 W Lomita Blvd

Item Description: loc #3 (near metal fence)

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☒ Flammable  aerosols  (1)

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☒ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. feces  () location)

☒ Biohazard / infectious / sharp / infested material  3 syringes

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| | 1 blue tarp | | | 3 chairs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 50 lbs of misc trash disposed of _____

_____

WPD FORM# HHC 5.0
04/2016

CTY001269




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 5/21/19          Time: 0920          Case Number: 55 Lille

Location Description: 800 W Lomita Blvd (Shopping Carts/Sutcases)

Item Description: ICC #4 (couple with Shopping Carts)

Health Hazard Determination :( check all that apply)

- ☐ Toxin / poison_____
- ☒ Flammable __3 Aerosols_____
- ☐ Corrosive_____
- ☐ Reactive_____
- ☐ Highly-compressed gas or liquid_____
- ☐ Motor oil or other petroleum oil_____
- ☐ Substances listed in Title 22_____
- ☒ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. 1 urine bottle
- ☒ Biohazard / infectious / sharp / infested material 2 syringes
- ☒ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 30 items in Suitcase #1 | | | 20 miscellaneous items | 3 carts |
| 50 items in Suitcase #2 | | | | 2 Suitcases |
| | | | | 1 washcloth |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1 bag of dog food was given back to the female individual along with some feminine products

WPD FORM# HHC 5.0
04/2016

CTY001270



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: __5/21/19__   Time: __0945__   Case Number: __556l6__

Location Description: __800 W Lomita Blvd__

Item Description: __loc #5 (cart with pipes)__

Health Hazard Determination :( check all that apply)

- ☐ Toxin / poison_____
- ☐ Flammable_____
- ☐ Corrosive_____
- ☐ Reactive_____
- ☐ Highly-compressed gas or liquid_____
- ☐ Motor oil or other petroleum oil_____
- ☐ Substances listed in Title 22_____
- ☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent._____
- ☐ Biohazard / infectious / sharp / infested material_____
- ☑ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: __Poles were discarded__

SED FORM# HHC 5.0
04/2016

CTY001271




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 5/21/19        Time: 0950        Case Number: 55616

Location Description: 800 W Lomita Blvd

Item Description: IOC #6 (Beige Blanket)

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☒ Flammable  4 aerosols _____

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☒ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. 3 urine bottles

☒ Biohazard / infectious / sharp / infested material 2 syringes

☒ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 15 pieces | | | | 1 blanket (beige) |
| | | | | 1 beige carpet |
| | | | | 4 red cushions |
| | | | | 2 trailers |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: _____

_____

_____

FORM# HHC 5.0
04/2016

CTY001272



# CITY OF LOS ANGELES
# LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST

Date: _5/21/19_ Time: _____ Case Number: _55616_

Location Description: _800 W Lomita Blvd_

Item Description: _Loc #7_

## Health Hazard Determination :( check all that apply)

☐ Toxin / poison_____

☐ Flammable_____

☐ Corrosive_____

☐ Reactive_____

☐ Highly-compressed gas or liquid_____

☐ Motor oil or other petroleum oil_____

☐ Substances listed in Title 22_____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent._____

☒ Biohazard / infectious / sharp / infested material _(2) syringes_

☐ Contaminated items (see table below)

### Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| 5 pieces Brown Jacket Safety vest Green blanket yellow pants | 1 blow up mattres 1 blue Blanket 1 brown Blanket | food (Boxed) Donut Box Bags of food (bananas) Box of food | | Chargers (3) metal Jeward Dog bed |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: _____

WPD FORM# HHC 5.0
04/2016

CTY001273



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 5/21/19     Time: 1000     Case Number: 55616

Location Description: 800 W Lomita Blvd

Item Description: IDC #8 (EZ UP Frame)

## Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☐ Flammable _____

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☒ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. 2 Feces locations / 1 urine location

☒ Biohazard / infectious / sharp / infested material 2 Syringes

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| | 1 tarp grey | Food waste bag of chips | Candles (2) | mattress (1) |
| | | | | Carpet (1) |
| | | | | EZ up Frame(1) |
| | | | | Pillow (2) |
| | | | | Blanket |
| | | | | (1) Broken Bike |
| | | | | (1) Chair |
| | | | | 1 wooden sign |
| | | | | Dog Bed (1) |

Comments: _____




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: **5/21/19**　　Time: _____　Case Number: **556168**

Location Description: **800 W Lomita Blvd**

Item Description: **Loc #9**

Health Hazard Determination :( check all that apply)

- ☐ Toxin / poison_____
- ☐ Flammable_____
- ☐ Corrosive_____
- ☐ Reactive_____
- ☐ Highly-compressed gas or liquid_____
- ☐ Motor oil or other petroleum oil_____
- ☐ Substances listed in Title 22_____
- ☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent._____
- ☐ Biohazard / infectious / sharp / infested material_____
- ☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 2 Socks | | 1 box food waste grapes | | 1 red blanket 1 pillow |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: _____

W___ ORM# HHC 5.0
04/_

CTY001275



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 5/21/19   Time: _____   Case Number: 55(6)(6

Location Description: 800 W Lomita Blvd

Item Description: IDC #10

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☐ Flammable _____

☒ Corrosive   Aerosols

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☐ Biohazard / infectious / sharp / infested material _____

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 130 pieces | | | | 1 Plastic Table |
| | | | | 4 blankets |
| | | | | 1 Hudson sprayer |
| | | | | 1 carpet |
| | | | | 3 purses |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: _____

LASD FORM# HHC 5.0
04/2016

CTY001276




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 5/21/19       Time: _____       Case Number: SS616

Location Description: 400 W Lomita Blvd

Item Description: location #11 (behind Park Sign)

## Health Hazard Determination :( check all that apply)

- ☐ Toxin / poison _____
- ☒ Flammable Aerosols (5)
- ☒ Corrosive Batteries
- ☐ Reactive _____
- ☐ Highly-compressed gas or liquid _____
- ☐ Motor oil or other petroleum oil _____
- ☐ Substances listed in Title 22 _____
- ☒ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. Paint / urine
- ☐ Biohazard / infectious / sharp / infested material _____
- ☐ Contaminated items (see table below)

### Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| 5 plus shoes | 4 Tarps | 16 lbs rotten food | 30 items | expired mid. |
| 40 clothing | | spray sauce | 20 books | 3 chairs |
| | | gravy | | 2 mattress |
| | | 20 canned goods | | 8 blankets |
| | | | | 3 rugs |
| | | | | 1 plastic bin |
| | | | | 5 pallets |
| | | | | 1 bar stool |
| | | | | vacuum |

Comments: _____

WPD FORM# HHC 5.0
04/2016

CTY001277


LASAN



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
### HEALTH HAZARD CHECKLIST

Date: 5/21/19   Time: _____   Case Number: 55616

Location Description: 800 W Lomita Blvd

Item Description: location #12

Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☐ Flammable _____

☒ Corrosive   Batteries _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☐ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☒ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.   Urine bottles

☒ Biohazard / infectious / sharp / infested material   Scissors

☒ Contaminated items (see table below)

### Contaminated items that were disposed of

| Clothing | Tent | Perishables | Book/toiletries | Others |
|---|---|---|---|---|
| 100 pieces of clothing | | Bottles of (and Brush) | Books (10) | 1 BBQ |
| | | Pang. Sauce | make up (40) | lantern |
| | | Box | | 2 Pallets |
| | | Fruit | | Candles |
| | | | | head board |
| | | | | med. expired |

Comments: Stored (blanket, boots (brown), 4 pairs socks, 1 blanket, 1 pair slippers.

W_D FORM# HHC 5.0
04/2016

CTY001278



WPD Hot line

WPD Hotline Case ID: 55616 Status: Assigned Current Filter: All Cases

Case Definition | Caller Info | Cleanup | Resolution | Activities | Cost Recovery | Cleanup Eval | Documents | Sampling Results | Sampling Data Entry | **Metrics**

Metrics Data Entry Status: SUBMITTED

**Waste Metrics** | Enforcement Metrics

**Waste**

| | |
|---|---|
| **Solid waste lbs.** | 4000 |
| **Non-RCRA human waste lbs.** | 90 |
| Feces lbs | 10 |
| Urine lbs. | 80 |
| **Non-RCRA paint waste lbs.** | 15 |
| **Non-RCRA waste oil lbs.** | 0 |
| **RCRA hazardous waste lbs.** | 30 |
| Toxic (pesticides, herbicides, metals) lbs | 0 |
| **Sharps (needles, razors, shavers)** | 15 |
| **Drug paraphernalia** | 2 |
| Reactive (oxidizers, peroxides, water rx) lbs. | 30 |
| Ignitable (flammable/combustible) lbs | 0 |
| Corrosive (2 <pH> 12.5) lbs | 0 |

**Vectors Location(s)**

| | |
|---|---|
| Piles/Locations with rodents | 3 |
| Piles/Locations with parasites (lice, bed bugs, fleas, etc.) | 10 |
| Piles/Locations with dead animal carcass | 1 |
| Piles/Locations with cockroaches | 2 |



WPD Hotline

WPD Hotline Case ID  55616    Status: Assigned    Current Filter: All Cases

Case Definition | Caller Info | Cleanup | Resolution | Activities | Cost Recovery | Cleanup Eval | Documents
Sampling Results | Sampling Data Entry | **Metrics**

Metrics Data Entry Status  SUBMITTED

Waste Metrics  **Enforcement Metrics**

| LAMC 56.11.5 (Property) | Total | | | |
|---|---|---|---|---|
| Encampments/Tents processed | 15 | | | |
| Bags/Items sent to storage | 1 | | | |
| Bags/Items returned to owner | 2 | | | |
| Requests/Education for services | 0 | | | |

| LAMC 56.11.10 | Warnings | Infractions | Misd. | Impoundments |
|---|---|---|---|---|
| LAMC 56.11.10 (a) Willfully resist, delay or obstruct | 0 | 0 | 0 | 0 |
| LAMC 56.11.10.(b) Refuse to take down, fold, deconstruct or otherwise put away any tent | 0 | 0 | 0 | 0 |
| LAMC 56.11.10 (c) Refuse to remove any barrier, string, wire, rope, chain or other attachment | 0 | 0 | 0 | 0 |
| LAMC 56.11.10 (d) Willfully resist, delay or obstruct a city employee from removing or discarding a bulky item | 0 | 0 | 0 | 0 |

| LAMC 56.11.3 | Warnings | Infractions | Misd. | Impoundments |
|---|---|---|---|---|
| LAMC 56.11.3 (c) Obstructing city operations | 0 | | | 0 |
| LAMC 56.11.3 (d) ADA | 15 | | | 15 |
| LAMC 56.11.3 (e) Blocking ingress/egress | 4 | | | 4 |
| LAMC 56.11.3 (f) Posted closure storage | 0 | | | 0 |
| LAMC 56.11.3 (g) Health hazard | 15 | | | 15 |
| LAMC 56.11.3 (h) Contraband | 0 | | | 0 |
| LAMC 56.11.3 (i) Bulky item/bulky item structure | 6 | | | 6 |

| LAMC 56.11 | Warnings | Infractions | Misd. | Impoundments |
|---|---|---|---|---|
| LAMC 56.11.7 Refusing to take tent down 6-9pm | | | | 0 |
| LAMC 56.11.8 (a-c) Attachments | | | | 2 |

CTY001280

Please print or type.                                                                                              Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number | FLE |
|---|---|---|---|---|---|

5. Generator's Name and Mailing Address

Generator's Site Address (if different than mailing address)

Generator's Phone:

6. Transporter 1 Company Name                                                          U.S. EPA ID Number

7. Transporter 2 Company Name                                                          U.S. EPA ID Number

8. Designated Facility Name and Site Address                                           U.S. EPA ID Number

Facility's Phone:

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| | 1. | | | | | |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

| 16. International Shipments | Import to U.S. | Export from U.S. | Port of entry/exit: |
|---|---|---|---|
| Transporter signature (for exports only) | | | Date leaving U.S.: |

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

| 18a. Discrepancy Indication Space | Quantity | Type | Residue | Partial Rejection | Full Rejection |
|---|---|---|---|---|---|

Manifest Reference Number:

| 18b. Alternate Facility (or Generator) | U.S. EPA ID Number |
|---|---|

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | Month | Day | Year |
|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

| 1. | 2. | 3. | 4. |
|---|---|---|---|

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 12-17)  Previous editions are obsolete.

