MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association,

*Plaintiffs*,

vs.

CITY OF LOS ANGELES, a municipal entity; DOES 1-50,

*Defendant(s)*.

Case No.: 2:19-cv-6182-DSF-PLA
Assigned to Judge Dale S. Fischer

**DECLARATION OF KEITH BANKS ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Concurrently Filed Documents:

- Memorandum of Points & Authorities ISO Opposition
- Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz
- Request for Judicial Notice
- Evidentiary Objections

**Date:** March 30, 2020
**Time:** 1:30 p.m.
**Ctrm:** 7D

**DECLARATION OF KEITH BANKS**

I, KEITH BANKS, hereby declare:

1. I currently work in the Office of Los Angeles City Councilmember Bob Blumenfield, who represents the Third District, which covers the Los Angeles neighborhoods of Canoga Park, Reseda, Tarzana, Winnetka, and Woodland Hills. I am a Field Deputy for Winnetka, and I have held this role for just over three years. I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2. In my role as Field Deputy for Winnetka, I handle constituent services, among other responsibilities. In this role, I regularly interact with residents within our District, listen to their concerns, and look for ways to address those concerns.

3. One particular concern that has been plaguing the Third District for the entirety of my tenure with the office is the accumulation of furniture and other big items that are larger than could fit in a 60-gallon container with the lid closed, which are frequently left in the public right of way on Winnetka Avenue under the 101 Freeway (the "Winnetka Underpass").

4. Throughout my tenure with the Los Angeles City Council's Third District, the accumulation of furniture and other large items on the sidewalks in the Winnetka Underpass has been a chronic and recurring problem. These items frequently accumulate on the pedestrian sidewalks in the Winnetka Underpass, making it difficult – and at times, impossible – for pedestrians to traverse the sidewalk. Shortly after such items are removed from the public right of way, new ones begin accumulating again.

5. I have, on many occasions, personally seen furniture, and other large items that would not fit into a 60-gallon container with the lid closed, strewn over the sidewalk in the Winnetka Underpass. Sometimes those items completely block the sidewalk. Even on occasions when there is technically enough space left on the sidewalk to walk

past the large items, navigating a path through the large items can make traversing the Winnetka Underpass far more difficult.

6. In addition, in my role as Field Deputy, I have frequently fielded complaints about furniture and other large items of property blocking the sidewalk from various constituents, including residents who have children attending Taft High School, which is located on Winnetka Avenue, approximately one block away from the Winnetka Underpass. Since the Winnetka Underpass is the closest pedestrian pathway to Taft High School that allows pedestrians to get from one side of the 101 Freeway to the other, students frequently use the Winnetka Underpass to get to and from school. When the sidewalk is blocked with multiple large items, students sometimes are forced to step into the street to pass by.

7. Approximately one month ago, I personally observed a large house-shaped, wooden structure – greater than could fit in a 60-gallon container with the lid on – located on the sidewalk in the Winnetka underpass. I was alerted to the presence of this structure on the sidewalk by a constituent who called our office to report that a man using a wheelchair had trouble traversing the sidewalk due to the presence of the structure. The structure was on wheels so it could be moved, resulting in it entirely blocking the sidewalk at some times, and making it more difficult to pass by at other times. I observed the structure in different locations at different times.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this Declaration was executed on March 6th, 2020, at Los Angeles, California.

Keith Banks

KEITH BANKS