MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association,<br><br>*Plaintiffs*,<br>vs.<br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>*Defendant(s).* | Case No.: 2:19-cv-6182-DSF-PLA<br>Assigned to Judge Dale S. Fischer<br><br>**DECLARATION OF LORENA BERNAL ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Concurrently Filed Documents:<br>• Memorandum of Points & Authorities ISO Opposition<br>• Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz<br>• Request for Judicial Notice<br>• Evidentiary Objections<br><br>**Date:** March 30, 2020<br>**Time:** 1:30 p.m.<br>**Ctrm:** 7D |

DECLARATION OF LORENA BERNAL ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

# DECLARATION OF LORENA BERNAL

I, LORENA BERNAL, hereby declare:

1. I currently work in the Office of Los Angeles City Council President Nury Martinez, who represents the Sixth District, which covers the Los Angeles neighborhoods of Van Nuys, Lake Balboa, Sun Valley, Panorama City, Arleta, North Hollywood, and North Hills East. I am an Area Director in the Sixth District's Sun Valley office, and I have held this position for the last five years. I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2. In my role as Area Director, I oversee the field operations in the communities of Arleta, North Hills East, Panorama City, and a portion of North Hollywood and Sun Valley. In the scope of my role, I represent Councilwoman Nury Martinez at a variety of meetings and community events, and regularly coordinate district-wide events and town hall forums. At such events, I regularly interact with residents and listen to their concerns. One concern that has been plaguing our district for years are items of furniture, and other items that are larger than could fit in a 60-gallon container with the lid closed, in the public right of way.

3. For example, there used to be a pedestrian walkway stretching from Osborne Street to Wingo Street in Arleta. This pedestrian walkway was used by children traveling to and from the nearby Vena Elementary School. When homeless encampments moved into the walkway, the Sixth District began receiving numerous complaints about large items impeding the pedestrian walkway, making it difficult to traverse, or, in some instances, entirely blocking the walkway. Ultimately, in December 2016, the pedestrian walkway had to be closed due in part to these concerns.

///
//
//

1

DECLARATION OF LORENA BERNAL ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on March 6th, 2020, at Los Angeles, California.

_____
LORENA BERNAL