MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association, | Case No.: 2:19-cv-6182-DSF-PLA Assigned to Judge Dale S. Fischer |

Case No.:  2:19-cv-6182-DSF-PLA
Assigned to Judge Dale S. Fischer

**DECLARATION OF MARCO RAMIREZ ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Concurrently Filed Documents:
- Memorandum of Points & Authorities ISO Opposition
- Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz
- Request for Judicial Notice
- Evidentiary Objections

*Plaintiffs*,

vs.

CITY OF LOS ANGELES, a municipal entity; DOES 1-50,

*Defendant(s).*

**Date:**  March 30, 2020
**Time:**  1:30 p.m.
**Ctrm:**  7D

---

## DECLARATION OF MARCO RAMIREZ

I, MARCO RAMIREZ, hereby declare:

1.      I am an Officer with the Los Angeles Police Department ("LAPD"), currently assigned to LAPD West Bureau's Homeless Outreach and Proactive Engagement ("HOPE") Unit.  I have been assigned to the HOPE Unit for the past two years and have been an Officer with LAPD since August 2010.  I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2.      As a HOPE Officer, I regularly interact with community members who are homeless, including through proactive efforts to identify homeless encampments and engage homeless residents to build relationships, identify needs, and make referrals to services when appropriate.  I also provide for the safety and security of other service providers, outreach workers, and Bureau of Sanitation employees, including as needed during cleanups of homeless encampments.   I encounter homeless encampments located within the West Bureau on a near daily basis during the course of performing my duties.

3.      Attached as **Exhibits 1-7** are true and correct copies of pictures of homeless encampments located within LAPD West Bureau, which I took during my shift on March 3, 2020.  Specifically, Exhibits 1-7 contain pictures taken on March 3, 2020 at the following locations:

      a. **Exhibit 1** (bates label CTY004086-4087) contains a true and correct copy of two pictures of a homeless encampment located at 200 East Grand Canal in Venice, California.

      b. **Exhibit 2** (bates label CTY004088-4090) contains a true and correct copy of three pictures of a homeless encampment located at Arapahoe Street and Olympic Boulevard.

      c. **Exhibit 3** (bates label CTY004091-4093) contains a true and correct

DECLARATION OF MARCO RAMIREZ ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

copy of three pictures of a homeless encampment located at Aviation Boulevard and Arbor Vitae Street.

d. **Exhibit 4** (bates label CTY004094-4096) contains a true and correct copy of three pictures of a homeless encampment located at Chariton Street and Beverlywood Street.

e. **Exhibit 5** (bates label CTY004097-4098) contains a true and correct copy of two pictures of a homeless encampment located at Penmar Street and Zanja Avenue.

f. **Exhibit 6** (bates label CTY004099-4101) contains a true and correct copy of three pictures of a homeless encampment located at Venice Boulevard and Burchard Avenue.

g. **Exhibit 7** (bates label CTY004102-4104) contains a true and correct copy of three pictures of a homeless encampment located at Wilshire Place and Sunset Place.

4.      Exhibits 1-7 reflect examples of the types of bulky items and property stored in public areas that I have regularly encountered during the course of performing my duties as a HOPE Officer.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on March 5th, 2020, at Los Angeles, California.


MARCO RAMIREZ

DECLARATION OF MARCO RAMIREZ ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

# Exhibit 1





# EXHIBIT 2



CTY004088

pg 7



CTY004089



CTY004090

# EXHIBIT 3







# Exhibit 4







CTY004096

# EXHIBIT 5





CTY004098

# EXHIBIT 6





CTY004100



# EXHIBIT 7



CTY004102



