MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association, *Plaintiffs*, vs. CITY OF LOS ANGELES, a municipal entity; DOES 1-50, *Defendant(s)*. | Case No.: 2:19-cv-6182-DSF-PLA Assigned to Judge Dale S. Fischer **DECLARATION OF RYAN RANKIN ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** Concurrently Filed Documents: • Memorandum of Points & Authorities ISO Opposition • Declarations ISO Opposition: Dermer, Wong, Pereida, Ramirez, Rankin, Guerrero, Haines, Medina, Banks, Bernal, Rodriguez, Diaz • Request for Judicial Notice • Evidentiary Objections **Date:** March 30, 2020 **Time:** 1:30 p.m. **Ctrm:** 7D |

## DECLARATION OF RYAN RANKIN

I, RYAN RANKIN, hereby declare:

1.      I am an Officer with the Los Angeles Police Department ("LAPD"), currently assigned to LAPD South Bureau's Homeless Outreach and Proactive Engagement ("HOPE") Unit.  I have been assigned to the HOPE Unit for the past eighteen months and have been an Officer with LAPD since February 2006.  I have personal knowledge of the facts contained herein, and if called to testify I could and would do so competently.

2.      As a HOPE Officer, I regularly interact with community members who are homeless, including through proactive efforts to identify homeless encampments and engage homeless residents to build relationships, identify needs, and make referrals to services when appropriate.  I also provide for the safety and security of other service providers, outreach workers, and Bureau of Sanitation employees, including as needed during cleanups of homeless encampments.   I encounter homeless encampments located within the South Bureau on a near daily basis during the course of performing my duties.

3.      Attached as **Exhibits 1-6** are true and correct copies of pictures of homeless encampments and bulky items and property stored in public areas located within LAPD South Bureau, which I took during my shift on March 3, 2020.  Specifically, Exhibits 1-6 contain pictures taken on March 3, 2020 at the following locations:

    a. **Exhibit 1** (bates label CTY004105-4107) contains a true and correct copy of three pictures of a homeless encampment located at Flower Street and 62nd Street.

    b. **Exhibit 2** (bates label CTY004108-4110) contains a true and correct copy of three pictures of a homeless encampment located at 117th Street and the 110 freeway overpass.

    c. **Exhibit 3** (bates label CTY004111-4113) contains a true and correct

1

copy of three pictures of bulky items and property stored in public areas located at 228th Street and Harvard Boulevard.

d. **Exhibit 4** (bates label CTY004114-4116) contains a true and correct copy of three pictures of bulky items and property stored in public areas located at Wilmington Boulevard and D Street.

e. **Exhibit 5** (bates label CTY004117-4118) contains a true and correct copy of two pictures of a homeless encampment located at Flower Street and 54th Street.

f. **Exhibit 6** (bates label CTY004119-4120) contains a true and correct copy of two pictures of a homeless encampment located at Flower Street and 62nd Street.

4.     Exhibits 1-6 reflect examples of the types of bulky items and property stored in public areas that I have regularly encountered during the course of performing my duties as a HOPE Officer.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on March 05, 2020, at Los Angeles, California.

RYAN RANKIN

DECLARATION OF RYAN RANKIN ISO CITY'S OPP. TO MOT. FOR PRELIMINARY INJUNCTION

# Exhibit 1





CTY004106



# Exhibit 2



CTY004108

CTY004109

pg 9



CTY004110

# Exhibit 3





CTY0004112



CTY004113

# Exhibit 4



CTY004114





CTY004116

# EXHIBIT 5

pg 19





# EXHIBIT 6



CTY004119



CTY004120