MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE and EQUITABLE PUBLIC SPENDING an unincorporated association,<br><br>*Plaintiffs*,<br>vs.<br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>*Defendant(s).* | Case No.: 2:19-cv-6182-DSF-PLA<br>Assigned to Judge Dale S. Fischer<br><br>**DEFENDANT CITY OF LOS ANGELES' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>[City's Opposition; Supporting Declarations; RJN filed concurrently]<br><br>**Date:** March 30, 2020<br>**Time:** 1:30 p.m.<br>**Ctrm:** 7D |

CITY'S EVIDENTIARY OBJECTIONS TO EVIDENCE FILED ISO PLAINTIFFS' MOTION FOR P.I.

Defendant City of Los Angeles ("City") objects to the following evidence filed in support of Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 38):

**Objections to Declaration of Phuong Nguyen (Dkt. No. 38-6):**

1. Paragraph 5, page 1, lines 25-26: Statement "*I was present when the organization connected with him again during outreach, and he [Muhammad] told us that he moved because of the sweep.*"  Objection that the statement constitutes inadmissible hearsay being offered for the truth of the matter asserted and for which no hearsay exception applies.  FRE 801, 802.

2. Paragraph 5, page 2, lines 1-3:  Statement "*I have personally been present on multiple occasions where members told us they had moved because of the sweeps.*" Objection that the statement constitutes inadmissible hearsay being offered for the truth of the matter asserted and for which no hearsay exception applies.  FRE 801, 802.

**Objections to Declaration of Adrian Riskin (Dkt. No. 38-1)**

3. Paragraph 6, page 2, lines 1-3, and Exhibit A:  Statement "*Attached as Exhibit A to this declaration are true and collection copies of the daily clean-up scheduled from February 12, 2020 through February 24, 2020.*"  Objection, Relevance FRE 402, 403.

Dated:   March 9, 2020         MICHAEL N. FEUER, City Attorney
                               KATHLEEN KENEALY, Chief Assistant City Attorney
                               SCOTT MARCUS, Chief, Civil Litigation Branch
                               FELIX LEBRON, Deputy City Attorney
                               A. PATRICIA URSEA, Deputy City Attorney

                               By:   /s/ A. Patricia Ursea
                               A. PATRICIA URSEA
                               Deputy City Attorney
                               Attorneys for Defendant
                               CITY OF LOS ANGELES