# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANET GARCIA, et al.,<br>        Plaintiffs,<br><br>            v.<br><br>CITY OF LOS ANGELES, et al.,<br>        Defendants. | CV 19-06182-DSF-PLA<br><br>Order re: Effect of Second<br>Amended Complaint on Motion<br>for Preliminary Injunction |

On February 15, 2020, the Court granted in part and denied in part the motions to dismiss filed by Defendant City of Los Angeles, permitting Plaintiffs leave to amend.  Dkts. 36, 37.  On February 26, 2020, Plaintiffs filed a motion for preliminary injunction.  Dkt. 38.  On March 12, 2020, before the Court issued a ruling on the preliminary injunction, Plaintiffs filed a second amended complaint.  Dkt. 43 (SAC).

Generally, when an amended complaint is filed, it supersedes the prior complaint.  Koala v. Khosla, 931 F.3d 887, 895 (9th Cir. 2019).  The Court orders Plaintiffs to inform the Court no later than March 18, 2020 how the filing of the SAC impacts the relief requested by the preliminary injunction.  Any objections by Defendant should be filed no later than March 23, 2020.

IT IS SO ORDERED.

Date: March 13, 2020

Dale S. Fischer
United States District Judge