1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; DOES 1-7, <br><br> Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES, INCLUDING CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION BY ONE WEEK TO APRIL 6, 2020** <br><br> Complaint Filed Date:  July 18, 2019 <br><br> Judge:            Hon. Dale S. Fischer <br> Hearing Date:  March 30, 2020 <br> Time:            1:30 p.m. <br> Courtroom:     7D |

1

**[ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES, INCLUDING CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

## **ORDER**

Pursuant to the parties' Joint Stipulation and good cause appearing,

IT IS HEREBY ORDERED:

1. That the hearing on the preliminary injunction be set for April 6, 2020, allowing Plaintiffs to file their reply on March 23, 2020;

2. That Plaintiff have until March 25, 2020 to file their statement concerning the Second Amended Complaint, currently due on March 18, 2020 (Dkt. 44);

3. That Defendant have until March 30, 2020 to file their response to Plaintiffs' statement concerning the Second Amended Complaint, which response is currently due on March 23, 2020 (Dkt.44); and

4. That Defendant have until April 9, 2020 to file their responsive pleading to Plaintiffs' Second Amended Complaint, currently due on March 26, 2020.

IT IS SO ORDERED.

DATED: March 17, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE