| | |
|---|---|
| 1 | Shayla Myers (SBN 264054) |
| 2 | Mallory Andrews (SBN 312209) |
|   | LEGAL AID FOUNDATION OF LOS ANGELES |
| 3 | 7000 South Broadway |
|   | Los Angeles, CA 90003 |
| 4 | Telephone: (213) 640-3983 |
|   | Email: smyers@lafla.org |
| 5 |        mbandrews@lafla.org |

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association, | CASE NO. 2:19-cv-06182-DSF-PLA |
| | **PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF LOS ANGELES' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| v. | Complaint Filed Date: July 18, 2019 |
| CITY OF LOS ANGELES, a municipal entity; DOES 1-7, | Judge: Hon. Dale S. Fischer |
| | Hearing Date: April 6, 2020 |
| Defendants. | Time: 1:30 p.m. |
| | Courtroom: 7D |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S EVIDENTIARY OBJECTIONS**

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
SCHONBRUN SEPLOW HARRIS
& HOFFMAN LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email: csweetser@sshhlaw.com
          kharootun@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email: benjamin.herbert@kirkland.com
          william.smith@kirkland.com

Michael Onufer (SBN: 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East,
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email: michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S EVIDENTIARY OBJECTIONS**

# PLAINTIFFS' OPPOSITION TO DEFENDANT'S EVIDENTIARY OBJECTIONS

Plaintiffs respectfully submit their opposition to Defendant's evidentiary objections to evidence filed in support of Plaintiffs' motion for preliminary injunction.

**Defendant's Objections to Declaration of Phuong Nguyen (Dkt. No. 38-6)**

1. Defendant objects to Jane Nguyen's testimony that she personally heard Muhammad say that he moved because of the sweep. Plaintiffs present this testimony in the context of Ms. Nguyen observing that a sweep had happened in August and then observing that Muhammad had moved. Plaintiffs offer the testimony that Muhammad said he moved because of the sweep to prove Muhammad's state of mind during the time, and is admissible for this purpose. *Wagner v. Cty. of Maricopa*, 747 F.3d 1048, 1053 (9th Cir. 2013) (sister can testify to the statements made by her brother to show the impact punitive measures had on his emotional state). This evidence is also admissible to show motive, as it goes to the motive, intent, or plan behind Muhammad's move. FRE 803(3).

2. Defendant further objects to Ms. Nguyen's testimony that she has personally heard other members of Ktown for All say that they have moved because of the sweeps. Plaintiffs present this testimony to show motive, intent, and state of mind of the members, and the testimony is admissible for this purpose. FRE 803(3).

**Objections to Declaration of Adrian Riskin (Dkt. No. 38-1)**

3. The schedules are relevant to show the frequency of cleanings by the City in this time period and the fact that the City continued to seize bulky items from February 12, 2020 through February 24, 2020.

Dated: March 23, 2020

Respectfully submitted,
LEGAL AID FOUNDATION OF LOS ANGELES

/s/ *Shayla Myers*
Shayla Myers

1

*Attorneys for Plaintiffs Gladys Zepeda, Miriam Zamora, Ali El-Bey, Pete Diocson Jr., Marquis Ashley, James Haugabrook, and Ktown for All*

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

/s/ *Catherine Sweetser*
Catherine Sweetser

*Attorneys for All Plaintiffs*

KIRKLAND & ELLIS LLP

/s/ *Benjamin Herbert*
Benjamin Allen Herbert

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*