Shayla Myers (SBN 264054)
Mallory Andrews (SBN 312209)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA  90003
Telephone:  (213) 640-3983
Email:  smyers@lafla.org
         mbandrews@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora,
Ali El-Bey, James Haugabrook, Pete Diocson Jr.,
Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-7,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA<br><br>**PLAINTIFFS' NOTICE REGARDING DEFENDANT CITY OF LOS ANGELES' OBJECTIONS TO TENTATIVE ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Complaint Filed Date:  July 18, 2019 |

**PLAINTIFFS' NOTICE RE: TENTATIVE ORDER GRANTING PRELIMINARY INJUNCTION**

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
SCHONBRUN SEPLOW HARRIS
& HOFFMAN LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email:  csweetser@sshhlaw.com
            kharootun@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:  (213) 680 8400
Email:  benjamin.herbert@kirkland.com
            william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

Pursuant to the Court's March 31, 2020 Order (Dkt. 53), Plaintiffs hereby provide notice that they do not intend to file a response to the Defendant City of Los Angeles' Objections to the Court's March 31, 2020 Tentative Order (Dkt. 55).[1] Plaintiffs rest on the Court's Tentative Order granting their Motion for a Preliminary Injunction (Dkt. 54).

Dated: April 8, 2020

Respectfully submitted,
LEGAL AID FOUNDATION OF LOS ANGELES

/s/ *Shayla Myers* _____
Shayla Myers

*Attorneys for Plaintiffs Gladys Zepeda, Miriam Zamora, Ali El-Bey, Pete Diocson Jr., Marquis Ashley, James Haugabrook, and Ktown for All*

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

/s/ *Catherine Sweetser* _____
Catherine Sweetser

*Attorneys for All Plaintiffs*

KIRKLAND & ELLIS LLP

/s/ *Benjamin Herbert* _____
Benjamin Allen Herbert

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

**Local Rule 5-4.3.4 Attestation**

I attest that Plaintiff's counsel, Shayla Myers and Catherine Sweetser, concurs in this filing's content and has authorized the filing.

DATED: April 8, 2020        KIRKLAND & ELLIS LLP

By: */s/ Benjamin Herbert*

---

[1] Plaintiffs note that the City's objections were untimely as the Court ordered any objections be filed "no later than noon on April 6." Dkt. 53.

1

**PLAINTIFFS' NOTICE RE: TENTATIVE ORDER GRANTING PRELIMINARY INJUNCTION**