# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Garcia, Gladys Zepeda, Miriam Zamora, Ali El-Bey, Peter Diocson Jr., Marquis Ashley, James Haugabrook, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING an unincorporated association<br>                      *Plaintiffs*,<br>   vs.<br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>                      *Defendant(s)*. | Case No.:  2:19-cv-6182-DSF-PLA<br>[Assigned to Hon. Dale S. Fischer]<br><br>**[PROPOSED] ORDER RE DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (FED. R. CIV. PROC. 12(b)(1); 12(b)(6))** |

The Court, having received Defendant City of Los Angeles' Notice of Motion And Motion To Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("Motion"), and having considered the pleadings and all papers filed in connection with the motion and the arguments of the parties, rules as follows:

IT IS HEREBY ORDERED that the Motion is granted.  The Court finds as follows:

(1) As to Plaintiffs Ktown for All and the Association for Responsible and Equitable Public Spending, the First Cause of Action ("Right To Be Secure From Unreasonable Seizures" – Facial Challenge) and Second Cause of Action ("Right To Be Secure From Unreasonable Seizures" – As-Applied Challenge) are dismissed with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

(2) As to Plaintiff Ktown for all All, the Fourth Cause of Action ("Right to Due Process of Law – Facial Challenge) and Fifth Cause of Action ("Right to Due Process of Law – As-Applied Challenge) are dismissed with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

(3) As to all Plaintiffs, the Third Cause of Action ("Void For Vagueness") is dismissed for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

(4) Plaintiffs Ktown for All and the Association for Responsible and Equitable Public Spending lack Article III standing.  The Second Amended Complaint [Dkt. 43] filed by Plaintiffs Ktown for All and the Association for Responsible

and Equitable Public Spending is hereby dismissed with prejudice for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

**IT IS SO ORDERED.**

Dated: _____     _____
                           Hon. Dale S. Fischer, United States District Judge