1  Shayla Myers (SBN 264054)
   Mallory B. Andrews (SBN 312209)
2  Alex Flores (SBN 303552)
   Jonathan Gibson (SBN 300306)
3  LEGAL AID FOUNDATION OF LOS ANGELES
   7000 South Broadway
4  Los Angeles, CA  90003
   Telephone:  (213) 640-3983
5  Email:  smyers@lafla.org
           mbandrews@lafla.org
6          aeflores@lafla.org
           jgibson@lafla.org
7
   *Attorneys for Gladys Zepeda, Miriam Zamora,*
8  *Ali El-Bey, James Haugabrook, Pete Diocson Jr.,*
   *Marquis Ashley, and Ktown for All*
9
   *Additional Attorneys on Next Page*
10

11              **UNITED STATES DISTRICT COURT**

12     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13  JANET GARCIA, GLADYS              ) CASE NO. 2:19-cv-06182-DSF-PLA
    ZEPEDA, MIRIAM ZAMORA, ALI        )
14  EL-BEY, PETER DIOCSON JR,         ) [Assigned to Judge Dale S. Fischer]
    MARQUIS ASHLEY, JAMES             )
15  HAUGABROOK, individuals,          ) **PLAINTIFFS' NOTICE**
    KTOWN FOR ALL, an                 ) **ELECTING NOT TO FILE AN**
16  unincorporated association;       ) **AMENDED COMPLAINT**
    ASSOCIATION FOR                   )
17  RESPONSIBLE AND EQUITABLE         )
    PUBLIC SPENDING, an               ) Complaint Filed Date:  July 18, 2019
18  unincorporated association,       )
                                      )
19          Plaintiffs,               )
                                      )
20      v.                            )
                                      )
21  CITY OF LOS ANGELES, a            )
    municipal entity; DOES 1-7,       )
22                                    )
            Defendants.               )
23                                    )
                                      )
24

25

26

27

28

---

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
John Washington (SBN 315991)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email: csweetser@sshhzlaw.com
        kharootun@sshhzlaw.com
        jwashington@sshhzlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email: benjamin.herbert@kirkland.com
        william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email: michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia,
Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and
Association for Responsible and Equitable Public
Spending*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' NOTICE OF ELECTING NOT TO FILE AMENDED COMPLAINT

1    Plaintiffs have reviewed this Court's order granting in part and denying in part

2    Defendant's motion to dismiss. Dkt. 65. Accordingly, Plaintiffs hereby inform the

3    Court and Defendants that Plaintiffs will not be filing an amended complaint.

4

5    Dated:  June 29, 2020              Respectfully submitted,
                                        LEGAL AID FOUNDATION OF LOS ANGELES
6

7                                       /s/ Shayla Myers
                                        By: Shayla Myers
8                                       Attorneys for Plaintiffs Gladys Zepeda, Miriam
9                                       Zamora, Ali El-Bey, Pete Diocson Jr., Marquis
                                        Ashley, James Haugabrook, and Ktown for All
10

11                                      SCHONBRUN SEPLOW HARRIS HOFFMAN &
                                        ZELDES LLP
12                                      /s/ Catherine Sweetser
13                                      By: Catherine Sweetser
                                        Attorneys for All Plaintiffs
14

15                                      KIRKLAND & ELLIS

16
                                        LLP /s/ Benjamin Herbert
17                                      By: Benjamin Allen Herbert
18                                      Attorneys for Plaintiffs Ktown for All, Janet Garcia,
                                        Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and
19                                      Association for Responsible and Equitable Public
                                        Spending
20

21

22                          Local Rule 5-4.3.4 Attestation

23
     I attest that Plaintiffs' counsel, Shayla Myers and Catherine Sweetser, concurs in this
24   filing's content and has authorized the filing.

25
     DATED: June 29, 2020              KIRKLAND & ELLIS LLP
26
                                       By: /s/ Benjamin Herbert
27

28

                                          1
     PLAINTIFFS' NOTICE OF ELECTING NOT TO FILE AMENDED COMPLAINT