# EXHIBIT A

SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Janet Garcia, et al. v. City of Los Angeles, et al.
CASE NO: 2:19-cv-06182-DSF-PLA

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length 10 days) **(Tuesday)** | 8:30 am | | 9/14/21 | 7/27/21 | |
| For Court Trial Lodge Findings of Fact and Conclusions of Law, LR 52; File Exhibit & Witness Lists, LR 16-5,6; File Status Report Regarding Settlement; Summaries of Direct Testimony (optional) | | 3 | 8/24/21 | | |
| Pretrial Conference, LR 16; Hearing on Motions in Limine **(Monday)** | 3:00 pm | 4 | 8/16/21 | 6/28/21 | |
| For Jury Trial Lodge Pretrial Conference Order, LR 16- File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions, Verdicts, etc.; Oppositions to Motions in Limine | | 6 | 8/2/21 | 6/15/21 | |
| For Jury Trial File Memo of Contentions of Fact and Law, LR 16-4; Exhibit & Witness Lists, LR 16-5,6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission) | | 7 | 7/26/21 | 6/8/21 | |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | 6/21/21 | 5/4/21 | |
| Last day to hear motions (except motion to amend pleadings or add parties and motions in limine), LR 7 **(Monday)** | | 14 | 6/7/21 | 4/19/21 | |
| Non-expert Discovery Cut-off | | 21+ | 1/25/21 | 2/2/21 | |
| Expert Disclosure (initial) | | | 2/22/21 | 1/15/21 | |
| Expert Disclosure (rebuttal) | | | 3/22/21 | 2/15/21 | |
| Expert Discovery Cut-off | | 21+ | 4/19/21 | 3/2/21 | |
| Last day to hear motion to amend pleadings or add parties **(Monday)** | | 32+ | 2/1/21 | 11/2/20 | |

LR 16-15 ADR Choice:    ☐ 1. USMJ         ☒ 3. Outside ADR

☐ 2. Attorney Settlement Panel

Exhibit A