# Exhibit E

## Re: Bulky item sign

**Felix Lebron <felix.lebron@lacity.org>**
Wed 7/1/2020 11:27 AM

**To:** Shayla R. Myers <SMyers@lafla.org>; Michael Onufer <michael.onufer@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Cathy Sweetser <catherine.sdshhh@gmail.com>
**Cc:** Gabriel Dermer <gabriel.dermer@lacity.org>; Patricia Ursea <patricia.ursea@lacity.org>

Counsel,
The City did not post the notice(s) reflected in the picture.  The City suspects that the notices were posted by local area residents, but we can only confirm that the notices were not posted by the City.  In addition, there has been no change in the City's operations since the Court issued the preliminary injunction.  The City has not posted for comprehensive cleanups in this area in general.  The City Council instruction regarding non-disruption of tents during cleanups also remains in effect.  In sum, the City is not conducting bulky item enforcement in the area and any City operations have been conducted in conformance with the preliminary injunction.

Regards,
Felix

**Felix Lebron**
Deputy City Attorney
**Office of the Los Angeles City Attorney**
Business and Complex Litigation
200 N. Main Street, Rm 675
Los Angeles, CA 90012
Tel: (213) 978-7559
email: felix.lebron@lacity.org

On Wed, Jul 1, 2020 at 9:37 AM Shayla R. Myers <SMyers@lafla.org> wrote:
> Thanks Felix.  The sign aside, we are of course equally concerned that city workers may be stating that they have permission to begin taking bulky items again.
>
> We look forward to hearing from you about this after you have had some time to look into it.
>
> Thanks,
>
> Shayla
>
> Sent from my iPhone
>
>> On Jul 1, 2020, at 9:26 AM, Felix Lebron <felix.lebron@lacity.org> wrote:
>>
>> There is a photo attached to this last email.  That does not look like a notice posted by the City, but let us follow up and get back to you.
>>
>> **Felix Lebron**
>> Deputy City Attorney
>> **Office of the Los Angeles City Attorney**
>> Business and Complex Litigation
>> 200 N. Main Street, Rm 675

Los Angeles, CA 90012
Tel: (213) 978-7559
email: felix.lebron@lacity.org

On Wed, Jul 1, 2020 at 9:21 AM Shayla R. Myers <SMyers@lafla.org> wrote:
> The photo should have been embedded in the email. If you do not receive It, please let me know.
>
> Shayla
>
> This message contains information from the Legal Aid Foundation of Los Angeles which may be confidential and/or privileged. If you are not an intended recipient, please refrain from any disclosure, copying, distribution or use of this information and note that such actions are prohibited. If you have received this transmission in error, kindly notify the sender and immediately delete this email and any files that may be attached.

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or
protected by the attorney-client privilege and/or the work product doctrine. If you are
not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have
received this communication in error, please notify us immediately by e-mail and
delete the original message and any attachments without reading or saving in any
manner.
*******************************************************************


****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the
attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be
aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original message and
any attachments without reading or saving in any manner.
*******************************************************************