# Exhibit F

# KIRKLAND & ELLIS LLP

#### AND AFFILIATED PARTNERSHIPS

555 South Flower Street
Los Angeles, CA 90071
United States

Benjamin Allen Herbert
To Call Writer Directly:
+1 213 680 8577
benjamin.herbert@kirkland.com

+1 213 680 8400

Facsimile:
+1 213 680 8500

www.kirkland.com

July 27, 2020

**VIA E-MAIL**

Patricia Ursea
Gabriel Dermer
Felix Labron
Scott Marcus
Office of the City Attorney
200 North Main Street, 6th Floor
Los Angeles, CA  90012

　　　　Re:　　*Garcia v. City of Los Angeles*; Case No. 2:19-cv-06182

Dear Counsel:

　　　　On April 13, 2020, Judge Fischer issued a preliminary injunction enjoining the City of Los Angeles (the "City") from enforcing Los Angeles Municipal Code ("LAMC") Section 56.11(3)(i) and (10)(d).  Section three of the Preliminary Injunction prohibits the City from "posting signs, notices, or other public information stating that the City will enforce Sections 56.11(3)(i) or 56.11(10)(d) of the Los Angeles Municipal Code."  Order Granting Plaintiffs' Motion for a Preliminary Injunction, Dkt. 58 at 30.

　　　　Signs specifically referencing LAMC 56.11(3)(i) and the City's intention to remove "Bulky Item[s]" continue to be posted throughout Los Angeles, in violation of the Court's Order.  Specifically, there are currently signs referencing LAMC 56.11(3)(i) and "Bulky Item" removal posted near A Bridge Home ("ABH") shelters throughout Los Angeles.  Attached are photographs of signs the City is posting in Venice (Exhibit A); South Los Angeles (Exhibit B); Hollywood (Exhibit C); and North Hollywood, (Exhibit D).  These signs, which as of last week continue to be posted, reference LAMC 56.11(3)(i) and/or "Bulky Item" removal, in violation of the preliminary injunction.  In fact, Exhibit D shows signs posted around one of the City's newest ABH Shelter in North Hollywood.

　　　　We request that the City confirm within seven (7) days that the signs referencing the City's enforcement of LAMC 56.11(3)(i) or the removal of "Bulky Item[s]" are no longer posted.  This includes the posting of the specific signs in the attached photographs, other signs

Beijing　 Boston　 Chicago　 Dallas　 Hong Kong　 Houston　 London　 Munich　 New York　 Palo Alto　 Paris　 San Francisco　 Shanghai　 Washington, D.C.

# KIRKLAND & ELLIS LLP

Office of the City Attorney
July 27, 2020
Page 2

surrounding ABH shelters, and any other signs currently posted throughout Los Angeles in violation of the preliminary injunction.  In addition, we request you provide the location of each sign that the City stopped posting and the date the City removed each sign.

It is our sincere hope we can address this issue without the Court's intervention.  Please let us know immediately if the City disagrees with any portion of this letter, and if so, the date and time the City is available to meet and confer, pursuant to Local Rule 7.3.

Thank you for your prompt attention to this issue.

Sincerely,

*Benjamin Herbert*

Benjamin Allen Herbert

# Exhibit A







# Exhibit B



SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED? CALL (213) 806-6355 or (844) 475-1244

Or retrieve your belongings at: The Bin, 507 Towne Ave., LA 90013

A PARTIR DEL 4 DE SEPTIEMBRE DE 2019

Las condiciones de arriba se aplicarán en toda la ZONA indicada.

Las siguientes condiciones adicionales también se aplicarán en la ZONA:

REMOCIÓN DE ARTÍCULOS PELIGROSOS Y VOLUMINOSOS Lunes, Martes, Jueves, y Viernes

LIMPIEZA EXTENSA DE CALLES Y BANQUETAS* Cada Miércoles entre 8am y 3pm

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

LÍMITES DE LA ZONA Arlington Ave, W 64th St, Denker Ave, W 54th St



Exhibit C







# Exhibit D



The above conditions will apply throughout the posted Zone.

The following additional conditions will also apply in the Zone:

## HEALTH HAZARD & BULKY ITEM REMOVAL
### Monday, Tuesday, Wednesday & Thursday

NO SHARPS    NO BIOHAZARDS    NO TRASH    NO EXPLOSIVE MATERIALS    NO BULKY ITEMS

## COMPREHENSIVE STREET & SIDEWALK CLEANING*
### Every Friday
### Between 7am and 3pm
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

## ZONE BOUNDARIES
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St

