# Exhibit G

| | |
|---|---|
| **From:** | Gabriel Dermer |
| **To:** | Herbert, Benjamin Allen |
| **Cc:** | Patricia Ursea; Felix Lebron; Scott Marcus; Shayla R. Myers; Cathy Sweetser; Onufer, Michael |
| **Subject:** | Re: Garcia v. City of Los Angeles; Case No. 2:19-cv-06182 |
| **Date:** | Thursday, July 30, 2020 2:02:35 PM |
| **Attachments:** | Special Enforcement ZonesREVISED.pdf |
| | Special Enforcement Zones SpanishREVISED.pdf |
| | Special Enforcement Zones Sign REVISED.pdf |
| | Special Enforcement Zones Sign Spanish REVISED.pdf |



Counsel,

Thank you for your letter. As an initial matter, we disagree Judge Fischer's Order requires the removal of any sign. Certainly the Order does not state as much. At best, then, there is an ambiguity.

Additionally, we do not believe that any signs referencing LAMC 56.11(3)(i) have been posted since the Order issued. The signs referenced in your letter are not the current signs LASAN has been posting. Copies of the current signs, which contain no reference to bulky items, are attached for your reference.

Finally, though not clearly required by the Court's order, LASAN will be placing overlays on top of some 3,106 signs at 797 locations. Like the current signs, the overlays have no references to bulky items or LAMC 56.11(3)(i). Images of these are also attached for your reference.

I trust this addresses the issues you raise, but please advise if it does not. Thank you.

On Mon, Jul 27, 2020 at 12:08 PM Herbert, Benjamin Allen <benjamin.herbert@kirkland.com> wrote:

> Counsel,
>
> Please see attached.
>
> Best,
>
> - Ben
>
> **Benjamin Herbert**
> ------------------------------------------------------
> **KIRKLAND & ELLIS LLP**
> 555 S Flower Street, Suite 3700, Los Angeles, CA 90071
> **T** +1 213 680 8577
> **F** +1 213 680 8500

> ------------------------------------------------
> benjamin.herbert@kirkland.com
>
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

--
Gabriel S. Dermer
Assistant City Attorney
Business and Complex Litigation
Office of the City Attorney
200 N. Main Street, City Hall East
Room 675
Los Angeles, CA  90012
Phone:  (213) 978-7558
Fax:  (213) 978-7011
Email: gabriel.dermer@lacity.org

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*******************************************************************

 

# EFFECTIVE OCTOBER 10, 2018

the above conditions will apply throughout the posted ZONE.

## The following additional conditions will also apply in the ZONE:

### HEALTH HAZARD
Monday, Wednesday, Thursday, & Friday

   

NO SHARPS   NO BIOHAZARDS   NO TRASH   NO EXPLOSIVE MATERIALS

### COMPREHENSIVE STREET & SIDEWALK CLEANING*
Every Tuesday
Between 8am and 3pm

*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

### ZONE BOUNDARIES
Broadway, Cesar Chavez, Alameda, Arcadia



 

# ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

**La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con leyes relevantes en esta ZONA.**

**No se armará ninguna carpa entre 6:00am – 9:00pm**

**No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga**

**¿CONFISCARON SU PROPIEDAD? LLAME AL (213) 806-6355 o AL (844) 475-1244**

**O recoja sus pertenencias en: The Bin, 507 Towne Ave., LA 90013**



# SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with relevant laws in this ZONE.

No Tents Shall Be Erected Between
6:00am – 9:00pm

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

 

# A PARTIR DEL 10 DE OCTUBRE DE 2018

las condiciones de arriba se aplicarán en toda la ZONA indicada.

## Las siguientes condiciones adicionales también se aplicarán en la ZONA:

### REMOCIÓN DE ARTÍCULOS
**Lunes, Miércoles, Jueves, y Viernes**

   

NO PUNZANTES    NO PELIGROS BIOLÓGICOS    NO BASURA    NO MATERIALES EXPLOSIVOS

### LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
**Cada Martes entre 8am y 3pm**

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

### LÍMITES DE LA ZONA
**Broadway, Cesar Chavez, Alameda, Arcadia**





