# Exhibit J

# NOTICE OF MAJOR CLEANING



**PLEASE REMOVE PERSONAL PROPERTY FROM CLEANING AREAS**
**\*BULKY ITEMS ARE ALWAYS PROHIBITED**

*Personal property means any tangible property, and includes, but is not limited to, goods, materials, merchandise, tents, tarpaulins, bedding, sleeping bags, hammocks, personal items such as household items, luggage, backpacks, clothing, documents and medication.*

**CLEANING WILL TAKE PLACE ON:**
FRIDAY, JULY 31st , 2020

Please remove all personal belongings and bulky items from the posted area by

**10:40** AM on
**FRIDAY,**
**JULY 31st ,2020**

All property remaining in this location after 1:40 AM will be removed by the City. Cleaning will conclude by no later than 5pm.

ITEMS COLLECTED BY THE CITY MAY BE RETRIEVED FROM OR BY CONTACTING THE FOLLOWING LOCATION:

**The BIN**
507 Towne Ave.,
Los Angeles, CA 90013
Office: (213) 806-6355

**The BIN Operating Hours**
Monday – Friday
9:30a.m. – 12:30p.m; 1:00p.m. – 4:00p.m.

*Centre/7th*

**Cleaning Area/Zone**



Shaded area includes both sides of the Streets/Alleyways/Underpass/Overpass

On 07/31/2020, the City will not clean or remove personal property located outside of the cleaning area. The City reserves the ability to address items that pose immediate threats to public health or safety, bulky items, trash, or evidence of a crime or contraband at any time and in any location.

The City may use power washing and other street cleaning equipment to clean and disinfect sidewalks, alleys, parks, and other public areas in the cleaning areas depicted above.

Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected and kept by the City for a period of 90 days during which time it may be retrieved by its rightful owner. Personal property collected by the City may be discarded if not claimed within 90 days after impoundment.

POSTED: 07/30/2020: Time: 10:42 AM
MB

PERSONAL PROPERTY MAY NOT BE STORED IN PUBLIC AREAS INCONSISTENT WITH L.A.M.C. § 56.11



# NOTICE OF MAJOR CLEANING

**PLEASE REMOVE PERSONAL PROPERTY FROM CLEANING AREAS**
***BULKY ITEMS ARE ALWAYS PROHIBITED**

*Personal property means any tangible property, and includes, but is not limited to: goods, materials, merchandise, tents, tarpaulins, bedding, sleeping bags, hammocks, personal items such as household items, luggage, backpacks, clothing, documents and medication.

CLEANING WILL TAKE PLACE ON:
**FRIDAY, JULY 31st, 2020**

Please remove all personal belongings and bulky items from the posted area by

**11:00 AM on FRIDAY, JULY 31st, 2020**

All property remaining in this location after 10:00 AM will be removed by the City. Cleaning will conclude no later than 5pm.

**ITEMS COLLECTED BY THE CITY MAY BE RETRIEVED FROM OR BY CONTACTING THE FOLLOWING LOCATION:**

The BIN
507 Towne Ave.
Los Angeles, CA 90013
Office: (213) 806-6355

**The BIN Operating Hours**
Monday – Friday
9:30a.m. – 12:30p.m, 1:00 p.m. – 4:00 p.m.

Dth / Beacon

## Cleaning Area/Zone

Shaded area includes both sides of the Streets/Alleyways/Underpass/Overpass

On 07/31/2020, the City will not clean or remove personal property located outside of the cleaning area. The City reserves the ability to address items that pose remedies threats to public health or safety, bulky items, trash, or evidence of a crime or contraband at any time and in any location.

The City may use power washing and other street cleaning equipment to clean and disinfect sidewalks, alleys, parks, and other public areas in the cleaning areas depicted above.

Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected and kept by the City for a period of 90 days during which time it may be removed by its rightful owner. Personal property collected by the City may be discarded if not claimed within 90 days after impoundment.

**POSTED:** 07/30/2020 **Time:** 11:00AM MB

PERSONAL PROPERTY MAY NOT BE STORED IN PUBLIC AREAS INCONSISTENT WITH L.A.M.C. §56.11

# NOTICE OF MAJOR CLEANING



## PLEASE REMOVE PERSONAL PROPERTY FROM CLEANING AREAS
### *BULKY ITEMS ARE ALWAYS PROHIBITED

*Personal property means any tangible property and includes, but is not limited to, goods, materials, merchandise, tents, tarpaulins, bedding, sleeping bags, businessattire, personal items such as household items, luggage, backpacks, clothing, documents and medication.

CLEANING WILL TAKE PLACE ON:
**FRIDAY, JULY 31st , 2020**

Please remove all personal belongings
and bulky items from the posted area by

**11:00 AM on
FRIDAY,
JULY 31st ,2020**

All property remaining in this location after
11:00 AM will be removed by the City.
Cleaning will conclude by no later than 5pm.

ITEMS COLLECTED BY THE CITY MAY
BE RETRIEVED FROM OR BY
CONTACTING THE FOLLOWING
LOCATION:

The BIN
1819 Stone Ave.
Los Angeles, CA 90013
Office: (213) 806-6355

The BIN Operating Hours
Monday – Friday
10:00 a.m. - 12:00 p.m.; 1:00 p.m. - 4:00 p.m.

### Cleaning Area/Zone



Shaded area includes both sides of the
Streets/Alleyways/Underpass/Overpass

On 07/31/2020, the City will not clean or remove personal
property located outside of the cleaning area. The City reserves
the ability to address items that pose immediate threats to public
health or safety, bulky items, trash, or evidence of a crime or
contraband at any time and in any location.

The City may use power washing and other street cleaning
equipment to clean and disinfect sidewalks, alleys, parks, and
other public areas in the cleaning areas depicted above.

Property left behind, except for items that pose an
immediate threat to public health or safety, trash, and evidence
of a crime or contraband, will be collected and kept by the City
for a period of 90 days during which time it may be retrieved by
its rightful owner. Personal property collected by the City may be
discarded if not claimed within 90 days after impoundment.

POSTED: 07/30/2020 : Time: 11:00Am
MB

Patos Verdes /9th

1217 S. Beacon

PERSONAL PROPERTY MAY NOT BE STORED IN PUBLIC AREAS INCONSISTENT WITH L.A.M.C. §56.11



