# Exhibit L


