# Exhibit R
# Part One



**NO STOPPING**

**10PM TO 5AM**

TO RECOVER VEHICLE CALL 3-1-1

**SPECIAL ENFORCEMENT & CLEANING ZONE**

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

The above conditions will apply throughout the posted Zone.

The following additional conditions will also apply in the Zone:

**HEALTH HAZARD & BULKY ITEM REMOVAL**
Monday, Tuesday, Wednesday & Thursday

**COMPREHENSIVE STREET & SIDEWALK CLEANING**
Every Friday
Between 7am and 3pm
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

**ZONE BOUNDARIES**

# ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013

---

Las condiciones de arriba se aplicarán en toda la ZONA indicada.

## Las siguientes condiciones adicionales también se aplicarán en la ZONA:

### REMOCIÓN DE ARTÍCULOS PELIGROSOS Y VOLUMINOSOS
Martes, Lunes, Miércoles, y Jueves



### LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
Cada Viernes
entre 7am y 3pm

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

### LÍMITES DE LA ZONA

Case 2:19-cv-06182-DSF-PLA   Document 32-16   Filed 05/13/22   Page 4 of 28   Page ID





**The above conditions will apply throughout the posted Zone.**

## The following additional conditions will also apply in the Zone:

### HEALTH HAZARD & BULKY ITEM REMOVAL
**Monday, Tuesday, Wednesday & Thursday**







| NO SHARPS | NO BIOHAZARDS | NO TRASH | NO EXPLOSIVE MATERIALS | NO BULKY ITEMS |

### COMPREHENSIVE STREET & SIDEWALK CLEANING*
**Every Friday**
**Between 7am and 3pm**
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

### ZONE BOUNDARIES
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way,
Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St









## SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

**WAS YOUR PROPERTY IMPOUNDED?**
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

---

The above conditions will apply throughout the posted zone.

The following additional conditions will also apply in the Zone:

**HEALTH HAZARD & BULKY ITEM REMOVAL**
Monday, Tuesday, Wednesday & Thursday



NO CHAMPS · NO BIOHAZARDS · NO TRASH · NO EXPLOSIVE MATERIALS · NO BULKY ITEMS

**COMPREHENSIVE STREET & SIDEWALK CLEANING***
Every Friday
Between 7am and 3pm

*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

**ZONE BOUNDARIES**
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St





## SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

---

The above conditions will apply throughout the posted Zone.

**The following additional conditions will also apply in the Zone:**

### HEALTH HAZARD & BULKY ITEM REMOVAL
**Monday, Tuesday, Wednesday & Thursday**

NO SHARPS · NO BIOHAZARDS · NO TRASH · NO EXPLOSIVE MATERIALS · NO BULKY ITEMS

### COMPREHENSIVE STREET & SIDEWALK CLEANING*
**Every Friday**
**Between 7am and 3pm**
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

### ZONE BOUNDARIES
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St



**ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA**

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD? LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en: The Bin, 507 Towne Ave., LA 90013

---

Las condiciones de arriba se aplicarán en toda la ZONA indicada.

**Las siguientes condiciones adicionales también se aplicarán en la ZONA:**

REMOCIÓN DE ARTÍCULOS PELIGROSOS Y VOLUMINOSOS
**Martes, Lunes, Miércoles, y Jueves**

NO PUNZANTES · NO PELIGROS BIOLÓGICOS · NO BASURA · NO MATERIALES EXPLOSIVOS · NO ARTÍCULOS VOLUMINOSOS

**LIMPIEZA EXTENSA DE CALLES Y BANQUETAS***
Cada Viernes
entre 7am y 3pm
*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

**LÍMITES DE LA ZONA**
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St



## ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Angeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vias de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL
(844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013

---

Las condiciones de arriba se aplicarán en toda la ZONA indicada.

### Las siguientes condiciones adicionales también se aplicarán en la ZONA:

REMOCIÓN DE ARTÍCULOS PELIGROSOS Y VOLUMINOSOS
**Martes, Lunes, Miércoles, y Jueves**

| NO PUNZANTES | NO PELIGROS BIOLÓGICOS | NO BASURA | NO MATERIALES EXPLOSIVOS | NO ARTÍCULOS VOLUMINOSOS |

### LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
Cada Viernes
entre 7am y 3pm

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

### LÍMITES DE LA ZONA

Greenbush Ave., Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ave St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St





# SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

## WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013





SPEED LIMIT 30

**SPECIAL ENFORCEMENT & CLEANING ZONE**

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED? CALL (213) 806-6355 or (844) 475-1244

Or retrieve your belongings at: The Bin, 507 Towne Ave., LA 90013

The above conditions will apply throughout the posted Zone.

