# Exhibit R
# Part Three































