```
1   Shayla Myers (SBN 264054)
    Mallory B. Andrews (SBN 312209)
2   Alex Flores (SBN 303552)
    Jonathan Gibson (SBN 300306)
3   LEGAL AID FOUNDATION OF LOS ANGELES
    7000 South Broadway
4   Los Angeles, CA  90003
    Telephone:  (213) 640-3983
5   Email:  smyers@lafla.org
            mandrews@lafla.org
6           aeflores@lafla.org
            jgibson@lafla.org
7
    Attorneys for Gladys Zepeda, Miriam Zamora,
8   Ali El-Bey, James Haugabrook, Pete Diocson Jr.,
    Marquis Ashley, and Ktown for All.
9
    [Additional Attorneys on Next Page]
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; DOES 1-7, <br><br> Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **DECLARATION OF CHRISTOPHER VENN** |

DECLARATION OF CHRISTOPHER VENN

1  Catherine Sweetser (SBN 271142)
2  Kristina Harootun (SBN 308718)
   SCHONBRUN SEPLOW HARRIS
3  HOFFMAN & ZELDES LLP
4  11543 West Olympic Blvd.
   Los Angeles, CA 90064
5  Telephone:  (310) 396-0731
   Email:  csweetser@sshhzlaw.com
6          kharootun@sshhzlaw.com
7          jwashington@sshhzlaw.com

8  *Attorneys for Plaintiffs.*

9  Benjamin Allan Herbert (SBN 277356)
10 William L. Smith (SBN 324235)
   KIRKLAND & ELLIS LLP
11 555 South Flower Street
   Los Angeles, CA 90071
12 Telephone:  (213) 680 8400
   Email:  benjamin.herbert@kirkland.com
13         william.smith@kirkland.com

14 Michael Onufer (SBN 300903)
   KIRKLAND & ELLIS LLP
15 2049 Century Park East
16 Los Angeles, CA 90067
   Telephone: (310) 552-4200
17 Email: michael.onufer@kirkland.com

18 *Attorneys for Plaintiffs Ktown for All, Janet Garcia,*
19 *Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and*
   *Association for Responsible and Equitable Public*
20 *Spending.*

21
22
23
24
25
26
27
28

2
DECLARATION OF CHRISTOPHER VENN

## DECLARATION OF CHRISTOPHER VENN

1. My name is Chris Venn. I have personal knowledge of the facts contained in this declaration, and if called to testify, I could and would testify competently as to the truth of the facts in this declaration.

2. I am part of an organization called San Pedro Neighbors for Peace and Justice. As part of that organization, I go out and talk to friends and neighbors who are unhoused and monitor sweeps of unhoused people's property in the neighborhood.

3. In late July and early August, 2020, I heard that the city would be conducting clean-ups in the area around the new shelter on Beacon Street, which is near where a number of my unhoused friends and neighbors stay. I was in the area around the Beacon shelter on Sunday, July 26 and did not see any paper signs posted about the zone.

4. On July 27, 2020, I went back to the area and saw that there were now metal Special Enforcement and Cleaning Zone signs around the area.

5. Attached as Exhibit A are true and correct copies of five photos of four different signs that I took at 7th and Beacon, inside the SECZ, on July 27, 2020.

6. After seeing the signs, I believed that they would not be cleaning and enforcing in the SECZ until August 7, because the signs all clearly stated that the zone did not take effect until August 7, 2020. I also assumed that the cleanups would take place on Tuesdays, because that is what the sign says.

7. I did not know about the cleanup on July 31, 2020 until Saturday, August 1, after it happened. If I had known the cleanup was scheduled, I would have been there to monitor it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2020, in Los Angeles, California

*Christopher Venn*

**CHRISTOPHER VENN**

# EXHIBIT 1



 

# ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD? LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en: The Bin, 507 Towne Ave., LA 90013

Case 2:19-cv-06182-DSF-PLA   Document 82-23   Filed 08/18/20   Page 7 of 9   Page ID #:2639

 

# EFFECTIVE AUGUST 7, 2020

the above conditions will apply throughout the posted ZONE.

## The following additional conditions will also apply in the ZONE:

### HEALTH HAZARD
### Monday, Wednesday, Thursday, & Friday

   

NO SHARPS       NO BIOHAZARDS       NO TRASH       NO EXPLOSIVE MATERIALS

### COMPREHENSIVE STREET & SIDEWALK CLEANING*
### Every Tuesday
### Between 8am and 3pm

*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

### ZONE BOUNDARIES
W Amar St, S Harbor Blvd,
W 14th St, S Palos Verdes St,
W 13th St, S Mesa St,
W 5th St, S Palos Verdes St,
W Santa Cruz St, S Mesa St

 

# A PARTIR DEL 7 DE AGOSTO DE 2020

las condiciones de arriba se aplicarán en toda la ZONA indicada.

## Las siguientes condiciones adicionales también se aplicarán en la ZONA:

### REMOCIÓN DE ARTÍCULOS
Lunes, Miércoles, Jueves, y Viernes

   

NO PUNZANTES      NO PELIGROS BIOLÓGICOS      NO BASURA      NO MATERIALES EXPLOSIVOS

### LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
Cada Martes
entre 8am y 3pm

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

### LÍMITES DE LA ZONA
W Amar St, S Harbor Blvd,
W 14th St, S Palos Verdes St,
W 13th St, S Mesa St,
W 5th St, S Palos Verdes St,
W Santa Cruz St, S Mesa St

