Shayla Myers (SBN 264054)
Mallory Andrews (SBN 312209)
Alex Flores (SBN 303552)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA  90003
Telephone:  (213) 640-3983
Email:  smyers@lafla.org
          mbandrews@lafla.org
          aeflores@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity,<br><br>        Defendant. | CASE NO. 2:19-cv-06182-DSF-PLA<br><br>**[PROPOSED] ORDER TAKING JUDICIAL NOTICE OF GOVERNMENT DOCUMENTS AND COURT RECORDS**<br><br>Complaint Filed Date:  July 18, 2019<br><br>Judge:         Hon. Dale S. Fischer<br>Hearing Date:  September 14, 2020<br>Time:          1:30 p.m.<br>Courtroom:      7D |

**[PROPOSED] ORDER TAKING JUDICIAL NOTICE OF GOVERNMENT DOCUMENTS AND COURT RECORDS**

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
John Washington (SBN 315991)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (310) 396-0731
Email:  csweetser@sshhlaw.com
        kharootun@sshhlaw.com
        jwashington@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:  (213) 680 8400
Email:  benjamin.herbert@kirkland.com
        william.smith@kirkland.com

Michael Onufer (SBN: 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East,
Los Angeles, CA  90067
Telephone:  (213) 680-8400
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

**[PROPOSED] ORDER TAKING JUDICIAL NOTICE OF GOVERNMENT DOCUMENTS AND COURT RECORDS**

# ORDER

Plaintiffs' Request to Take Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence is GRANTED as to the following documents:

1. Los Angeles Municipal Code Section 56.11, attached as Exhibit 1.

2. Los Angeles Municipal Code 56.11 Standard Operating Protocols, amended as of September 2018, attached as Exhibit 2.

3. Proceedings at Los Angeles City Council hearing on July 1, 2020, Communication Access Real-Time Translation ("CART") transcript attached as Exhibit 3 and video of proceedings lodged with Plaintiffs' Notice of Lodging as Exhibit 4.

4. Proceedings at Los Angeles City Council hearing on July 29, 2020, CART transcript attached as Exhibit 5 and video of proceedings lodged with Plaintiffs' Notice of Lodging as Exhibit 6.

5. Official action of the Los Angeles City Council file no., 20-0147, attached as Exhibit 7.

6. Adopted Los Angeles City Council motion 72-P and 72-P-A, file no., 20-0147, attached as Exhibit 8.

7. Adopted Los Angeles City Council motion, file no. 20-0147, attached as Exhibit 9.

8. Excerpts from the City of Los Angeles FY 2020-21 detail of departmental programs supplement to the 2020-21 adopted budget, volumes I & II, attached as Exhibit 10.

9. Appellant's opening brief, *Janet Garcia, et al., v. City of Los Angeles*, No. 20-55522, (9th Cir.) filed June 26, 2020, attached as Exhibit 11.

10. Los Angeles Mayor Garcetti's March 4, 2020 COVID-19 emergency declaration, attached as Exhibit 12.

IT IS SO ORDERED.

DATED: _____     _____
                                                          Hon. Dale S. Fischer