Shayla Myers (SBN 264054)
Mallory Andrews (SBN 312209)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway Los Angeles, CA 90003

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, et al., <br><br> PLAINTIFF(S) <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; DOES 1-7, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit 4 to Plaintiffs' Request for Judicial Notice (video of Proceedings at the Los Angeles City Council hearing on July 1, 2020);
Exhibit 6 to Plaintiffs' Request for Judicial Notice (video of Proceedings at the Los Angeles City Council hearing on July 29, 2020);
Exhibit I to the Declaration of Shayla Myers (audio of Take Two's July 30, 2020 episode); and
Exhibit M to the Declaration of Shayla Myers (video of Tent and Notice Destruction on August 4, 2020).

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 17, 2020
Date

Shayla Myers
Attorney Name

Janet Garcia, et al.
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING