Shayla Myers (SBN 264054)
Mallory Andrews (SBN 312209)
Alex Flores (SBN 303552)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA  90003
Telephone:  (213) 640-3983
Email:  smyers@lafla.org
          mbandrews@lafla.org
          aeflores@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>       Defendant(s). | CASE NO. 2:19-cv-06182-DSF-PLA<br><br>**NOTICE OR ERRATA TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS AND SUPPORTING MATERIALS FILED THEREWITH**<br><br>Complaint Filed Date:  July 18, 2019<br><br>Judge:         Hon. Dale S. Fischer<br>Hearing Date:  September 21, 2020<br>Time:          1:30 p.m.<br>Courtroom:     7D |

---

**NOTICE OF ERRATA TO MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS AND SUPPORTING MATERIALS FILED THEREWITH**

|   |   |
|---|---|
| 1 | Catherine Sweetser (SBN 271142) |
| 2 | Kristina Harootun (SBN 308718) |
|   | John Washington (SBN 315991) |
| 3 | SCHONBRUN SEPLOW HARRIS |
|   | HOFFMAN & ZELDES LLP |
| 4 | 11543 West Olympic Blvd. |
|   | Los Angeles, CA 90064 |
| 5 | Telephone:  (310) 396-0731 |
| 6 | Email:  csweetser@sshhlaw.com |
|   |          kharootun@sshhlaw.com |
| 7 |          jwashington@sshhlaw.com |
| 8 | *Attorneys for Plaintiffs.* |
| 9 |   |
|   | Benjamin Allan Herbert (SBN 277356) |
| 10 | William L. Smith (SBN 324235) |
|   | KIRKLAND & ELLIS LLP |
| 11 | 555 South Flower Street |
|   | Los Angeles, CA 90071 |
| 12 | Telephone:  (213) 680 8400 |
| 13 | Email:  benjamin.herbert@kirkland.com |
|   |          william.smith@kirkland.com |
| 14 |   |
|   | Michael Onufer (SBN 300903) |
| 15 | KIRKLAND & ELLIS LLP |
| 16 | 2049 Century Park East |
|   | Los Angeles, CA 90067 |
| 17 | Telephone:  (310) 552-4200 |
|   | Email:   michael.onufer@kirkland.com |
| 18 |   |
| 19 | *Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey.* |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**NOTICE OF ERRATA TO MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS AND SUPPORTING MATERIALS FILED THEREWITH**

Plaintiffs' respectfully submit this errata to the Notice of Motion and the caption pages for the Motion for Order to Show Cause Re: Civil Contempt and Sanctions, Declaration of Shayla Myers in Support of Motion For OSC Re: Civil Contempt and Sanctions, and Request for Judicial Notice of Government Documents and Court Record and Proposed Order filed therewith.  The Notice of Motion and related caption pages have the incorrect hearing date.  Although Plaintiff's Motion was filed and served on August 17, 2020, these materials in support of Plaintiffs' Motion were not filed and served on August 17, 2020.  Accordingly, the hearing date for Plaintiffs' Motion should have been noticed for September 21, 2020 at 1:30 p.m. rather than September 14, 2020 at 1:30 p.m., and Plaintiffs' filing lists the incorrect hearing date on the Notice of Motion and the face of each pleading.  Plaintiffs' are concurrently filing a corrected Notice of Motion containing the correct hearing date and Motion for Order to Show Cause Re: Civil Contempt and Sanctions, Declaration of Shayla Myers in Support of Motion For OSC Re: Civil Contempt and Sanctions, and Request for Judicial Notice of Government Documents and Court Record and Proposed Order that each correct the caption page and make no other changes.

Dated:  August 20, 2020            Respectfully submitted,

LEGAL AID FOUNDATION OF LOS ANGELES

/s/ Shayla Myers_____
By: Shayla Myers

*Attorneys for Plaintiffs Gladys Zepeda, Miriam Zamora, Ali El-Bey, Pete Diocson Jr., Marquis Ashley, James Haugabrook, and Ktown for All*

KIRKLAND & ELLIS LLP

/s/ Benjamin Herbert_____
By: Benjamin Allen Herbert

1

**NOTICE OF ERRATA TO MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS AND SUPPORTING MATERIALS FILED THEREWITH**

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey*

### Local Rule 5-4.3.4 Attestation

I attest that Plaintiff's counsel, Shayla Myers and Catherine Sweetser, concur in this filing's content and have authorized the filing.

DATED: August 20, 2020         KIRKLAND & ELLIS LLP

By: */s/ Benjamin Herbert*

---

**NOTICE OF ERRATA TO MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS AND SUPPORTING MATERIALS FILED THEREWITH**

# PROOF OF SERVICE

I, La Tonya Fountain, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is KIRKLAND & ELLIS LLP, 555 South Flower Street, Los Angeles, CA 90071.

On August 20, 2020, I served the following document(s) described as:

**NOTICE OF ERRATA TO MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS AND SUPPORTING MATERIALS FILED THEREWITH**

on the interested parties in this action as follows:

☒   **CM/ECF electronic notification**

I am readily familiar with the ECF filing system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2020, at Los Angeles, California.

_____
La Tonya D. Fountain

---

1
**PROOF OF SERVICE**