EXHIBIT A

EXHIBIT A
1 of 3



# NOTICE

### STORAGE OF BULKY ITEMS IN THE PUBLIC RIGHT-OF-WAY OR ANOTHER PUBLIC AREA IS

# PROHIBITED

Failure to remove this bulky item within 24 hours will subject it to removal by the City. Moving this bulky item to another public area is not removal. Absent an immediate threat to public health or safety, the bulky item and personal property removed from within the bulky item will be maintained in a secured location for 90 days. The rightful owner of a bulky item or personal property removed from this area may retrieve the items by contacting:

**507 S. TOWNE AVE., LOS ANGELESS, CA 90013**

For Information, Please Call:

**1-213-806-6355 / 1-844-475-1244**

POSTING LOCATION_____

POSTING DATE _____,TIME_____,SANCASE #_____

Form5611(rev03/4.2020)



# AVISO

ALMACENAMIENTO DE
ARTÍCULOS VOLUMINOSOS EN LA VÍA PÚBLICA O EN ESPACIO PÚBLICO ES

# PROHIBIDO

**Si no se retira este artículo voluminoso dentro de las próximas 24 horas será removido por la Ciudad. Mover este artículo voluminoso a otro espacio público no es permitido. Si el artículo voluminoso y los bienes personales dentro del mismo, no representan una amenaza inmediata para la salud o la seguridad pública, serán removidos y se mantendrán en un lugar seguro durante 90 días. El propietario legal de los artículos removidos en este espacio público incluyendo el artículo voluminoso podrá recuperarlos en el siguiente lugar:**

**507 S. TOWNE AVENUE, LOS ANGELES, CA 90013**

Para más información, por favor llame al:
**1-213-806-6355 / 1-844-475-1244**

**UBICACIÓN AVISO**_____
**FECHA AVISO** _____,**HORA** _____,**SANCASE#**_____

Form5611(rev03/4.2020)

EXHIBIT A
3 of 3