EXHIBIT B

EXHIBIT B
1 of 2

# NOTICE OF MAJOR CLEANING

## PLEASE REMOVE PERSONAL PROPERTY FROM CLEANING AREAS

**Personal property means any tangible property, and includes, but is not limited to, goods, materials, merchandise, tents, tarpaulins, bedding, sleeping bags, hammocks, personal items such as household items, luggage, backpacks, clothing, documents and medication.

**Please remove all personal belongings from the posted area by**

## 6:00 AM MONDAY, OCTOBER 21ST, 2019

All property remaining in this location after 6:00AM will be removed by the City. Cleaning will conclude by no later than 5:00PM.

**Cleaning Area**



SHADED AREA INCLUDES BOTH SIDES OF THE STREET AND ALLEYS

On [10/21/2019], the City will not clean or remove personal property located outside of the cleaning area. The City reserves the ability to address items that pose immediate threats to public health or safety, trash, or evidence of a crime or contraband at any time and in any location.

**ITEMS COLLECTED BY THE CITY MAY BE RETRIEVED FROM OR BY CONTACTING THE FOLLOWING LOCATION:**

The BIN
507 Towne Ave.,
Los Angeles, CA 90013
Office: (213) 806-6355

**The BIN Operating Hours**

Monday - Friday
8:00a.m. – 5:00p.m;
Saturday
8:00 a.m. – 1:00p.m.;
Sunday
Closed

The City may use power washing and other street cleaning equipment to clean and disinfect sidewalks, alleys, parks, and other public areas in the cleaning areas depicted above.

Property left behind, except for items that pose an immediate threat to public health or safety, trash, and evidence of a crime or contraband, will be collected and kept by the City for a period of 90 days during which time it may be retrieved by its rightful owner. Personal property collected by the City may be discarded if not claimed within 90 days after impoundment.

POSTED: _____;
Time:_____

Rev. 8/7/2020