EXHIBIT C

EXHIBIT C
1 of 7



EXHIBIT C
2 of 7



EXHIBIT C
3 of 7



EXHIBIT C
4 of 7



EXHIBIT C
5 of 7



EXHIBIT C
6 of 7



EXHIBIT C
7 of 7