EXHIBIT D

EXHIBIT D
1 of 2



# CITY OF LOS ANGELES
## LA Sanitation - Livability Services Division
## HEALTH HAZARD CHECKLIST

Date: 6/04/2020   Time: 0938 AM   Case Number: 86637

Location Description: 25th St / Main St.

Item Description: Location 1 (ADA attachment) tr.

Health Hazard Determination: (check all that apply)

- ☐ Toxin / poison
- ☒ Flammable
- ☐ Corrosive
- ☐ Reactive
- ☐ Highly-compressed gas or liquid
- ☐ Motor oil or other petroleum oil
- ☒ Substances listed in Title 22
- ☒ Substances, wastes, or materials which may have come in contact with a hazardous substance or infectious agent.
- ☐ Substances, wastes, or materials which may be a potential health hazard
- ☒ Biohazard / infectious / sharp / infested material
- ☒ Vectors (e.g. lice, fleas, bedbugs, mosquitos) _rodent droppings_
- ☒ Contaminated items (see table below)

| Contaminated items that were disposed of | | | | |
|---|---|---|---|---|
| Clothing | Tent | Perishables | Book/toiletries | Others |
| 10 pieces | Blue tent | food waste | | mattress (2) |
| -urine stained | -rodent droppings | trash & debris | | (blood stain) urine |
| | -urine-liquid/odor | | | pillow (urine stained) |
| | -urine-staining | | | 2 aerosol containers |
| | | | | Dead Rodent |

Comments: Tent was found w/ Rodent droppings inside

Name (Print): Jesus Sanchez   Signature: [signed]