MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
SCOTT MARCUS, Chief, Civil Litigation Branch
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
**FELIX LEBRON, Deputy City Attorney (SBN 232984)**
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br>*Defendant*. | Case No.: 2:19-cv-6182-DSF-PLA<br>[Assigned to Judge Dale S. Fischer]<br><br>**DECLARATION OF DOMINGO OROSCO ISO DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO MOTION FOR OSC RE CONTEMPT AND SANCTIONS**<br><br>[Filed Concurrently with Opposition to Plaintiffs' Motion for Order to Show Cause Re: Civil Contempt and Sanctions; Declarations of Howard Wong and Gabriel Dermer]<br><br>Date: September 21, 2020<br>Time: 1:30 p.m.<br>Ctrm: 7D<br><br>**Judge: Hon. Dale S. Fischer** |

## DECLARATION OF DOMINGO OROSCO

I, DOMINGO OROSCO, hereby declare:

1. I am the Assistant Division Manager for City of Los Angeles Department of Public Works, Bureau of Sanitation's ("LASAN") Livability Services Division ("LSD"), a position that I have held since June 2019. I have personal knowledge of the facts contained herein, and if called to testify to the truth of these matters, I could and would competently do so.

2. LSD is a LASAN division implemented to support the City's Comprehensive Cleaning and Rapid Engagement Programs ("CARE+" and "CARE"). As Assistant Division Manager, I assist in the development and implementation of LSD programs and pilot projects, the deployment of division resources to support CARE+, CARE and other pilot projects, division resource planning and procurement, and division budget requests. I also support the division as needed for reporting to the Board of Public Works, City Council, and other City departments or agencies on the division's goals and progress.

3. As Assistant Division Manager, my direct reports include LSD's Assistant Chief Environmental Compliance Officer, who directly manages and oversees LSD's environmental compliance inspectors/officers, and LSD's Refuse Collection Superintendents, who directly manage and oversee the LSD's refuse and wastewater collection personnel and LSD's work facilities used for storing and deploying equipment for division operations, including trash-collection vehicles, wastewater-vactor equipment, mobile hygiene units, and other supplies and equipment use to support division operations.

4. As discussed in more detail below, during my tenure as Assistant Division Manager, I have managed and overseen LSD's deployment of division resources to support the City's "A Bridge Home" temporary housing facilities ("ABH") and the City's

Special Enforcement Cleaning Zones ("SECZ") in areas surrounding the ABH facilities, including the procurement and placement of permanent signage in the ABH-SECZ areas. I assisted in the development, procurement and deployment of LSD's "enhanced services" for comprehensive CARE+ encampment cleanups, including LSD's Mobile Hygiene Units ("MHU"), Tent and Sanitary Kit distribution programs. I am also responsible for supporting the division's procurement and deployment of trash receptacles to service the City.

5.  Before I became LSD's Assistant Division Manager, I served as LASAN's Government Affairs Liaison for over seven years. As a Government Affairs Liaison, I worked directly with the Board of Public Works, City Council Offices, and the Mayor's deputies and staffers on policy and program recommendations relating to various sanitation matters, including water reclamation, stormwater capture, and solid waste programs. Among other projects, I was involved in the development and implementation of LSD before being appointed as LSD's Assistant Division Manager. I have worked for the City for over 12 years and started my career as a Council Aide to then-City Councilmember Bernard Parks.

6.  On April 13, 2020, the Court issued an Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 38). The Preliminary Injunction stated that "The City of Los Angeles, and its agents and employees, are enjoined from doing any of the following: (1) Enforcing Section 56.11(3)(i) of the Los Angeles Municipal Code; (2) Enforcing Section 56.11(10)(d) of the Los Angeles Municipal Code; (3) Posting signs, notices, or other public information stating that the City will enforce Sections 56.11(3)(i) or 56.11(10)(d) of the Los Angeles Municipal Code."

7.  At the time the Court issued the preliminary injunction, LSD had already taken some proactive measures to adjust operational practices regarding the removal, storage, and disposal of bulky items. On February 28, 2020, after the motion for

preliminary injunction was filed, I instructed LSD's Chiefs and Superintendents that a bulky item could only be removed for disposal by LSD staff if a health hazard could be determined and was documented by an environmental compliance inspector, senior environmental compliance inspector, or Chief Environmental Compliance Inspector. Otherwise, a bulky item was not to be removed or collected if the health hazard determination could not be made and documented.  LSD implemented these adjustments for all LSD operations, including CARE+, CARE, ABH/SECZ, and spot cleaning activities in March 2020.

8. LSD personnel were informed and reminded of the prohibitions on the enforcement of LAMC 56.11(3)(i) or 10(d) and adjustments to protocols for removing, storing or disposing of items that would be considered bulky because of the item's size during CARE+, CARE, ABH/SECZ, and spot cleaning operations.

