EXHIBIT 1

EXHIBIT 1
1 of 7



EXHIBIT 1
2 of 7



EXHIBIT 1
3 of 7



EXHIBIT 1
4 of 7



EXHIBIT 1
5 of 7



EXHIBIT 1



EXHIBIT 1