EXHIBIT 2

EXHIBIT 2
1 of 9



EXHIBIT 2
2 of 9

## ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013

---

A PARTIR DEL 27 DE AGOSTO DE 2020

las condiciones de arriba se aplicarán en toda la ZONA indicada.

Las siguientes condiciones adicionales también se aplicarán en la ZONA:

**REMOCIÓN DE ARTÍCULOS PELIGROSOS**
Lunes, Martes, Miércoles y Viernes

NO PUNZANTES | NO PELIGROS BIOLÓGICOS | NO BASURA | NO MATERIALES EXPLOSIVOS

**LIMPIEZA EXTENSA DE CALLES Y BANQUETAS***
Cada Jueves entre 7am y 3pm

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

**LÍMITES DE LA ZONA**
Vanowen St, Van Nuys Blvd, Haynes St, Tyrone Ave, Calvert St, Hazeltine Ave, Oxnard St, Van Nuys Blvd, Bessemer St, Vesper Ave, Oxnard St, Kester Ave, Bessemer St, Cedros Ave, Calvert St, Vesper Ave

EXHIBIT 2
3 of 9



## SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

### EFFECTIVE AUGUST 7, 2020

the above conditions will apply throughout the posted ZONE.

The following additional conditions will also apply in the ZONE:

**HEALTH HAZARD**
Monday, Wednesday, Thursday, & Friday

NO SHARPS    NO BIOHAZARDS    NO TRASH    NO EXPLOSIVE MATERIALS

**COMPREHENSIVE STREET & SIDEWALK CLEANING***
Every Tuesday
Between 8am and 3pm
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

**ZONE BOUNDARIES**
W Amar St, S Harbor Blvd,
W 14th St, S Palos Verdes St,
W 13th St, S Mesa St,
W 5th St, S Palos Verdes St,
W Santa Cruz St, S Mesa St

EXHIBIT 2
4 of 9



EXHIBIT 2
5 of 9



EXHIBIT 2
6 of 9



## ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013

---

A PARTIR DEL 27 DE AGOSTO DE 2020
las condiciones de arriba se aplicarán en toda la ZONA indicada.

Las siguientes condiciones adicionales también se aplicarán en la ZONA:

**REMOCIÓN DE ARTÍCULOS PELIGROSOS**
Lunes, Martes, Miércoles y Viernes

NO PUNZANTES · NO PELIGROS BIOLÓGICOS · NO BASURA · NO MATERIALES EXPLOSIVOS

**LIMPIEZA EXTENSA DE CALLES Y BANQUETAS***
Cada Jueves
entre 7am y 3pm
*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

**LÍMITES DE LA ZONA**
Broadway Ave, 101 Freeway, Alameda St, 3rd St, Los Angeles St, 1st St

EXHIBIT 2
7 of 9





## ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con leyes relevantes en esta ZONA.

No se armará ninguna carpa entre
6:00am – 9:00pm

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD?
LLAME AL (213) 806-6355 o AL
(844) 475-1244

O recoja sus pertenencias en:
The Bin, 507 Towne Ave., LA 90013



### A PARTIR DEL 7 DE AGOSTO DE 2020

las condiciones de arriba se aplicarán en toda la ZONA indicada.

Las siguientes condiciones adicionales también se aplicarán en la ZONA:

**REMOCIÓN DE ARTÍCULOS**
Lunes, Martes, Miércoles, y Jueves

    

NO PUNZANTES   NO PELIGROS BIOLÓGICOS   NO BASURA   NO MATERIALES EXPLOSIVOS

**LIMPIEZA EXTENSA DE CALLES Y BANQUETAS***
Cada Viernes
entre 8am y 3pm

*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

**LÍMITES DE LA ZONA**
E I St, Lakme Ave, E Anaheim St, N Banning St, E Opp St, Eubank Ave, E I St, MacFarland Ave, E Opp St. E Anaheim St, Sanford Ave, E E St, Broad Ave, E C St, N Avalon Blvd, E Anaheim St, N Marine Ave





EXHIBIT 2
9 of 9