EXHIBIT 3

EXHIBIT 3
1 of 7



## SPECIAL ENFORCEMENT & CLEANING ZONE

The City of Los Angeles will be conducting enhanced cleaning and trash removal in compliance with L.A.M.C. 56.11 _____ and other relevant laws in this ZONE.

No Tents Shall Be Erected Between 6:00am – 9:00pm

No Blocking of the Sidewalk, Exits/Entrances, Driveways or Loading Docks

WAS YOUR PROPERTY IMPOUNDED?
CALL (213) 806-6355 or
(844) 475-1244

Or retrieve your belongings at:
The Bin, 507 Towne Ave., LA 90013

---

### EFFECTIVE March 9, 2020

The above conditions will apply throughout the posted Zone.

**The following additional conditions will also apply in the Zone:**

**HEALTH HAZARD & _____ REMOVAL**
**Monday, Wednesday, Thursday, & Friday**

NO SHARPS     NO BIOHAZARDS     NO TRASH     NO EXPLOSIVE MATERIALS

**COMPREHENSIVE STREET & SIDEWALK CLEANING***
**Every Tuesday**
**Between 7am and 3pm**
*During comprehensive cleaning no one will be allowed to remain on the sidewalk.

**ZONE BOUNDARIES**
110 Freeway, E 28th St, S Grand Ave, E Adams Ave, S Hill St, E 22nd St, S Main St, E Jefferson Ave

EXHIBIT 3
2 of 7



## ZONA ESPECIAL DE APLICACIÓN Y LIMPIEZA

La Ciudad de Los Ángeles estará realizando una mejorada limpieza y retiro de basura en cumplimiento con L.A.M.C. 56.11 y otras leyes relevantes en esta ZONA.

No se armará ninguna carpa entre 6:00am – 9:00pm

No bloquear la acera, salidas/entradas, vías de acceso o muelles de carga

¿CONFISCARON SU PROPIEDAD? LLAME AL (213) 806-6355 o AL (844) 475-1244

O recoja sus pertenencias en: The Bin, 507 Towne Ave., LA 90013

### A PARTIR DEL 9 de Marzo de 2020

Las condiciones de arriba se aplicarán en toda la ZONA indicada.

**Las siguientes condiciones adicionales también se aplicarán en la ZONA:**

REMOCIÓN DE ARTÍCULOS PELIGROSOS
**Lunes, Miércoles, Jueves, y Viernes**

LIMPIEZA EXTENSA DE CALLES Y BANQUETAS*
**Cada Martes**
**entre 7am y 3pm**
*Durante la limpieza extensa no se permitirá que permanezca nadie en la banqueta.

LÍMITES DE LA ZONA
110 Freeway, E 28th St, S Grand Ave, E Adams Ave, S Hill St, E 22nd St, S Main St, E Jefferson Ave

EXHIBIT 3
3 of 7



EXHIBIT 3
4 of 7



EXHIBIT 3
5 of 7



EXHIBIT 3
6 of 7



EXHIBIT 3
7 of 7