Shayla Myers (SBN 264054)
Mallory Andrews (SBN 312209)
Alex Flores (SBN 303552)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA  90003
Telephone:  (213) 640-3950
Email:  smyers@lafla.org
         mbandrews@lafla.org
         aeflores@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET GARCIA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity, <br><br> Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS** <br><br> Complaint Filed Date:  July 18, 2019 <br><br> Judge: Hon. Dale S. Fischer <br> Hearing Date: September 21, 2020 <br> Time: 1:30 p.m. <br> Courtroom: 7D |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
John Washington (SBN 315991)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (310) 396-0731
Email:  csweetser@sshhlaw.com
        kharootun@sshhlaw.com
        jwashington@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:  (213) 680 8400
Email:  benjamin.herbert@kirkland.com
        william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 552-4200
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

# PLAINTIFFS' OPPOSITION TO DEFENDANT'S EVIDENTIARY OBJECTIONS

Plaintiffs object to the following evidence filed in support of Defendant City of Los Angeles's ("City") opposition to Plaintiffs' Motion for Order to Show Cause re: Civil Contempt and Sanctions.

## Objections to Declaration of Howard Wong (Dkt. No. 94)

| Objections | Ruling |
|---|---|
| 1. **Material Objected to:** Wong Decl. ¶ 9<br><br>Statements made about LASAN implementing adjustments to protocols.<br><br>**Grounds for Objection:** Lacks foundation that LASAN teams and LASAN members are implementing adjusted protocols. Fed. R. Evid. 602 (need for personal knowledge). | Sustained: _____<br>Overruled: _____ |
| 2. **Material Objected to:** Wong Decl. ¶ 10<br><br>Offering photographs into evidence.<br><br>**Grounds for Objection:** Lacks foundation that the photographs are true and accurate depictions of something Wong observed. Lacks foundation as to the date or manner by which the notices were revised. Fed. R. Evid. 602 (need for personal knowledge); Fed. R. Evid. 901 (authentication). | Sustained: _____<br>Overruled: _____ |

| | | |
|---|---|---|
| 3. | **Material Objected to:** Wong Decl. ¶ 12<br><br>Statements made about encounters with bulky items during spot cleaning.<br><br>**Grounds for Objection:** Lacks foundation that Wong has personal knowledge about what LASAN did with bulky items or all other personal property encountered during spot cleanings. Lacks foundation as to the reasoning behind treatment of all property. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |
| 4. | **Material Objected to:** Wong Decl. ¶ 17<br><br>Statement that this form has not been used in other comprehensive cleanups; offering photograph into evidence.<br><br>**Grounds for Objection:** Lacks foundation as to whether it has been used since. Fed. R. Evid. 602 (need for personal knowledge). Lacks foundation that the photographs are true and accurate depictions of something Wong observed. Fed. R. Evid. 901 (authentication). | Sustained:_____<br><br>Overruled: _____ |
| 5. | **Material Objected to:** Wong Decl. ¶ 18<br><br>Statements made about what items were removed, disposed of, and stored as part of the Beacon ABH/SECZ cleanup, and LSD's provision of enhanced services.<br><br>**Grounds for Objection:** Relevance: statement regarding the provision of enhanced services for unhoused residents provides no information regarding the City's compliance with the preliminary injunction. Fed. R. Evid. 401, 403(b) (relevance). Lacks foundation as to what happened to all items during the Beacon ABH/SECZ cleanup. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

| | | |
|---|---|---|
| 6. | **Material Objected to:** Wong Decl. ¶ 19<br><br>Statements made about LSD's cleanup within the City's Hope ABH/SECZ, signs posted within the area, and LSD's provision of enhanced services.<br><br>**Grounds for Objection:** Relevance: statement regarding the provision of enhanced services for unhoused residents provides no information regarding the City's compliance with the preliminary injunction. Fed. R. Evid. 401, 403(b) (relevance). Lacks foundation as to what happened during the Hope ABH/SECZ cleanup. Mr. Wong does not appear to have been present during the cleanup and provides no other information about how he would have such knowledge. Fed. R. Evid. 602 (need for personal knowledge); | Sustained:_____<br><br>Overruled: _____ |
| 7. | **Material Objected to:** Wong Decl. ¶ 20<br><br>Statements made about what paper notices were posted, why and where; offering photograph into evidence.<br><br>**Grounds for Objection:** Relevance: statements about what the notices were intended to convey provides no information regarding the City's compliance with the preliminary injunction. Fed. R. Evid. 401, 403(b) (relevance). Lacks foundation as to why signs were posted and when and where they were posted. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |
| 8. | **Material Objected to:** Wong Decl. ¶ 21<br><br>Statements made about cleanup operations.<br><br>**Grounds for Objection:** Lack of foundation as to LSD's actions during cleanup operations. Lack of foundation regarding LSD's reasoning behind removal and disposal of property. Fed. R. Evid. 602 (need for personal knowledge) | Sustained:_____<br><br>Overruled: _____ |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

