MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
FELIX LEBRON, Deputy City Attorney (SBN 232984)
**A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Garcia, Gladys Zepeda, Miriam Zamora, Ali El-Bey, Peter Diocson Jr., Marquis Ashley, James Haugabrook, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING an unincorporated association<br>　　　　　　*Plaintiffs*,<br>　vs.<br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>　　　　　*Defendant(s)*. | Case No.: 2:19-cv-6182-DSF-PLA<br>[Assigned to Judge Dale S. Fischer]<br>**DEFENDANT'S OBJECTION AND REQUEST TO STRIKE UNTIMELY PLEADINGS (DKT. NOS. 97-98) FILED IN IN SUPPORT OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND SANCTIONS (L.R. 5-4;7-10; 7-13)**<br><br>Date:  September 21, 2020<br>Time:  1:30 p.m.<br>Ctrm:  7D<br>**Judge:  Hon. Dale S. Fischer** |

Plaintiffs filed their reply papers (Dkt. Nos. 97, 97-1 and 98) on September 8, 2020, four days after they were due. Further to L.R. 7-10, reply papers may be filed "not later than fourteen (14) days before the date designated for the hearing of the motion." Plaintiffs' motion is set for hearing on September 21, 2020. (Dkt. No. 88). 14 days before September 21 is September 7, which this year was Labor Day. Given that the reply papers were otherwise due on a legal holiday, F.R.Civ.P. 6(a) provides they were due Friday, September 4.[1] L.R. 7-13 provides that "[a] party filing any document in support of, or in opposition to, any motion noticed for hearing as above provided after the time for filing the same shall have expired, also shall be subject to the sanctions of L.R. 83-7 and the F.R.Civ.P."

Plaintiffs filed three untimely reply pleadings in support of their motion. Dkt. Nos. 97, 97-1 and 98. Plaintiffs neither offered justification for the untimely filing, nor requested leave to file a late pleading. Thus, the conditions for extending the time to file the papers for good cause under F.R.Civ.P 6(b) are not satisfied here. Pursuant to these rules, the Court has the inherent authority to issue appropriate sanctions for failing to comply with the Local Rules and F.R.Civ.P., including the striking of untimely or unauthorized pleadings. For the foregoing reasons, Defendant respectfully requests that the Court strike Plaintiffs' untimely pleadings filed on September 8, 2020, Dkt. Nos. 97, 97-1 and 98.

Dated: September 11, 2020     MICHAEL N. FEUER, City Attorney

                                          By:    /s/ Gabriel S. Dermer
                                                     Assistant City Attorney
                                                     Attorneys for Defendant City of Los Angeles

---

[1] This Court's standing order (Dkt. 12) provides that "Opposition papers due on a Monday holiday may be filed the following Tuesday. In such cases, reply papers may be filed on the next Tuesday." The Opposition papers (*see* Dkt. 93) were not due on a Monday holiday. Accordingly, Plaintiff's reply was due Friday, September 4. L.R. 7-10.