Shayla Myers (SBN: 264054)
Mallory Andrews (SBN: 312209)
Alex Flores (SBN 312209)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway, Los Angeles, CA 90003
Tel.: (213) 640-3983
Email(s): smyers@lafla.org
          mbandrews@lafla.org
          aeflores@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*.

[Additional Attorneys on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, et at., | CASE NO. 2:19-cv-06182-DSF-PLA |
| Plaintiff(s), | Assigned to Judge Dale S. Fischer |
| vs. | **PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTION AND REQUEST TO STRIKE UNTIMELY PLEADINGS** |
| CITY OF LOS ANGELES, et al., | |
| Defendant. | Date: September 21, 2020<br>Time: 1:30 p.m.<br>Ctrm: 7D |

1  Catherine Sweetser (SBN 271142)
2  Kristina Harootun (SBN 308718)
   John Washington (SBN 315991)
3  SCHONBRUN SEPLOW HARRIS
   HOFFMAN & ZELDES LLP
4  11543 West Olympic Blvd.
5  Los Angeles, CA 90064
   Telephone:  (310) 396-0731
6  Email: csweetser@sshhzlaw.com
7          kharootun@sshhzlaw.com
           jwashington@sshhzlaw.com
8
9  *Attorneys for Plaintiffs.*
10
11 Benjamin Allan Herbert (SBN 277356)
   William L. Smith (SBN 324235)
12 KIRKLAND & ELLIS LLP
13 555 South Flower Street
   Los Angeles, CA 90071
14 Telephone:  (213) 680 8400
15 Email: benjamin.herbert@kirkland.com
          william.smith@kirkland.com
16
17 Michael Onufer (SBN 300903)
   KIRKLAND & ELLIS LLP
18 2049 Century Park East
19 Los Angeles, CA 90067
20 Telephone: (310) 552-4200
   Email:  michael.onufer@kirkland.com
21
22 *Attorneys for Plaintiffs Ktown for All, Janet Garcia,*
23 *Peter Diocson Jr., Marquis Ashley, and Ali El-Bey.*
24
25
26
27
28

# PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTION AND REQUEST TO STRIKE UNTIMELY PLEADINGS

Plaintiffs respectfully request that this Court deny Defendant's request to strike and deem their reply filed as of September 8, 2020.

Plaintiffs filed their application for order to show cause for contempt on August 17, 2020 and originally noticed the hearing for September 14, 2020. Plaintiffs then re-noticed the hearing for September 21, 2020, which extended Defendant's opposition deadline by a week. Based on the new hearing date, Plaintiffs' reply would normally have fallen on September 7, 2020, which was Labor Day. In re-calendaring the date for the reply, Plaintiffs reviewed this Court's standing order and understood the reference to holidays as applying to both oppositions and replies. Plaintiffs thus calendared the due date for September 8, 2020. Defendant now objects that the reply brief was due on September 4, 2020.

Plaintiffs' opposition brief to the Ninth Circuit was due on September 4, 2020. In addition to the opposition to Defendant's Motion for Judgment on the Pleadings, which was due on August 24, 2020, Plaintiffs have also been addressing continued issues related to the resumption of comprehensive cleanups of homeless encampments and have been responding to multiple sets of discovery propounded by Defendant in mid August. In the rush of filings, Plaintiffs hope that the Court will view any misreading of her standing order and resulting late filing as excusable neglect, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1255 (2010). Plaintiffs filed consistent with their understanding of the order and delayed only one business day. Defendant has not articulated any prejudice as a result. To the extent Plaintiffs' filing date has caused any undue burden to this Court, Plaintiffs respectfully request the Court deny Defendant's request to strike and instead move the hearing date to September 28, 2020.

| | | |
|---|---|---|
| 1 | Dated: September 11, 2020 | Respectfully submitted, |
| 2 | | LEGAL AID FOUNDATION OF LOS ANGELES |
| 3 | | /s/ Shayla Myers |
| 4 | | By: Shayla Myers |
| 5 | | *Attorneys for Plaintiffs* |
| 6 | | SCHONBRUN SEPLOW HARRIS HOFFMAN & |
| 7 | | ZELDES LLP |
| 8 | | /s/ Catherine Sweetser |
| 9 | | By: Catherine Sweetser |
| 10 | | *Attorneys for Plaintiffs* |
| 11 | | KIRKLAND & ELLIS LLP |
| 12 | | |
| 13 | | /s/ Benjamin Allen Herbert |
| | | By: Benjamin Allen Herbert |
| 14 | | *Attorneys for Plaintiffs* |

## **LOCAL RULE 5-4.3.4 ATTESTATION**

I attest that Plaintiffs' counsel, Benjamin Herbert and Shayla Myers, concur in this filing's content and has authorized the filing.

| | | |
|---|---|---|
| | DATED: September 11, 2020 | SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP |
| | | /s/ Catherine Sweetser |
| | | By: Catherine Sweetser |
| | | *Attorneys for All Plaintiffs* |