1  MICHAEL FEUER, City Attorney
2  KATHLEEN A. KENEALY, Chief Assistant City Attorney
   SCOTT MARCUS, Senior Assistant City Attorney
3  FELIX LEBRON, Deputy City Attorney (SBN 232984)
   **A. PATRICIA URSEA, Deputy City Atty (SBN 221637)**
4  200 N. Main Street, City Hall East, Room 675
   Los Angeles, CA 90012
5  Telephone (213) 978-7569
   Facsimile (213) 978-7011
6  Felix.Lebron@lacity.org
   Patricia.Ursea@lacity.org
7
   *Attorneys for Defendant,* CITY OF LOS ANGELES
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Garcia, Gladys Zepeda, Miriam Zamora, Ali El-Bey, Peter Diocson Jr., Marquis Ashley, James Haugabrook, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING an unincorporated association<br>*Plaintiffs*,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>*Defendant(s)*. | Case No.: 2:19-cv-6182-DSF-PLA<br>[Assigned to Judge Dale S. Fischer]<br><br>**STATEMENT REGARDING REMEDIAL NOTICE PURSUANT TO THE COURT'S SEPT. 23, 2020 ORDER (DKT. NO. 106)** |

Pursuant to the Court's September 23, 2020 Order, counsel for Plaintiffs and the City met and conferred about the contents of the remedial notice ordered by the Court and have agreed to the contents of such notice. *See* Dkt. 106 at p. 11. The agreed-upon remedial notice is attached as Exhibit 1 hereto. The parties have further agreed that the printed versions of the notice will include a high resolution of the logo and seal, and that the City will provide Plaintiffs' counsel with a draft before the final notices are printed and posted so that Plaintiffs' counsel can confirm the use of the high-resolution images.

Dated: September 30, 2020

MICHAEL N. FEUER, City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
FELIX LEBRON, Deputy City Attorney
A. PATRICIA URSEA, Deputy City Attorney

By: */s/ A. Patricia Ursea*
Attorneys for Defendant
CITY OF LOS ANGELES