

# IMPORTANT NOTICE

On April 13, 2020, a federal judge issued a preliminary injunction that prohibits the City of Los Angeles from:

(1) Enforcing Los Angeles Municipal Code (LAMC) Section 56.11(3)(i) (the "Bulky Item Provision");
(2) Enforcing LAMC Section 56.11(10)(d); and
(3) Posting signs, notices, or other public information stating that the City will enforce Sections 56.11(3)(i) or 56.11(10)(d).

This order means that the City **may not**:
- Remove or dispose of Bulky Items or other belongings because of the size of the item.
- Cite or arrest a person who tries to prevent removal or disposal of a Bulky Item if the removal or disposal is based on the item's size.
- Post notices or signs that say that Bulky Items "are prohibited" or that the City will remove or dispose of items because of their size.

Notices posted in this area after the Court issued its April order erroneously stated that Bulky Items are still prohibited and the City may remove those items. ***The Court Found That These Notices Violated the Court's April 2020 Order and Should Not Have been Posted.***

=