<pre>
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                   WESTERN DIVISION

 4        THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

 5

 6   JANET GARCIA, et al.,           )
                                     )
 7                   Plaintiffs,     )
                                     )
 8                                   )
            vs.                      )   No. CV 19-6182-DSF-PLA
 9                                   )
     CITY OF LOS ANGELES, et al.,    )
10                                   )
                     Defendants.     )
11   _____)

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16

17                 Los Angeles, California

18        Wednesday, September 23, 2020, 1:30 P.M.

19      Plaintiffs' Motion Re Civil Contempt and Sanctions

20
                            PAT CUNEO CSR 1600, CRR-CM
21                          Official Reporter
                            First Street Courthouse
22                          Room 4311
                            350 West First Street
23                          Los Angeles, California 90012
                            213-894-1782
24                          patcuneo1600@gmail.com
                            www.patcuneo.com
25
</pre>

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFFS:  LEGAL AID FOUNDATION OF LOS ANGELES
                           BY:  SHAYLA RENEE MYERS, ATTORNEY AT LAW
 3                         7000 S. Broadway
                           Los Angeles, California  90003
 4                         213-640-3983
                           smyers.@lafla.org
 5
      FOR THE PLAINTIFFS:  KIRKLAND & ELLIS LLP
 6                         BY:  MICHAEL ALEXANDER ONUFER
                                ATTORNEY AT LAW
 7                         333 South Hope Street
                           29th Floor
 8                         Los Angeles, California  90071
                           213-680-8400
 9                         michael.onufer@kirkland.com
                                      -and-
10                         SCHONBRUN SEPLOW HARRIS HOFFMAN &
                              ZELDES LLP
11                         BY:  CATHERINE ELIZABETH SWEETSER
                                ATTORNEY AT LAW
12                         11543 West Olympic Boulevard
                           Los Angeles, California  90064
13                         310-396-0731
                           csweetser@sshhzlaw.com
14
      FOR THE DEFENDANTS:  LOS ANGELES CITY ATTORNEY'S OFFICE
15                         BY:  PATRICIA URSEA, ATTORNEY AT LAW
                           AND  FELIX LEBRON, ATTORNEY AT LAW
16                         AND  GABRIEL S. DERMER, ATTORNEY AT LAW
                           City Hall East
17                         200 North Main Street, Room 675
                           Los Angeles, California  90012
18                         213-978-7569 213-978-7559 213-473-6850
                           patricia.ursea@lacity.org
19                         felix.lebron@lacity.org
                           gabriel.dermer@lacity.org
20

21

22

23

24

25
```

```
 1    LOS ANGELES, CA.; WEDNESDAY, SEPTEMBER 23, 2020; 1:30 P.M.
 2                              -oOo-
 3              THE COURT:  All right.  I think it's 1:30.
 4              Ms. Badirian, would you call the case please.
 5              THE CLERK:  Calling CV 19-6182, Janet Garcia, et
 6    al., vs. City of Los Angeles, et al.
 7              Counsel, please state your appearances.
 8              THE COURT:  Let's start with plaintiffs' counsel.
 9              MS. MYERS:  Shayla Myers on behalf of the
10    plaintiffs, Your Honor.
11              MS. SWEETSER:  And Catherine Sweetser for
12    plaintiffs.
13              MR. ONUGER:  Michael Onufer for plaintiffs.
14              THE COURT:  All right.  Well, I'm not recognizing
15    those names so other than Ms. Myers, the next person who
16    made an appearance, please spell your name.
17              MS. SWEETSER:  I'm sorry.  It's Sweetser,
18    S-w-e-e-t-s-e-r.  I'm with Schonbrum Seplow Harris &
19    Hoffman.
20              THE COURT:  And the other person who appeared?
21              MR. ONUGER:  Yes, Your Honor.  Michael Onufer,
22    O-n-u-f-e-r, from Kirkland & Ellis.
23              THE COURT:  All right.  And for the City?
24              MS. URSEA:  Good afternoon, Your Honor.
25    Patricia Ursea for the City.
```

```
 1            MR. LEBRON:  Good afternoon, Your Honor.
 2   Felix Lebron for the City.
 3            MR. DERMER:  Good afternoon, Your Honor.
 4   Gabriel Dermer also for the City.
 5            THE COURT:  All right.  Thank you.
 6            Everyone please put yourself on mute unless you're
 7   speaking; and then if you have something to say, remember to
 8   take yourselves off mute.
 9            I know there was someone else who wanted to call
10   in.
11            If there is anyone else on the line, you are
12   ordered not to broadcast or record this proceeding in any
13   way.  No one is permitted to do that other than my official
14   court reporter Ms. Cuneo.
15            I mostly brought you in to tell you that I really
16   didn't need to have this filed.  You should have been able
17   to work this out on your own.  So keep that in mind in the
18   future.
19            Let me start off with the City, and your papers
20   were very thorough.  In fact, they told me a lot of things
21   that I didn't really need to know.
22            So let me focus first just on the spot cleanings
23   that were conducted in April and July and tell me about
24   those -- the challenged paper notices.
25            Were those used in those cleanings?
```

```
1              MS. URSEA:  This is Patricia Ursea, Your Honor.

2              No.  Those paper notices were not used in spot

3    cleanings.  Those cleanings are sort of ad hoc as the City

4    is made aware that something is either blocking access or is

5    causing a potential health hazard and so notices are not

6    given in those types of situations.

7              THE COURT:  All right.  Thank you.

8              So let's step back then to the date that I issued

9    my order and tell me what steps the City took immediately on

10   issuance of that federal order to comply, especially with

11   the third part of it regarding the signs or notices.

12             MS. URSEA:  Well, the main thing that's the

13   city -- the main step the City took was to inform the

14   Sanitation employees that they were not to collect bulky

15   items.

16             And if they had to remove them for health, because

17   they were blocking something, ingress or egress or ADA, then

18   they would either have to be stored and, if they could not

19   be stored, then they would just have to be moved to another

20   location or somewhere off to the side.

