| NAME | YARD | CLASS |
|---|---|---|
| ANGUIANO, BERENICE | CAZADOR | ECI |
| CARDENAS, DANIELA | CAZADOR | ECI |
| DANCEL, BERNARD | CAZADOR | ECI |
| MIRELES, ALYSSA | CAZADOR | ECI |
| NGUYEN, ALEXANDER | CAZADOR | ECI |
| PEDROSA, PHILIP | CAZADOR | ECI |
| OLMOS, SERGIO | CAZADOR | Maintenance Laborer |
| RODRIGUEZ, MARISSA | CAZADOR | Maintenance Laborer |
| ROJAS, RALPH | CAZADOR | Maintenance Laborer |
| TORRES, MARIO | CAZADOR | Maintenance Laborer |
| AGUIRRE, ADRIAN | CAZADOR | Refuse Collection Truck Operator |
| GALLARDO, FRANCISCO | CAZADOR | Refuse Collection Truck Operator |
| HEREDIA, ALFRED | CAZADOR | Refuse Collection Truck Operator |
| MACIAS, HECTOR | CAZADOR | Refuse Collection Truck Operator |
| MARTINEZ, CARLOS | CAZADOR | Refuse Collection Truck Operator |
| VALTIERRA, GABRIEL | CAZADOR | Refuse Collection Truck Operator |
| VIDAL, PRIMITIVA | CAZADOR | Sr. ECI |
| MOODY, FREDRICK | CAZADOR | Supervisors |
| CACHO, NICHOLAS | CLEANSTAT | Maintenance Laborer |
| CRANE, CHANTE | CLEANSTAT | Maintenance Laborer |
| DOUGLAS, KEIJUAN K | CLEANSTAT | Maintenance Laborer |
| DOWNING, DARREN | CLEANSTAT | Maintenance Laborer |
| GALVEZ, ITZAVANA | CLEANSTAT | Maintenance Laborer |
| MARTINEZ, FRANCISCO JR. | CLEANSTAT | Maintenance Laborer |
| MEJIA, DAVID R | CLEANSTAT | Maintenance Laborer |
| PAUL, DAVID | CLEANSTAT | Maintenance Laborer |
| RAMOS, GUADALUPE | CLEANSTAT | Maintenance Laborer |
| SALAZAR, ZEBADIAH | CLEANSTAT | Maintenance Laborer |
| ZAZUETA, IVAN | CLEANSTAT | Maintenance Laborer |
| AREVALO, SAMANTHA | DC Tillman | ECI |
| AVENDANO, ASHLEY | DC Tillman | ECI |
| BEATTIE, ROMY | DC Tillman | ECI |

| Name | Supervisor | Position |
|---|---|---|
| CAMPOS, GILBERTO | DC Tillman | ECI |
| DAMRON, ANDREW | DC Tillman | ECI |
| FERREIRA, EDWARD | DC Tillman | ECI |
| FLORES, AARON | DC Tillman | ECI |
| HU, YUAN-CHIEN | DC Tillman | ECI |
| KIM, JAY J | DC Tillman | ECI |
| MARINEZ, KARINA | DC Tillman | ECI |
| OKOLUE, BENJAMINE | DC Tillman | ECI |
| RIVAS, ROBERTO | DC Tillman | ECI |
| SAN MIGUEL, JESSE | DC Tillman | ECI |
| SAUCEDO, JAZMINE | DC Tillman | ECI |
| VILLAREAL, JOHN | DC Tillman | ECI |
| WILLIAMS, BRANDI | DC Tillman | ECI |
| BARRAGAN, ERNESTO | DC Tillman | Maintenance Laborer |
| CAMACHO, JUAN | DC Tillman | Maintenance Laborer |
| CEJA, MOSES | DC Tillman | Maintenance Laborer |
| CHAVEZ, ANTHONY | DC Tillman | Maintenance Laborer |
| CONTRERAS, SERGIO EDUARDO | DC Tillman | Maintenance Laborer |
| HERRERA, MARIO | DC Tillman | Maintenance Laborer |
| HUDSON, DAVID | DC Tillman | Maintenance Laborer |
| BANKS, DERWIN | DC Tillman | Refuse Collection Truck Operator |
| CABRERA, JOSE | DC Tillman | Refuse Collection Truck Operator |
