UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, et at.,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                    Defendants.. | Case No.: 2:19-cv-06182-DSF-PLA<br>*Assigned to: District Judge, Honorable Dale S. Fischer; Chief Magistrate Judge, Honorable Paul L. Abrams.*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated:  December 28, 2020        By: _____

Hon. Paul L. Abrams
*United States Chief Magistrate Judge*

-1-
STIPULATED PROTECTIVE ORDER