MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Deputy City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
A. PATRICIA URSEA, Deputy City Attorney (SBN 221637)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Garcia, Gladys Zepeda, Miriam Zamora, Ali El-Bey, Peter Diocson Jr., Marquis Ashley, James Haugabrook, individuals, KTOWN FOR ALL, an unincorporated association, ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING an unincorporated association<br>    *Plaintiffs*,<br>  vs.<br>CITY OF LOS ANGELES, a municipal entity; DOES 1-50,<br>    *Defendant(s)*. | Case No.: 2:19-cv-6182-DSF-PLA<br>[Assigned to Judge Dale S. Fischer]<br>**DISCOVERY MATTER**<br>DECLARATION OF GABRIEL S. DERMER ISO DEFENDANT'S EX PARTE APPLICATION<br><br>[Ex Parte Application and [Proposed] Order filed concurrently herewith]<br><br>Ctrm: 780 |

**DECLARATION OF GABRIEL S. DERMER**

I, GABRIEL S. DERMER, hereby declare:

1. I am an attorney at law, duly licensed to practice before this court and all of the courts of the State of California. I am one of the attorneys for Defendant City of Los Angeles ("City") in this action. I make all statements herein of my own personal knowledge, and if called to testify as a witness in this action, I could and would testify competently to the truth of the matters set forth herein.

2. On March 18, 2021, I received an email from Plaintiffs' counsel that contained their portion of a Local Rule 37-2 joint stipulation for their contemplated motion to compel regarding requests for production. The Plaintiffs' portion consisted of a draft 339-page stipulation, an 85-page (with exhibits) declaration of Adrian Riskin and a 760-page declaration (with exhibits) of Shayla Myers. Plaintiffs requested the City respond and provide their portion of the stipulation within 7 days, which is March 25, 2021.

3. On March 19, 2021, I emailed Plaintiffs' counsel and requested more than 7 days to provide the City's portion of the joint stipulation.

4. On March 22, 2021, I received an email from Plaintiffs' counsel that provided, in relevant part, "At this point, we cannot delay the hearing on these matters. We are willing to extend the City's deadline to provide us with your portion of joint stipulation re: RFPs to Monday, March 29 at 11:00 a.m. This will ensure that Plaintiffs have enough time to format the motions and meet the other timelines laid out in Local Rule 37 and keep the same hearing date."

5. Also on March 22, 2021, I received an email from Plaintiffs' counsel that contained their portion of a Local Rule 37-2 joint stipulation for their contemplated motion to compel regarding interrogatory responses. The Plaintiffs' portion consisted of a draft 94-page stipulation, an 85-page (with exhibits) declaration of Adrian Riskin and a 511-page declaration (with exhibits) of Shayla Myers. Plaintiffs requested the City respond and provide their portion of the 99-page stipulation within 7 days, *i.e.*, March

29, 2021.

6. On March 23, 2021, I replied to that email wherein I thanked Counsel for the brief extension but requested the proposed hearing date be continued one week which would enable the City to provide its portions of the joint stipulations on April 5, 2021. I asked if Plaintiffs would so agree and if not, I advised the City would seek ex parte relief to obtain that short extension. A true and correct copy of the emails between myself and counsel regarding the extensions of time is attached hereto as Exhibit "1."

7. Also on March 23, 2021, I spoke to Plaintiffs' counsel, Shayla Myers, and advised her of the City's anticipated ex parte application.

8. As of the time of this filing, I have not heard back from Plaintiffs' counsel on their position on this ex parte application.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on March 24, 2021, at Los Angeles, California.

*/s/ Gabriel S. Dermer*
GABRIEL S. DERMER