Shayla Myers (SBN 264054)
Mallory B. Andrews (SBN 312209)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA 90003
Telephone: (213) 640-3983
Email: smyers@lafla.org
       mbandrews@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA et al. | CASE NO. 2:19-cv-06182-DSF-PLA |
| Plaintiffs, | **DISCOVERY MATTER** |
| v. | **PLAINTIFF'S STATEMENT RE: DEFENDANT'S EX PARTE APPLICATION TO OBTAIN ADDITIONAL TIME** |
| CITY OF LOS ANGELES, a municipal entity, | |
| Defendants. | [Declaration of Shayla Myers filed concurrently herewith] |

**PLAINTIFF'S STATEMENT RE: DEFENDANT'S EX PARTE APPLICATION TO OBTAIN ADDITIONAL TIME**

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
John Washington (SBN 315991)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email:  csweetser@sshhlaw.com
        kharootun@sshhlaw.com
        jwashington@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email:  benjamin.herbert@kirkland.com
        william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

**PLAINTIFF'S STATEMENT RE: DEFENDANT'S EX PARTE APPLICATION TO OBTAIN ADDITIONAL TIME**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs do not object to the City's request for an extension of time. As spelled out in the Declaration of Shayla Myers attached herewith, Defendant's filing of this *ex parte* motion was premature and in violation of this Court's local rules. *See* Declaration of Shayla Myers, ¶ 7, Local Rule 7-19.2.

Plaintiffs write further only to clarify the City's self-serving representations about the motions to be heard by this Court. First, in its attempt to obtain additional time from this Court, the City elevates form over substance—Plaintiffs' motions to compel seek an order compelling responses to just 26 Requests for Production and seven Interrogatories. The vast majority of the "voluminous" stipulation consists of the City's responses and amended responses, which contain hundreds of pages of identical, boilerplate objections, including objections to every single interrogatory (including interrogatories seeking the names of fact witnesses) on the basis of relevance.

Second, the length of the motion is necessitated in part by the City's refusal to narrow the issues that have to be raised to this Court. Over the course of seven months, the City was not willing to withdraw any of its objections, or even clarify whether or to what extent Defendant was relying on any specific objections to withhold documents. As such, Plaintiffs have had to address each objection in turn.

Finally, the declaration by Plaintiffs' Counsel for the RFPs is 20 pages and includes a recitation of substantial meet and confer efforts—evidence necessitated by the City's repeated accusations, both here and in other motions, that Plaintiffs failed to meet and confer sufficiently. *See* Declaration of Gabriel Dermer, Exh. A; *see also e.g.,* Order Granting in Part Plaintiffs' Motion for Order to Show Cause re: Civil Contempt and Sanctions, Dkt. 106 at fn 1 (finding the City's contention that Plaintiffs did not comply with Rule 7-3 "absurd."). The rest of the "over 760 pages" primarily consists of Defendant's response and amended response as well as pleadings and orders referenced in Plaintiffs' motion (as required by Local Rule 37). The same is

true for the declaration in support of Plaintiff's Motion to Compel Interrogatory Responses, which is just nine pages and includes the requisite responses, amended responses, evidence of meet and confer efforts, and orders and pleadings.

The declarations also include examples of documents the City has withheld from Plaintiffs, including significant evidence that defense counsel represented to this Court it had produced in January 2020. Similarly, Mr. Riskin's declaration, which is the same for both motions, is just one and a half pages long. The rest is three exhibits that consist of examples of documents the City has withheld from Plaintiffs, but which Plaintiffs identified because the documents had been produced to Mr. Riskin as part of the California Public Records Act.

While Plaintiffs disagree with the City's representations about Plaintiffs' motions and object that this *ex parte* application was both unnecessary and improperly filed, Plaintiffs do not object to the substance of the request.

Dated: March 24, 2021

Respectfully submitted,
LEGAL AID FOUNDATION OF LOS ANGELES

/s/ *Shayla Myers*
Shayla Myers

*Attorneys for Plaintiffs Gladys Zepeda, Miriam Zamora, Ali El-Bey, Pete Diocson Jr., Marquis Ashley, James Haugabrook, and Ktown for All*

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

/s/ *Catherine Sweetser*
Catherine Sweetser

*Attorneys for All Plaintiffs*

KIRKLAND & ELLIS LLP

/s/ *Benjamin Herbert*

2

**PLAINTIFF'S STATEMENT RE:
DEFENDANT'S EX PARTE APPLICATION**

Benjamin Allen Herbert

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey*

**Local Rule 5-4.3.4 Attestation**

I attest that Plaintiff's counsel, Benjamin Herbert and Catherine Sweetser, concurs in this filing's content and has authorized the filing.

DATED: March 24, 2021

LEGAL AID FOUNDATION OF LOS ANGELES

/s/ *Shayla Myers*
Shayla Myers