Shayla Myers, SBN 264054
Mallory Andrews, SBN 312209
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway, Los Angeles, CA 90003
Tel.: (213) 640-3983
Email(s): smyers@lafla.org
           mbandrews@lafla.org

*Attorneys for Plaintiffs,
Gladys Zepeda, Miriam Zamora,
Ali El-Bey, James Haugabrook, Pete Diocson Jr.,
Marquis Ashley, and Ktown for All.*

*[Additional Attorneys on Next Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, et at., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendant(s). | CASE NO. 2:19-cv-06182-DSF-PLA <br> *Assigned to Honorable Dale S. Fischer* <br><br> **NOTICE OF ERRATA RE DECLARATION OF SHAYLA MYERS ISO PLAINTIFFS' STATEMENT RE: DEFENDANT'S EX PARTE, DOCKET NO. 117-1** <br><br> *[Corrected Declaration of Shayla Myers filed separately]* |

Catherine Sweetser, SBN 271142
Kristina Harootun, SBN 308718
John Washington, SBN 315991
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email: csweetser@sshhzlaw.com
       kharootun@sshhzlaw.com
       jwashington@sshhzlaw.com

*Attorneys for Plaintiffs.*

Benjamin A. Herbert, SBN 277356
William L. Smith, SBN 324235
**KIRKLAND & ELLIS LLP**
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email: benjamin.herbert@kirkland.com
       william.smith@kirkland.com

Michael Onufer, SBN 300903
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:   michael.onufer@kirkland.com

*Attorneys for Plaintiffs,*
*Ktown for All, Janet Garcia, Peter Diocson Jr.,*
*Marquis Ashley, and Ali El-Bey.*

NOTICE OF ERRATA

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on March 24, 2021, Plaintiffs hereby submit this Notice of Errata regarding the filed Declaration of Shayla Myers in support of Plaintiffs' Statement Re: Defendant's Ex Parte, Docket No. 117-1. Due to an inadvertent technical error, the uploaded PDF appears to be blank. A corrected version will be filed separately.

Dated: March 24, 2021         Respectfully submitted,
                              **SCHONBRUN SEPLOW HARRIS**
                              **HOFFMAN & ZELDES LLP**

                              By:   /s/ Catherine E. Sweetser
                                    Catherine E. Sweetser
                                    *Attorney for Plaintiffs.*