1  Shayla Myers (SBN 264054)
2  Mallory Andrews (SBN 312209)
   LEGAL AID FOUNDATION OF LOS ANGELES
3  7000 South Broadway
   Los Angeles, CA  90003
4  Telephone: (213) 640-3983
   Email:  smyers@lafla.org
5          mbandrews@lafla.org

6  *Attorneys for Gladys Zepeda, Miriam Zamora,*
7  *Ali El-Bey, James Haugabrook, Pete Diocson Jr.,*
   *Marquis Ashley, and Ktown for All*
8
   *Additional Attorneys on Next Page*
9

10            **UNITED STATES DISTRICT COURT**
11
12           **CENTRAL DISTRICT OF CALIFORNIA**
13

14  JANET GARCIA, *ET AL*,                    )    CASE NO. 2:19-cv-06182-DSF-PLA
                                              )
15                                            )    [Assigned to the Hon. Paul L. Abrams
                                              )    – Courtroom 780)
16            Plaintiffs,                      )
                                              )
17        v.                                  )    **DISCOVERY MATTER**
                                              )
18  CITY OF LOS ANGELES, A                    )    **PLAINTIFFS' NOTICE OF**
19  MUNICIPAL ENTITY                          )    **MOTION TO COMPEL**
                                              )    **DEFENDANT CITY OF LOA**
20                                            )    **ANGELES'S RESPONSE TO**
             Defendants.                       )    **PLAINTIFFS' REQUEST FOR**
21                                            )    **PRODUCTION OF DOCUMENTS**
                                              )    **(SET ONE)**
22                                            )
                                              )
23                                            )    Hearing Date:    April 28, 2021
                                              )    Time:            10:00 a.m.
24                                            )
                                              )    Complaint Filed:  July 18, 2019
25                                            )    Discovery Cut-off: July 26, 2021
26                                            )    Pretrial Conf:    Feb. 14, 2022
                                              )    Trial:           March 14, 2022
27                                            )
28

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email:csweetser@sshhlaw.com
          kharootun@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email:benjamin.herbert@kirkland.com
william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia,
Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and
Association for Responsible and Equitable Public
Spending*

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on April 28, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 255 E. Temple Street, Los Angeles, California 90012, Courtroom 780, 7th Floor in the courtroom of the Honorable Paul L. Abrams, Plaintiff will and hereby does move the Court for an order compelling the City to produce documents responsive to Plaintiffs' Requests for Production of Documents.  This motion is brought on the following grounds: Plaintiffs' requests are relevant to the claims alleged, are time-limited and seek the production of discrete and specific document requests.  The requests are proportional to the needs of the case, given the Constitutional issues at stake, the parties' resources and relative access to relevant information, and the importance of discovery in resolving the issues.  Defendant has failed to provide written responses that comply with Rule 34 of the Federal Rules of Civil Procedure and has withheld documents that are both highly relevant and necessary to prove Plaintiffs' claims and defeat Defendant's defenses.  Plaintiffs are entitled to full and complete responses to requests for production of documents and the production of all relevant, responsive documents.

Pursuant to Local Rule 37-1, the parties' counsel met and conferred regarding this motion initially on August 25, 2020 and have had significant communications and meetings thereafter.  Plaintiffs have met the requirements for the preparation of the joint stipulation contained in the Federal Rule of Civil Procedure 37 and Local Rule 37 et al.  (Declaration of Shayla Myers attached thereto).  The Scheduling Order is attached as Appendix A and the Amended Scheduling Order is attached as Appendix B.

This motion is based on this Notice of Motion, the Joint Stipulation filed herewith, the declarations of Shayla Myers and Adrian Riskin, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: April 7, 2021          Legal Aid Foundation of Los Angeles,
                              Schonbrun Seplow Harris Hoffman and Zeldes, LLP
                              Kirkland & Ellis, LLP

                              By: /s/ Shayla Myers
                                  Shayla Myers Attorney for Plaintiffs