Shayla Myers (SBN 264054)
Mallory Andrews (SBN 312209)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA 90003
Telephone: (213) 640-3983
Email: smyers@lafla.org
        mbandrews@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, Ali El-Bey, James Haugabrook, Pete Diocson Jr., Marquis Ashley, and Ktown for All*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, A MUNICIPAL ENTITY <br><br> Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> (Assigned to the Hon. Paul L. Abrams – Courtroom 780) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT CITY OF LOS ANGELES'S RESPONSES TO PLAINTIFF ALI EL BEY'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)** <br><br> Hearing Date: April 28, 2021 <br> Time: 10:00 a.m. <br><br> Complaint Filed: July 18, 2019 <br> Discovery Cut-off: July 26, 2021 <br> Pretrial Conf: Feb. 14, 2022 <br> Trial: March 14, 2022 |

Catherine Sweetser (SBN 271142)

Kristina Harootun (SBN 308718)
SCHONBRUN SEPLOW HARRIS
& HOFFMAN LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email:csweetser@sshhlaw.com
          kharootun@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email:benjamin.herbert@kirkland.com
william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, Ali El-Bey, and Association for Responsible and Equitable Public Spending*

II
[PROPOSED] ORDER

# [PROPOSED] ORDER

After careful consideration of Plaintiffs' Motion to Compel Ali El Bey's Request for Production of Documents (Set One), all other pleadings and papers, and oral argument, if any, in this case, and upon good cause appearing, Plaintiffs' motion GRANTED.

IT IS HEREBY ORDERED that Defendant must respond to and produce any documents responsive to Requests for Production of Documents 1, 2, 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 26, 29, 30, 33, 34, 35, 36, 38, 39, 43, 44, 45, 47, 48, 49, within 21 days of service of notice hereto.

The Court further finds that, pursuant to Federal Rule of Civil Procedure 37(a), that Plaintiffs are entitled to the payment of reasonable expenses incurred in making this motion. The court orders Plaintiffs' counsel to submit a request for attorneys' fees by _____ as a noticed motion.

**IT IS SO ORDERED.**

Dated: _____        _____
                                Hon. Paul L. Abrams
                                United States District Judge