```
1   Shayla Myers (SBN 264054)
    Mallory Andrews (SBN 312209)
2   LEGAL AID FOUNDATION OF LOS ANGELES
    7000 South Broadway
3   Los Angeles, CA  90003
    Telephone: (213) 640-3983
4   Email:  smyers@lafla.org
            mbandrews@lafla.org
5
6
    Attorneys for Gladys Zepeda, Miriam Zamora,
7   Ali El-Bey, James Haugabrook, Pete Diocson Jr.,
    Marquis Ashley, and Ktown for All
8
    Additional Attorneys on Next Page
9
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, *ET AL*, | CASE NO. 2:19-cv-06182-DSF-PLA |
| | Assigned to Honorable Dale S. Fischer |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |
| CITY OF LOS ANGELES, A MUNICIPAL ENTITY | |
| Defendants. | |
| | Hearing Date:   June 7, 2021 |
| | Time:           1:30 p.m. |
| | Complaint Filed:    July 18, 2019 |
| | Discovery Cut-off:  July 26, 2021 |
| | Pretrial Conf:      Feb. 14, 2022 |
| | Trial:              March 14, 2022 |

Catherine Sweetser (SBN 271142)
Kristina Harootun (SBN 308718)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Email: csweetser@sshhlaw.com
          kharootun@sshhlaw.com

*Attorneys for Plaintiffs*

Benjamin Allan Herbert (SBN 277356)
William L. Smith (SBN 324235)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680 8400
Email: benjamin.herbert@kirkland.com
william.smith@kirkland.com

Michael Onufer (SBN 300903)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:  michael.onufer@kirkland.com

*Attorneys for Plaintiffs Ktown for All, Janet Garcia, Peter Diocson Jr., Marquis Ashley, and Ali El-Bey*

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on June 7, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West 1st Street, Courtroom 7D, Los Angeles, CA 90012 in the courtroom of the Honorable Dale S. Fischer, Legal Aid Foundation of Los Angeles, Schonbrun Seplow Harris Hoffman & Zeldes LLP, and Kirkland & Ellis LLP (collectively "Counsel") will and hereby do move the Court for an order granting them leave to withdraw as counsel for Plaintiff Ali El-Bey. Counsel have made many efforts to contact Mr. El-Bey, and they have gone unanswered. As such, the attorney-client relationship has broken down, and Counsel is no longer able to represent Mr. El Bey effectively.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 20, 2021, April 23, 2021, April 29, 2021, and May 3, 2021. Specifically, Counsel contacted Defendant's counsel regarding this motion on April 20, 2021, and met and conferred with Defendant's counsel by email on April 20, 2021, April 23, 2021, April 29, 2021, and May 3, 2021. Defendant's counsel stated that they could not take a position on the motion with the information provided.

This motion is based on this Notice of Motion and Motion, Memorandum of Points and Authorities in Support of Motion to Withdraw as Counsel of Record for Plaintiff, the declaration of Shayla Myers, and upon such other matters as may be presented to the Court at the time of hearing.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2021 | Legal Aid Foundation of Los Angeles, |
| 2 | | Schonbrun Seplow Harris Hoffman and Zeldes, LLP |
| | | Kirkland & Ellis, LLP |

By: _/s/ Shayla Myers_____
       Shayla Myers
       Attorney for Plaintiffs