MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Deputy City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
**FELIX LEBRON, Deputy City Atty (SBN 232984)**
A. PATRICIA URSEA, Deputy City Atty (SBN 221637)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7569
Facsimile (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity, <br><br> Defendant. | CASE NO. 2:19-cv-06182-DSF-PLA <br><br> **DISCOVERY MATTER** <br><br> **JOINT STIPULATION REGARDING THE CITY OF LOS ANGELES'S MOTION TO COMPEL PLAINTIFF ALI EL-BEY'S RESPONSES TO SPECIAL INTERROGATORIES (SET ONE) AND APPEARANCE AT DEPOSITION** <br><br> Hearing Date: June 16, 2021 <br> Time: 10:00 a.m. <br> Crtm: 780 <br><br> Complaint Filed: July 18, 2019 <br> Discovery Cutoff: July 26, 2021 <br> Pretrial Conf.: Feb. 14, 2022 <br> Trial: March 15, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 16, 2021, at 10:00 a.m., or as soon thereafter as this motion may be heard in Courtroom 780, 7th Floor of the above-titled Court, located at 255 E. Temple Street, Los Angeles, California 90012, defendant City of Los Angeles (the "City") will and hereby does move this Court for an order compelling plaintiff Ali El-Bey to respond to the City's special interrogatories (Set One) and to appear at his deposition.

This motion is based on this Notice of Motion, the accompanying Joint Stipulation regarding the City's motion to compel, the accompanying Declarations of Felix Lebron and A. Patricia Ursea and the exhibits attached thereto, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this motion. The Court's Order re Jury Trial Deadlines and Court's Order Granting the Joint Stipulation to Continue Trial and All Other Pretrial Related Dates are attached to the Declaration of Felix Lebron as Exhibits 23 and 24, respectively.

Dated: May 26, 2021

MICHAEL N. FEUER, City Attorney
KATHLEEN KENEALY, Chief Deputy City Atty.
SCOTT MARCUS, Chief, Civil Litigation Branch
FELIX LEBRON, Deputy City Attorney
A. PATRICIA URSEA, Deputy City Attorney

By: /s/ Felix Lebron
FELIX LEBRON
Deputy City Attorney
Attorneys for Defendant
CITY OF LOS ANGELES