UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | CV 19-6182 DSF (PLAx)<br><br>Order GRANTING Motion to Withdraw as Counsel of Record for Plaintiff (Dkt. 128) |

Legal Aid Foundation of Los Angeles, Schonbrun Seplow Harris Hoffman & Zeldes LLP, and Kirkland & Ellis LLP (Counsel) move for leave to withdraw as counsel for Plaintiff Ali El-Bey, describing their inability to contact Mr. El-Bey. Despite conceding that a breakdown has occurred, the City of Los Angeles opposed the motion, making irrelevant and inappropriate arguments and demands.[1] It is obvious that Counsel cannot continue to represent Mr. El-Bey as they cannot even

---

[1] The City is cautioned that its briefing should address only appropriate issues in the future.

communicate with him. Good cause has been shown. The motion is granted effective immediately.[2]

Because Mr. El-Bey is an individual, he may represent himself. It was his obligation to keep in contact with counsel, and he has not done so. Obviously, neither Counsel nor the Court have an address for him to list on the docket. In the event Mr. El-Bey does contact Counsel in the future,[3] Counsel are ordered to:

(1) Attempt to obtain a current address or means of communicating with him, and to provide that information to the Court and the City;

(2) Inform Mr. El-Bey of all future dates set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(3) Inform Mr. El-Bey that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other federal rules;

(4) Inform Mr. El-Bey when and where he may obtain his case file;

(5) Inform Mr. El-Bey of the following:

Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro

---

[2] **Error! Main Document Only.**The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for June 7, 2021 is removed from the Court's calendar.

[3] The Court does not require that Counsel make any further affirmative attempts to communicate with Mr. El-Bey.

se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

        IT IS SO ORDERED.

Date: June 3, 2021                      _____

                                          Dale S. Fischer
                                          United States District Judge