UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR, MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES 1-7,<br><br>Defendants. | CASE NO. 2:19-cv-06182-DSF-PLA<br><br>**ORDER GRANTING JOINT STIPULATION FOR APPOINTMENT OF SPECIAL MASTER FOR DISCOVERY** |

Having reviewed and considered the Joint Stipulation for Appointment of Special Master for Discovery, filed by Plaintiffs Janet Garcia, Gladys Zepeda, Miriam Zamora, Peter Diocson Jr, Marquis Ashley, James Haugabrook, and Ktown for All, and good cause appearing, the Court grants the Stipulation as follows:

1. The Court finds good cause to appoint a Special Master for the purpose of resolving the parties' discovery disputes on an expedited basis and supervising the parties' fact discovery on an ongoing basis.

2. Pursuant to Fed. R. Civ. P. 53(a)(1)(C) and this Court's inherent equitable powers and authority, this Court appoints the Honorable Ann Kough (Ret.) as discovery Special Master for this case.

3. The Special Master's term of service will end when her duties are completed following the parties' last fact discovery dispute or when the Court terminates the appointment, whichever comes first.

4. The Special Master shall proceed with all reasonable diligence to perform her duties. *See* Fed. R. Civ. P. 53(b)(2).

5. The Special Master will resolve all fact discovery disputes between the parties. All discovery disputes and other discovery-related matters will be referred to the Special Master in the first instance and resolved in accordance with procedures established by her or this Court. The parties shall abide by those procedures and pay the fees incurred for Judge Kough's services in this capacity.

6. The Special Master will not oversee contempt proceedings or any other non-discovery motions or proceedings.

7. The Special Master shall have the authority to take appropriate measures to perform her duties fairly and efficiently, and to regulate all proceedings before her. *See* Fed. R. Civ. P. 53(e). The Special Master may not make any rulings on substantive issues in the case.

8. The Special Master may communicate ex parte with the Court. When practicable, the Special Master will give the parties advance notice of such communications. If advance notice is not practicable, the parties will be informed that an ex parte communication has occurred.

9. For each discovery issue she decides, the Special Master shall file a written report with the Court, as outlined in Fed. R. Civ. P. 53, subject to any alterations herein.

10. The Special Master will preserve, as a record of her activities, all written submissions received from the parties, all written submissions sent to the parties, and any transcripts of hearings before the Special Master. The Special Master will file with the Clerk of the Court such records upon the request of any party or the Court. The Special Master shall file with the Court a complete record of the information and documents considered in issuing her findings and recommendation. In her discretion, the Special Master may file parts of the record under seal, subject to subsequent approval by this Court.

11. The parties may file objections to, or a motion to adopt or modify, an order, report, or recommendation of the Special Master. Objections shall be filed no later than 10 days after the order, report, or recommendation is filed, unless the Special Master or this Court enters an order allowing a greater period of time. Objections shall be specific and accompanied by a five page memorandum describing the legal and factual basis for the objection.

12. The parties are ordered to abide by such further discovery procedures as are established by Judge Kough and/or this Court and pay the fees incurred for the Special Master in accordance with the JAMS fee schedule. The parties will pay the fees incurred for the Special Master in a 50-50 split, with Plaintiffs paying 50% and Defendant paying

50%, unless such proportion is altered by the Special Master and/or this Court as a result of a party's actions in connection with a specific discovery matter.

13. The Special Master will be bound by the terms of any and all Orders, including Protective Orders, entered in this case.

14. The Special Master will preserve records relating to her work as Special Master until relieved of this obligation by order of the Court.

15. Upon the entry of an Order on this Stipulation, the parties will jointly confer with Judge Kough at the earliest opportunity to advise her of outstanding discovery disputes or issues to be resolved and to seek direction from her as to the procedure for resolving those matters. The parties will schedule a meeting with Judge Kough, her schedule permitting, not later than 14 days after the date of this Order.

**IT IS SO ORDERED.**

Dated: July 19, 2021

_____
Honorable Dale S. Fischer
United States District Judge