Hon. Ann Kough (Ret.)
JAMS
555 West 5th Street 32nd Floor
Los Angeles, CA 90013
Tel:  213-253-9732
Fax:  213-620-0100

SPECIAL MASTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JANET GARCIA, GLADYS ZEPEDA, MIRIAM ZAMORA, ALI EL-BEY, PETER DIOCSON JR., MARQUIS ASHLEY, JAMES HAUGABROOK, individuals, KTOWN FOR ALL, an unincorporated association; ASSOCIATION FOR RESPONSIBLE AND EQUITABLE PUBLIC SPENDING, an unincorporated associated

                    Plaintiffs,
    vs.

CITY OF LOS ANGELES, a municipal entity; DOES 1-7,

                    Defendant.

CASE NO:  2:19-cv-06182-DSF-PLA
Hon. Dale S. Fischer
Dept: 7D

JAMS REF #:  1220070781

**SUPPLEMENTAL DISCLOSURES OF HON. ANN KOUGH (RET.)**

I am submitting the enclosed supplemental disclosure report. Based on my own knowledge as well as a good faith search of records available to me and JAMS personnel and, further based on the information supplied concerning the names of the parties and their counsel, the attached report indicates any prior or pending proceedings wherein I have acted as temporary judge, referee, arbitrator, mediator, or settlement facilitator involving the parties, counsel or counsels' firms in the past five years.  The attached report was prepared by a JAMS associate and reviewed by me.

Nothing in this report would, in my opinion, prohibit me from impartially serving in this case.

Dated: August 9, 2021

_____

Hon. Ann Kough (Ret.)

Special Master

SUPPLEMENTAL DISCLOSURES OF
HON. ANN KOUGH (RET.)

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| | | |
|---|---|---|
| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |

---

## Defendant(s)

**City of Los Angeles**

No Address Listed

**Cases heard with City of Los Angeles**

> No Cases to Report

## Counsel for Defendant

**Felix  Lebron**
**Los Angeles City Attorney's Office**

200 N. Main St., Room 675

Business & Complex Litigation

Los Angeles, CA 90012

**Cases heard with Felix  Lebron**

> No Cases to Report

**Gabriel S. Dermer**
**Los Angeles City Attorney's Office**

200 N. Main St.

City Hall East, Room 675

Los Angeles, CA 90012

**Cases heard with Gabriel S. Dermer**

> No Cases to Report

**Cases heard with Los Angeles City Attorney's Office**

> No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: Ann Kough                 Reference #: 1220070781              8/5/2021

---

**George  Lee**

**Los Angeles City Attorney's Office**

200 N Main St.

City Hall East, Room 675

Los Angeles, CA 90012

**Cases heard with George  Lee**

No Cases to Report

**Jessica A. Mariani**

**Los Angeles City Attorney's Office**

200 N. Main St.

City Hall East, Room 675

Los Angeles, CA 90012

**Cases heard with Jessica A. Mariani**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
| --- | --- | --- |

## Plaintiff(s)

**Gladys Zepeda**

No Address Listed

**Cases heard with Gladys Zepeda**

> No Cases to Report

**James Haugabrook**

No Address Listed

**Cases heard with James Haugabrook**

> No Cases to Report

**Janet Garcia**

No Address Listed

**Cases heard with Janet Garcia**

> No Cases to Report

**Ktown for All**

No Address Listed

**Cases heard with Ktown for All**

> No Cases to Report

**Marquis Ashley**

No Address Listed

**Cases heard with Marquis Ashley**

> No Cases to Report

**Miriam Zamora**

No Address Listed

**Cases heard with Miriam Zamora**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |

No Cases to Report

**Pete Diocson Jr.**

No Address Listed

**Cases heard with Pete Diocson Jr.**

No Cases to Report

**Peter Diocson Jr.**

No Address Listed

**Cases heard with Peter Diocson Jr.**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| | | |
|---|---|---|
| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |

