| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 26 2021 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JANET GARCIA; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity,<br><br>　　　　Defendant-Appellant,<br><br>and<br><br>DOES, 1-7,<br><br>　　　　Defendant. | No.　20-55522<br><br>D.C. No.<br>2:19-cv-06182-DSF-PLA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: FRIEDLAND and BENNETT, Circuit Judges, and EZRA,[*] District Judge.

　　The League of California Cities' motion for leave to appear as amicus curiae and for late filing of its brief, Docket No. 22, is GRANTED. The City of Los Angeles's motion to take judicial notice, Docket No. 16, is GRANTED.

---

　　　[*]　The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.