| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 22 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JANET GARCIA; et al.,

        Plaintiffs-Appellees,

 v.

CITY OF LOS ANGELES, a municipal entity,

        Defendant-Appellant,

 and

DOES, 1-7,

        Defendant.

No.   20-55522

D.C. No. 2:19-cv-06182-DSF-PLA Central District of California, Los Angeles

ORDER

Before: FRIEDLAND and BENNETT, Circuit Judges, and EZRA,[*] District Judge.

     Plaintiffs-Appellees are directed to file a letter brief stating their position on whether the panel should certify to the California Supreme Court the question whether the seizure provision can be severed from the invalid destruction provision. Such letter brief shall be no longer than five pages and shall be filed no later than ten days from the date of this order, by 5:00 p.m. Pacific Time.

---

    [*] The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.