UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANET GARCIA; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>CITY OF LOS ANGELES, a municipal entity,<br><br>   Defendant - Appellant,<br><br> and<br><br>DOES, 1-7,<br><br>   Defendant. | No. 20-55522<br><br>D.C. No. 2:19-cv-06182-DSF-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

  The judgment of this Court, entered September 02, 2021, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

  Costs are taxed against the appellant in the amount of $138.30.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7