**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JANET GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; <br><br> Defendant. | CASE NO.: 2:19-cv-6182-DSF-PLA <br><br> **ORDER APPROVING STIPULATION TO CONTINUE SELECT DATES AND TO SET A STATUS CONFERENCE REGARDING FORENSIC EXAMINATION** <br><br> Complaint Filed:     July 18, 2019 <br> Discovery Cut-off:  September 26, 2022 <br> Pretrial Conference: February 27, 2023 <br> Trial Date:          March 28, 2023 |

**ORDER**

After careful consideration of the parties' stipulation to continue select dates and to set a status conference regarding the Court-ordered forensic examination, the declaration of the appointed forensic examiner, Mike Kunkel, and upon good cause appearing,

IT IS HEREBY ORDERED that the Court will hold a status conference with the parties and Mr. Kunkel on January 25, 2023 at 2:00 p.m.

IT IS HEREBY FURTHER ORDERED that certain dates and deadlines are continued as set forth in the table below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Cut-Off | Monday, September 26, 2022 | Monday, September 26, 2022 *(no change)* |
| Motion to Amend Pleadings or Add Parties Cut-Off | Monday, September 26, 2022 | Monday, September 26, 2022 *(no change)* |
| Expert Witness Exchange Deadline (Initial) | Monday, November 21, 2022 | Monday, November 21, 2022 *(no change)* |
| Expert Witness Exchange Deadline (Rebuttal) | Monday, December 12, 2022 | Monday, December 12, 2022 *(no change)* |
| Expert Witness Deposition Cut-Off | Friday, January 6, 2023 | Tuesday, January 31, 2023 |
| Motion Hearing Cut-Off | Friday, February 6, 2023 | Monday, April 3, 2023 |
| ADR Cut-Off | Monday, January 23, 2022 | Monday, January 23, 2022 *(no change)* |
| Trial Documents (Set One) | Monday, February 20, 2023 | Friday, April 21, 2023 |
| Trial Documents (Set Two) | Monday, February 27, 2023 | Friday, April 28, 2023 |
| Final Pre-trial Conference | Monday, March 13, 2023 | Monday, May 15, 2023 |
| Trial Date | Tuesday, March 28, 2023 | Tuesday, May 30, 2023 |

IT IS SO ORDERED.

DATED: January 3, 2023

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER APPROVING STIPULATION TO CONTINUE SELECT DATES AND TO SET A STATUS CONFERENCE REGARDING FORENSIC EXAMINATION

297877.v2