HYDEE FELDSTEIN SOTO, City Attorney
SCOTT D. MARCUS, Chief Assistant City Attorney
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
FELIX LEBRON, Deputy City Attorney (SBN 232984)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
GEORGE LEE, Deputy City Attorney (SBN 305914)
200 N. Main Street, Room 675
Los Angeles, CA 90012
Tel: (213) 978-7558
Fax: (213) 978-7011
E-Mail: ryan.salsig@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendant. | CASE NO: 2:19-cv-06182-DSF-PLA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS AND PARTIES PURSUANT TO FED. R. CIV. P. 12(B)(1) AND/OR 12(H)(3), OR, ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 15, 2023<br>Time: 1:30 p.m.<br>Ctrm: 7D |

**PLEASE TAKE NOTICE** that on May 15, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, in courtroom 7D of the United States District Court, located at 350 West 1st Street, Los Angeles, California, 90012, the City of Los Angeles (the "City") will, and hereby does, move pursuant to Fed. R. Civ. P. 12(b)(1) and (h)(3) for an order dismissing as moot all Causes of Action of Plaintiff Ktown for All, an unincorporated membership organization, and dismissing as moot the First and Fourth Causes of Action of Plaintiffs Janet Garcia; Gladys Zepeda; Miriam Zamora; Ali E-Bey; Peter Diocson, Jr.; Marquis Ashley; and James Haugabrook (collectively the "Individual Plaintiffs").  Alternatively, the City also moves the Court pursuant to Fed. R. Civ. P. 56(a) for an order: (1) granting summary judgment against Plaintiff Ktown for All, an unincorporated membership organization, on the grounds that there are no genuine issues as to any material fact and that Plaintiff Ktown for All's Causes of Action are moot as a matter of law, and (2) granting partial summary judgment against the Individual Plaintiffs on their First and Fourth Causes of Action on the grounds that there are no genuine issues as to any material fact and that the Individual Plaintiffs' First and Fourth Causes of Action are moot as a matter of law.

All Plaintiffs' First and Fourth Causes of Action are moot as a matter of law under *Bd. of Trs. of the Glazing Health & Welfare Trust v. Chambers*, 941 F.3d 1195, 1198 (9th Cir. 2019) (*en banc.*) because the ordinance Plaintiffs challenge, Los Angeles Municipal Code section 56.11, subdivisions (3)(i) and (10)(d), was repealed by the City in September 2022.  All of Plaintiff Ktown for All's Causes of Action are moot as a matter of law because Ktown for All ceased operating no later than early 2022, and therefore no longer has a judicially cognizable interest in obtaining the prospective relief it seeks in connection with the First, Second, Fourth, and Fifth Causes of Action.

1  This motion is based on this Notice of Motion, the Memorandum of Points
2  and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the
3  Request for Judicial Notice, the Declaration of Ryan Salsig and attached exhibits
4  (all filed concurrently herewith), on all the pleadings on file in this action, and on
5  such further argument or evidence as is presented at the hearing on the Motion.
6  This motion is made following the conference of counsel pursuant to L.R. 7-
7  3, which took place on December 12, 2022.  [Decl. Salsig, ¶9, Ex. G].

DATED:  March 24, 2023

HYDEE FELDSTEIN SOTO, City Attorney
SCOTT D. MARCUS, Chief Assistant City Attorney
GABRIEL DERMER, Assistant City Attorney
FELIX LEBRON, Deputy City Attorney
RYAN SALSIG, Deputy City Attorney
EMERSON H. KIM, Deputy City Attorney
GEORGE LEE, Deputy City Attorney

By:  /s/ Ryan Salsig
RYAN SALSIG, Deputy City Attorney
Attorneys for Defendant,
CITY OF LOS ANGELES