Shayla Myers (SBN 264054)
Sheyda Joolharzadeh (SBN 299930)
Isabelle M. Geczy (SBN 349594)
LEGAL AID FOUNDATION OF LOS ANGELES
1550 W. 8th St.
Los Angeles, California 90017
Telephone: (213) 640-3950
Email:  smyers@lafla.org
            sjoolharzadeh@lafla.org
            igeczy@lafla.org

*Attorneys for Gladys Zepeda, Miriam Zamora, James Haugabrook, Pete Diocson Sr., Marquis Ashley, and Ktown for All*

*[Additional Attorneys on Next Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET GARCIA, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity<br><br>    Defendant. | CASE NO: 2:19-cv-06182-DSF-(MRW)<br><br>Assigned to Honorable Dale S. Fischer<br><br>**UPDATED JOINT STATUS REPORT RE FORENSIC EXAMINATION**<br><br>Complaint Filed:  July 18, 2019<br>Trial:                     N/A |

**UPDATED JOINT STATUS REPORT RE FORENSIC EXAMINATION**

Catherine Sweetser (SBN 271142)
Tessa R. Baizer (SBN 336028)
UCLA LAW CLINICS
385 Charles E. Young Drive East
Los Angeles, CA 90095
Telephone: 310-267-5068
Email:  csweetser@sshhzlaw.com
             baizer@law.ucla.edu

*Attorneys for Plaintiffs Janet Garcia,
Gladys Zepeda, Miriam Zamora,
James Haugabrook, Pete Diocson Sr.,
Marquis Ashley, and Ktown for All.*

John C. Washington (SBN 315991)
SCHONBRUN SEPLOW HARRIS HOFFMAN &
ZELDES LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Telephone: (310) 396-0731
Email:  jwashington@sshhzlaw.com

*Attorneys for Plaintiffs Janet Garcia,
Gladys Zepeda, Miriam Zamora,
James Haugabrook, Pete Diocson Sr.,
Marquis Ashley, and Ktown for All.*

Ingrid Marie Haslund Petersen (SBN 313927)
Andrew J. Morrill (SBN 316447)
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Email:  ingrid.petersen@kirkland.com
             drew.morrill@kirkland.com

*Attorneys for Plaintiffs, Ktown for All,
Janet Garcia, Peter Diocson Sr., and
Marquis Ashley.*

2
**UPDATED JOINT STATUS REPORT RE FORENSIC EXAMINATION**

Gregory Evans (SBN 147623)
Tanya L. Greene (SBN 267975)
Nicholas J. Hoffman (SBN 284472)
Deleyla A. Lawrence (SBN 284562)
Abigail Urquhart (SBN 310547)
MCGUIREWOODS LLP
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071
Telephone: (213) 457-9840
Facsimile: (213) 457-9877
Email:  gevans@mcguirewoods.com
        tgreene@mcguirewoods.com
        nhoffman@mcguirewoods.com
        dlawrence@mcguirewoods.com
        aurquhart@mcguirewoods.com

*Attorneys for Plaintiffs Janet Garcia, Gladys Zepeda, Miriam Zamora, Pete Diocson Sr., Marquis Ashley, and Ktown for All.*

3

**UPDATED JOINT STATUS REPORT RE FORENSIC EXAMINATION**

Due to changed circumstances since the prior filing of the Joint Status Report on September 10, 2024 [Dkt. 285], the parties respectfully submit the following updated joint status report:

In the previous Joint Status Report the parties informed this Court that the Forensic Examiner was in the process of concluding his examination and preparing his Final Report, which he estimated would be completed by September 13, 2024. Based on these dates, the parties estimated that they were anticipating filing the Final Report and jointly submitting the final list of document matches by October 4, 2024.

Since the parties filed their Joint Status Report on September 10, 2024, the City identified an issue with the Forensic Examiner's collection of documents from the Google Drive. Since that time, the parties have worked diligently with the Forensic Examiner to resolve the issue. This collection must be completed and the parties must review the documents, consistent with the procedure outlined in this Court's April 1, 2024 order, before the Forensic Examiner can finalize his report and the parties can submit the supporting documentation to the Court.

Currently the parties are unable to provide the Court with a date certain when the Forensic Examiner will complete the collection of documents. The parties will either file the Forensic Examiner's Final Report and associated documents by November 2, 2024 or will file a further status update with the Court by that date.

Consistent with this Court's April 1, 2024 order, Plaintiffs still anticipate filing a motion for sanctions within 30 days after the Final Report is filed with the Court. The parties will meet and confer regarding a new trial date, final status conference date, and motion cut-off date and will present a stipulation for the Court's consideration before the hearing on Plaintiffs' anticipated motion for sanctions.

Dated: October 4, 2024                Respectfully submitted,

                                      LEGAL AID FOUNDATION OF LOS ANGELES

                                      /s/ *Shayla Myers*
                                      Shayla Myers

                                      *Attorneys for Plaintiffs Gladys Zepeda, Miriam Zamora, Pete Diocson Sr., Marquis Ashley, James Haugabrook, and Ktown for All*

Dated: October 4, 2024                Respectfully submitted,

                                      COLANTUONO, HIGHSMITH & WHATLEY, PC

                                      /s/ *Matthew W. McAleer*
                                      Matthew W. McAleer

                                      *Attorneys for Defendant City of Los Angeles*

### Local Rule 5-4.3.4 Attestation

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: October 4, 2024                LEGAL AID FOUNDATION OF LOS ANGELES

                                      /s/ *Shayla Myers*
                                      Shayla Myers

**UPDATED JOINT STATUS REPORT RE FORENSIC EXAMINATION**