# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GARCIA, et al.,<br>        Plaintiffs,<br><br>                v.<br><br>CITY OF LOS ANGELES, et al.,<br>        Defendants. | 2:19-cv-6182-DSF-E<br><br>Order Granting Plaintiffs'<br>Request to Redact Excerpts of<br>Transcript (Dkt. 416) |

Plaintiffs request limited redactions of the hearing transcript for the proceedings held on June 10, 2026.  Dkt. 416.  The request is unopposed.  The Court is satisfied that the redaction is necessary to protect sensitive and private information under Local Rule 5.2-1.

The following portions of the June 10, 2026 transcript, dkt. 409, will be redacted prior to the transcript being made available in the public record:

- Page 36, line 25 to Page 37, line 1; and

- Page 37, lines 3-4

IT IS SO ORDERED.

Date: July 16, 2026

_____
Dale S. Fischer
United States District Judge