GENERATOR'S INITIAL COPY

GENERATOR                TRANSPORTER INT'L                DESIGNATED FACILITY

CTY001281

Please print or type.                                                                    Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number | FLE |
|---|---|---|---|---|---|

5. Generator's Name and Mailing Address                    Generator's Site Address (if different than mailing address)

Generator's Phone:

6. Transporter 1 Company Name                                                    U.S. EPA ID Number

7. Transporter 2 Company Name                                                    U.S. EPA ID Number

8. Designated Facility Name and Site Address                                     U.S. EPA ID Number

Facility's Phone:

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| | 1. | | | | | |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

15. **GENERATOR'S/OFFEROR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

| 16. International Shipments | ☐ Import to U.S. | ☐ Export from U.S. | Port of entry/exit: |
|---|---|---|---|
| Transporter signature (for exports only): | | | Date leaving U.S.: |

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

| 18a. Discrepancy Indication Space | ☐ Quantity | ☐ Type | ☐ Residue | ☐ Partial Rejection | ☐ Full Rejection |
|---|---|---|---|---|---|

Manifest Reference Number:

18b. Alternate Facility (or Generator)                                          U.S. EPA ID Number

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | | Month | Day | Year |
|---|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

| 1. | 2. | 3. | 4. |
|---|---|---|---|

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 12-17)  Previous editions are obsolete.                    GENERATOR'S INITIAL COPY

CTY001282

# CleanHarbors

|  | Received Call: | Left Shop: |
|---|---|---|
|  | Arrived On Site: | Left Site: |
|  | Arrived TSDF: | Depart TSDF: |
|  | | Arrived Shop / Next Site: |

| Customer | Los Angeles City WPD | Case # |
|---|---|---|
| Billing Address | 2714 Media Ctr Dr | Work Order Number / Task / Sub Task |
|  | Los Angeles , CA 90065 | Change Order Initiated   Yes   No   (Circle One) |

| | Task # / Description | Task # / Description | Task # / Description |
|---|---|---|---|

**Labor**

| Name | Title |
|---|---|
| | Project Manager |
| | Driver |
| | Env. Technician |
| | Env. Technician |

**Disposal** / Waste Description/Destination

| | Manifest # | Amount | Manifest # | Amount | Manifest # | Amount |
|---|---|---|---|---|---|---|
| LIQUID   Bulk   Drum | | | | | | |
| SOLID   Bulk   Drum | | | | | | |

**Equipment Type**

| | Quantity | Fleet # | # of Hr/Day | Quantity | Fleet # | # of Hr/Day | Quantity | Fleet # | # of Hr/Day |
|---|---|---|---|---|---|---|---|---|---|
| Utility / Personnel Vehicle | | | | | | | | | |
| Flatbed Truck / Supply Van | | | | | | | | | |
| High Powered Vacuum Truck (Circle One) | | | | | | | | | |
| Vacuum Truck, 500-1500 Gal. Capacity (Mini Guzzler) | | | | | | | | | |
| Vacuum Truck, 1500-3000 Gal. Capacity (77Bbl Vac) | | | | | | | | | |
| Vacuum Trailer Truck, 3000-6000 Gal. Capacity (120Bbl Vac) | | | | | | | | | |
| Roll-Off-Truck / Roll-off Truck And Trailer (Circle One) | | | | | | | | | |
| Hydroblaster / Pressure Washer | | | | | | | | | |
| Compressor  150-Cfm At 100 Psi | | | | | | | | | |
| 55 Gallon Hepa Vacuum (Drum Vacuum) | | | | | | | | | |
| Lighting, 2500-3000 Watts | | | | | | | | | |
| Meter Type | | | | | | | | | |
| Confined Space Entry Gear | | | | | | | | | |
| Ventilation Blower | | | | | | | | | |
| Sawzall | | | | | | | | | |
| Generator, 2500-5000 Watts | | | | | | | | | |
| Roll-Off Sludge Bin 20-40 Cu.Yd. Capacity, Haz. Waste Rated | | | | | | | | | |

**Material Description**

| | Quantity | Size | Quantity | Size | Quantity | Size |
|---|---|---|---|---|---|---|
| 55 Gallon Drums (Check One)   Steel   Poly | | | | | | |
| 55 Gallon Drum Lids | | | | | | |
| 55 Gallon Drum Rings | | | | | | |
| 55 Gallon Drum Bungs and Bolts | | | | | | |
| 30 Gallon Poly Drum | | | | | | |
| 30 Gallon Poly Drum Lids | | | | | | |
| 30 Gallon Poly Drum Rings | | | | | | |
| 10 Gallon Poly Drum | | | | | | |
| 10 Gallon Poly Drum Lids | | | | | | |
| 10 Gallon Poly Drum Rings | | | | | | |
| 5 Gallon Poly Drum | | | | | | |
| 5 Gallon Poly Drum Lids | | | | | | |
| Drum Liners, Each | | | | | | |
| Hazardous Waste Labels | | | | | | |
| non Hazmat (Blank) | | | | | | |
| Poly Sheeting | | | | | | |
| Clear Plastic Visqueen 2ft By 100ft Per Roll | | | | | | |
| Barricades / Traffic Cones | | | | | | |
| Roll-Off Bin Liner, Each | | | | | | |

CTY001283

# EXHIBIT 9



**LA SANITATION** enRichmentLA

## NOTICE:

### MAJOR SIDEWALKS, ALLEYS, PARKS, AND OTHER PUBLIC ACCESS AREAS

AN AREA CLEANING WILL COMMENCE AT THIS LOCATION ON:

Tuesday, May 21st, 2019   at 08:00 AM

PLEASE REMOVE ALL PERSONAL BELONGINGS

BY

**Tuesday, May 21st, 2019 by 08:00 AM**

This effort is designed to clean, improve and maintain a safe environment for the general public. The City may use power wash and street cleaning equipment to clean and disinfect the sidewalks, alleys, parks and other public access areas

Please remove all personal belongings, including bulky items from sidewalks, alleys, parks, and public access areas. All property remaining will be removed by the City. Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected by the City and kept in a secure location for a period of 90 days during which time it may be recovered by its rightful owner.

Items collected by the City may be retrieved at:

507 Towne Avenue
Los Angeles, CA 90013
Monday - Friday
(9:30 a.m. – 12:30 p.m. and 1:00 p.m. – 4:00 p.m.)
213-806-0355

The City of Los Angeles greatly appreciates your cooperation as we initiate necessary measures to ensure that your communities are safe and healthy.

Location: 154 W Limita Blvd, 90710

CTY001931

pg 179







CTY001910

# EXHIBIT 10

CTY001466



522

CTY001563



CTY011640



CTY001647

CT/001648

CTY001651



654



CTY001662







CTY001711



CTY001754



CTY001814

# EXHIBIT 11



CITY OF LOS ANGELES

# CARE+

CLEANING AND RAPID ENGAGEMENT

TENTATIVE SCHEDULE
Monday, February 24th @ 7:00 A.M.

LASANITATION

### EAST VALLEY CARE+1- Council District 2 Services:

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 11451 HATTERAS ST, 91601 | LANKERSHIM BLVD | | SIDEWALK/STREET | All encampments in the alley. Shopping carts, bulky items and visible health hazards. | 1 hr | NORTH HOLLYWOOD | CARE224 | Approved | |
| 2 | [redacted] | 4555 N LANKERSHIM BLVD, 91602 | HORTENSE ST, | RIVERSIDE DR. | SIDEWALK/STREET | All encampments on the sidewalk. Shopping carts, bulky items and visible health hazards. | 3 hrs | NORTH HOLLYWOOD | CARE224 | Approved | |
| 3 | [redacted] | 101 FWY AND LAUREL CANYON BLVD, 91607 | Riverside Dr | | SIDEWALK/STREET | Encampments located on the sidewalk. Shopping carts, bulky items and visible health hazards. | 2 hrs | NORTH HOLLYWOOD | CARE224 | Approved | |
| 4 | [redacted] | 10825 W CHANDLER BLVD, 91601 | W CHANDLER BLVD | | SIDEWALK/STREET | Encampments located on the sidewalk. Shopping carts, bulky items and visible health hazards. | 2 hrs | NORTH HOLLYWOOD | CARE224 | Approved | |

### DCT CARE+1 - Council District 6 Services:

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 14600 W TITUS ST, 91402 | ROSCOE BLVD | LANARK ST | SIDEWALK/STREET | 2 HE(s) | 2 hrs | MISSION | CARE225 | Approved | |
| 2 | [redacted] | 8732 N PARTHENIA PL, 91343 | SEPULVEDA BLVD | PARTHENIA ST | SIDEWALK/STREET | 2 HE(s) | 1.5 hour(s) | MISSION | CARE225 | Approved | |
| 4 | [redacted] | 9134 VAN NUYS BLVD, 91402 | NORDHOFF STREET | | SIDEWALK/STREET | 1 HE(s) | 1 hr | MISSION | CARE225 | Approved | |

### CAZADOR CARE+1- Council District 1 Services:

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 826 S CORONADO ST 90057 | W 8TH ST | W 7TH ST | SIDEWALK/STREET | 4 HE's, 6 postings. Requires 2 LAPD Units | 2 hours | RAMPART | CARE126 | Approved | DOT |

### WASHINGTON CARE+1 - Council District 13 Services:

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 3191 W 4TH ST, 90020 | VERMONT | WESTMORELAND | | 30+ HEs, 16 postings | 3.5 hour | OLYMPIC | CARE427 | Approved | DOT |
| 2 | [redacted] | 245 N VERMONT AVE, 90004 | BEVERLY BLVD. | COUNCIL ST. | | 4 HE s, 7 postings. | 2.5 hours | OLYMPIC | CARE427 | Approved | DOT |

### CARE+ ABH Team: SITE A Bridge Home

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | ABH IMPERIAL | E 112TH ST | COMPTON AVE | Sidewalk/Street | | 8 hrs | SOUTHEAST | CARE328 | Approved | |

### CARE+ OHS Team

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | Wall St (5th St and 8th St)<br>San Julian St (5th St and 8th St)<br>San Pedro St (7th St to 8th St) | | | SIDEWALK/STREET | PLEASE DO NOT CLOSE AUTHORIZATIONExpanded Skidrow Concentrated Clean up<br><br>Wall St Between 5 th and 8 th St, 13 HE's 19 postings, Bulky items, trash and debris<br><br>San Julian St Between 5 th and 8th St, 20 HE s 21 postings. Bulky items trash and debris<br><br>San Pedro St Between 7 th and 8th St. No HE s found upon arrival but the location was posted/ 14 postings and 5 hour for power wash | 8.0 hours | CENTRAL | CARE121 | Approved | |