The following additional conditions will also apply in the Zone:

**HEALTH HAZARD & BULKY ITEM REMOVAL**
Monday, Tuesday, Wednesday & Thursday

NO SHARPS · NO BIOHAZARDS · NO TRASH · NO EXPLOSIVE MATERIALS · NO BULKY ITEMS

**COMPREHENSIVE STREET & SIDEWALK CLEANING***
Every Friday
Between 7am and 3pm
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

**ZONE BOUNDARIES**



## ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL
(844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013

Las condiciones de arriba se aplicarán en toda la ZONA indicada.

Las siguientes condiciones adicionales también se aplicarán en la ZONA:

REMOCIÓN DE ARTÍCULOS PELIGROSOS Y VOLUMINOSOS
Martes, Lunes, Miércoles, y Jueves

LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
Cada Viernes entre 7am y 3pm
*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

LÍMITES DE LA ZONA

# ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL
(844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013



The above conditions will apply throughout the posted Zone.

## The following additional conditions will also apply in the Zone:

### HEALTH HAZARD & BULKY ITEM REMOVAL
**Monday, Tuesday, Wednesday & Thursday**

NO SHARPS  NO BIOHAZARDS  NO TRASH  NO EXPLOSIVE MATERIALS  NO BULKY ITEMS

### COMPREHENSIVE STREET & SIDEWALK CLEANING*
**Every Friday**
**Between 7am and 3pm**
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

### ZONE BOUNDARIES
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St

# SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between
6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013





The above conditions will apply throughout the posted Zone.

The following additional conditions will
also apply in the Zone:

## HEALTH HAZARD & BULKY ITEM REMOVAL
**Monday, Tuesday, Wednesday & Thursday**

| NO SHARPS | NO BIOHAZARDS | NO TRASH | NO EXPLOSIVE MATERIALS | NO BULKY ITEMS |

## COMPREHENSIVE STREET & SIDEWALK CLEANING*
**Every Friday**
**Between 7am and 3pm**
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

## ZONE BOUNDARIES
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way,
Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St



# ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11.3.(i) y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No se almacenará artículos voluminosos en áreas públicas

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD? LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en: The Bin, 507 Towne Ave., LA 90013

**Las condiciones de arriba se aplicarán en toda la ZONA indicada.**

## Las siguientes condiciones adicionales también se aplicarán en la ZONA:

### REMOCIÓN DE ARTÍCULOS PELIGROSOS Y VOLUMINOSOS
### Martes, Lunes, Miércoles, y Jueves

**NO PUNZANTES**　**NO PELIGROS BIOLÓGICOS**　**NO BASURA**　**NO MATERIALES EXPLOSIVOS**　**NO ARTÍCULOS VOLUMINOSOS**

## LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
### Cada Viernes
### entre 7am y 3pm
*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

## LÍMITES DE LA ZONA
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way, Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St





# SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between
6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances,
Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013





**SPECIAL ENFORCEMENT & CLEANING ZONE**

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

The above conditions will apply throughout the posted Zone.

The following additional conditions will also apply in the Zone:

**HEALTH HAZARD & BULKY ITEM REMOVAL**
Monday, Tuesday, Wednesday & Thursday

No Tents Shall Be Erected Between
6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances,
Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

---

The above conditions will apply throughout the posted Zone.

## The following additional conditions will also apply in the Zone:

### HEALTH HAZARD & BULKY ITEM REMOVAL
**Monday, Tuesday, Wednesday & Thursday**



NO SHARPS    NO BIOHAZARDS    NO TRASH    NO EXPLOSIVE MATERIALS    NO BULKY ITEMS

### COMPREHENSIVE STREET & SIDEWALK CLEANING*
**Every Friday**
**Between 7am and 3pm**

*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

### ZONE BOUNDARIES
Greenbush Ave, Raymer St, Varna Ave, Sherman Way, Fulton Ave, Raymer St, Ethel Ave, Sherman Way,
Bellaire Ave, Barbara Ann St, Sherman Way, Whitsett Ave, Saticoy St, Coldwater Canyon, Raymer St



# SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11.3.(i) and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Bulky Items Shall Be Stored in Public Areas

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

The above conditions will apply throughout the posted Zone.

The following additional conditions will also apply in the Zone:

## HEALTH HAZARD & BULKY ITEM REMOVAL
**Monday, Tuesday, Wednesday & Thursday**

NO SHARPS    NO BIOHAZARDS    NO TRASH    NO EXPLOSIVE MATERIALS    NO BULKY ITEMS

## COMPREHENSIVE STREET & SIDEWALK CLEANING*