**Suspension of Posted Comprehensive CARE+ Cleanups:**

9. At the time the Court issued the preliminary injunction, LSD had suspended its posted comprehensive CARE+ cleanups because of the City's emergency orders and Council instructions relating to COVID-19.

10. On March 4, 2020, the City's Mayor issued a Declaration of Local Emergency relating to imminent threat to public health from the introduction of the novel coronavirus (COVID-19) in the City.  On March 19, 2020, the City's Mayor issued an emergency Safer-at-Home Order instructing most residents to isolate themselves in their homes, subject to certain exceptions for essential activities, work in support of essential activities, emergency personnel, government employees, and essential infrastructure, and exempting individuals experiencing homelessness.

11. On March 17, 2020, the City Council adopted Motions 72-P and 72-P-A, Council File No. 20-0147, and instructed LASAN to suspend enforcement of the provision of LAMC 56.11 that required tents to come down during daytime hours,

provided that the location of the tent did not impede ADA-access and was not within ten feet of an operational driveway.

12. On March 17, 2020, LSD suspended its posted comprehensive CARE+ cleanups based on Council instructions, the Mayor's emergency orders and public health guidelines relating to COVID-19.

13. After March 17, 2020, LSD staff conducted spot cleanings to remove trash, debris, and health hazards. LSD also mobilized its resources and continues to index and report the servicing needs of handwashing stations, portable toilet stations, to their respective vendors, deployed additional trash receptacles where available, and MHUs throughout the City to service the City's unsheltered population.

**ABH/SECZ Permanent Signage:**

14. By way of background, in April 2018, the City's Mayor and City Council declared an emergency shelter crisis, Council File No. 15-1138-S33, and enacted measures to expedite the construction of bridge housing for the City's homeless population. The City's ABH facilities provide temporary bridge housing and offer security and on-site services, like case management, mental health care, substance abuse treatment, and housing placement. LSD provides increased resources to Council Districts that construct ABH facilities in areas with high-density homeless populations.

15. The City's SECZ are designated areas around ABH facilities. During normal operations, LSD provides sanitation services within SECZ areas five days a week, including four days of spot cleaning for removal of trash, debris, and hazardous materials, and one day for a comprehensive CARE+ cleanup. Each ABH-SECZ area has a designated day and time of the week for conducting comprehensive cleanings under CARE+.

16. LASAN procured permanent signage to use for CARE+ and CARE operations within each ABH/SECZ areas. LSD is responsible for procuring, posting, and

maintaining permanent signage used within the City's ABH/SECZ areas. The permanent signage contains a map reflecting the geographic boundaries of the ABH-SECZ area, identifies the day and time of the week for conducting regularly-scheduled comprehensive cleanups, identifies the other four days of the week for conducting spot cleanups, and contains information on how to personal property removed from the area, including a phone number and address for the City's storage facility. LASAN procured and posted permanent signage in both English and Spanish.

17. Attached as **Exhibit 1** are true and correct copies of pictures reflecting examples of permanent ABH/SECZ signage posted before the Preliminary Injunction issued. Based on a review of LSD information maintained in the regular course of operations regarding the permanent signage posted within ABH/SECZ areas, over 3,000 permanent ABH/SECZ signs had been posted at approximately 750 locations in the City. These permanent ABH/SECZ signage referenced LAMC 56.11(3)(i) and bulky items.

18. After the Preliminary Injunction issued, LSD implemented a revised form of ABH/SECZ permanent signage. Attached as **Exhibit 2** are true and correct copies of pictures reflecting examples of revised permanent ABH/SECZ signage. The revised ABH-SECZ permanent signage omits any reference to enforcement of LAMC 56.11(3)(i) or bulky items.

19. LSD began posting the revised ABH-SECZ signage in July 2020, after months of not posting any permanent ABH-SECZ signs. LSD has since posted 1,080 of the revised ABH/SECZ signs at approximately 270 locations in the City.

**LSD Placement of Overlays on Pre-Injunction Permanent ABH/SECZ Signage:**

20. On or around July 27, 2020, Plaintiffs' counsel in this action sent a letter claiming that the City was violating the Preliminary Injunction because LSD failed to remove all pre-injunction permanent ABH/SECZ signage referencing LAMC 56.11(3)(i). Plaintiffs' counsel demanded that the City remove all pre-injunction permanent

ABH/SECZ signage within seven days.

21. The Preliminary Injunction states that the City is enjoined from "Posting signs, notices, or other public information stating that the City will enforce Sections 56.11(3)(i) or 56.11(10)(d) of the Los Angeles Municipal Code." It was not clear that this provision requires removal of all existing permanent ABH/SECZ signs posted before the Preliminary Injunction issued.