| | | |
|---|---|---|
| 9. | **Material Objected to:** Wong Decl. ¶ 22<br><br>Statements made about LSD's suspended use of paper notices and adjustments to protocols.<br><br>**Grounds for Objection:** Lack of foundation as to LSD's actions. Fed. R. Evid. 602 (need for personal knowledge) | Sustained:_____<br><br>Overruled: _____ |
| 10. | **Material Objected to:** Wong Decl. ¶ 24<br><br>Statements made about the blue tent reflected in the video lodged with the Court; offering photograph into evidence.<br><br>**Grounds for Objection:** Lack of foundation as to the location of the blue tent, and whether it was contaminated. Fed. R. Evid. 602 (need for personal knowledge). Lacks foundation that the photographs are true and accurate depictions of something Wong observed. Fed. R. Evid. 901 (authentication). | Sustained:_____<br><br>Overruled: _____ |
| 11. | **Material Objected to:** Wong Decl., Exhibit C<br><br>The photographs attached as Exhibit C to Wong's Declaration.<br><br>**Grounds for Objection:** Lacks foundation that the photographs are true and accurate depictions of something Wong observed. Fed. R. Evid. 602 (need for personal knowledge), Fed. R. Evid 901 (authentication). | Sustained:_____<br><br>Overruled: _____ |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

| | | |
|---|---|---|
| 12. | **Material Objected to:** Wong Decl., Exhibit D<br><br>The August 4, 2020 Health Hazard Checklist attached as Exhibit D to Wong's Declaration.<br><br>**Grounds for Objection:** Hearsay: the report contains out-of-court statements that are offered to prove the truth of the matter asserted. Lacks foundation for business records, which requires evidence that the record 1) was made at or near the time by or with information from a person with knowledge, 2) was kept in the course of a regularly conducted business activity, 3) was made as the regular practice of that activity, and 4) is shown to meet these conditions by the testimony of the custodian or another qualified witness, as long as 5) the opponent does not show that the source of the information or the circumstances of preparation indicate a lack of trustworthiness. Fed. R. Evid. 801, 803(6) (hearsay). | Sustained:_____<br><br>Overruled: _____ |

**Objections to Declaration of Domingo Orosco (Dkt. No. 95)**

| | Objections | Ruling |
|---|---|---|
| 13. | **Material Objected to:** Orosco Decl. ¶ 7<br><br>Statements made about LSD's protective measures to adjust operational practices.<br><br>**Grounds for Objection:** Lack of foundation as to LSD's implementation of adjustments. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

| | | |
|---|---|---|
| 14. | **Material Objected to:** Orosco Decl. ¶ 8<br><br>Statements made about providing information and reminders regarding the prohibition on the enforcement of LAMC 56.11(3)(i) or 10(d) to LSD personal.<br><br>**Grounds for Objection:** Lack of foundation as to what and to whom information and reminders were provided and who made the statements Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |
| 15. | **Material Objected to:** Orosco Decl. ¶ 22<br><br>Statements made about what LSD placed on pre-injunction permanent ABH/SECZ signs.<br><br>**Grounds for Objection:** Lack of foundation as to LSD's actions. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |
| 16. | **Material Objected to:** Orosco Decl. ¶ 23<br><br>Statements made about LSD personnel placing overlays over 3,000 pre-injunction ABH/SECZ permanent signs.<br><br>**Grounds for Objection:** Lack of foundation as to what, where, when, and how many overlays were posted on the ABH/SECZ permanent signs. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

| | | |
|---|---|---|
| 17. | **Material Objected to:** Orosco Decl. ¶ 25<br><br>Statements made about LSD Supervisor's verification and finding that 3 locations had issues with missing overlays including a missing sign.<br><br>**Grounds for Objection:** Hearsay: LSD Supervisor's statements are out-of-court statements that are offered to prove the truth of the matter asserted. Fed. R. Evid. 801 (hearsay). Lack of foundation as to the placement of overlays and where and how many signs were missing overlays. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |
| 18. | **Material Objected to:** Orosco Decl. ¶ 26<br><br>Statements made about LSD'S reflection that overlays were applied to to approximately 41 locations at the Raymer ABH on August 11th and August 12th by the field staff assigned to apply overlays on the effective date of the Raymer ABH signage.<br><br>**Grounds for Objection:** Hearsay: LSD's reflections are out-of-court statements that are offered to prove the truth of the matter asserted. Fed. R. Evid. 801 (hearsay). Lack of foundation as to the placement of overlays and where and how many signs were missing overlays. Fed. R. Evid. 602 (need for personal knowledge) | Sustained:_____<br><br>Overruled: _____ |
| 19. | **Material Objected to:** Orosco Decl. ¶ 27<br><br>Statements made about the investigation findings and LSD's placement of overlays.<br><br>**Grounds for Objection:** Lack of foundation as to where and how many signs were missing overlays and LSD's actions. Fed. R. Evid. 602 (need for personal knowledge). | Sustained:_____<br><br>Overruled: _____ |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EVIDENCE FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

| | |
|---|---|
| Dated:  September 8, 2020 | Respectfully submitted,<br>LEGAL AID FOUNDATION OF LOS ANGELES |
| | /s/ *Shayla Myers*<br>Shayla Myers |
| | *Attorneys for Plaintiffs Gladys Zepeda, Miriam Zamora, Ali El-Bey, Pete Diocson Jr., Marquis Ashley, James Haugabrook, and Ktown for All* |
| | SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP |
| | /s/ *Catherine Sweetser*<br>Catherine Sweetser |
| | *Attorneys for All Plaintiffs* |
| | KIRKLAND & ELLIS LLP |
| | /s/ *Benjamin Herbert*<br>Benjamin Allen Herbert |
| | *Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending* |