21             And that the only time that they could be

22   discarded is if they posed a documented health and safety

23   hazard.  But at that time cleanings were not --

24   comprehensive cleanings were not occurring at all and so

25   notices were not being used.
```

1          And at the same time the Sanitation employees

2    were -- their resources were diverted to something

3    completely different which is not cleanings.  They were

4    focused on trying to prevent the spread of Covid among the

5    homeless individuals.

6          And so rather than doing the cleanings, they were

7    deploying and servicing various handwashing stations and

8    portable toilets and that kind of thing.

9          So that was -- and there was one sign that was

10   amended after the order issued, and it was amended in a very

11   technical way which was the bulky-item sign which is

12   Exhibit A to Mr. Wong's declaration.

13         And so it was amended in a very technical way to

14   remove references to LAMC 5611 and to the -- what LAMC 5611,

15   the bulky-item provision actually says which is the removal

16   and destruction of bulky items.

17         So that was taken off but then there was no

18   cleanups and there was no focus on those notice -- those

19   paper notices until July.

20         But there were at the same time while there was

21   this diversion of operations to adjust to COVID and there

22   was the cessation of the bulky-items provision.  Those

23   operations ceased.

24         At the same time there were these areas around the

25   bridge homes that the City has been developing.  Those areas

1  are cleaned every week and there's other services that are

2  provided as well so those areas required permanent signage

3  to notify people of the time of the cleanings.

4          So after the order issued, there were 1,080 signs,

5  permanent signs, that were put up in these locations and all

6  of those signs were compliance.

7          The order was followed as to those signs, and I

8  think that the paper signs was -- missed all of it, was not

9  a focus and that's -- they ended up getting posted once

10  cleanings resumed in late July.

11          THE COURT:  So going back to my original question,

12  you said you advised or the City advised Sanitation.  What

13  does that mean?  That doesn't tell me anything.

14          MS. URSEA:  The Sanitation -- the ECIs, the

15  Environmental Compliance Investigators -- or inspectors,

16  rather, and the Sanitation workers that would do the spot

17  cleanings were instructed not to remove bulky items if they

18  could not be stored.

19          THE COURT:  Okay.  Stop.  Stop.  Stop.  Let me go

20  back.  I want a very specific answer to a very specific

21  question.  You were the lawyer; right?

22          What did you do when you got back to your office?

23  Who did you or some other City lawyer tell to do what?

24          MS. URSEA:  We -- the -- the injunction order was

25  distributed to Sanitation's attorneys and --

1          THE COURT:  How?  How was it distributed?

2          MS. URSEA:  It was emailed.

3          THE COURT:  Okay.  You said to the Sanitation's

4     attorneys?

5          MS. URSEA:  Right.  They have their own attorneys

6     who also -- was also following the Court's injunctions and

7     the papers that were being filed and we were having

8     discussions.

9          In fact, when the preliminary injunction was filed

10    was the first time where the Sanitation -- at that point had

11    instructed not to discard bulky items.

12          But then later after the injunction issued, there

13    were further instructions given which was instructions about

14    storing items and if items could not be stored.  There was

15    sort of additional instructions issued.

16          THE COURT:  So did you follow up with the

17    Sanitation attorneys to make sure they had implemented what

18    I had ordered?

19          MS. URSEA:  We are in contact with the Sanitation

20    attorneys about this and the operations, yes.

21          THE COURT:  Well, let me --

22          MS. URSEA:  And I have it that -- I'm sorry.  I

23    didn't mean to interrupt.  I just wanted to say that --

24          THE COURT:  Let me just make clear going forward

25    that sending an email is not good enough.  It is your

1   responsibility as the attorney for the City -- and I'm not

2   saying you didn't do it.  I just can't tell from what you

3   said -- to make sure from the words coming out of my mouth

4   and the paper being issued on the docket to the person

5   that's going to be trying to take somebody's bulky item, you

6   can't pass that off.  You're in charge of checking every

7   step of the way to make sure that my order gets down to the

8   level that it needs to get down to, to be implemented.

9          MS. URSEA:  I understand, Your Honor.  I just want

10  to be clear that operationally bulky items have not been

11  seized or discarded so that order has been communicated and

12  has been complied with.

13         THE COURT:  Yes.  I saw that in your papers and

14  that's very fortunate.

15         All right.  So who now is in charge of updating

16  these paper notices and why didn't that happen until August?

17         MS. URSEA:  Well, one of them was updated and the

18  other one -- I, unfortunately, I don't have an answer for.

19  It was not being used.

20         There was -- the focus of Sanitation was on other

21  things at that time to address the issues arising from COVID

22  and helping the homeless population in that sense.

23         And so it was, I think, overlooked but -- but it

24  was not that the order was not known or followed in other

25  ways because 1,080 signs were put up, permanent signs were

10

1   put up that were compliant with the order.

2            So it was this -- there were these two paper

3   notices that were not updated properly.

4            THE COURT:  So going forward, how is the right

5   word or how has the right word been gotten to the right

6   people so that this does not happen again?

7            MS. URSEA:  So Howard Wong is the Assistant Chief,

8   Environmental Compliance officer, and he has first -- they

9   have stopped using the bulky-item notice entirely.

10           They have also updated the comprehensive cleanup

11  notices and that is Exhibit B to his declaration so that it

12  removes any references to bulky items.

13           In fact, no signs will have any reference to bulky

14  items not just to the enforcement of the bulky-item

15  provision because bulky items is a term of art that's used

16  in Sanitation separate and apart from the ordinance but now

17  the instruction is not to have bulky items on any notice or

18  sign just to avoid any confusion as to what's the bulky-item

19  provision being enforced which it hasn't been.

20           And Sanitation has been instructed to use only the

21  revised comprehensive cleanup notice and to not use the

22  bulky-item notices under any circumstances; and, also, we

23  are continuing to inspect the permanent signs in the City

24  and putting overlays on any signs that are missing, an

25  overlay a reference to bulky items.