| CAIN, ERNEST | DC Tillman | Refuse Collection Truck Operator |
| CLEMENTE, ROBERT | DC Tillman | Refuse Collection Truck Operator |
| DELEON, MAXIMILIANO | DC Tillman | Refuse Collection Truck Operator |
| DELUCAS, JOSEPH | DC Tillman | Refuse Collection Truck Operator |
| GALVEZ, SALOMON | DC Tillman | Refuse Collection Truck Operator |
| MARTINEZ, ALFRED | DC Tillman | Refuse Collection Truck Operator |
| NAJAR, JUAN | DC Tillman | Refuse Collection Truck Operator |
| POLAR, WARREN | DC Tillman | Refuse Collection Truck Operator |
| TORRES, RAMON | DC Tillman | Refuse Collection Truck Operator |
| HERNANDEZ, RUBEN | DC Tillman | Sr. ECI |
| WARD, JAMEL | DC Tillman | Superintendent |
| ARMSTEAD, JEFFREY | DC Tillman | Supervisors |
| BELL, JUANITA | DC Tillman | Supervisors |

| | | |
|---|---|---|
| NEGRETE, RENE | DC Tillman | Supervisors |
| CAMACHO, RACHEL | EAST VALLEY | ECI |
| DANGELO, DANA | EAST VALLEY | ECI |
| KURUVILLA, TIM | EAST VALLEY | ECI |
| LANDEROS, AMBER | EAST VALLEY | ECI |
| LARA, JESSIE | EAST VALLEY | ECI |
| ABRAHAMIAN, ABRAHAM | EAST VALLEY | Sr. ECI |
| AIMIUWU, NEKPEN | EAST VALLEY | Sr. ECI |
| BARTZ, JAQUELINE | HARBOR | ECI |
| MILO, AUSTIN | HARBOR | ECI |
| PEARLMAN, DANIEL | HARBOR | ECI |
| POWELL, DIANA | HARBOR | ECI |
| TRAN, MICHAEL | HARBOR | ECI |
| GARCIA, ROBERTO | HARBOR | Maintenance Laborer |
| HERNANDEZ, VINCENT | HARBOR | Maintenance Laborer |
| IVEY, MICHAEL | HARBOR | Maintenance Laborer |
| LOUIS, DONOVAN | HARBOR | Maintenance Laborer |
| BURL, ERIC | HARBOR | Refuse Collection Truck Operator |
| GRAHAM, DWAYNE | HARBOR | Refuse Collection Truck Operator |
| JOSE L RODRIGUEZ | HARBOR | Refuse Collection Truck Operator |
| LARA, MARTIN | HARBOR | Refuse Collection Truck Operator |
| PERSON, SHAWN | HARBOR | Refuse Collection Truck Operator |
| PETTY, JAN | HARBOR | Refuse Collection Truck Operator |
| CABRERA, ARMANDO | HARBOR | Sr. ECI |
| VEGA, JOSE | HARBOR | Supervisors |
| DUARTE, ERIC | LOPEZ CANYON | Maintenance Laborer |
| ESCOBAR, ENRIQUEZ | LOPEZ CANYON | Maintenance Laborer |
| MORENO JR, ALEJANDRO | LOPEZ CANYON | Maintenance Laborer |
| MUNOZ JR, JUAN | LOPEZ CANYON | Maintenance Laborer |
| RAMIREZ, JOSE LUIS | LOPEZ CANYON | Maintenance Laborer |
| RAMSEY, KAMERON | LOPEZ CANYON | Maintenance Laborer |
| VELEZ, ARMANDO | LOPEZ CANYON | Maintenance Laborer |
| VELEZ, CESAR | LOPEZ CANYON | Maintenance Laborer |
| ABURTO, MANUEL | LOPEZ CANYON | Refuse Collection Truck Operator |
| GOMEZ, JAIME | LOPEZ CANYON | Refuse Collection Truck Operator |

| Name | Location | Title |
|---|---|---|
| GORDON, BARRY | LOPEZ CANYON | Refuse Collection Truck Operator |
| NAYDEMLYNSKI, JAKUB | LOPEZ CANYON | Refuse Collection Truck Operator |