## Counsel for Plaintiff

**Benjamin  Herbert**
**Kirkland & Ellis LLP**

333 S. Hope St.
Suite 2900
Los Angeles, CA 90071

**Cases heard with Benjamin  Herbert**

    No Cases to Report

**Cases heard with Kirkland & Ellis LLP**

Arbitration

    · Arbitration(s) - Closed cases                  2

**Michael  Onufer**
**Kirkland & Ellis LLP**

555 S. Flower St
Suite 3700
Los Angeles, CA 90071

**Cases heard with Michael  Onufer**

    No Cases to Report

**William L. Smith**
**Kirkland & Ellis LLP**

555 S. Flower St
Suite 3700
Los Angeles, CA 90071

**Cases heard with William L. Smith**

    No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

**Mallory B. Andrews**
**Legal Aid Foundation of Los Angeles**

1550 W 8th St
Los Angeles, CA 90017

**Cases heard with Mallory B. Andrews**

> No Cases to Report

**Cases heard with Legal Aid Foundation of Los Angeles**

> No Cases to Report

**Pui Yee  Yu**
**Legal Aid Foundation of Los Angeles**

7000 S. Broadway
Los Angeles, CA 90003

**Cases heard with Pui Yee  Yu**

> No Cases to Report

**Shayla R. Myers**
**Legal Aid Foundation of Los Angeles**

7000 S. Broadway
Los Angeles, CA 90003

**Cases heard with Shayla R. Myers**

> No Cases to Report

**Cases heard with Legal Aid Foundation of Los Angeles**

> No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

**Nicholas J. Hoffman**
**McGuireWoods LLP**

355 S. Grand Ave.
Suite 4200
Los Angeles, CA 90071-3103

**Cases heard with Nicholas J. Hoffman**

No Cases to Report

**Tanya L. Greene**
**McGuireWoods LLP**

355 S. Grand Ave.
Suite 4200
Los Angeles, CA 90071-3103

**Cases heard with Tanya L. Greene**

No Cases to Report

**Cases heard with McGuireWoods LLP**

No Cases to Report

**Catherine E. Sweetser**
**Schonbrun Seplow Harris & Hoffman LLP**

11543 W. Olympic Blvd.
Los Angeles, CA 90064

**Cases heard with Catherine E. Sweetser**

No Cases to Report

**Cases heard with Schonbrun Seplow Harris & Hoffman LLP**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |

---

**John C. Washington**

**Schonbrun Seplow Harris & Hoffman LLP**

9415 Culver Blvd.

Suite 115

Culver City, CA 90232

**Cases heard with John C. Washington**

No Cases to Report

**Kristina A. Harootun**

**Schonbrun Seplow Harris, et al.**

715 Fremont Ave.

Suite A

South Pasadena, CA 91030

**Cases heard with Kristina A. Harootun**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes General Disclosure of Client Activity from 08/05/2016 to 08/05/2021. Due to the confidential nature of
mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not
include the present case. All branches of counsel firms are included.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |

## Other Disclosures

N/A

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the
overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of
the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with
the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to 08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

## Defendant(s)

**City of Los Angeles**

No Address Listed

**Relevant Cases heard with City of Los Angeles**

| No Cases to Report |
|---|

## Counsel for Defendant

**Felix Lebron**

**Los Angeles City Attorney's Office**

200 N. Main St., Room 675
Business & Complex Litigation
Los Angeles, CA 90012

**Relevant Cases heard with Felix Lebron**

| No Cases to Report |
|---|

**Gabriel S. Dermer**

**Los Angeles City Attorney's Office**

200 N. Main St.
City Hall East, Room 675
Los Angeles, CA 90012

**Relevant Cases heard with Gabriel S. Dermer**

| No Cases to Report |
|---|

**Relevant Cases heard with Los Angeles City Attorney's Office**

| No Cases to Report |
|---|

**George Lee**
**Los Angeles City Attorney's Office**

200 N Main St.
City Hall East, Room 675
Los Angeles, CA 90012

**Relevant Cases heard with George Lee**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to 08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

**Jessica A. Mariani**
**Los Angeles City Attorney's Office**

200 N. Main St.
City Hall East, Room 675
Los Angeles, CA 90012

**Relevant Cases heard with Jessica A. Mariani**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to 08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

## Plaintiff(s)

**Gladys Zepeda**
No Address Listed

**Relevant Cases heard with Gladys Zepeda**

| No Cases to Report |
|---|

**James Haugabrook**
No Address Listed

**Relevant Cases heard with James Haugabrook**

| No Cases to Report |
|---|

**Janet Garcia**
No Address Listed

**Relevant Cases heard with Janet Garcia**

| No Cases to Report |
|---|

**Ktown for All**
No Address Listed

**Relevant Cases heard with Ktown for All**

| No Cases to Report |
|---|

**Marquis Ashley**
No Address Listed

**Relevant Cases heard with Marquis Ashley**

| No Cases to Report |
|---|

**Miriam Zamora**
No Address Listed

**Relevant Cases heard with Miriam Zamora**

| No Cases to Report |
|---|

**Pete Diocson Jr.**
No Address Listed

**Relevant Cases heard with Pete Diocson Jr.**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to 08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

| No Cases to Report |
|---|

**Peter Diocson Jr.**

No Address Listed

**Relevant Cases heard with Peter Diocson Jr.**

| No Cases to Report |
|---|

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to
08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