### CARE+ Grand Ave Team

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 49th St | (Flower to Grand Ave)<br>(Flower St to Grand Ave)<br>(Flower St to Grand Ave)<br>(Flower St to Grand Ave)<br>(51st St to 52nd Pl) | | SIDEWALK/STREET | 8 Postings, 4 HEs | 2 HR | NEWTON | CARE322 | Approved | |
| 2 | [redacted] | 51st St | | | SIDEWALK/STREET | 8 Postings 8 HE | 3 HRs | NEWTON | CARE322 | Approved | |
| 3 | [redacted] | 52nd Pl | | | SIDEWALK/STREET | 6 Postings, 5 HE | 3 HRs | NEWTON | CARE322 | Approved | |
| 4 | [redacted] | 54th St | | | SIDEWALK/STREET | 0 Postings | 3 hrs | NEWTON | CARE322 | Approved | |
| 5 | [redacted] | Flower St | | | SIDEWALK/STREET | 0 Postings | 3 hrs | NEWTON | CARE322 | Approved | |

### CARE+ DTLA Team

| # | [illegible] | Address | Cross St | Cross St | Location | Comments/Notes | Est. Clean Time | Division | LAPD Call Sign | Status | Inter-Agency Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 1114 E 11TH ST, 90021 | S CENTRAL AVE | STANFORD AVE | ALLEY | 2 HEs, 10 Postings | 2 HR | NEWTON | CARE123 | Approved | |
| 2 | [redacted] | 1150 E 12TH ST, 90021 | PALOMA ST | S CENTRAL AVE | SIDEWALK/STREET | 2 HEs, 15 Postings | 2 HR | NEWTON | CARE123 | Approved | |
| 3 | [redacted] | 1154 E 10TH ST, 90021 | E OLYMPIC | 11TH ST | SIDEWALK/STREET | 2 HEs, 10 Postings | 2 HR | NEWTON | CARE123 | Approved | |
| 4 | [redacted] | 1161 E 11TH ST, 90021 | S CENTRAL AVE | E OLYMPIC | SIDEWALK/STREET | 1 HEs, 12 Postings | 1 hr | NEWTON | CARE123 | Approved | |

# CARE+ CD13 Posting Survey 2/24/2020

On **February 21st, 2020**, Livability Services Division (LSD) Environmental Compliance Inspectors (ECIs) Amber Landeros and Daniela Cardenas conducted homeless encampment (HE) surveys for cleaning and rapid engagement (CARE). The CARE will take place on **Monday, February 24th, 2020**. The locations were posted on both sides of the street and adjacent corners were based on the provided authorized boundaries. Below are photographs of each location documenting the encampments that were or were not present at the time of arrival. Any additional photographs taken were not included in this report, but are available upon request.

Approximately **8 hours** of total clean-up time should be allowed for these locations.  The following resources will be required:

☒ 1 LSD Team

☒ 1 LASAN Solids Team

☒ 1 Clean Harbors Environmental Services Team

☒ 1 Trash truck

☒ 1 Kubota

☒ 1 DOT Team (highlighted and text is in red)

1. **Case #73998 Authorization #200103005 – 3191 W 4ᵗʰ St, 90020 ☒Sidewalk ☐Street ☐ Alley**
   **5.5 hour needed for the clean-up. 30+ HEs; 16 postings. Require DOT support.**

   **Comments:** 56.11 violations were observed in the authorized zone. Tents were seen erected during 06:00 AM – 09:00 PM along with attachments to both public and private property (verified on NavigateLA). Tents were also in violation of Americans with Disabilities Act (ADA); personal property did not allow for proper ADA passage which is 36 inches on the sidewalk. Personal property was also seen blocking (within 10 ft) ingress/egress. Bulky items were seen such as chairs, desks, shopping carts, multiple bikes/bike parts, mattresses, and a refrigerator. Health hazard such as a pot of urine and aerosols were spotted.

 



CTY004261





2.  **Case #73999 Authorization #190627007 – 245 N Vermont Ave, 90004 ☒Sidewalk ☐Street ☐ Alley 2.5 hours needed for the clean-up. 4 HE's; 7 postings. Require DOT support.**

**Comments:** 56.11 violations were observed in the authorized zone. Tents were seen erected during 06:00 AM – 09:00 PM along with attachments to public property (verified on NavigateLA). Bulky items were seen such as chairs and a mattress. Health hazard such as aerosols were spotted.

CTY004262



3. Case #74000 Authorization #191101007 – 3510 Council St, 90004 ☒Sidewalk ☐Street ☐ Alley
   No HEs found





### LOS ANGELES BUREAU OF SANITATION, LIVABILTY SERVICES DIVISION
## CLEANING AND RAPID ENGAGEMENT + REPORT

### CASE INFORMATION

| Incident Date:<br>2/24/2020 | Incident Time:<br>0735 | Temperature:<br>56 °F | Posting Date:<br>02/21/2020 | Case #:<br>73998 |
|---|---|---|---|---|

| LAMC 56.11 Violations?<br>☒ Yes  ☐ No | Arrest by other Agency?<br>☐ Yes  ☒ No | Public Area Cleaning?<br>☒ Yes  ☐ No | Property Custody Document #: N/A | Is it Raining?<br>No |
|---|---|---|---|---|

| Owner(s) Identified?<br>☐ Yes  ☐ No | Last Name: | First Name: | Middle Name: |
|---|---|---|---|

| Sex:<br>☐ M  ☐ F | Birth date: | Weight: | Height: | Marital status:<br>☐ Single  ☐ Married |
|---|---|---|---|---|

| Government ID #: | Phone #: | Other ID Info: |
|---|---|---|

**Incident Street Address:**
4th Street

| Cross Street:<br>Vermont Ave | City:<br>Los Angeles | State:<br>CA | ZIP Code:<br>90020 |
|---|---|---|---|

| Environmental Compliance Inspector (ECI) Name:<br>E. Valencia | Badge/Serial #: |
|---|---|

| Environmental Compliance Inspector (ECI) Name:<br>J. Wooten | Badge/Serial #: |
|---|---|

| Agency/Arresting Officer Name: | Badge/Serial #: | Arrest/Incident #: |
|---|---|---|

| (If applicable) HE Authorization #: | HE Authorization Date: |
|---|---|

**Other Details:**

### LOCATION/INCIDENT DETAILS
#### Personal/Excess Property Information

| Sidewalk?<br>☒ Yes  ☐ No | Alley?<br>☐ Yes  ☒ No | Easement?<br>☐ Yes  ☒ No |
|---|---|---|

| Is it obstructing City Operations?<br>☒ Yes  ☐ No | Is it blocking ingress/egress or ADA?<br>☒ Yes  ☐ No | Is it stored during closure hours?<br>☐ Yes  ☒ No | Is it a Bulky Item non-structure?<br>☒ Yes  ☐ No |
|---|---|---|---|

| Is it a Bulky Item structure?  ☐ Yes  ☒ No | If Yes → Posting Date: | Posting Time: |
|---|---|---|

| Is it a Health Hazard?  ☒ Yes  ☐ No | Health Hazard Checklist: #1, #2, #3 & #4 |
|---|---|

**Notes:**

CTY004265

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 2 of 18 |
|---|---|---|

**COMPLAINT**

Sanitation Livability Services Division received a request from Council District 13 to address immediate health threats in public areas and violations of Los Angeles Municipal Code Section 56.11. Public health concerns include the presence of feces, urine, sharps, and other potential health hazards.

**INCIDENT DETAIL**

On 2/24/2020, at approximately 0735 hours, Environmental Compliance Inspectors E. Valencia and J. Wooten were assigned to lead the Cleaning and Rapid Engagement detail in Council District 13, at 4th Street and Vermont Ave. We provided Health Hazard Assessment with assistance from Clean Harbors Environmental Services, LASAN Solids and LAHSA.  The LAHSA crew was made up of 2 workers, the LASAN Solids crew was made up of 4 workers, and the Clean Harbors crew was made up of 2 workers.  The Solids crew and LAPD isolated and blocked the immediate area to be assessed and prevented the public from entering the affected area until completion of the project.

At approximately 0755 hours, ECI's began inspecting the authorized enforcement area for hazardous and non-hazardous items. Approximately 16 individuals were found loitering and/or sleeping in the authorized cleaning area. Individuals in the area were asked to collect their belongings into a 60 gallon bag and exit the authorized cleaning area after giving a time limit of 15 minutes. There were 4 locations where potential personal property was left and identified on the public right-of-way.

### (1) 4th Street/Vermont Ave – 1st HE - Attended
  **a. 56.11 Violations**
  - i. ADA
  - ii. Bulky Items
  - iii. Ingress/Egress
  - iv. Tent Up

  **b. Items Disposed**
  - i. Dirty, stained, soiled clothing with biohazards
  - ii. Dirty, stained, soiled bedding with biohazards
  - iii. Food waste
  - iv. Bulky Items (Wood Planks w/ half ladder attached, Broken Exercise Bike, Broken Stroller, Bike parts, Mattress – Dirty/Stained with biohazard)
  - v. Trash and debris
  - vi. Shopping Cart
  - vii. Green & Brown Tarpaulins (Stained w/ paint and ripped)

  **c. Hazardous Waste**
  - i. Flammables/Combustibles
  - ii. Feces/Urine
  - iii. Paint Waste
  - iv. Sharps

  **d. Personal Property Stored**
  - i. Returned to owner (Clothes, backpacks, shoes, toiletries)

**Individual was given over 15 minutes to gather personal property and exit the authorized cleaning zone. After about 20 minutes individual insisted on taking a bulky item (wooden board with half ladder attached)**

CTY004266

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 3 of 18 |
|---|---|---|

and placing it onto Recreation & Parks property. LAPD officers instructed individual to collect his 60 gallon bag and exit authorized cleaning area. ECIs informed individual that large bulky items as described above are not allowed on the public right-of-way under LAMC 56.11.3.(i) and would be disposed of. The remaining property on public right-of-way was processed and screened and disposed of properly. ECI took under discretion to add property that would be considered deemed for storage into 60 gallon bag left behind by individual. After the public right-of-way was cleared ECIs left behind a water gallon and some dog food treats. After operations the individual was allowed to collect his personal property within the 60 gallon bag. The individual is a male in his late 20s or early 30s and of South Asian or Middle Eastern descent. Individual was wearing pink/salmon colored pants, black long sleeve shirt and a grey dress shirt cut at sleeves.

    **(2) 4th Street/Vermont Ave – 2nd HE - Unattended**
- **e. 56.11 Violations**
  - i. ADA
  - ii. Bulky Items
  - iii. Ingress/Egress
  - iv. Tent Up
- **f. Items Disposed**
  - i. Dirty, stained, soiled clothing with infectious agent
  - ii. Dirty, stained, soiled bedding with infectious agent
  - iii. Food waste
  - iv. Bulky Items (Stained Mattress with infectious agent)
  - v. Trash and debris
  - vi. Shopping Cart
  - vii. Tent (Blue/White) Urine Odor and Blood Stained
- **g. Hazardous Waste**
  - i. Syringes/Needles/Sharps
  - ii. Flammables/Combustibles
  - iii. Feces/Urine
- **h. Personal Property Stored**
  - i. None

Unattended property was screened and processed and deemed to be disposed of properly. Property was violating LAMC 56.11 with tent up, ADA, and bulky items. Items within the tent had a strong odor of urine coming from it. There was a syringe found inside the tent under bedding along with urine bottles and food waste that was spoiled inside and outside next to tent. The tent was stained on the side with blood residue.