22. On July 29, 2020, out of an abundance of caution and in an effort to ensure compliance with the terms of the Preliminary Injunction, LSD personnel started placing overlays on pre-injunction permanent ABH/SECZ signs to conceal references to LAMC 56.11(3)(i) and the term bulky items. Attached as **Exhibit 3** are true and correct copies of pictures reflecting examples of the pre-injunction permanent ABH/SECZ signage after placement of the overlays.

23. Between the period from July 29, 2020 to August 3, 2020, LSD personnel placed overlays on over 3,000 pre-injunction ABH/SECZ permanent signs at approximately 750 locations in the City.

24. LSD conducted further investigation after receiving for the first time the pictures that were submitted by the Plaintiffs' counsel as Exhibit R to the Declaration of Shayla Myers.

25. On August 14, 2020, an LSD Supervisor field verified overlays placed on permanent ABH/SECZ signage near the Raymer ABH and found 3 locations had issues with missing overlays including a missing sign.

26. LSD's further reflected that overlays were also applied to approximately 41 locations at the Raymer ABH on August 11th and August 12th by the field staff assigned to apply overlays on the effective date of the Raymer ABH signage.

27. Further investigation determined that out of over 4,400 permanent ABH/SECZ permanent signs at approximately 1,100 locations citywide, that

7

DECLARATION OF DOMINGO OROSCO ISO CITY'S OPP. TO MOT. FOR OSC RE CONTEMPT

approximately 104 locations had missing overlays and required additional work.  LSD completed placement of overlays in these additional area by August 24, 2020.

**Resumption of Comprehensive Cleanups in ABH/SECZ Areas:**

28. On July 29, 2020, the City Council adopted a motion amending the Council action taken on March 17, 2020, relative to suspending comprehensive CARE+ cleanups, to authorize LASAN to resume CARE+ comprehensive cleanups within the ABH/SECZ only (Council File No. 20-0147).

29. In connection with the resumption of comprehensive cleanups within the ABH/SECZ areas, LSD and other agencies have provided enhanced services in connection LSD's comprehensive cleanup operations, including the following:

    a. Mobile Hygiene Units (MHU) – LSD deploys its Mobile Hygiene Units or MHUs on the day for the comprehensive cleanup.  Each MHU has three self-contained units containing a shower stall, toilet, and shower sink.  The MHU has an ADA-compliant stall with ramps.  If available, clothing donations are provided to provide individuals with a fresh pair of clothes after showering.  LSD also sets up EZ-Up canopies outside of the MHUs for individuals to maintain social distancing in a shaded area.

    b. Tent Exchange/Distribution – LSD implemented a tent exchange/distribution program.  Individuals can exchange or obtain a new two-person pop-up tent.  The tent exchange allows individuals to shelter in place and maintain social distancing during cleanup operations

    c. Sanitary Kit Distribution – LSD distributes sanitary kits containing a mask, gloves, and hand sanitizer to all individuals within the cleanup area.

    d. Mobile COVID-19 Testing:  the Los Angeles Fire Department (LAFD) provides free COVID-19 testing during the comprehensive cleaning.  If available, LAFD provides free COVID-19 testing in LAFD ambulances and provides test

results to individuals within 2-3 days.

   e. LAHSA Outreach – the Los Angeles Homeless Services Authority (LAHSA) conducts outreach and engagement to help connect unhoused individuals with service providers, temporary housing, and medical and identification services.

30. On July 31, 2020, LSD conducted the first comprehensive cleanup at the Beacon ACH/SECZ following the City Council's July 29, 2020 action.

31. On July 30, 2020, an LSD environmental compliance inspector posted paper notices in the Beacon ABH/SECZ using a form of notice for CARE+ comprehensive cleanups identifying the date and time for cleanup on July 31, 2020 at 11:00 a.m.  The paper notices were posted one time on July 30 within the Beacon ABH/SECZ only.  The paper notices posted on did not reference LAMC 56.11(3)(i) or LAMC 56.11(10)(d), but contained a statement that "bulky items are always prohibited."

32. On August 7, 2020, LSD implemented the use of a revised form of paper notice for comprehensive CARE+ cleanups.  Attached as **Exhibit 4** is a true and correct copy of the revised form of paper notice of major cleaning for CARE+ comprehensive cleanups.  The revised form of paper notice omits any reference to bulky items.

33. In addition, to avoid further disputes or any confusion about the City's now-discontinued enforcement of LAMC 56.11(3)(i) and (10)(d), LSD suspended the use of paper signs referencing "bulky items" on large items used as shelters, and agreed to omit references to bulky items on any other paper signs.  LSD also implemented additional adjustments for continued replacement of removed or missing overlays on permanent signage and the use of the revised form of CARE+ notice reflected in Exhibit 4.

///

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on August 31, 2020, at Los Angeles, California.

_____
DOMINGO OROSCO

DECLARATION OF DOMINGO OROSCO ISO CITY'S OPP. TO MOT. FOR OSC RE CONTEMPT