```
 1            THE COURT:  All right.  So these Liveability
 2     Services Division stopped using the paper notices?  And when
 3     did that happen?  Do you recall the date?
 4            MS. URSEA:  I don't have -- I don't know if a date
 5     is documented.  I can supplement this if the Court wishes
 6     for a specific date, but it was before we filed our
 7     oppositions.
 8            THE COURT:  Well, I'm more concerned about the
 9     future at this point; and, you know, when you refer to
10     Sanitation or someone is referring to Liveability Services,
11     employees, et cetera, how is this word getting to the people
12     that are out in the streets there so they know not to use
13     this notice?
14            I take it you have many, many people out there.
15            MS. URSEA:  Yes.  There are multiple teams.
16            I don't -- I'm not sure that it's a -- the current
17     declaration speaks to that issue; and I can supplement the
18     evidence if the Court would like a more specific explanation
19     of whether they're communicated by email or phone calls or a
20     person.  But certainly it has been communicated because
21     there hasn't been enforcement of the provisions and the
22     permanent signs also reflect that.
23            THE COURT:  Well, I'm not really satisfied with
24     the "it has been communicated and I don't know how it's been
25     communicated and it could be by email."
```

1          You know, I send emails all day long and I send

2     them to people who you would think would read them and

3     sometimes they don't.

4          So it's not giving me a comfort level that

5     everybody out there who needs to know actually knows what

6     they're supposed to be doing.

7          So I would say, Ms. Ursea, that this is your

8     responsibility so you need to get it done in a way that

9     satisfies you, that you're going to be able to satisfy me,

10    because I don't want to have to be dealing with this again.

11         So -- and apparently that's what happened.  We had

12    an August 10 discussion that the notices wouldn't be used

13    and then it turned out they were used again on August 12

14    somehow; is that right?

15         MS. URSEA:  Yes.

16         THE COURT:  Well, how did that happen then if this

17    communication thing is going on?

18         MS. URSEA:  Well, it was communicated but it

19    wasn't -- in particular, this is not in the record but we

20    can supplement this based on my understanding of this.

21         I can tell you what I understand of it which was

22    that it wasn't posted as a pre-removal notice which these

23    other instances were, as it was supposed to be notice of a

24    cleaning and remove this item.

25         It was supposed to be a post-removal notice that

1    was notifying somebody of where they can obtain items that

2    had been removed during a cleaning; and this notice has a

3    description of where to pick up items and that was the

4    notice that was used for that purpose.

5              So there was supposed to be a different notice

6    which is just a notice of this is where you pick up your

7    things and the person literally pulled the wrong piece of

8    paper for that purpose.

9              THE COURT:  Okay.

10             All right.  And Mr. Wong and Mr. Orozco have

11   indicated that further adjustments to the protocols are

12   being made.  Is that done?

13             MS. URSEA:  Yes.

14             THE COURT:  And what are those adjustments?

15             MS. URSEA:  The adjustments are:  Do not use the

16   Exhibit A notice for bulky items.  Use this Exhibit B

17   comprehensive -- revised comprehensive notice for

18   comprehensive cleanups and a reminder not to continue to not

19   destroy bulky items unless they're a health and safety

20   hazard and to store them or to move them.

21             THE COURT:  So are we missing anything now?  Is

22   there anything out there that still refers to bulky items

23   that hasn't been addressed in this motion?

24             MS. URSEA:  There are -- I think the answer is no.

25   There are some questions as to whether the 4,400 signs that

1    preexisted before the injunction issued; that those had

2    references to bulky items.

3            We have tried to address that with overlays and

4    sometimes we're not sure what's happening to the overlays;

5    but out of the 4,400, I believe there was 100 at one point

6    that there was questions about why the overlays were not on

7    them.

8            We since then deployed Sanitation to put overlays

9    on them and they are under instruction to continue to look

10   at those signs which are in over one thousand locations

11   across the city to ensure that the overlays are on the bulky

12   items references.

13           THE COURT:  All right.

14           So is it your understanding and belief that now

15   there are no signs out there that refer to bulky items?

16           MS. URSEA:  That is my understanding, yes.

17           THE COURT:  All right.

18           Well, if I were you, after this call, I would make

19   some more calls and make sure that your understanding is

20   correct because, as I said, I don't want to have another

21   motion like this to have to deal with.  When I make an

22   order, I expect it to be fully complied with.

23           I'll hear from the plaintiffs just briefly if you

24   have something you want to comment about what Ms. Ursea has

25   said; and otherwise you were asking about some type of

1   remedial notice so I would like to know what you had in mind

2   and whether you have any concerns about future compliance

3   from the City that I need to address.

4           MS. MYERS:  Sure, Your Honor.  Thank you.  This is

5   Shayla Myers on behalf of the plaintiff.

6           The only issue that I would rise; and, obviously,

7   we have some concerns about how the -- this provision was

8   implemented; and while we appreciate the City's statement

9   that no bulky items have been taken, there is no evidence on

10  the record of that particular point.

11          There are statements of last foundation --

12          THE COURT:  I don't want to talk about that.  I

13  want to talk about the questions that I asked you.

14          MS. MYERS:  Sure, Your Honor.

15          The one concern that we have is Ms. Ursea noticed

16  that the Exhibit A was amended after the Court issued its

17  injunction.

18          I think both the City Attorney's office and we

19  believe that this notice is not consistent with the Court's

20  order and we're concerned that that -- that this notice was

21  amended and issued by LA Sanitation after the Court's

22  injunction was issued.

23          AND so our concern is that this notice is not

24  consistent with the Court's order, and we want to be clear

25  that this notice is not consistent with the Court's order

 1   because somehow between LA Sanitation amending this notice

 2   and then posting it, there was some approval process along

 3   the way that allowed them to amend a posted notice

 4   repeatedly over weeks.

 5          So that does raise considerable concern to us

 6   about what instruction LA Sanitation is giving related to

 7   the bulky items because while there was a technical

 8   amendment and they removed 5611(3)(i) from the notice, the

 9   notice itself is simply not compliant with the injunction

10   and the City Attorney's office has agreed with us on that

11   point.

12          With regards to the remedial notice, what we would

13   ask is that the City post remedial notices in the poor

14   neighborhoods where they posted these notices erroneously,

15   where they stated to individuals, after the Court's

16   injunction was issued, that the City was prohibiting bulky

17   items and would be removing them.

18          Those remedial notices could be as simple and

19   straightforward as similar notices that state that the Court

20   is enjoined from enforcing the bulky-item provision.

21          But there are four distinct neighborhoods and the

22   individuals who are living in those neighborhoods that were

23   informed by notices posted on their belongings telling them

24   that the City could take those belongings at any time.

25          That obviously is inconsistent with this Court's

1   order and we think, as a remedy, it would be very

2   straightforward to simply post similar notices informing the

3   individuals in those neighborhoods that that is in fact not

4   the case.

5             THE COURT:  All right.

6             You said you agreed that the notices were not in

7   compliance with my order.  Has that been addressed now?  I'm

8   not sure where we are with that.

9             Ms. Myers?

10            MS. MYERS:  I'm sorry.

11            The notices that the City posted, the notice of

12  bulky-item notices that the City posted on August 4, 7, and

13  12, I think everyone agrees that those notices are not in

14  compliance with this Court's order.

15            Our concern is that those notices were drafted

16  after this Court issued your order; and so our concern is

17  that the City drafted -- and Ms. Ursea mentioned this -- the

18  City drafted those notices after the Court issued its order

19  and proceeded to post them after we pointed out that they

20  violated the Court order.

21            The City is now saying they won't post them going

22  forward.  We just want to make sure that the parties are in

23  agreement that the notices violate the Court order and

24  they're not acting in compliance with what is stated on

25  these notices.

```
 1          THE COURT:  Well, the City has said -- frankly,
 2   too many times in my view -- that nobody's these items were
 3   taken.  I want a representation that the notices that aren't
 4   compliant will not be used anymore.
 5          Ms. Ursea, how are you going to make sure that
 6   doesn't happen because I'm going to hold you responsible?
 7          MS. URSEA:  I'm not sure how to answer that, Your
 8   Honor.  I mean, I will certainly use my best efforts to
 9   communicate with the highest level at Sanitation and their
10   attorneys to ensure that this is -- the importance of this
11   is imposed upon them.
12          But I have done that in the past as well and I'm
13   not sure what more representation I can give to the Court.
14          I also --
15          THE COURT:  Well, you're going to -- stop.  You're
16   going to give them -- stop it.  Stop.
17          You're going to give them notice in writing and
18   then you're going to provide that to me and you are going to
19   advise them that if further noncompliant notices are posted,
20   then they are going to be held responsible and I'm going to
21   find out why they shouldn't be held in contempt.
22          We can't have one set of lawyers saying:  What do
23   you want from me?  I told a different set of lawyers what
24   the judge wanted and then who knows what happened but
25   something we want wrong.
```

```
 1          That's got to stop.  I don't care that there are
 2   two different agencies.  Doesn't matter to me who has to
 3   talk to who or what has to be done.  You just have to follow
 4   my order.
 5          And if people who are responsible don't follow my
 6   order, they're going to be in contempt.  So as I said,
 7   you're responsible.  You figure it out.  You document it.
 8   You get it to me so that I know who I'm coming after if
 9   people don't follow my order.
10          MS. URSEA:  Understood.
11          THE COURT:  Excellent.
12          Why don't the two of you talk -- or however many
13   are on the phone -- and come up with some remedial notice
14   that you will post for some period of time.
15          I think two weeks would be sufficient.
16          Wherever these ersatz notices were posted causing
17   problems for people; and if you can resolve it yourself,
18   fine, you don't have to come back to me.
19          If you can't, then let me know and I will make
20   some sort of order.  But some remedial notice will be posted
21   for at least two weeks.
22          MS. URSEA:  Understood.
23          THE COURT:  Anything further?
24          MS. MYERS:  No, Your Honor.
25          THE COURT:  All right.  Thank you very much.
```

```
 1          MS. MYERS:  Thank you.

 2               (At 1:55 p.m., proceedings were concluded.)