| PAZ, JUAN | LOPEZ CANYON | Refuse Collection Truck Operator |
| VALDEZ, JOSE | LOPEZ CANYON | Refuse Collection Truck Operator |
| HALL ARTHUR | LOPEZ CANYON | Supervisors |
| CABRERA AGUIRRE, DANIEL AN | MEDIA CENTER | Maintenance Laborer |
| CERDA, JOSE | MEDIA CENTER | Maintenance Laborer |
| EDWARDS, JAMES LAFATE | MEDIA CENTER | Maintenance Laborer |
| GONZALEZ, LUIS FERNANDO | MEDIA CENTER | Maintenance Laborer |
| YBARRA, ANTHONY | MEDIA CENTER | Maintenance Laborer |
| BATES, MICHAEL | MEDIA CENTER | Supervisors |
| CARBAJAL, LUIS CARLOS | MEDIA CENTER | Wastewaster Collection Worker II |
| QUINTANAR, OSCAR FERNANDO | MEDIA CENTER | Wastewaster Collection Worker II |
| VARELA, DANIEL RENE | MEDIA CENTER | Wastewaster Collection Worker II |
| CAMARENA, CARLOS | MHU | Maintenance Laborer |
| COBOS, ESTRELLA | MHU | Maintenance Laborer |
| DOMINGUEZ, EDGAR | MHU | Maintenance Laborer |
| ENCINAS, JESUS | MHU | Maintenance Laborer |
| FLORES, ISAAK | MHU | Maintenance Laborer |
| GALVEZ, DAMARIS | MHU | Maintenance Laborer |
| IBARRA, FRANCISCO | MHU | Maintenance Laborer |
| JOHNSON, MARSAIL | MHU | Maintenance Laborer |
| LIANG, YONGQIN | MHU | Maintenance Laborer |
| PEREZ, EDUARDO | MHU | Maintenance Laborer |
| QUINTANA, LESTER | MHU | Maintenance Laborer |
| ROJAS, JORGE | MHU | Maintenance Laborer |
| YBARRA, ANTHONY | MHU | Maintenance Laborer |
| MALDONADO, DANIELLE | MHU | Supervisors |
| GARDEA, JONELLE | MHU/CleanStat/Receptacle | Superintendent |
| WONG, HOWARD | PWB/MTC | Chief ECI |
| LEON, RUBEN | RECEPTACLES | Supervisors |
| ANDERSON, DEMETRESS | WASHINGTON | ECI |
| ARVYO, SERGIO | WASHINGTON | ECI |
| AWUJO, FELIx (Awugo in SDOA) | WASHINGTON | ECI |
| CALLEROS, SHAYLA | WASHINGTON | ECI |

| | | |
|---|---|---|
| CHEBATORIS, KAREN | WASHINGTON | ECI |
| CRUZ, STEPHANY | WASHINGTON | ECI |
| ESCORCIA, DANIEL | WASHINGTON | ECI |
| GAMEZ, JESUS | WASHINGTON | ECI |
| GHARIOS, BRANDON | WASHINGTON | ECI |
| GONZALEZ, FRANKLIN | WASHINGTON | ECI |
| GONZALEZ, SARA N | WASHINGTON | ECI |
| QUIROZ, KIOGA | WASHINGTON | ECI |
| RODRIGUEZ, ALAN | WASHINGTON | ECI |
| SANCHEZ, JESUS R | WASHINGTON | ECI |
| SHRESTHA, SUDHA | WASHINGTON | ECI |
| SPENCER, KAREN | WASHINGTON | ECI |
| TRUONG, DANIEL | WASHINGTON | ECI |
| WOOTEN, JORDAN | WASHINGTON | ECI |
| ZHANG, ANDY | WASHINGTON | ECI |
| ALVARADO, ERIC | WASHINGTON | Maintenance Laborer |
| BLANCO, FRANCISCO | WASHINGTON | Maintenance Laborer |
| CARRERA, ERIK | WASHINGTON | Maintenance Laborer |
| CHAIDEZ, JORGE | WASHINGTON | Maintenance Laborer |
| COOKE, JOSEPH | WASHINGTON | Maintenance Laborer |
| CORDOVA,IRA | WASHINGTON | Maintenance Laborer |
| CRUZ, JULIO (Ponce) | WASHINGTON | Maintenance Laborer |