## Counsel for Plaintiff

**Benjamin Herbert**
**Kirkland & Ellis LLP**
333 S. Hope St.
Suite 2900
Los Angeles, CA 90071

### Relevant Cases heard with Benjamin Herbert

| No Cases to Report |
|---|

### Relevant Cases heard with Kirkland & Ellis LLP

Private Party vs. Private Party (JAMS Reference No. 1220053584)  -  Arbitration
Panelist Role:Neutral Arbitrator - Chair
Case Result(s):  Settled prior to hearing - 08/23/2016

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Matthew Kanny, Esq. | Manatt Phelps & Phillips LLP | CLAI | Gavin de Becker & Associates, L.P. & Private Party |
| Maura K. Gierl, Esq. | Manatt Phelps & Phillips LLP | CLAI | Gavin de Becker & Associates, L.P. & Private Party |
| Kevin S. Masuda, Esq. | Munger, Tolles & Olson, LLP | RESP | The Service VIP, LLC & Private Party |
| Jeffrey L. Bleich, Esq. | Dentons US LLP | RESP | The Service VIP, LLC & Private Party |
| Mark B. Helm, Esq. | Munger, Tolles & Olson, LLP | RESP | The Service VIP, LLC & Private Party |
| Thane Rehn, Esq. | Munger, Tolles & Olson, LLP | RESP | The Service VIP, LLC & Private Party |
| Michael J. Shipley, Esq. | Kirkland & Ellis LLP | XDEF | TPG  Growth II Management, LLC |
| Erin J. Cox, Esq. | Munger, Tolles & Olson, LLP | RESP | The Service VIP, LLC & Private Party |

Private Party vs. WDF Inc., et al. (JAMS Reference No. 1220056502)  -  Arbitration
Panelist Role: Neutral Arbitrator
Case Result(s):  Settled prior to hearing - 08/01/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Leonard M. Kohen, Esq. | Kurzon Kohen LLP | CLAI | Private Party |
| Jeffrey M. Kurzon, Esq. | Kurzon Kohen LLP | CLAI | Private Party |
| Becky Tung | WDF, Inc. | RESP | WDF, Inc. |
| George P. Stamas | Kirkland & Ellis LLP | RESP | WDF, Inc. |
| Daniels J. Michaels | Kirkland & Ellis LLP | RESP | WDF, Inc. |
| Nomi L. Castle, Esq. | Nida & Romyn, P.C. | RESP | Tutor Perini Corporation & Federated Fire Protection Systems Corp. & WDF, Inc. |
| Larry Roman | Federated Fire Protection Systems Corp. | RESP | Federated Fire Protection Systems Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to 08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

| | | | |
|---|---|---|---|
| David Romyn, Esq. | Nida & Romyn, P.C. | RESP | Tutor Perini Corporation & Federated Fire Protection Systems Corp. & WDF, Inc. |
| John "Jack" J. Fitzgerald IV, Esq. | L/O Jack Fitzgerald PC | CLAI | Private Party |

**Michael Onufer**
**Kirkland & Ellis LLP**

555 S. Flower St
Suite 3700
Los Angeles, CA 90071

**Relevant Cases heard with Michael Onufer**

| No Cases to Report |
|---|

**William L. Smith**
**Kirkland & Ellis LLP**

555 S. Flower St
Suite 3700
Los Angeles, CA 90071

**Relevant Cases heard with William L. Smith**

| No Cases to Report |
|---|

**Mallory B. Andrews**
**Legal Aid Foundation of Los Angeles**

1550 W 8th St
Los Angeles, CA 90017

**Relevant Cases heard with Mallory B. Andrews**

| No Cases to Report |
|---|

**Relevant Cases heard with Legal Aid Foundation of Los Angeles**

| No Cases to Report |
|---|

**Pui Yee Yu**
**Legal Aid Foundation of Los Angeles**

7000 S. Broadway
Los Angeles, CA 90003

**Relevant Cases heard with Pui Yee Yu**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to
08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |

| No Cases to Report |

**Shayla R. Myers**
**Legal Aid Foundation of Los Angeles**
7000 S. Broadway
Los Angeles, CA 90003

**Relevant Cases heard with Shayla R. Myers**

| No Cases to Report |

**Relevant Cases heard with Legal Aid Foundation of Los Angeles**

| No Cases to Report |

**Nicholas J. Hoffman**
**McGuireWoods LLP**
355 S. Grand Ave.
Suite 4200
Los Angeles, CA 90071-3103

**Relevant Cases heard with Nicholas J. Hoffman**

| No Cases to Report |

**Tanya L. Greene**
**McGuireWoods LLP**
355 S. Grand Ave.
Suite 4200
Los Angeles, CA 90071-3103

**Relevant Cases heard with Tanya L. Greene**

| No Cases to Report |

**Relevant Cases heard with McGuireWoods LLP**

| No Cases to Report |

**Catherine E. Sweetser**
**Schonbrun Seplow Harris & Hoffman LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064

**Relevant Cases heard with Catherine E. Sweetser**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*
* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Garcia, Janet, et al. vs. City of Los Angeles