    **(3) 4th Street/Vermont Ave – 3rd HE - Unattended**
- **i. 56.11 Violations**
  - i. ADA
  - ii. Bulky Items
  - iii. Ingress/Egress
  - iv. Tent Up
- **j. Items Disposed**

CTY004267

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 4 of 18 |
| --- | --- | --- |

     i.   Dirty, stained, soiled clothing with biohazard
    ii.   Dirty, stained, soiled bedding with biohazard
   iii.   Food waste
   iv.   Damaged Luggage
    v.   Bulky Items (Sofa cushion, Sofa bed)
   vi.   Trash and debris
  vii.   Tent (Red/White) Urine Odor and Stained/Tent inside (Grey/Orange) Filled with trash and debris, bad odor from urine and food waste

**k. Hazardous Waste**
     i.   Syringes/Needles/Sharps
    ii.   Feces/Urine
   iii.   Flammables/Combustibles

**l. Personal Property Stored**
     i.   None

When ECIs approached this HE they were notified by LAHSA that a female individual exited the tent and told LAHSA that she was just sleeping there. When ECIs began to screen and process the HE there was a strong odor coming from it. There was a smaller Grey/Orange tent found inside the Red/White tent. Food waste, syringes, urine bottles and a large amount of trash/debris were disposed of out of tent. The food waste was spoiled and creating the strong odor along with urine.

**(4) 4th Street/Vermont Ave – 4th HE - Attended**
   **m. 56.11 Violations**
     i.   Tent Up
    ii.   Attachments
   iii.   Bulky Items
   **n. Items Disposed**
     i.   Bulky Items (Wooden Pallets (2 stained black and rusted nails) & Mattress (Urine stains))
    ii.   Cardboard (stained with brownish color health hazard)
   iii.   Trash and debris
   **o. Hazardous Waste**
     i.   Flammables/Combustibles
   **p. Personal Property Stored**
     i.   None

ECIs approached HE where there were activists on site. ECIs informed all party members that it was an authorized full cleanup. To discretion of ECIs they allowed individual to remain due to disability and not being able to move everything himself on a wheelchair. Then ECIs had the opportunity to inform individual of LAMC 56.11.3.(i) requirement that bulky items will be removed. LAMC 56.11 Procedure #7 under Health Hazard Assessment Protocol Step #4 allows for the disposal of fabric, wood or other permeable substances. The wooden pallets that were used to lift mattress off ground were cross contaminated with biohazardous/infectious human sanitary waste.

**Total Metrics: Hazardous Waste and Etc. Inventory**

CTY004268

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 5 of 18 |
| --- | --- | --- |

- o  Total tonnage / Solid waste / Trash / Bulky items     [3000] lbs
- o  Total hazardous waste for disposal     [100] lbs
- o  Human Waste (Feces/Urine)     [60] lbs
- o  Paint Waste     [5] lbs
- o  Syringes/Needles/Sharps     [10] lbs
- o  Ignitable (Flammable/Combustible)     [25] lbs

## Vectors
- o  Rodents [6 piles/locations]
- o  Parasites [4 piles/locations]
- o  Dead Animal Carcass [2 piles/locations]
- o  Cockroaches [6 piles/locations]

## MITIGATION/ENFORCEMENT
E. Valencia and J. Wooten pointed out to the items that would be disposed of in the landfill and to the items that were hazardous or potentially hazardous for disposal at an incineration facility. Area was cleaned up and sanitized before leaving. Operations were concluded and LSD Inspectors were off-site at approximately 1020 hours.

No personal property was bagged, labeled, and transported to a storage facility. However, one bag was returned to its owner.

## EVIDENCE/SAMPLES
Environmental Compliance Inspector E. Valencia obtained photographs (131) of the incident during the mitigation/enforcement of the site. See figures below for a representation of the incident site. Additional photographs are not included in this report.

**Before:**

CTY004269

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 6 of 18 |
| --- | --- | --- |



**Figure 1: Individuals collecting personal property during the 15 minute time limit in authorized cleaning zone. Curb sewage had a strong smell of urine.**



**Figure 2: HE (Blue/White tent) with violations of ADA passage, tent up and bulky items. LOCATION (2)**

CTY004270

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 7 of 18 |
| --- | --- | --- |



**Figure 3: Residual trash and debris from HEs in authorized cleaning area and a refrigerator.**



**Figure 4: Female individual gathering personal property before exiting the authorized cleaning area.**

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 8 of 18 |
|---|---|---|



**Figure 5: Wooden board with half ladder attached. ADA and bulky item violations. LOCATION (1)**



**Figure 6: Individuals of tents pictures were given a time limit to exit authorized cleaning area. Violations of tent up and ADA passage. Curb sewage gave off a urine odor along with rotten food smell.**

CTY004272

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 9 of 18 |
| --- | --- | --- |



**Figure 7: Red/White tent with Orange/Grey tent inside pictured. Pictured violations are of a tent up and ADA passage. LOCATION (3)**



**Figure 8: Photograph taken from a distance of a white tarpaulin tent up. Next to 6th car down.**

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 10 of 18 |
|---|---|---|



Figure 9: HE off Shatto Pl was in violation of bulky items and tent up after white tarpaulin was taken down. LOCATION (4)



Figure 10: Bulky items pictured. ECIs placed water gallons up against wall that are pictured above. LOCATION (4)

During:

CTY004274

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 11 of 18 |



**Figure 11: Syringes found on sidewalk next to Blue/White tent.**



**Figure 12: Bulky items and Urine bottles found inside Red/White tent. LOCATION (3)**

CTY004275

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 12 of 18 |
| --- | --- | --- |



**Figure 13: Syringe found and strong urine odor coming from Blue/White tent. Reference Figure 2. LOCATION (2)**



**Figure 14: Syringes found outside next to where Orange/White tent was located. Reference Figure 6.**

CTY004276

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 13 of 18 |
|---|---|---|



**Figure 15: Blood stained Blue/White tent. Reference Figure 2.  LOCATION (2)**



**Figure 16: Picture of health hazards collected during operations.**

CTY004277

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 14 of 18 |
| --- | --- | --- |



Figure 17: Syringes found inside of Red/White tent. Reference Figure 7.



Figure 18: Tarpaulin stained with paint and ripped. LOCATION (1)

After:

CTY004278

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 15 of 18 |
|---|---|---|



**Figure 19: South side of 4ᵗʰ Street. Across the street from Shatto Recreation Center.**



**Figure 20: Continuation of South side of 4ᵗʰ Street. Across the street from Shatto Recreation Center.**

CTY004279

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 16 of 18 |
|---|---|---|



**Figure 21: Continuation of South side of 4th Street. Across the street from Shatto Recreation Center.**



**Figure 22: North side of 4th Street. Adjacent to Shatto Recreation Center Parking Lot.**

CTY004280

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 17 of 18 |
|---|---|---|



**Figure 23: Continuation of North side of 4th Street. Adjacent to Shatto Recreation Center Parking Lot.**



**Figure 24: South Side of 4th Street. Adjacent to Buddhism Temple.**

CTY004281

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 13 | CASE # 73998 | Page 18 of 18 |



**Figure 25: LOCATION (4)**



**Figure 26: Continuation of South side of 4th Street towards Vermont Ave.**

**END OF REPORT.**

CTY004282



**environment LA SANITATION**
CITY OF LOS ANGELES

# CITY OF LOS ANGELES
## LA Sanitation - Livability Services Division
### HEALTH HAZARD CHECKLIST

Date: 2/24/2020   Time: 0800   Case Number: 73998

Location Description: NORTH SIDE OF 4TH STREET (ADJACENT TO SHATTO REC CENTER) PARKING LOT

Item Description: Bulky Items, Mattress, Clothing, & Tarpaulins

Health Hazard Determination: (check all that apply)

☐ Toxin / poison

☑ Flammable

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☑ Substances, wastes, or materials which may have come in contact with a hazardous substance or infectious agent.

☑ Substances, wastes, or materials which may be a potential health hazard

☑ Biohazard / infectious / sharp / infested material

☑ Vectors (e.g. lice, fleas, bedbugs, moquitos) RODENTS / BED BUGS / ROACHES

☑ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Shirts (4) | Tarpaulins: | Food Waste | | Broken Exercise |
| Pants (2) | Green (1) | | | Bike |
| Shoes (3 non | Brown (1) | | | Broken Stroller |
| pairs) | | | | Wood Plank |
| | | | | w/ Half Ladder |
| | | | | Bike parts |

Comments: ONE BAG RETURNED TO OWNER (Clothes, backpacks, shoes, toiletries)

-- Mattress (Stained/Soiled w/ potential health hazard
-- BLANKET (2)
-- PILLOW (1)

Name (Print): E. VALENCIA   Signature: _[signature]_

CTY004283



# CITY OF LOS ANGELES
## LA Sanitation - Livability Services Division
### HEALTH HAZARD CHECKLIST

Date: 2/24/2020      Time: 0831      Case Number: 73998

Location Description: SOUTH SIDE 4TH STREET ( APARTMENT BUILDING )   ACROSS REC CENTER

Item Description: BLUE/WHITE TENT ON MATTRESS

Health Hazard Determination: (check all that apply)

- ☐ Toxin / poison
- ☑ Flammable
- ☐ Corrosive
- ☐ Reactive
- ☐ Highly-compressed gas or liquid
- ☐ Motor oil or other petroleum oil
- ☐ Substances listed in Title 22
- ☑ Substances, wastes, or materials which may have come in contact with a hazardous substance or infectious agent.
- ☑ Substances, wastes, or materials which may be a potential health hazard
- ☑ Biohazard / infectious / sharp / infested material
- ☑ Vectors (e.g. lice, fleas, bedbugs, moquitos)   ROACHES / BEDBUGS
- ☑ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| **Clothing** | **Tent** | **Perishables** | **Book/toiletries** | **Others** |
| (1) JACKET LEATHER BROWN | BLUE/WHITE (1) | FOOD WASTE | N/A | SHOPPING CART(1) |
| (3) SHIRTS | | | | MATTRESS (1) |
| | | | | BEDDING W/ URINE ODOR |
| | | | | (3) BLANKETS |
| | | | | (2) PILLOWS |

Comments: URINE ODOR AND FOOD WASTE ODOR. TENT W/ BLOOD STAIN. MATTRESS STAINED SIMILAR W/ INFECTIOUS AGENT.