 3

 4                         -oOo-

 5

 6                       CERTIFICATE

 7

 8          I, PAT CUNEO, CSR 1600, hereby certify that

 9  pursuant to Section 753, Title 28, United States Code, the

10  foregoing is a true and correct transcript of the

11  stenographically reported proceedings held in the

12  above-entitled matter and that the transcript page format is

13  in conformance with the regulations of the Judicial

14  Conference of the United States.

15
    Date:  October 16, 2020
16

17

18

19

20                         /s/_____

21                         PAT CUNEO, OFFICIAL REPORTER
                           CSR NO. 1600
22

23

24

25
```

MR. DERMER: [1]  4/3
MR. LEBRON: [1]  4/1
MR. ONUGER: [2]  3/13 3/21
MS. MYERS: [6]  3/9 15/4 15/14 17/10 19/24 20/1
MS. SWEETSER: [2]  3/11 3/17
MS. URSEA: [23]
THE CLERK: [1]  3/5
THE COURT: [32]

**-**
-and [1]  2/9
-oOo [2]  3/2 20/4

**/**
/s [1]  20/20

**0**
0731 [1]  2/13

**1**
1,080 [2]  7/4 9/25
10 [1]  12/12
100 [1]  14/5
11543 [1]  2/12
12 [2]  12/13 17/13
16 [1]  20/15
1600 [3]  1/20 20/8 20/21
1782 [1]  1/23
19-6182 [1]  3/5
19-6182-DSF-PLA [1]  1/8
1:30 [3]  1/18 3/1 3/3
1:55 [1]  20/2

**2**
200 [1]  2/17
2020 [3]  1/18 3/1 20/15
213-473-6850 [1]  2/18
213-640-3983 [1]  2/4
213-680-8400 [1]  2/8
213-894-1782 [1]  1/23
213-978-7559 [1]  2/18
213-978-7569 [1]  2/18
23 [2]  1/18 3/1
28 [1]  20/9
29th [1]  2/7

**3**
310-396-0731 [1]  2/13
333 [1]  2/7
350 [1]  1/22
3983 [1]  2/4

**4**
4,400 [2]  13/25 14/5
4311 [1]  1/22

**5**
5611 [3]  6/14 6/14 16/8

**6**
6182 [1]  3/5
675 [1]  2/17
6850 [1]  2/18

**7**
7000 [1]  2/3
753 [1]  20/9
7559 [1]  2/18
7569 [1]  2/18

**8**
8400 [1]  2/8

**9**
90003 [1]  2/3
90012 [2]  1/23 2/17
90064 [1]  2/12
90071 [1]  2/8

**A**
able [2]  4/16 12/9
about [12]  4/23 8/13 8/20 11/8 14/6 14/24 14/25 15/2 15/7 15/12 15/13 16/6
above [1]  20/12
above-entitled [1]  20/12
access [1]  5/4
across [1]  14/11
acting [1]  17/24
actually [2]  6/15 12/5
ad [1]  5/3
ADA [1]  5/17
additional [1]  8/15
address [3]  9/21 14/3 15/3
addressed [2]  13/23 17/7
adjust [1]  6/21
adjustments [3]  13/11 13/14 13/15
advise [1]  18/19
advised [2]  7/12 7/12
after [11]  6/10 7/4 8/12 14/18 15/16 15/21 16/15 17/16 17/18 17/19 19/8
afternoon [3]  3/24 4/1 4/3
again [3]  10/6 12/10 12/13
agencies [1]  19/2
agreed [2]  16/10 17/6
agreement [1]  17/23
agrees [1]  17/13
AID [1]  2/2
al [4]  1/6 1/9 3/6 3/6
ALEXANDER [1]  2/6
all [16]  3/3 3/14 3/23 4/5 5/7 5/24 7/5 7/8 9/15 11/1 12/1 13/10 14/13 14/17 17/5 19/25
allowed [1]  16/3
along [1]  16/2

**A**
also [17]  4/4 8/6 8/6 10/10 10/22 11/22 18/14
amend [1]  16/3
amended [5]  6/10 6/10 6/13 15/16 15/21
amending [1]  16/1
amendment [1]  16/8
among [1]  6/4
ANGELES [11]  1/9 1/17 1/23 2/2 2/3 2/8 2/12 2/14 2/17 3/1 3/6
another [2]  5/19 14/10
answer [4]  7/20 9/18 13/24 18/7
any [9]  4/12 10/12 10/13 10/17 10/18 10/22 10/24 15/2 16/24
anymore [1]  18/4
anyone [1]  4/11
anything [4]  7/13 13/21 13/22 19/23
apart [1]  10/16
apparently [1]  12/11
appearance [1]  3/16
appearances [2]  2/1 3/7
appeared [1]  3/20
appreciate [1]  15/8
approval [1]  16/2
April [1]  4/23
are [33]
areas [3]  6/24 6/25 7/2
aren't [1]  18/3
arising [1]  9/21
around [1]  6/24
art [1]  10/15
as [14]  5/3 7/2 7/7 9/1 10/18 12/22 12/23 13/25 14/20 16/18 16/19 17/1 18/12 19/6
ask [1]  16/13
asked [1]  15/13
asking [1]  14/25
Assistant [1]  10/7
at [20]  2/2 2/6 2/11 2/15 2/15 2/16 5/23 5/24 6/1 6/20 6/24 8/10 9/21 11/9 14/5 14/10 16/24 18/9 19/21 20/2
attorney [7]  2/2 2/6 2/11 2/15 2/15 2/16 9/1
ATTORNEY'S [3]  2/14 15/18 16/10
attorneys [6]  7/25 8/4 8/5 8/17 8/20 18/10
August [4]  9/16 12/12 12/13 17/12
August 10 [1]  12/12
August 12 [1]  12/13
August 4 [1]  17/12
avoid [1]  10/18
aware [1]  5/4

**B**
back [5]  5/8 7/11 7/20

**B**
7/22 19/18
Badirian [1]  3/4
based [1]  12/20
be [29]
because [9]  5/16 9/25 10/15 11/20 12/10 14/20 16/1 16/7 18/6
been [16]  4/16 6/25 9/10 9/11 9/12 10/5 10/19 10/20 11/20 11/21 11/24 11/24 13/2 13/23 15/9 17/7
before [2]  11/6 14/1
behalf [2]  3/9 15/5
being [6]  5/25 8/7 9/4 9/19 10/19 13/12
belief [1]  14/14
believe [2]  14/5 15/19
belongings [2]  16/23 16/24
best [1]  18/8
between [1]  16/1
blocking [2]  5/4 5/17
both [1]  15/18
Boulevard [2]  2/12
bridge [1]  6/25
briefly [1]  14/23
broadcast [1]  4/12
Broadway [1]  2/3
brought [1]  4/15
bulky [29]
bulky-item [8]  6/11 6/15 10/9 10/14 10/18 10/22 16/20 17/12
bulky-items [1]  6/22
but [16]  5/23 6/17 6/20 8/12 9/23 9/23 10/16 11/6 11/20 12/18 12/19 14/5 16/21 18/12 18/24 19/20

**C**
CA [1]  3/1
CALIFORNIA [7]  1/2 1/17 1/23 2/3 2/8 2/12 2/17
call [3]  3/4 4/9 14/18