| DETHOUARS, MARCELINO | WASHINGTON | Maintenance Laborer |
| FRANKLIN, JOSEPH | WASHINGTON | Maintenance Laborer |
| GALLEGOS, VICTOR | WASHINGTON | Maintenance Laborer |
| GUZMAN, JOAQIN | WASHINGTON | Maintenance Laborer |
| MARTINEZ, EDWARD | WASHINGTON | Maintenance Laborer |
| MOSS, MICHAEL | WASHINGTON | Maintenance Laborer |
| OROZCO, JESUS | WASHINGTON | Maintenance Laborer |
| ROCKETT III, ROBERT | WASHINGTON | Maintenance Laborer |
| ROMERO, MIGUEL | WASHINGTON | Maintenance Laborer |
| TORRES, SEASHA | WASHINGTON | Maintenance Laborer |
| WILLIAMS, BRIAN | WASHINGTON | Maintenance Laborer |
| ZALDIVAR SERRANO, GABRIEL | WASHINGTON | Maintenance Laborer |
| ZUNIGA, ALEJANDRO | WASHINGTON | Maintenance Laborer |

| | | |
|---|---|---|
| BANUELOS, EMILIO | WASHINGTON | Refuse Collection Truck Operator |
| COBOS, RAUL | WASHINGTON | Refuse Collection Truck Operator |
| COVARRUBIAS, OCTAVIO | WASHINGTON | Refuse Collection Truck Operator |
| HAYNES, KENNETH | WASHINGTON | Refuse Collection Truck Operator |
| LOPEZ, JOSE | WASHINGTON | Refuse Collection Truck Operator |
| MARES, ROSA | WASHINGTON | Refuse Collection Truck Operator |
| MARTINEZ, BARDOMINO | WASHINGTON | Refuse Collection Truck Operator |
| MEZA, PETER | WASHINGTON | Refuse Collection Truck Operator |
| PATINO III, RUBEN | WASHINGTON | Refuse Collection Truck Operator |
| QUINTANILLA, HOWARD | WASHINGTON | Refuse Collection Truck Operator |
| REED, STEVEN | WASHINGTON | Refuse Collection Truck Operator |
| REYES, EDUARDO | WASHINGTON | Refuse Collection Truck Operator |
| SALGADO, PETE | WASHINGTON | Refuse Collection Truck Operator |
| SENTENO, GEORGE | WASHINGTON | Refuse Collection Truck Operator |
| SMITH, DAVID | WASHINGTON | Refuse Collection Truck Operator |
| TORRES, ARTURO | WASHINGTON | Refuse Collection Truck Operator |
| VEGA, PEDRO | WASHINGTON | Refuse Collection Truck Operator |
| METCALF, RON | WASHINGTON | Sr. ECI |
| ROSALES, SAL | WASHINGTON | Sr. ECI |
| TAN, WARREN | WASHINGTON | Sr. ECI |
| NESTA, JORGE | WASHINGTON | Superintendent |
| GRIFFIN, DERRICK | WASHINGTON | Supervisors |
| MAGANA, VICTOR | WASHINGTON | Supervisors |
| MELLO, DAVID | WASHINGTON | Supervisors |
| REED, BRUCE | WASHINGTON | Supervisors |
| POWELL, MICHAEL | MHU | Maintenance Laborer |
| ARZOUMANIAN, AREK | DCT | ECI |
| VALENCIA EDUARDO | DCT | ECI |
| MIRROCO, JEFFEREY | WASHINGTON | Wastewaster Collection Worker II |
| BARRIOS, STEVEN | WASHINGTON | Wastewaster Collection Worker II |
| BATES, MATTHEW | HARBOR | ECI |
| HOSLER, CELESTE | EAST VALLEY | Administrative Clerk |
| MALDONADO, ANABEL | EAST VALLEY | Administrative Clerk |
| ZORILLA, RODELL | EAST VALLEY | GIS Specialist |
| FAAVAE, GEORGE | WASHINGTON | Office Assistant |