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 08/05/2016 to 08/05/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Ann Kough | Reference #: 1220070781 | 8/5/2021 |
|---|---|---|

| No Cases to Report |
|---|

**Relevant Cases heard with Schonbrun Seplow Harris & Hoffman LLP**

| No Cases to Report |
|---|

**John C. Washington**
**Schonbrun Seplow Harris & Hoffman LLP**

9415 Culver Blvd.
Suite 115
Culver City, CA 90232

**Relevant Cases heard with John C. Washington**

| No Cases to Report |
|---|

**Kristina A. Harootun**
**Schonbrun Seplow Harris, et al.**

715 Fremont Ave.
Suite A
South Pasadena, CA 91030

**Relevant Cases heard with Kristina A. Harootun**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## **PROOF OF SERVICE BY E-Mail**

Re: Garcia, Janet, et al. vs. City of Los Angeles
Reference No. 1220070781

I, Christina Lee, not a party to the within action, hereby declare that on  August 9, 2021, I served the attached Supplemental Disclosures of Hon. Ann Kough (Ret.) on the parties in the within action by electronic mail at Los Angeles, CALIFORNIA, addressed as follows:

Shayla R. Myers Esq.
Ms. Pui Yee Yu
Legal Aid Foundation of Los Angeles
7000 S. Broadway
Los Angeles, CA  90003
Phone: 213-640-3983
smyers@lafla.org
pyu@lafla.org
   Parties Represented:
   Gladys Zepeda
   James Haugabrook
   Ktown for All
   Marquis Ashley
   Miriam Zamora
   Pete Diocson Jr.

Ms. Mallory B. Andrews
Legal Aid Foundation of Los Angeles
1550 W 8th St
Los Angeles, CA  90017
mandrews@lafla.org
   Parties Represented:
   Gladys Zepeda
   James Haugabrook
   Ktown for All
   Marquis Ashley
   Miriam Zamora
   Pete Diocson Jr.

Catherine E. Sweetser Esq.
Schonbrun Seplow Harris & Hoffman LLP
11543 W. Olympic Blvd.
Los Angeles, CA  90064
Phone: 310-396-0731
csweetser@sshhlaw.com
   Parties Represented:
   Gladys Zepeda
   James Haugabrook
   Janet Garcia
   Ktown for All
   Marquis Ashley
   Miriam Zamora
   Pete Diocson Jr.

John C. Washington Esq.
Schonbrun Seplow Harris & Hoffman LLP
9415 Culver Blvd.
Suite 115
Culver City, CA  90232
Phone: 310-396-0731
jwashington@sshhzlaw.com
   Parties Represented:
   Gladys Zepeda
   James Haugabrook
   Janet Garcia
   Ktown for All
   Marquis Ashley
   Miriam Zamora
   Pete Diocson Jr.

Benjamin Herbert Esq.
William L. Smith

Gabriel S. Dermer Esq.
Felix Lebron Esq.

Michael Onufer Esq.
Kirkland & Ellis LLP
333 S. Hope St.
Suite 2900
Los Angeles, CA   90071
Phone: 213-680-8400
benjamin.herbert@kirkland.com
william.smith@kirkland.com
michael.onufer@kirkland.com
    Parties Represented:
    Janet Garcia
    Ktown for All
    Marquis Ashley
    Peter Diocson Jr.

Jessica A. Mariani Esq.
Los Angeles City Attorney's Office
200 N. Main St.
City Hall East, Room 675
Los Angeles, CA   90012
Phone: 213-978-6923
gabriel.dermer@lacity.org
felix.Lebron@lacity.org
jessica.mariani@lacity.org
    Parties Represented:
    City of Los Angeles

George Lee
Los Angeles City Attorney's Office
200 N Main St.
City Hall East, Room 675
Los Angeles, CA   90012
Phone: 213-978-6900
George.Lee@lacity.org
    Parties Represented:
    City of Los Angeles

Tanya L. Greene Esq.
Nicholas J. Hoffman Esq.
McGuireWoods LLP
355 S. Grand Ave.
Suite 4200
Los Angeles, CA   90071-3103
Phone: 213-627-2268
tgreene@mcguirewoods.com
nhoffman@mcguirewoods.com
    Parties Represented:
    Gladys Zepeda
    James Haugabrook
    Ktown for All
    Marquis Ashley
    Miriam Zamora
    Pete Diocson Jr.

        I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles,

CALIFORNIA on  August 9, 2021.


*Christina Lee*
_____
Christina Lee
JAMS
DWLee@jamsadr.com