Name (Print): E. VALENCIA      Signature: [signature]

CTY004284

# 3



**CITY OF LOS ANGELES**
LA Sanitation – Livability Services Division
**HEALTH HAZARD CHECKLIST**

Date: 2/24/2020     Time: 0911     Case Number: 73998

Location Description: 4TH STREET (ADJACENT TO BUDDHISM TEMPLE)

Item Description: RED/WHITE TENT AND GREY/ORANGE TENT INSIDE

Health Hazard Determination: (check all that apply)

- ☐ Toxin / poison
- ☑ Flammable
- ☐ Corrosive
- ☐ Reactive
- ☐ Highly-compressed gas or liquid
- ☐ Motor oil or other petroleum oil
- ☐ Substances listed in Title 22
- ☑ Substances, wastes, or materials which may have come in contact with a hazardous substance or infectious agent.
- ☑ Substances, wastes, or materials which may be a potential health hazard
- ☑ Biohazard / infectious / sharp / infested material
- ☑ Vectors (e.g. lice, fleas, bedbugs, moquitos)   RODENT FECES / ROACHES
- ☑ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| **Clothing** | **Tent** | **Perishables** | **Book/toiletries** | **Others** |
| (4) SHIRTS | RED/WHITE (1) | LARGE AMOUNT | | OTTOMAN BENCH |
| (2) DENIM | GREY/ORANGE (1) | OF FOOD WASTE | | SOFA CUSHION |
| RIPPED SHORTS | | | | BEDDING STAINED |
| (2) JACKETS | | | | W/ FECES/URINE |
| | | | | (4) BLANKETS |
| | | | | (3) PILLOWS |

Comments: URINE AND ROTTEN FOOD WASTE ODOR. URINE BOTTLES FOUND THROUGHOUT TENT. SYRINGES FOUND SCATTERED IN BOTH TENTS.

Name (Print): E. VALENCIA     Signature: [signature]

#4



## CITY OF LOS ANGELES
### LA Sanitation - Livability Services Division
### HEALTH HAZARD CHECKLIST

Date: 2/24/2020    Time: 1006    Case Number: 73998

Location Description: SHATTO PL

Item Description: GRASSY AREA, WOODEN PALLETS, MATTRESS

Health Hazard Determination: (check all that apply)

- ☐ Toxin / poison
- ☑ Flammable
- ☐ Corrosive
- ☐ Reactive
- ☐ Highly-compressed gas or liquid
- ☐ Motor oil or other petroleum oil
- ☐ Substances listed in Title 22
- ☑ Substances, wastes, or materials which may have come in contact with a hazardous substance or infectious agent.
- ☑ Substances, wastes, or materials which may be a potential health hazard
- ☐ Biohazard / infectious / sharp / infested material
- ☐ Vectors (e.g. lice, fleas, bedbugs, moquitos) _____
- ☑ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| N/A | N/A | N/A | N/A | WOODEN PALLET (2) |
|  |  |  |  | MATTRESS (1) |
|  |  |  |  | CARDBOARD (2) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Comments: TRASH AND DEBRIS. MATTRESS HAD URINE STAINS WOODEN PALLETS WERE STAINED BLACK AND NAILS WITH RUST.

Name (Print): E. VALENCIA    Signature: _____

CTY004286

Metrics 4th and Vermont  Case # 73998

Metrics Data Entry Status: SUBMITTED

| Submit | Verify | Reject |

**Waste Metrics** | Enforcement Metrics

| Waste | |
|---|---|
| Solid waste lbs. | 3000 |
| Non-RCRA human waste lbs. | 50 |
| Feces lbs. | 10 |
| Urine lbs. | 40 |
| Non-RCRA paint waste lbs. | 5 |
| Non-RCRA waste oil lbs. | 0 |
| RCRA hazardous waste lbs. | 30 |
| Toxic (pesticides, herbicides, metals, sharps, drug paraphernalia) lbs. | 10 |
| Number of sharps (needles, razors, shavers) | 30 |
| Number of drug paraphernalia | 8 |
| Reactive (oxidizers, peroxides, water rx) lbs. | 0 |
| Ignitable (flammable/combustible) lbs | 20 |
| Corrosive (2 <pH> 12.5) lbs. | 0 |

| Vectors Location(s) | |
|---|---|
| Number of piles/locations with rodents | 6 |
| Number of piles/locations with parasites (lice, bed bugs, fleas, etc.) | 4 |
| Number of piles/locations with dead animal carcass | 2 |
| Number of piles/locations with cockroaches | 6 |

pg 230

CTY004287

Please print or type.                                                                    Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | 2 Page 1 of | 3 Emergency Response Phone | 4. Manifest Tracking Number |
|---|---|---|---|---|

5. Generator's Name and Mailing Address

Generator's Site Address (if different than mailing address)

Generator's Phone:

6. Transporter 1 Company Name — U.S. EPA ID Number

7. Transporter 2 Company Name — U.S. EPA ID Number

8. Designated Facility Name and Site Address — U.S. EPA ID Number

Facility's Phone:

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | Type | 11 Total Quantity | 12. Unit Wt/Vol. | 13 Waste Codes |
|---|---|---|---|---|---|---|
| | 1. | | | | | |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

16. International Shipments ☐ Import to U.S. ☐ Export from U.S. — Port of entry/exit:
Transporter signature (for exports only): — Date leaving U.S.

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

18a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

18b. Alternate Facility (or Generator) — U.S. EPA ID Number

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | Month | Day | Year |
|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1.  2.  3.  4.

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 12-17)  Previous editions are obsolete.                                    GENERATOR'S INITIAL COPY

GENERATOR

TRANSPORTER  INTL

DESIGNATED FACILITY

CTY004288

Please print or type.                                                                    Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number |
|---|---|---|---|---|

5. Generator's Name and Mailing Address                          Generator's Site Address (if different than mailing address)

Generator's Phone:

6. Transporter 1 Company Name                                    U.S. EPA ID Number

7. Transporter 2 Company Name                                    U.S. EPA ID Number

8. Designated Facility Name and Site Address                     U.S. EPA ID Number

Facility's Phone:

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| | 1. | | | | | |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

16. International Shipments  ☐ Import to U.S.   ☐ Export from U.S.   Port of entry/exit:
Transporter signature (for imports only):                        Date leaving U.S.:

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

18a. Discrepancy Indication Space  ☐ Quantity   ☐ Type   ☐ Residue   ☐ Partial Rejection   ☐ Full Rejection
Manifest Reference Number

18b. Alternate Facility (or Generator)                           U.S. EPA ID Number

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | | Month | Day | Year |
|---|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

| 1. | 2. | 3. | 4. |
|---|---|---|---|

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 12-17)  Previous editions are obsolete.                    GENERATOR'S INITIAL COPY

CTY004289

**Clean Harbors**

| | |
|---|---|
| Quiv & Date | |
| Justomer Order # | |

| Job Description / Comments: | | |
|---|---|---|
| | Received Call: | Left Shop: |
| | Arrived On Site: | Left Site: 1300 |
| | Arrived TSDF: | Depart TSDF: |
| | | Arrived Shop / Next Site: |

Job Complete   Yes  /  No   (Circle One)

| Customer | **Los Angeles City WPD** | Case # |
|---|---|---|
| Billing Address | **2714 Media Ctr Dr** | Work Order Number / Task / Sub Task: |
| | **Los Angeles , CA 90065** | Change Order Initiated,   Yes  /  No   (Circle One) |

| Contact | | Task # / Description | Task # / Description | Task # / Description |
|---|---|---|---|---|
| Job Location | | | | |

| Component Type | Task Complete   Yes  /  No (Circle One) | Task Complete   Yes  /  No (Circle One) | Task Complete   Yes  /  No (Circle One) |
|---|---|---|---|
| **Labor** | | | |
| Name | Title | ST | OT | DT | ST | OT | DT | ST | OT | DT |
| | **Project Manager** | | | | | | | | | |
| | **Driver** | | | | | | | | | |
| | **Env. Technician** | | | | | | | | | |
| | **Env. Technician** | | | | | | | | | |

| Disposal | Waste Description/Generation | Manifest # | Amount | Manifest # | Amount | Manifest # | Amount |
|---|---|---|---|---|---|---|---|
| LIQUID:   Bulk / Drum | | | | | | | |
| SOLID:   Bulk / Drum | | | | | | | |

| Equipment Type | Quantity | Fleet # | # of Hr/Day | Quantity | Fleet # | # of Hr/Day | Quantity | Fleet # | # of Hr/Day |
|---|---|---|---|---|---|---|---|---|---|
| Utility / Personnel Vehicle | | | | | | | | | |
| Flatbed Truck / Supply Van | | | | | | | | | |
| High Powered Vacuum Truck/Cusco | | | | | | | | | |
| Vacuum Truck, 500-1500 Gal. Capacity (Mini Guzzler) | | | | | | | | | |
| Vacuum Truck, 1500-3000 Gal. Capacity (77BBL Vac) | | | | | | | | | |
| Vacuum Trailer Truck, 3000-6000 Gal. Capacity (130BBl Vac) | | | | | | | | | |
| Rolloff-Truck / Rolloff-Truck And Trailer (Circle One) | | | | | | | | | |
| Hydroblaster / Pressure Washer | | | | | | | | | |
| Compressor, 130+Cfm At 100 Psi | | | | | | | | | |
| 55 Gallon Hepa Vacuum (Drum Vacuum) | | | | | | | | | |
| Lighting, 2500-3000 Watts | | | | | | | | | |
| Meter Type: | | | | | | | | | |
| Confined Space Entry Gear | | | | | | | | | |
| Ventilation Blower | | | | | | | | | |
| Sawzall | | | | | | | | | |
| Generator, 2500-3000 Watts | | | | | | | | | |
| Roll-Off Sludge Bin 20-40 Cu.Yd. Capacity, Haz. Waste Rated | | | | | | | | | |

| Material Description | Quantity | Size | Quantity | Size | Quantity | Size |
|---|---|---|---|---|---|---|
| 55 Gallon Drums (Check One)   Steel ☐   Poly ☐ | | | | | | |
| 55 Gallon Drum Lids | | | | | | |
| 55 Gallon Drum Rings | | | | | | |
| 55 Gallon Drum Bungs and Bolts | | | | | | |
| 30 Gallon Poly Drum | | | | | | |
| 30 Gallon Poly Drum Lids | | | | | | |
| 30 Gallon Poly Drum Rings | | | | | | |
| 16 Gallon Poly Drum | | | | | | |
| 16 Gallon Poly Drum Lids | | | | | | |
| 16 Gallon Poly Drum Rings | | | | | | |
| 5 Gallon Poly Drum | | | | | | |
| 5 Gallon Poly Drum Lids | | | | | | |
| Drum Liners, Each | | | | | | |
| Hazardous Waste Labels | | | | | | |
| Decon Material (Bleach) | | | | | | |
| Clay Absorbant | | | | | | |
| Sheet Plastic Visqueen 20' By 100' Per Roll | | | | | | |
| Barricades / Traffic Cones | | | | | | |
| Roll-Off Bin Liners, Each | | | | | | |

| PPE Sets | Task 1 | Task 2 | Task 3 | Type | Qty | Type | Qty | Type | Qty | Type | Qty | Type | Qty | Type | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # of Complete Sets of PPE Used, | | | | PPED1 | | PPEB2 | | PPED1 | | PPEB2 | | PPED1 | | PPEB2 | |
| # of Piece(s) in PPE | | | | PPEC2 | | PPED3 | | PPLC2 | | PPEB3 | | PPEC4 | | PPEB3 | |
| | | | | PPEC3 | | PPED4 | | PPEC3 | | PPEB4 | | PPEC3 | | PPEB4 | |
| PPE Items Used in Addition to Sets Above | | | | PPEC4 | | PPEB5 | | PPEC4 | | PPEB5 | | PPEC4 | | PPEB5 | |

| EQUIPMENT / SUPPLIES GIVEN TO CITY PERSONEL | Quantity | Type | Quantity | Type | Quantity | Type |
|---|---|---|---|---|---|---|
| Level D PPE: | | | | | | |
| Duct Tape. | | | | | | |

| Analytical - Analysis Description | # of Tests | Lab Name | # of Tests | Lab Name | # of Tests | Lab Name |
|---|---|---|---|---|---|---|
| | | | | | | |

| Subcontractor Name | Description of Service | Description of Service | Description of Service |
|---|---|---|---|
| | | | |

| CHES Rep (Print) | CHES Rep (Sign) | Date |
|---|---|---|
| Customer (Print) | Customer (Sign) | Date |