Calling [1]  3/5
calls [2]  11/19 14/19
can [7]  11/5 11/17 12/20 12/21 13/1 18/13 19/17
can't [4]  9/2 9/6 18/22 19/19
care [1]  19/1
case [2]  3/4 17/4
CATHERINE [2]  2/11 3/11
causing [2]  5/5 19/16
ceased [1]  6/23
CENTRAL [1]  1/2
certainly [2]  11/20 18/8
CERTIFICATE [1]  20/6
certify [1]  20/8
cessation [1]  6/22
cetera [1]  11/11

**C**
challenged [1]  4/24
charge [2]  9/6 9/15
checking [1]  9/6
Chief [1]  10/7
circumstances [1]  10/22
city [31]
City's [1]  15/8
Civil [1]  1/19
cleaned [1]  7/1
cleaning [2]  12/24 13/2
cleanings [11]  4/22 4/25 5/3 5/3 5/23 5/24 6/3 6/6 7/3 7/10 7/17 7/20
cleanup [2]  10/10 10/21
cleanups [1]  6/18 13/18
clear [3]  8/24 9/10 15/24
CM [1]  1/20
Code [1]  20/9
collect [1]  5/14
come [2]  19/13 19/18
comfort [1]  12/4
coming [2]  9/3 19/8
comment [1]  14/24
communicate [1]  18/9
communicated [6]  9/11 11/19 11/20 11/24 11/25 12/18
communication [1]  12/17
completely [1]  6/3
compliance [2]  7/6 7/15 10/8 15/2 17/7 17/14 17/24
compliant [3]  10/1 16/9 18/4
complied [2]  9/12 14/22
comply [1]  5/10
comprehensive [6]  5/24 10/10 10/21 13/17 13/17 13/18
concern [5]  15/15 15/23 16/5 17/15 17/16
concerned [2]  11/8 15/20
concerns [2]  15/2 15/7
concluded [1]  20/3
conducted [1]  4/23
Conference [1]  20/14
conformance [1]  20/13
confusion [1]  10/18
considerable [1]  16/5
consistent [3]  15/19 15/24 15/25
contact [1]  8/19
contempt [3]  1/19 18/21 19/6
continue [2]  13/18 14/9
continuing [1]  10/23
correct [2]  14/20 20/10
could [7]  5/18 5/21

**C**

**could...** [5] 7/18 8/14 11/25 16/18 16/24
**counsel** [3] 2/1 3/7 3/8
**court** [11] 1/1 4/14 11/5 11/18 15/16 16/19 17/16 17/18 17/20 17/23 18/13
**Court's** [8] 8/6 15/19 15/21 15/24 15/25 16/15 16/25 17/14
**Courthouse** [1] 1/21
**Covid** [3] 6/4 6/21 9/21
**CRR** [1] 1/20
**CRR-CM** [1] 1/20
**CSR** [3] 1/20 20/8 20/21
**csweetser** [1] 2/13
**CUNEO** [4] 1/20 4/14 20/8 20/21
**current** [1] 11/16
**CV** [2] 1/8 3/5

**D**

**DALE** [1] 1/4
**date** [5] 5/8 11/3 11/4 11/6 20/15
**day** [1] 12/1
**deal** [1] 14/21
**dealing** [1] 12/10
**declaration** [3] 6/12 10/11 11/17
**Defendants** [2] 1/10 2/14
**deployed** [1] 14/8
**deploying** [1] 6/7
**DERMER** [2] 2/16 4/4
**description** [1] 13/3
**destroy** [1] 13/19
**destruction** [1] 6/16
**developing** [1] 6/23
**did** [5] 7/22 7/23 8/16 11/3 12/16
**didn't** [5] 4/16 4/21 8/23 9/2 9/16
**different** [4] 6/3 13/5 18/23 19/2
**discard** [1] 8/11
**discarded** [2] 5/22 9/11
**discussion** [1] 12/12
**discussions** [1] 8/8
**distinct** [1] 16/21
**distributed** [2] 7/25 8/1
**DISTRICT** [2] 1/1 1/2
**diversion** [1] 6/21
**diverted** [1] 6/2
**DIVISION** [2] 1/3 11/2
**do** [8] 4/13 7/16 7/22 7/23 9/2 11/3 13/15 18/22
**docket** [1] 9/4
**document** [1] 19/7
**documented** [2] 5/22 11/5

**does** [3] 7/13 10/6 16/5
**doesn't** [3] 7/13 18/6 19/2
**doing** [2] 6/6 12/6
**don't** [14] 9/18 11/4 11/4 11/6 11/24 12/3 12/10 14/20 15/12 19/1 19/5 19/9 19/12 19/18
**done** [4] 12/8 13/12 18/12 19/3
**down** [2] 9/7 9/8
**drafted** [3] 17/15 17/17 17/18
**DSF** [1] 1/8
**during** [1] 13/2

**E**

**East** [1] 2/16
**ECIs** [1] 7/14
**efforts** [1] 18/8
**egress** [1] 5/17
**either** [2] 5/4 5/18
**ELIZABETH** [1] 2/11
**ELLIS** [2] 2/5 3/22
**else** [2] 4/9 4/11
**email** [3] 8/25 11/19 11/25
**emailed** [1] 8/2
**emails** [1] 12/1
**employees** [3] 5/14 6/1 11/11
**ended** [1] 7/9
**enforced** [1] 10/19
**enforcement** [2] 10/14 11/21
**enforcing** [1] 16/20
**enjoined** [1] 16/20
**enough** [1] 8/25
**ensure** [2] 14/11 18/10
**entirely** [1] 10/9
**entitled** [1] 20/12
**Environmental** [2] 7/15 10/8
**erroneously** [1] 16/14
**ersatz** [1] 19/16
**especially** [1] 5/10
**et** [5] 1/6 1/9 3/5 3/6 11/11
**et cetera** [1] 11/11
**every** [2] 7/1 9/6
**everybody** [1] 12/5
**everyone** [2] 4/6 17/13
**evidence** [2] 11/18 15/9
**Excellent** [1] 19/11
**Exhibit** [5] 6/12 10/11 13/16 13/16 15/16
**Exhibit A** [3] 6/12 13/16 15/16
**Exhibit B** [1] 13/16
**expect** [1] 14/22
**explanation** [1] 11/18

**F**

**fact** [4] 4/20 8/9 10/13 17/3

**federal** [1] 5/10
**FELIX** [2] 2/15 4/2
**Felix Lebron** [1] 4/2
**felix.lebron** [1] 2/19
**figure** [1] 19/7
**filed** [4] 4/16 8/7 8/9 11/6
**find** [1] 18/21
**fine** [1] 19/18
**first** [5] 1/21 1/22 4/22 8/10 10/8
**FISCHER** [1] 1/4
**Floor** [1] 2/7
**focus** [4] 4/22 6/18 7/9 9/20
**focused** [1] 6/4
**follow** [4] 8/16 19/3 19/5 19/9
**followed** [2] 7/7 9/24
**following** [1] 8/6
**foregoing** [1] 20/10
**format** [1] 20/12
**fortunate** [1] 9/14
**forward** [3] 8/24 10/4 17/22
**foundation** [2] 2/2 15/11
**four** [1] 16/21
**frankly** [1] 18/1
**fully** [1] 