CHE 225 LA (RV18)                    IMPORTANT - PAYMENT TERMS ON BACK

CUSTOMER'S COPY

CTY004290

# EXHIBIT 12

**LOS ANGELES BUREAU OF SANITATION, LIVIBILITY SERVICES DIVISION**
## CARE CD10 REPORT

### CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Incident Date: 12/09/19 | Incident Time: 0900 | Temp: 70 °F | Posting Date: N/A | Is it Raining? No |

| | | | |
|---|---|---|---|
| LAMC 56.11 Violations? ☒ Yes  ☐ No | Arrest by other Agency? ☐ Yes  ☒ No | Public Area Cleaning? ☒ Yes  ☐ No | Property Custody Document #: N/A |

| | | | |
|---|---|---|---|
| Owner(s) Identified? ☐ Yes  ☒ No | Last Name: N/A | First Name: N/A | Middle Name: N/A |

| | | | |
|---|---|---|---|
| Sex: ☐ M  ☐ F | Birth date: N/A | Weight: N/A | Height: N/A | Marital status: ☐ Single  ☐ Married |

| | | |
|---|---|---|
| Government ID #: N/A | Phone #: N/A | Other ID Info: |

Incident Street Address:
694 S Hobart Blvd.

| | | | |
|---|---|---|---|
| Cross Street: 7th St. | City: Los Angeles | State: CA | ZIP Code: 90005 |

| | |
|---|---|
| Environmental Compliance Inspector Name: S. Calleros | Badge/Serial #: 401235 |
| Environmental Compliance Officer Name: A. Rodrigues | Badge/Serial #: 376596 |
| Environmental Compliance Officer Name: NAME (Trainee) | Badge/Serial #: N/A |
| Environmental Compliance Officer Name: NAME (Trainee) | Badge/Serial #: N/A |

| | | |
|---|---|---|
| Agency/Arresting Officer Name: N/A | Badge/Serial #: N/A | Arrest/Incident #: N/A |

Other Details:

### LOCATION/INCIDENT DETAILS

| | | |
|---|---|---|
| Sidewalk? ☒ Yes  ☐ No | Alley? ☐ Yes  ☒ No | Easement? ☐ Yes  ☒ No |

**Personal/Excess Property Information**

| | | | |
|---|---|---|---|
| Is it obstructing City Operations? ☐ Yes  ☒ No | Is it blocking ingress/egress or ADA? ☒ Yes  ☐ No | Is it stored during closure hours? ☐ Yes  ☒ No | Is it a Bulky Item non-structure? ☐ Yes  ☒ No |

| | | | |
|---|---|---|---|
| Is it a Bulky Item structure? | ☐ Yes  ☒ No | If Yes → Posting Date: | Posting Time: |
| Is it a Health Hazard? | ☐ Yes  ☒ No | Health Hazard Checklist #: | |

Notes:

CTY004291

| CONTINUATION SHEET | | |
|---|---|---|
| Type of Report: CARE CD 10 REPORT | CASE # 68460 | Page 2 of 10 |

**COMPLAINT**

LAHSA received a request from City District 10 to address immediate health threats in public areas and violations of Los Angeles Municipal Code Section 56.11. Public health concerns include the presence of feces, urine, sharps, and other potential health hazards.

**INCIDENT DETAIL**

On 12/09/19, at approximately 0900 hours, Environmental Compliance Inspectors, S. Calleros and A. Rodriguez, were assigned to assist with the CARE 10 program detail in Council District 10, at694 S Hobart Blvd. We provided Health Hazard Assessment with assistance from the LAHSA, Clean Harbors Environmental Services and LASAN Solids. The LAHSA crew was made up of 2 workers, the LASAN Solids crew was made up of 2 workers, LAPD was made up of 2 officers, and the Clean Harbors crew was made up of 2 workers. The Solids crew and LAHSA isolated and blocked the immediate area to be assessed and prevented the public from entering the affected area until completion of the project.

The encampments violated codes of LAMC 56.11.3.(e) BLOCKING INGRESS/EGRESS, LAMC 56.11.3.(g) HEALTH HAZARD, LAMC 56.11.3.(d) ADA, LAMC 56.11.8.(a) ATTACHMENTS, LAMC 56.11.7 TENT UP, and LAMC 56.11.3.(i) BULKY ITEM/BULKY ITEM STRUCTURE. Five (5) encampments were present at the site. At approximately 0900 hours, LAHSA began offering individuals resources and water while ECIs and began informing the individuals at the site that they were in violation of LAMC 56.11 and that they had 15 minutes to put themselves into compliance. After the 15 minutes were up all but one encampment had put themselves into compliance. At that time ECIs began to inspect the unattended encampment for hazardous and non-hazardous items and to take custody of unattended personal property for storage.

**Location 1.**     **<u>Unattended property: Blue Tarp</u>**

- **<u>56.11 Violations</u>**
  - **ADA- LAMC 56.11.3.(d)**
  - **Attachments- LAMC 56.11.8.(a)**
  - **Bulky Items - LAMC 56.11.3.(i)**
  - **Tent Up- LAMC 56.11.7**
  - **Health Hazards - LAMC 56.11.3.(f)**
- **Unattended property for disposal**
  - Dirty, stained, soiled clothing/shoes
  - Dirty, stained, soiled bedding
  - Damaged/ Moldy Luggage
  - Broken Electronics
  - Broken/ Hazardous Shopping Carts
  - Bulky Items (Table, Chairs, Wooden Pallets)
  - Food Waste
  - Trash and debris

All articles were determined as bulky, contaminated, and/or broken and were disposed of accordingly. Bags and clothing were found to be wet and contained mold.

- **Hazardous Waste**
  - Aerosols- Flammables/ Combustibles          [4 lbs.]

- **Personal Property Given Back to Owner**

CTY004292

**CONTINUATION SHEET**

| Type of Report: CARE CD 10  REPORT | CASE # 68460 | Page 3 of 10 |
|---|---|---|

- **Bag 1 of 1**
  - Blankets                 [~3]
  - Clean Clothes       [~15]
  - Jewelry                 [~8]
  - Glasses                 [~3]
  - Electronics          [~3]

**Location 2.**      <u>Attended property: Blue Tent</u>

- <u>56.11 Violations</u>
  - **ADA- LAMC 56.11.3.(d)**
  - **Tent Up- LAMC 56.11.7**
  - **Health Hazards - LAMC 56.11.3.(f)**

- **Attended Property for Disposal**
  - Voluntary trash and debris

**Description of individual(s) in the HE:** Hispanic couple male and female in their late 20s early 30s. ECIs gave the couple a copy of the Operation Healthy Streets pamphlet which provides a breakdown of  LAMC 56.11. Couple took the pamphlet and began to put their encampment into compliance with LAMC 56.11. As the male and female were putting their encampment into compliance they created a pile of voluntary trash and debris for LASAN Solids to dispose of.

**Location 3.**      <u>Attended property: Red Tent</u>

- <u>56.11 Violations</u>
  - **ADA- LAMC 56.11.3.(d)**
  - **Tent Up- LAMC 56.11.7**
  - **Health Hazards - LAMC 56.11.3.(f)**

- **Attended Property for Disposal**
  - Voluntary trash and debris

**Location 4.**      <u>Attended property: Grey Tent</u>

- <u>56.11 Violations</u>
  - **ADA- LAMC 56.11.3.(d)**
  - **Bulky Items - LAMC 56.11.3.(i)**
  - **Tent Up- LAMC 56.11.7**

- **Attended Property for Disposal**
  - Voluntary trash and debris

**Location 5.**      <u>Attended property: Grey Easy Up</u>

- <u>56.11 Violations</u>

CTY004293

| CONTINUATION SHEET | | |
|---|---|---|
| Type of Report: CARE CD 10 REPORT | CASE # 68460 | Page 4 of 10 |

- o **Tent Up- LAMC 56.11.7**
- o **Health Hazards - LAMC 56.11.3.(f)**

- ▪ **Attended Property for Disposal**
  - o Voluntary trash and debris
  - o Bike parts
  - o Soiled clothing

**Description of individual(s) in the HE:** 1 African American male individual in his late 20s, did not provide ECIs with his identifiable information. ECIs informed the individual of the two (2) violations to LAMC 56.11 that his encampment possessed. While individual was correcting his violations to 56.11 he voluntarily placed items that he deemed as trash in a pile in front of his tent for LASAN solids crew to dispose of. Individual also identified to ECIs that the large illegal dump next to his encampment was the communal garbage pile and that all the items in that pile were trash and LASAN Solids crew could dispose of it.



**Figure 1: Location 5- Before individuals were informed that they were in violation of LAMC 56.11.**

**CONTINUATION SHEET**

| Type of Report: CARE CD 10 REPORT | CASE # 68460 | Page 5 of 10 |
|---|---|---|



Figure 2: Location 5- After individuals were put into compliance with LAMC 56.11.



Figure 3: Location 2 & 3- After individuals voluntarily compliance with LAMC 56.11.

CTY004295

## CONTINUATION SHEET

| Type of Report: CARE CD 10  REPORT | CASE # 68460 | Page 6 of 10 |
|---|---|---|



**Figure 4:** Location 4- After individuals voluntarily compliance with LAMC 56.11.



**Figure 5:** Illegal Dump next to the homeless encampments, the individual from location 5 told ECIs that all the items were to be disposed of. Illegal dump consisted of bulky items, incomplete bicycle parts, trash and debris.

CTY004296

## CONTINUATION SHEET

| Type of Report: CARE CD 10  REPORT | CASE # 68460 | Page 7 of 10 |
|---|---|---|



Figure 6: Illegal dump site after LASAN Solids crew cleaned up.



Figure 7: Location 1- In violation of LAMC 56.11.8.(a) attachment to a city light pole.