14/22
**further** [4] 8/13 13/11 18/19 19/23
**future** [2] 4/18 11/9 15/2

**G**

**GABRIEL** [2] 2/16 4/4
**Gabriel Dermer** [1] 4/4
**gabriel.dermer** [1] 2/19
**GARCIA** [2] 1/6 3/5
**get** [3] 9/8 12/8 19/8
**gets** [1] 9/7
**getting** [2] 7/9 11/11
**give** [3] 18/13 18/16 18/17
**given** [2] 5/6 8/13
**giving** [2] 12/4 16/6
**gmail.com** [1] 1/24
**go** [1] 7/19
**going** [17] 7/11 8/24 9/5 10/4 12/9 12/17 17/21 18/5 18/6 18/15 18/16 18/17 18/18 18/18 18/20 18/20 19/6
**good** [4] 3/24 4/1 4/3 8/25
**got** [2] 7/22 19/1
**gotten** [1] 10/5

**H**

**had** [8] 5/16 8/10 8/17 8/18 12/11 13/2 14/1 15/1
**Hall** [1] 2/16
**handwashing** [1] 6/7

**happen** [5] 9/16 10/6 11/3 12/16 18/6
**happened** [2] 12/11 18/24
**happening** [1] 14/4
**HARRIS** [2] 2/10 3/18
**has** [15] 6/25 9/11 9/12 10/5 10/8 10/20 11/20 11/24 13/2 14/24 16/10 17/7 18/1 19/2 19/3
**hasn't** [3] 10/19 11/21 13/23
**have** [29]
**having** [1] 8/7
**hazard** [2] 5/5 5/23 13/20
**he** [1] 10/8
**health** [4] 5/5 5/16 5/22 13/19
**hear** [1] 14/23
**held** [3] 18/20 18/21 20/11
**helping** [1] 9/22
**hereby** [1] 20/8
**highest** [1] 18/9
**his** [1] 10/11
**hoc** [1] 5/3
**HOFFMAN** [2] 2/10 3/19
**hold** [1] 18/6
**homeless** [2] 6/5 9/22
**homes** [1] 6/25
**Honor** [11] 3/10 3/21 3/24 4/1 4/3 5/1 9/9 15/4 15/14 18/8 19/24
**HONORABLE** [1] 1/4
**Hope** [1] 2/7
**how** [10] 8/1 8/1 10/4 10/5 11/11 11/24 12/16 15/7 18/5 18/7
**Howard** [1] 10/7
**however** [1] 19/12

**I**

**I'll** [1] 14/23
**I'm** [15] 3/14 3/17 3/18 8/22 9/1 11/8 11/16 11/23 17/7 17/10 18/6 18/7 18/12 18/20 19/8 19/19 19/17 19/19
**if** [18] 4/7 4/11 5/16 5/18 5/22 7/17 8/14 11/4 11/5 11/18 12/16 14/18 14/23 18/19 19/5 19/8 19/17 19/19
**immediately** [1] 5/9
**implemented** [2] 8/17 9/8 15/8
**importance** [1] 18/10
**imposed** [1] 18/11
**inconsistent** [1] 16/25
**indicated** [1] 13/11
**individuals** [4] 6/5 16/15 16/22 17/3
**inform** [1] 5/13
**informed** [1] 16/23
**informing** [1] 17/2

**ingress** [1] 5/17
**injunction** [8] 7/24 8/9 8/12 14/1 15/17 15/22 16/9 16/16
**injunctions** [1] 8/6
**inspect** [1] 10/23
**inspectors** [1] 7/15
**instances** [1] 12/23
**instructed** [3] 7/17 8/11 10/20
**instruction** [3] 10/17 14/9 16/6
**instructions** [3] 8/13 8/13 8/15
**interrupt** [1] 8/23
**Investigators** [1] 7/15
**is** [54]
**issuance** [1] 5/10
**issue** [2] 11/17 15/6
**issued** [13] 5/8 6/10 7/4 8/12 8/15 9/4 14/1 15/16 15/21 15/22 16/16 17/16 17/18
**issues** [1] 9/21
**it** [38]
**it's** [5] 3/3 3/17 11/16 11/24 12/4
**item** [10] 6/11 6/15 9/5 10/9 10/14 10/18 10/22 12/24 16/20 17/12
**items** [25]
**its** [2] 15/16 17/18
**itself** [1] 16/9

**J**

**JANET** [2] 1/6 3/5
**judge** [2] 1/4 18/24
**Judicial** [1] 20/13
**July** [3] 4/23 6/19 7/10
**just** [12] 4/22 5/19 8/23 8/24 9/2 9/18 10/4 10/18 13/6 14/23 17/22 19/3

**K**

**keep** [1] 4/17
**kind** [1] 6/8
**KIRKLAND** [2] 2/5 3/22
**kirkland.com** [1] 2/9
**know** [11] 4/9 4/21 11/4 11/9 11/12 11/24 12/1 12/5 15/1 19/8 19/19
**known** [1] 9/24
**knows** [2] 12/5 18/24

**L**

**LA** [3] 15/21 16/1 16/6
**LA Sanitation** [1] 16/6
**lacity.org** [3] 2/18 2/19 2/19
**lafla.org** [1] 2/4
**LAMC** [2] 6/14 6/14
**last** [1] 15/11
**late** [1] 7/10
**later** [1] 8/12

**L**

LAW [6] 2/2 2/6 2/11 2/15 2/15 2/16
lawyer [2] 7/21 7/23
lawyers [2] 18/22 18/23
least [1] 19/21
LEBRON [2] 2/15 4/2
LEGAL [1] 2/2
let [6] 4/19 4/22 7/19 8/21 8/24 19/19
let's [2] 3/8 5/8
level [3] 11/18 14/21 15/1
like [3] 11/18 14/21 15/1
line [1] 4/11
literally [1] 13/7
Liveability [2] 11/1 11/10
living [1] 16/22
LLP [2] 2/5 2/10
location [1] 5/20
locations [2] 7/5 14/10
long [1] 12/1
look [1] 14/9
LOS [11] 1/9 1/17 1/23 2/2 2/3 2/8 2/12 2/14 2/17 2/24 3/6
lot [1] 4/20

**M**

made [3] 3/16 5/4 13/12
main [3] 2/17 5/12 5/13
make [10] 8/17 8/24 9/3 9/7 14/18 14/19 14/21 17/22 18/5 19/19
many [4] 11/14 11/14 12/9 19/12
matter [2] 19/2 20/12
me [17] 4/19 4/20 4/22 4/23 5/9 7/13 7/19 8/21 8/24 12/4 12/9 18/18 18/23 19/2 19/8 19/18 19/19
mean [3] 7/13 8/23 18/8
mentioned [1] 17/17
MICHAEL [3] 2/6 3/13 3/21
michael.onufer [1] 2/9
mind [2] 4/17 15/1
missed [1] 7/8
missing [2] 10/24 13/21
more [4] 11/8 11/18 14/19 18/13
mostly [1] 4/15
motion [3] 1/19 13/23 14/21
mouth [1] 9/3
move [1] 13/20
moved [1] 5/19
Mr. [3] 6/12 13/10 13/10

**Mr. Orozco** [1] 13/10
**Mr. Wong** [1] 13/10
**Mr. Wong's** [1] 6/12
**Ms. [9]** 3/4 3/15 4/14 12/7 14/24 15/15 17/9 17/17 18/5
**Ms. Badirian** [1] 3/4
**Ms. Cuneo** [1] 4/14
**Ms. Myers** [3] 3/15 17/9
**Ms. Ursea** [5] 12/7 14/24 15/15 17/17 18/5
much [1] 19/25
multiple [1] 11/15
mute [2] 4/6 4/8