CTY004297

**CONTINUATION SHEET**

| Type of Report: CARE CD 10  REPORT | CASE # 68460 | Page 8 of 10 |
| --- | --- | --- |



**Figure 8: Location 1- Photo of location before ECIs processed the location. Encampment is in violation of LAMC 56.11.3.(i) bulky items (table, couch, wooden shelf, wooden tv stand).**



**Figure 9: Location 1- Syringe found at location 1**

**CONTINUATION SHEET**

| Type of Report: CARE CD 10  REPORT | CASE # 68460 | Page 9 of 10 |
|---|---|---|



**Figure 10: Location 1- Photo of items that were given back to individual**

<u>**Total Metrics: Hazardous Waste and Etc. Inventory**</u>
- o  Total tonnage / Solid waste / Trash / Bulky items — [2000] lbs
- o  Total hazardous waste for disposal — [80] lbs
- o  Feces deposits — [10] lbs
- o  Urine deposits — [50] lbs
- o  Syringes — [0] lbs
- o  Aerosols — [20] lbs
- o  Waste Oil — [0] lbs

<u>**Hazardous Waste - Specified items found are IN BOLDED PRINT**</u>
- o  Syringes – Number of them found — [5]
- o  Razors/Sharps — [0]
- o  Drug Paraphernalia — [0]
- o  Flammables — [0]
- o  Paint waste — [0]
- o  Motor Oil/Combustible/Petroleum — [0
- o  Compress Gas/Liquids/Aerosol — [10]
- o  Corrosive (batteries) — [2]

<u>**Vectors**</u>

- o  Cockroaches — [0]
- o  Rodents — [0]
- o  Bedbugs — [0]

CTY004299

**CONTINUATION SHEET**

| Type of Report: CARE CD 10  REPORT | CASE # 68460 | Page 10 of 10 |
|---|---|---|

**MITIGATION/CLEANUP**

Clean-up operations began at approximately 0900 hours and completed at 1230 hours. Clean Harbors and Sanitation Solids personnel cleaned the area of miscellaneous bulky items, trash, and debris.

**EVIDENCE/SAMPLES**

Environmental Compliance Inspector A. Rodriguez obtained 20 photographs of the incident during the mitigation/cleanup of the site. See figures below for a representation of the incident site.  Additional photographs are not included in this report.

CTY004300



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST



**Date:** 12/9/19   **Time:** 0/00   **Case Number:** 68460

**Location Description:** 694 S Hobart & 7th St.

**Item Description:** Blue Tarp

## Health Hazard Determination :( check all that apply)

☐ **Toxin / poison**

☒ **Flammable** Aerosols

☒ **Corrosive** ~~to~~ Lithium Batteries

☐ **Reactive**

☐ **Highly-compressed gas or liquid**

☐ **Motor oil or other petroleum oil**

☐ **Substances listed in Title 22**

☒ **Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.**

☒ **Biohazard / infectious / sharp / infested material** Syringes / Feces / Urine

☒ **Contaminated items (see table below)**

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others / bulky items |
| Dirty soiled clothing | Soiled / moldy bedding | Food Waste | | Broken shopping cart |
| | | | | Table |
| | | | | Chair |
| | | | | Wooden Bookshelf |
| | | | | Wooden TV Stand |
| | | | | Couch |
| | | | | |
| | | | | |
| | | | | |

**Comments:** 1 bag of personal property was stored at site and given back to the individual.

WPD FORM# HHC 5.0
04/2016

CTY004301



# LOS ANGELES SANITATION
## LIVABILITY SERVICES DIVISION
## INCIDENT REPORT

| NAME: Shayla Calleros | | PARTNER: Alan Rodriguez | |
|---|---|---|---|
| ASSIGNMENT: CARE | | CD: 10 | |
| DATE: 12/9/19 | TIME: | | CASE #: 03960 |

TYPE OF INCIDENT: ☒ VERBAL ☐ VEHICLE DAMAGE ☐ PROJECTILE ☐ PHYSICAL ☐ OTHER: _____

### CASE INFORMATION

LOCATION ADDRESS/ DESCRIPTION: 674 S Hobart Blvd

### LAPD INFORMATION

| LAPD PRESENT ☒ YES ☐ NO | OFFICER: Argueta |
|---|---|
| DIVISION: | |
| INCIDENT REPORT: ☐ YES ☐ NO | INCIDENT NUMBER: |

### WITNESSES/OTHER EMPLOYEES

| NAME | DEPARTMENT | PHONE |
|---|---|---|
| Haynes | Solids | |
| Rocket | solids | |
| | | |
| | | |

### SUMMARY OF INCIDENT

PLEASE PROVIDE ANY INFORMATION THAT MAY DESCRIBE WHAT TRANSPIRED DURING THIS INCIDENT INCLUDING, BUT NOT LIMITED TO WHAT CAUSED THE INCIDENT, WHO WAS INVOLVED, HOW THE SITUATION WAS RESOLVED...ETC

LAPD was called in to help ECIs gain compliance from the individuals at 674 s Hobart Blvd. While LAPD was present at the site one individual came back to the site while ECIs were processing their tent. The individual get very upset LAPD calmed down the individual and ECIs gave the individual 1 bag of personal bags.

Form IR 101
7/17/2019

CTY004302

# EXHIBIT 13



### LOS ANGELES BUREAU OF SANITATION, LIVABILTY SERVICES DIVISION
## CLEANING AND RAPID ENGAGEMENT REPORT (CD10)

## CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Incident Date: 12/16/19 | Incident Time: 0800 | Temperature: 65°F | Posting Date: | Case #: 69116 |

| | | | | |
|---|---|---|---|---|
| LAMC 56.11 Violations? ☒ Yes ☐ No | Arrest by other Agency? ☐ Yes ☒ No | Public Area Cleaning? ☒ Yes ☐ No | Property Custody Document #: N/A | Is it Raining? |

| | | | |
|---|---|---|---|
| Owner(s) Identified? ☐ Yes ☐ No | Last Name: | First Name: | Middle Name: |

| | | | |
|---|---|---|---|
| Sex: ☐ M ☐ F | Birth date: | Weight: | Height: | Marital status: ☐ Single ☐ Married |

| | | |
|---|---|---|
| Government ID #: | Phone #: | Other ID Info: |

Incident Street Address:
**694 Hobart Blvd**

| | | | |
|---|---|---|---|
| Cross Street: 7th St | City: Los Angeles | State: CA | ZIP Code: 90005 |

Environmental Compliance Inspector (ECI) Name:
**Alan Rodriguez**
Badge/Serial #:

Environmental Compliance Inspector (ECI) Name:
**Franklin Gonzalez**
Badge/Serial #:

| | | |
|---|---|---|
| Agency/Arresting Officer Name: | Badge/Serial #: | Arrest/Incident #: |

| | |
|---|---|
| (If applicable) HE Authorization #: | HE Authorization Date: |

Other Details:

## LOCATION/INCIDENT DETAILS

### Personal/Excess Property Information

| | | |
|---|---|---|
| Sidewalk? ☒ Yes ☐ No | Alley? ☐ Yes ☒ No | Easement? ☐ Yes ☒ No |

| | | | |
|---|---|---|---|
| Is it obstructing City Operations? ☒ Yes ☐ No | Is it blocking ingress/egress or ADA? ☒ Yes ☐ No | Is it stored during closure hours? ☐ Yes ☒ No | Is it a Bulky Item non-structure? ☒ Yes ☐ No |

| | | | |
|---|---|---|---|
| Is it a Bulky Item structure? ☐ Yes ☒ No | If Yes → | Posting Date: | Posting Time: |

| | | |
|---|---|---|
| Is it a Health Hazard? ☒ Yes ☐ No | Health Hazard Checklist: #1, #2, #3  #4, #5 | |

Notes: Clean Harbors was unavailable for the CD 10 CARE Operation, there no manifest was generated for this operation.

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 2 of 8 |
|---|---|---|

**COMPLAINT**
Sanitation Livability Services Division received a request from Council District to address immediate health threats in public areas and violations of Los Angeles Municipal Code Section 56.11. Public health concerns include the presence of feces, urine, sharps, and other potential health hazards.

**INCIDENT DETAIL**
On 12.16.19, at approximately 0800 hours, Environmental Compliance Inspectors A. Rodriguez and F. Gonzalez were assigned to lead the Cleaning and Rapid Engagement (CARE) operation in Council District 10, at 694 S Hobart St. We provided Health Hazard Assessment with assistance from LASAN Solids and LAHSA. The LAHSA crew was made up of 2 workers, and the LASAN Solids crew was made up of 2 workers. The Solids crew isolated the immediate area to be assessed and prevented the public from entering the affected area until completion of the project. Since the area encompassed the intersection of 7th St and Hobart Blvd, the CARE team began the operation at the eastern portion of the intersection (sidewalk south of 695 S Harvard Blvd).

At approximately 0815 hours, ECI's began inspecting the authorized enforcement area for hazardous and non-hazardous items. Approximately 7 homeless encampments were found in the intersection near the address where the complaint originated. Individuals in the area were asked to place their encampments in compliance via LAMC 56.11. The violations and corrections of each encampment are described below in detail in relation to several sections of LAMC 56.11. There were 8 locations where potential personal property was left and identified on the public right-of-way.

### (1) S Harvard Blvd/7th St – 1st HE – Attended
    **a. 56.11 Violations**
        i.   Tent Up
    **b. Items Disposed**
        i.   Dirty, stained, soiled clothing
    **c. Hazardous Waste**
        i.   Urine
    **d. Personal Property Stored**
        i.   Kept by owner (Clothes, toiletries, blankets)

**The individual that occupied the first encampment is described as an Asian female in her early 40s. ECIs informed individual that the encampment was in violation of LAMC 56.11.7, where "*no person shall erect a Tent in any Public Area from 6 a.m. to 9 p.m., except when raining and/or the temperature is below 50 degrees Fahrenheit.*" The individual was given a 60 gallon bag to place her personal property and other essential property. The remaining property on the public right-of-way was processed and screened and disposed of properly. A bottle of urine was discovered, but no contamination of potential hazards was found other than soiled clothing. ECI Rodriguez took under discretion to add property that would be considered clean into 60 gallon bag given by the individual. After the encampment was placed into compliance, the individual was allowed to remain on site with her personal property within the 60 gallon bag.**

CTY004304

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 3 of 8 |
|---|---|---|

**(2) 7th St/Hobart Blvd – 2nd Location (No HE) – Unattended Property Stored on Public Right-of-Way**

**e. 56.11 Violations**
  i. Excessive Property Stored on Public Right-of-Way
  ii. Bulky Items
**f. Items Disposed**
  i. Dirty, stained, soiled clothing with mold
  ii. Bulky Items (broken fan, piece of bed frame, broken window frame, plastic containers excess of 60 gallons, wooden chair)
  iii. Trash and debris
**g. Hazardous Waste**
  i. Aerosols
**h. Personal Property Stored**
  i. None

Unattended property was screened and processed and deemed to be disposed of properly. Property was violating LAMC 56.11.3(i), *which allows immediate removal of bulky items without notice posting*. To ensure no other items were in violation, ECI Rodriguez exercised LAMC 64.70.05.A, which gave him authority to inspect other items. Several aerosol cans were discovered as well clothing that was moldy, stained, and emitted a foul odor. Broken plastic containers full of such clothing were disposed. Kitchen appliances were disposed due to them being non-functional without any self-source of power (battery, adapter, etc.) The remaining items were left behind for the individual to claim and collect if that individual were to return.

**(3) 7th St/Hobart Blvd – 3rd Location: HE – Attended**

**i. 56.11 Violations**
  i. Tent Up
**j. Items Disposed**
  i. Dirty, stained, soiled clothing with possible mold
  ii. Food waste
  iii. Bulky Items (Wooden Chair)
  iv. Trash and debris
**k. Hazardous Waste**
  i. None

When ECIs approached this HE, two individuals were identified as a Hispanic female and male couple in their 30s. The un-housed residents conversed with LAHSA and were able to voluntarily give up trash, debris, and other items that were deemed non-function or not personal property. No hazards were found at this location. Trash and debris that was surrounding the encampment were identified by ECI Rodriguez as disposable trash for LASAN Solids. The Hispanic couple was able to place their tent down and adhere with LAMC 56.11.7 compliance. In addition, there were several (3) shopping carts filled with personal property that belonged to a 3rd individual that arrived at approximately 0845 hours. After a quick screening by the ECIs, it was determined that no potential health hazards were found, and the property, along with the shopping carts were given back to the individual.