my [13] 4/13 5/9 7/11 9/3 9/7 12/20 14/16 17/7 18/12 18/8 19/4 19/5 19/9
MYERS [5] 2/2 3/9 3/15 15/5 17/9

**N**

name [1] 3/16
names [1] 3/15
need [4] 4/16 4/21 12/8 15/3
needs [2] 9/8 12/5
neighborhoods [4] 16/14 16/21 16/22 17/3
next [1] 3/15
no [12] 1/8 4/13 5/2 6/17 6/18 10/13 13/24 14/15 15/9 15/9 19/24 20/21
nobody's [1] 18/2
noncompliant [1] 18/19
North [1] 2/17
not [48]
notice [28]
noticed [1] 15/15
notices [29]
notify [1] 7/3
notifying [1] 13/1
now [6] 9/15 10/16 13/21 14/14 17/7 17/21

**O**

O-n-u-f-e-r [1] 3/22
obtain [1] 13/1
obviously [2] 15/6 16/25
occurring [1] 5/24
October [1] 20/15
off [5] 4/8 4/19 5/20 6/17 9/6
office [4] 2/14 7/22 15/18 16/10
officer [1] 10/8
official [1] 1/21 4/13 20/21
Okay [3] 7/19 8/3 13/9
Olympic [1] 2/12
on [25]
once [1] 7/9

**O-n-e** [1] 5/13 6/9 9/17 9/18 14/5 14/10 15/15 18/22
only [3] 5/21 10/20 15/6
ONUFER [3] 2/6 3/13 3/21
oOo [2] 3/2 20/4
operationally [1] 9/10
operations [3] 6/21 6/23 8/20
oppositions [1] 11/7
or [19] 4/12 5/4 5/11 5/17 5/17 5/20 7/12 7/15 7/23 9/11 9/24 10/5 10/17 11/10 11/19 11/19 13/20 19/3 19/12
order [25]
ordered [2] 4/12 8/18
ordinance [1] 10/16
original [1] 7/11
Orozco [1] 13/10
other [9] 3/15 3/20 4/13 7/1 7/23 9/18 9/20 9/24 12/23
otherwise [1] 14/25
our [4] 11/6 15/23 17/15 17/16
out [12] 4/17 9/3 11/12 11/14 12/5 12/13 13/22 14/5 14/15 17/19 18/21 19/7
over [2] 14/10 16/4
overlay [1] 10/25
overlays [6] 10/24 14/3 14/4 14/6 14/8 14/11
overlooked [1] 9/23
own [2] 4/17 8/5

**P**

p.m [3] 1/18 3/1 20/2
page [1] 20/12
paper [9] 4/24 5/2 6/19 7/8 9/4 9/16 10/2 11/2 13/8
papers [3] 4/19 8/7 9/13
part [1] 5/11
particular [2] 12/19 15/10
parties [1] 17/22
pass [1] 9/6
past [1] 18/12
PAT [3] 1/20 20/8 20/21
patcuneo1600 [1] 1/24
PATRICIA [3] 2/15 3/25 5/1
Patricia Ursea [1] 3/25
patricia.ursea [1] 2/18
people [8] 7/3 10/6 11/11 11/14 12/2 19/5 19/9 19/17
period [1] 19/14
permanent [5] 7/2 7/5 9/25 10/23 11/22

permitted [1] 4/13
person [2] 3/15 3/20 9/4 11/20 13/7
phone [2] 11/19 19/13
pick [2] 13/3 13/6
piece [1] 13/7
PLA [1] 1/8
plaintiff [1] 15/5
plaintiffs [7] 1/7 2/2 2/5 3/10 3/12 3/13 14/23
plaintiffs' [2] 1/19 3/8
please [4] 3/4 3/7 3/16 4/6
point [5] 8/10 11/9 14/5 15/10 16/11
pointed [1] 17/19
poor [1] 16/13
population [1] 9/22
portable [1] 6/8
posed [1] 5/22
post [6] 12/25 16/13 17/2 17/19 17/21 19/14
post-removal [1] 12/25
posted [10] 7/9 12/22 16/3 16/14 16/23 17/11 17/12 18/19 19/16 19/20
posting [1] 16/2
potential [1] 5/5
pre [1] 12/22
pre-removal [1] 12/22
preexisted [1] 14/1
preliminary [1] 8/9
PRESIDING [1] 1/4
prevent [1] 6/4
problems [1] 19/17
proceeded [1] 17/19
proceeding [1] 4/12
proceedings [3] 1/15 20/2 20/11
process [1] 16/2
prohibiting [1] 16/16
properly [1] 10/3
protocols [1] 13/11
provide [1] 18/18
provided [1] 7/2
provision [6] 6/15 6/22 10/15 10/19 15/7 16/20
provisions [1] 11/21
pulled [1] 13/7
purpose [2] 13/4 13/8
pursuant [1] 20/9
put [5] 4/6 7/5 9/25 10/1 14/8
putting [1] 10/24

**Q**

question [2] 7/11 7/21
questions [3] 13/25 14/6 15/13

**R**

raise [1] 16/5
rather [2] 6/6 7/16
Re [1] 1/19

read [1] 12/2
really [3] 4/15 4/21 11/23
recall [1] 11/3
recognizing [1] 3/14
record [3] 4/12 12/19 15/10
refer [2] 11/9 14/15
reference [1] 10/13 10/25
references [4] 6/14 10/12 14/2 14/12
referring [1] 11/10
refers [1] 13/22
reflect [1] 11/22
regarding [1] 5/11
regards [1] 16/12
regulations [1] 20/13
related [1] 16/6
remedial [6] 15/1 16/12 16/13 16/18 19/13 19/20
remedy [1] 17/1
remember [1] 4/7
reminder [1] 13/18
removal [6] 6/15 12/22 12/25
remove [4] 5/16 6/14 7/17 12/24
removed [2] 13/2 16/8
removes [1] 10/12
removing [1] 16/17
RENEE [1] 2/2
repeatedly [1] 16/4
reported [1] 20/11
reporter [3] 1/21 4/14 20/21
REPORTER'S [1] 1/15
representation [2] 18/3 18/13
required [1] 7/2
resolve [1] 19/17
resources [1] 6/2
responsibility [2] 9/1 12/8
responsible [4] 18/6 18/20 19/5 19/7
resumed [1] 7/10
revised [2] 10/21 13/17
right [18] 3/3 3/14 3/23 4/5 5/7 7/21 8/5 9/17 10/4 10/5 10/5 11/1 12/14 13/10 14/13 14/17 17/5 19/25
rise [1] 15/6
Room [2] 1/22 2/17

**S**

S-w-e-e-t-s-e-r [1] 3/18
safety [2] 5/22 13/19
said [8] 7/12 8/3 9/3 14/20 14/25 17/6 18/1 19/6
same [3] 6/1 6/20 6/24
Sanctions [1] 1/19
Sanitation [17] 5/14

**S**

Sanitation... [16] 6/1 7/12 7/14 7/16 8/10 8/17 8/19 9/20 10/16 10/20 11/10 14/8 15/21 16/1 16/6 18/9
Sanitation's [2] 7/25 8/3
satisfied [1] 11/23
satisfies [1] 12/9
satisfy [1] 12/9
saw [1] 9/13
say [3] 4/7 8/23 12/7
saying [3] 9/2 17/21 18/22
says [1] 6/15
Schonbrum [1] 3/18
SCHONBRUN [1] 2/10
Section [1] 20/9
seized [1] 9/11
send [2] 12/1 12/1
sending [1] 8/25
sense [1] 9/22
separate [1] 10/16
SEPLOW [2] 2/10 3/18
September [2] 1/18 3/1
services [3] 7/1 11/2 11/10