**(4) 7th St/Hobart Blvd – 4th Location: HE – Unattended**

**l. 56.11 Violations**

CTY004305

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 4 of 8 |
|---|---|---|

       i.   Tent Up

  **m. Items Disposed**

       i.   Soil clothing

       ii.   Broken moldy luggage

       iii.   Cardboard (damp)

       iv.   Trash and debris

  **n. Hazardous Waste**

       i.   None

ECIs approached HE that was unattended. ECI Rodriguez was able to place the tent in compliance via LAMC 56.11.7 and disposed soiled materials such as clothes, cardboard and clothing. The poles of the tent were removed and placed on top of the encampment after it was placed down and folded for compliance.

**(5) 7th St/Hobart Blvd – 5th Location: HE – Unattended**

  **o. 56.11 Violations**

       i.   Tent Up

  **p. Items Disposed**

       i.   None

  **q. Hazardous Waste**

       i.   None

ECIs approached HE that was unattended at the approximate location of 701 S Hobart Blvd (southwest corner of the intersection). No hazards or soiled contaminated clothing were found, therefore ECI Rodriguez was able to place the tent in compliance via LAMC 56.11.7

**(6) 7th St/Hobart Blvd – 6th Location: HE – Attended**

  **r. 56.11 Violations**

       i.   Tent Up

  **s. Items Disposed**

       i.   None

  **t. Hazardous Waste**

       i.   None

ECIs approached HE that was attended with a male Hispanic un-housed resident in his late 30s at the northeast corner of the intersection. After briefly discussing with LAHSA, the UR was able to place his tent down with no hazards or bulky items deemed for disposal. No hazards or soiled contaminated clothing was found, and ECI Rodriguez was able deem the tent in compliance via LAMC 56.11.7.

**(7) 7th St/Hobart Blvd – 7th Location: HE – Unattended**

  **u. 56.11 Violations**

       i.   Tent Up

  **v. Items Disposed**

       i.   None

  **w. Hazardous Waste**

       i.   None

CTY004306

**CONTINUATION SHEET**

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 5 of 8 |
|---|---|---|

ECIs approached HE that was unattended adjacent to the HE at the 6th location described above. After a screening that was deemed without hazards or bulky items, ECI Rodriguez was able to place the tent down in compliance via LAMC 56.11.7

### (8) 7th St/Hobart Blvd – 8th Location: HE – Attended

**x.  56.11 Violations**
  - **i.**    Tent Up
  - **ii.**   Bulky items

**y.  Items Disposed**
  - **i.**    Bike parts
  - **ii.**   Bulky items (green trash bin, window shutter, canopy, mattress)
  - **iii.**  Trash and debris

**z.  Hazardous Waste**
  - **i.**    Flammables
  - **ii.**   Oils

When ECIs approached this HE, one individual was identified as a Hispanic male in his 40s about to leave the area of the HE. The un-housed resident spoke with ECI Rodriguez that he possessed several bikes that were operational and possessed various bike parts and other non-functional bikes that were stored under a canopy. ECI Rodriguez instructed the individual that only functional bikes can remain at the HE, but the non-functional bikes and bike parts had to be disposed as they were deemed excessive of 60 gallon storage. ECI Gonzalez noted that the bike parts were rusted due to exposure of damp material that surrounded the bikes. The individual also possessed a motor-cycle that was turned on prior to the ECIs arrival at the HE. The individual was initially resistant on giving up the bike parts, and after placing the adjacent encampment in LAMC 56.11.7 compliance, he left the area on is motor-cycle. All that remained to be placed in compliance was the canopy, where the bikes and bike parts still remained. After inspecting the bikes and bike parts, one bicycle that was fully operational and not exposed to rust was kept at the area of HE. The rusted non-operational bikes, as well as rusted bike parts were disposed by LASAN Solids.  Gasoline oil and aerosols were found nearby the bike parts, in the canopy. The canopy was then disposed, which was attached to flatten cardboard boxes and a window shutter. ECI Rodriguez spoke to LAHSA that the individual left during this operation, and enforced LAMC 64.70.05.A. to inspect and authorize disposal of bike parts that were considered rusted. Trash and debris surrounding the HE was disposed, along with a molded mattress. A green trash bin was also disposed as personal property contained inside the bin was contaminated by various food waste found inside the bin.

### Total Metrics: Hazardous Waste and Etc. Inventory
  - o   Total tonnage / Solid waste / Trash / Bulky items          [500] lbs

### MITIGATION/ENFORCEMENT
  A.  Rodriguez and F. Gonzalez pointed out to the items that would be disposed of in the landfill. Area was cleaned up before leaving. Operations were concluded and LSD Inspectors were off-site at approximately 1000 hours.

No personal property was bagged, labeled, and transported to a storage facility. One bag was returned remained with its owner.

### EVIDENCE/SAMPLES

CTY004307

| CONTINUATION SHEET | | |
|---|---|---|
| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 6 of 8 |

Environmental Compliance Inspector A. Rodriguez obtained photographs of the operation during the mitigation/enforcement of the site. See figures below for a representation of the incident site. Additional photographs are not included in this report.



*Figure 1: Before picture of CARE Operation of Locations 2-4. Note Location 2 has no encampment, only storage of property.*



*Figure 2: Picture of property of HE in Location 6 prior to HE placing tent in compliance.*

CTY004308

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 7 of 8 |
|---|---|---|



*Figure 3: Before picture of CARE Operation of Locations 6-8.*



*Figure 3: Before picture of CARE Operation of Locations 8. Location 8 has an HE adjacent to a canopy that was filled with bikes and non-functional bikes/parts.*



*Figure 4: Location 5, at the southwest corner of the intersection prior to LAMC 56.11 compliance.*

CTY004309

## CONTINUATION SHEET

| Type of Report: CLEANING AND RAPID ENGAGEMENT REPORT- CARE CD 10 | CASE # 69116 | Page 8 of 8 |
|---|---|---|



*Figure 5: Location 5, after LAMC 56.11 compliance.*

**END OF REPORT.**

CTY004310



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST

Date: 12-16-19     Time: 0815     Case Number: 6 9116

Location Description: Loc #1, S Harvard Blvd / 7th st, 1st 4E

Item Description: Soiled, stained clothes

**Health Hazard Determination :( check all that apply)**

☐ Toxin / poison

☐ Flammable

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☒ Biohazard / infectious / sharp / infested material   Urine bottle

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 1 - shirt | X | X | X | X |
| 2 - jeans | | | | |
| 1 - dress | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: 1 urine bottle was found. Om kept the rest of personal property

WPD FORM# HHC 5.0
04/2016

CTY004311




# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 12-16-19     Time: 0830     Case Number: 6946

Location Description: Loc#2, 7th St / Hobart - No HE

Item Description: Bulky items, excessive storage of property

### Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☒ Flammable  aerosols

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☒ Biohazard / infectious / sharp / infested material  moldy clothes

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 6 - shirts | X | Food waste | | Kitchen apps (6) |
| 5 - jeans | | | | Chair (2) - wooden |
| 4 - polos | | | | Bed frame piece ( ) |
| | | | | Trash and debris (15) |
| | | | | Broken containers (4) |
| | | | | Window frame (2) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: Not attended, individual was known for storing property on private property

WPD FORM# HHC 5.0.
04/2016

CTY004312



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST



**Date:** 12/16/19     **Time:** 0845     **Case Number:** 69116

**Location Description:** Loc #3, HE attended, S Hobart / 7th St

**Item Description:** Soiled clothes, Food waste, bulky item

### Health Hazard Determination :( check all that apply)

☐ **Toxin / poison**

☐ **Flammable**

☐ **Corrosive**

☐ **Reactive**

☐ **Highly-compressed gas or liquid**

☐ **Motor oil or other petroleum oil**

☐ **Substances listed in Title 22**

☐ **Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.**

☒ **Biohazard / infectious / sharp / infested material** _Mold_

☐ **Contaminated items (see table below)**

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Clothes (13) | X | Food waste (4) | X | Cardboard (1) |
| | | | | Wooden Chair (1) |
| | | | | # Tech parts (6) |
| | | | | Newspaper (3) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Comments:** HE was placed in compliance, no incident occurred



# CITY OF LOS ANGELES
# LASAN WATERSHED PROTECTION
# HEALTH HAZARD CHECKLIST

Date: 12-16-19   Time: 0815   Case Number: 6916

Location Description: Loc #4, S Hobart Blvd /7th St

Item Description: Soiled material, bulky item

## Health Hazard Determination :( check all that apply)

☐ Toxin / poison

☐ Flammable

☐ Corrosive

☐ Reactive

☐ Highly-compressed gas or liquid

☐ Motor oil or other petroleum oil

☐ Substances listed in Title 22

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent.

☒ Biohazard / infectious / sharp / infested material   Mold

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| Cloth pieces (11) | X | X | X | Luggage (2) |
| | | | | Cardboard (3) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: Unattended HE, placed into compliance after screening was complete

WPD FORM# HHC 5.0
04/2016

CTY004314



# CITY OF LOS ANGELES
## LASAN WATERSHED PROTECTION
## HEALTH HAZARD CHECKLIST

Date: 12-16-19    Time: 0945    Case Number: 69116

Location Description: Location #8, S Hobart

Item Description: Bikes / Bike Parts / Bulky Items

## Health Hazard Determination :( check all that apply)

☐ Toxin / poison _____

☒ Flammable _Oil, aersols_____

☐ Corrosive _____

☐ Reactive _____

☐ Highly-compressed gas or liquid _____

☒ Motor oil or other petroleum oil _____

☐ Substances listed in Title 22 _____

☐ Substances, wastes, or materials which may have come in contact with a hazardous substance, Health Hazard or infectious agent. _____

☒ Biohazard / infectious / sharp / infested material _Food waste_____

☐ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| X | Canopy - (1) | Food waste | X | Trash bin - 1 |
|  |  |  |  | window shutter (1) |
|  |  |  |  | Mattress (1) |
|  |  |  |  | Trash debris (10) |
|  |  |  |  | Umbrella (1) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Comments: _Items found in trash bin was soiled by food waste. Multiple bike parts + non-operation bikes were disposed due to rust. 1 bike was kept at HE as it was clean and not expose/exposed to rust. Canopy was disposed as a bulky item. being used to store bikes. and not used as an HE._

WPD FORM# HHC 5.0
04/2016

CTY004315

# EXHIBIT 14



& CLEANING ZONE
The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.
No Tents Shall Be Erected Between 6:00am – 9:00pm
No Bulky Items Shall Be Stored in Public Areas
No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks
WAS YOUR PROPERTY IMPOUNDED? CALL (213) 806-6355 or (844) 475-1244
Or retrieve your belongings at: The Bin, 507 Towne Ave., LA 90013
EFFECTIVE APRIL 8, 2019
the above conditions will apply throughout the posted ZONE.
The following additional conditions will also apply in the ZONE:
HEALTH HAZARD & BULKY ITEM REMOVAL
Monday, Tuesday, Thursday, & Friday
COMPREHENSIVE STREET & SIDEWALK CLEANING*
Every Wednesday
Between 8am and 3pm
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.
ZONE BOUNDARIES
Highland, Hollywood, Cahuenga, de Longpre

CTY004258