servicing [1] 6/7
set [2] 18/22 18/23
SHAYLA [3] 2/2 3/9 15/5
Shayla Myers [2] 3/9 15/5
should [1] 4/16
shouldn't [1] 18/21
side [1] 5/20
sign [3] 6/9 6/11 10/18
signage [1] 7/2
signs [15] 5/11 7/4 7/5 7/6 7/7 7/8 9/25 9/25 10/13 10/23 10/24 11/22 13/25 14/10 14/15
similar [2] 16/19 17/2
simple [1] 16/18
simply [2] 16/9 17/2
since [1] 14/8
situations [1] 5/16
smyers [1] 2/4
so [37]
some [10] 7/23 13/25 14/19 14/25 15/7 16/2 19/13 19/14 19/20 19/20
somebody [1] 13/1
somebody's [1] 9/5
somehow [2] 12/14 16/1
someone [2] 4/9 11/10
something [6] 4/7 5/4 5/17 6/2 14/24 18/25
sometimes [2] 12/3 14/4
somewhere [1] 5/20

**T**

sorry [3] 3/17 8/22 17/10
sort [3] 5/3 8/15 19/20
South [1] 2/7
speaking [1] 4/7
speaks [1] 11/17
specific [4] 7/20 7/20 11/6 11/18
spell [1] 3/16
spot [3] 4/22 5/2 7/16
spread [1] 6/4
sshhzlaw.com [1] 2/13
start [2] 3/8 4/19
state [2] 3/7 16/19
stated [2] 16/15 17/24
statement [1] 15/8
statements [1] 15/11
STATES [3] 1/1 20/9 20/14
stations [1] 6/7
stenographically [1] 20/11
step [3] 5/8 5/13 9/7
steps [1] 5/9
still [1] 13/22
stop [7] 7/19 7/19 7/19 18/15 18/16 18/16 19/1
stopped [2] 10/9 11/2
store [1] 13/20
stored [4] 5/18 5/19 7/18 8/14
storing [1] 8/14
straightforward [2] 16/19 17/2
Street [4] 1/21 1/22 2/7 2/17
streets [1] 11/12
sufficient [1] 19/15
supplement [3] 11/5 11/17 12/20
supposed [4] 12/6 12/23 12/25 13/5
sure [13] 8/17 9/3 9/7 11/16 14/4 14/19 15/4 15/14 17/8 17/22 18/5 18/7 18/13
SWEETSER [3] 2/11 3/11 3/17

**T**

take [4] 4/8 9/5 11/14 16/24
taken [2] 6/17 15/9 18/3
talk [4] 15/12 15/13 19/3 19/12
teams [1] 11/15
technical [3] 6/11 6/13 16/7
tell [4] 4/15 4/23 5/9 7/13 7/23 9/2 12/21
telling [1] 16/23
term [1] 10/15
than [3] 3/15 4/13 6/6
Thank [5] 4/5 5/7 15/4 19/25 20/1

**U**

that [127]
that's [7] 5/12 7/9 9/5 9/14 10/15 12/11 19/1
their [4] 6/2 8/5 16/23 18/9
them [17] 5/16 9/17 12/2 12/2 13/20 13/20 14/7 14/9 16/3 16/17 16/23 17/19 17/21 18/11 18/16 18/17 18/19
then [14] 4/7 5/8 5/17 5/19 6/17 8/12 12/13 12/16 14/8 16/2 18/18 18/20 18/24 19/19
there [34]
there's [1] 7/1
these [10] 6/24 7/5 9/16 10/2 11/1 12/22 16/14 17/25 18/2 19/16
they [29]
they're [5] 11/19 12/6 13/19 17/24 19/6
thing [5] 5/12 6/8 12/17 13/7
things [3] 4/20 9/21 13/7
think [9] 3/3 7/8 9/23 12/2 13/24 15/18 17/1 17/13 19/15
third [1] 5/11
this [38]
thorough [1] 4/20
those [24]
thousand [1] 14/10
time [10] 5/21 5/23 6/1 6/20 6/24 7/3 8/10 9/21 16/24 19/14
times [1] 18/2
Title [1] 20/9
toilets [1] 6/9
told [2] 4/20 18/23
too [1] 18/2
took [2] 5/9 5/13
transcript [3] 1/15 20/10 20/12
tried [1] 14/3
true [1] 20/10
trying [2] 6/4 9/5
turned [1] 12/13
two [5] 10/2 19/2 19/12 19/15 19/21
type [1] 14/25
types [1] 5/6

**U**

under [2] 10/22 14/9
understand [2] 9/9 12/21
understanding [4] 12/20 14/14 14/16 14/19
Understood [2] 19/10 19/22
unfortunately [1] 9/18
UNITED [3] 1/1 20/9 20/14

unless [2] 4/6 13/19
until [2] 6/19 9/16
up [8] 7/5 7/9 8/16 9/25 10/1 13/3 13/6 19/13
updated [3] 9/17 10/3 10/10
updating [1] 9/15
upon [1] 18/11
URSEA [8] 2/15 3/25 5/1 12/7 14/24 15/15 17/17 18/5
us [2] 16/5 16/10
use [6] 10/20 10/21 11/12 13/15 13/16 18/8
used [4] 4/25 5/2 5/25 9/19 10/15 12/12 12/13 13/4 18/4
using [2] 10/9 11/2

**V**

various [1] 6/7
very [8] 4/20 6/10 6/13 7/20 7/20 9/14 17/1 19/25
view [1] 18/2
violate [1] 17/23
violated [1] 17/20

**W**

want [12] 7/20 9/9 12/10 14/20 14/24 15/12 15/13 15/24 17/22 18/3 18/23 18/25
wanted [2] 4/9 8/23 18/24
was [51]
wasn't [2] 12/19 12/22
way [6] 4/13 6/11 6/13 9/7 12/8 16/3
ways [1] 9/25
we [22]
we're [2] 14/4 15/20
Wednesday [2] 1/18 3/1
week [1] 7/1
weeks [3] 16/4 19/15 19/21
well [13] 3/14 5/12 7/2 8/21 9/17 11/8 11/23 12/16 12/18 14/18 18/1 18/12 18/15
were [39]
West [2] 1/22 2/12
WESTERN [1] 1/3
what [21]
what's [2] 10/18 14/4
when [5] 7/22 8/9 11/2 11/9 14/21
where [7] 8/10 13/1 13/3 13/6 16/14 16/15 17/8
Wherever [1] 19/16
whether [3] 11/19 13/25 15/2
which [10] 6/3 6/11 6/11 6/15 8/13 10/19

12/21 12/22 13/6 14/10
while [3] 6/20 15/8 16/7
who [14] 3/15 3/20 4/9 7/23 8/6 9/15 12/2 12/5 16/22 18/24 19/2 19/3 19/5 19/8
why [4] 9/16 14/6 18/21 19/12
will [6] 10/13 18/4 18/8 19/14 19/19 19/20
wishes [1] 11/5
won't [1] 17/21
Wong [2] 10/7 13/10
Wong's [1] 6/12
word [3] 10/5 10/5 11/11
words [1] 9/3
work [1] 4/17
workers [1] 7/16
would [15] 3/4 5/18 5/19 7/16 11/18 12/2 12/2 12/7 14/18 15/1 15/6 16/12 16/17 17/1 19/15
wouldn't [1] 12/12
writing [1] 18/17
wrong [2] 17/2 18/17
www.patcuneo.com [1] 1/24

**Y**

yes [7] 3/21 8/20 9/13 11/15 12/15 13/13 14/16
you [54]
you're [8] 4/6 9/6 12/9 18/15 18/15 18/17 18/18 19/7
your [23]
yourself [2] 4/6 19/17
yourselves [1] 4/8

**Z**

ZELDES [1] 2/10